AO 91 (Rev. 02/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| GUY M. JEAN-PIERRE | ) Case No.   16-mj-01103-KMT |
| a/k/a Marcelo Dominguez de Guerra | ) |
| | ) |
| *Defendant* | |

## CRIMINAL COMPLAINT

I am the undersigned complainant in this case, and state that the following is true to the best of my knowledge and belief.

On or about the date of _____ in the county of Denver in the State and District of Colorado, the defendant violated 18 U. S. C. § 1956(a)(3) and 2. an offense described as follows:

See Attachment A.

This criminal complaint is based on these facts:

See Affidavit, Attachment B, attached hereto and hereby incorporated by reference.

☑ Continued on the attached sheet.

s/ Michael A. Godson
*Complainant's signature*

SA Michael A. Godson, IRS-CID
*Printed name and title*

Sworn to before me and : ☐ signed in my presence; ☑ submitted, attested to, and acknowledged by reliable electronic means.

Date: Jun 13, 2016

*Judge's signature*

City and state: Denver, Colorado

Kathleen M. Tafoya, U.S. Magistrate Judge
*Printed name and title*