(Rev. 03/07)

DEFENDANT:     Guy M. Jean-Pierre, a/k/a Marcelo Dominguez de Guerra
YOB:           1956
ADDRESS:       Dominican Republic

OFFENSE:       Conducting Financial Transactions in Property
               Represented to be the Proceeds of Specified Unlawful Activity
               18 U.S.C. § 1956(a)(3)

LOCATION OF OFFENSE (COUNTY/STATE): Denver County, Colorado and elsewhere

PENALTY:       NMT 20 years imprisonment, a $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment Fee

AGENTS:

Kate Funk, Special Agent
Federal Bureau of Investigation
Denver, CO

Michael Godson, Special Agent
Internal Revenue Service, Criminal Investigation Division

Kenneth Haithcoat, Postal Inspector
U.S. Postal Inspection Service
Denver, CO

AUTHORIZED BY:

Kenneth M. Harmon
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

     X     five days or less           over five days           other

THE GOVERNMENT

     X     will seek detention in this case           will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)**

OCDETF CASE:            Yes     X     No