AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America<br>v.<br><br>GUY M. JEAN-PIERRE<br>a/k/a Marcelo Dominguez de Guerra<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.  16-mj-01103-KMT |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    GUY M. JEAN-PIERRE a/k/a Marcelo Dominguez de Guerra                ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment          ❏ Information          ❏ Superseding Information          ☑ Complaint
❏ Probation Violation Petition          ❏ Supervised Release Violation Petition          ❏ Violation Notice          ❏ Order of the Court

This offense is briefly described as follows:

18 USC § 1956(a)(3) - Conducting a financial transaction in property represented to be the proceeds of specified unlawful activity.

Date: *Jun 13, 2016 3:04 pm*

*Issuing officer's signature*

City and state:    **Denver, CO**              Kathleen M. Tafoya, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*