# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-8-WJM

UNITED STATES OF AMERICA

        Plaintiff,

v.

1.    GUY M. JEAN-PIERRE,
    a/k/a Marcello Dominguez de Guerra,

        Defendant.

---

## INDICTMENT
18 U.S.C. §1956(a)(3)(B)
18 U.S.C. §2

---

The Grand Jury charges that:

From on or about April 22, 2016 and continuing through on or about April 27, 2016, in the State and District of Colorado, and elsewhere, the defendant,

**GUY M. JEAN-PIERRE,**
**a/k/a Marcello Dominguez de Guerra,**

with the intent to conceal and disguise the location, source, ownership and control, of property believed to be the proceeds of specified unlawful activity, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce involving property represented by a person at the direction of a federal official authorized to investigate violations of Title 18, United States Code, Section 1956, to be proceeds of specified unlawful activity, to wit: securities fraud, in violation of Title 15 United States Code, Sections 78j(b)

and 78ff(a), and 17 C.F.R. Section 240.10b-5, and wire fraud, in violation of Title 18, United States Code, Section 1343, which financial transaction involved the mailing, receipt and deposit of a cashier's check drawn on 1st Bank in the amount of $5,000 and made payable to Guy M. Jean-Pierre and represented to be the proceeds of the sale of common stock of FusionPharm, Inc.

All in violation of Title 18, United States Code, Sections 1956(a)(3)(B) and 2.

A TRUE BILL:

s/Ink signature on file in Clerk's Office
FOREPERSON

ROBERT C. TROYER
ACTING UNITED STATES ATTORNEY

By: s/Kenneth M. Harmon
KENNETH M. HARMON
Assistant United States Attorney
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, CO   80202
Telephone: (303) 454-0100
Fax:   (303) 454-0402
E-mail:   kenneth.harmon@usdoj.gov