(Rev. 03/07)

DEFENDANT: Guy M. Jean-Pierre, a/k/a Marcelo Dominguez de Guerra
YOB: 1956
ADDRESS: Dominican Republic

COMPLAINT FILED?   X   YES  _____ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:   16-mj-01103-KMT
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   X   YES  _____ NO

    IF NO, A NEW WARRANT IS REQUIRED

OFFENSE: Conducting Financial Transactions in Property
Represented to be the Proceeds of Specified Unlawful Activity
18 U.S.C. § 1956(a)(3)

LOCATION OF OFFENSE (COUNTY/STATE): Denver County, Colorado and elsewhere

PENALTY: NMT 20 years imprisonment, a $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment Fee

AGENTS:

Kate Funk, Special Agent
Federal Bureau of Investigation
Denver, CO

Michael Godson, Special Agent
Internal Revenue Service, Criminal Investigation Division

AUTHORIZED BY:

Kenneth M. Harmon
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

   X   five days or less  _____ over five days  _____ other

THE GOVERNMENT

   X   will seek detention in this case  _____ will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)**

OCDETF CASE:  _____ Yes   X   No