CLOSED

# U.S. District Court
## Southern District of New York (Foley Square)
## CRIMINAL DOCKET FOR CASE #: 1:17-mj-00125-UA-1
## Internal Use Only

Case title: USA v. Jean-Pierre  
Other court case number: 16-mj-01103-KMT District of Colorado, Denver

Date Filed: 01/10/2017  
Date Terminated: 01/10/2017

Assigned to: Judge Unassigned

### Defendant (1)

**Guy M. Jean-Pierre**  
*TERMINATED: 01/10/2017*  
*also known as*  
Marcelo Dominguez de Guerra  
*TERMINATED: 01/10/2017*

represented by **Julia L. Gatto**  
Federal Defenders of New York Inc. (NYC)  
52 Duane Street  
10th Floor  
New York, NY 10007  
(212) 417-8750  
Fax: (212) 571-0392  
Email: julia_gatto@fd.org  
*LEAD ATTORNEY*  
*Designation: Public Defender or Community Defender Appointment*

CERTIFIED AS A TRUE COPY ON  
THIS DATE  JAN 19 2017  
BY _____  
(X) Clerk  
( ) Deputy

**Pending Counts**  
None

**Disposition**

**Highest Offense Level (Opening)**  
None

**Terminated Counts**  
None

**Disposition**

**Highest Offense Level (Terminated)**  
None

**Complaints**  
18:1956-4700.F:MONEY LAUNDERING.

**Disposition**

**Plaintiff**

USA             represented by    **Michael Dayton Longyear**
United States Attorney's Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007
212-637-2223
Fax: 212-637-2443
Email: michael.longyear@usdoj.gov
*LEAD ATTORNEY*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/10/2017 | | Arrest (Rule 5(c)(3)) of Guy M. Jean-Pierre. (gq) (Entered: 01/11/2017) |
| 01/10/2017 | 1 | RULE 5(c)(3) AFFIDAVIT of Wayne C. Boddy, Special Agent, Federal Bureau of Investigation, from the United States District Court - District of Colorado, Denver, as to Guy M. Jean-Pierre. (Signed by Judge Magistrate Judge Kevin Nathaniel Fox on 1/10/2017) (gq) (Entered: 01/11/2017) |
| 01/10/2017 | | Rule 5(c)(3) Documents Received as to Guy M. Jean-Pierre from the United States District Court - District of Colorado, Denver. (gq) (Entered: 01/11/2017) |
| 01/10/2017 | 2 | CJA 23 Financial Affidavit by Guy M. Jean-Pierre. Approved. Federal Defender atty Julia Gatto appointed. (Signed by Judge Magistrate Judge Kevin Nathaniel Fox) (gq) (Entered: 01/11/2017) |
| 01/10/2017 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Guy M. Jean-Pierre. Julia L. Gatto for Guy M. Jean-Pierre appointed. (Signed by Magistrate Judge Kevin Nathaniel Fox on 1/10/2017)(gq) (Entered: 01/11/2017) |
| 01/10/2017 | | Minute Entry for proceedings held before Magistrate Judge Kevin Nathaniel Fox:Initial Appearance as to Guy M. Jean-Pierre held on 1/10/2017. (gq) (Entered: 01/11/2017) |
| 01/10/2017 | 4 | Minute Entry for proceedings held before Magistrate Judge Kevin Nathaniel Fox:Initial Appearance in Rule 5(c)(3) Proceedings as to Guy M. Jean-Pierre held on 1/10/2017. Deft appears with Federal Defender atty Julia Gatto. AUSA Michael Longyear present for the gov't. Detention on consent without prejudice. Identity hearing waived.( Preliminary Hearing set for 1/24/2017 at 10:00 AM before Judge Unassigned.) (gq) (Entered: 01/11/2017) |
| 01/10/2017 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Guy M. Jean-Pierre. Defendant committed to the United States District Court - District of Colorado, Denver. (Signed by Magistrate Judge Kevin Nathaniel Fox on 1/10/2017)(gq) (Entered: 01/12/2017) |

| 01/10/2017 | 🔒 | (Court only) ***Terminated defendant Guy M. Jean-Pierre. (gq) (Entered: 01/12/2017) |
| --- | --- | --- |
| 01/10/2017 | 🔒 | (Court only) ***Case Terminated as to Guy M. Jean-Pierre. (gq) (Entered: 01/12/2017) |
| 01/10/2017 |  | RULE 5(c)(3) DOCUMENTS SENT as to Guy M. Jean-Pierre from the U.S.D.C. Southern District of New York to the United States District Court - District of Colorado, Denver Division. Sent original file along with documents numbered 1-5, certified copies of: Rule 5(c)(3) Documents, the docket sheet, and letter of acknowledgment, on 1/10/2016. (gq) (Entered: 01/12/2017) |