I H-11.Revised 8/2005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- x

   UNITED STATES OF AMERICA       :    ORDER APPOINTING COUNSEL
                   - v -                             (Federal Defenders of New York, Inc.)

Guy M. Jean-Pierre, a/k/a
"Marcelo Dominguez de Guerra,"
                          Defendant    :    Docket # 17 Mag. 125

------------------------------------------- x

     Because the above named defendant has testified under oath or otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interest of justice so require, the FEDERAL DEFENDERS OF NEW YORK, INC. is hereby appointed to represent the defendant in the above designated case for the following purpose:

    Check one)    ✓    all proceedings

                          ____    bail/presentiment only

                          ____    other (specify) _____Julia Gatto_____

     If the case proceeds to the U.S. District Court, the appointment shall remain in effect until terminated or a substitute attorney is appointed.

Date   1/10/2017                         S/ Kevin Nathaniel Fox
                                                  Signature of U.S. Judge or Magistrate Judge
                                                      or by order of the Court:

                                                          _____
                                                                 Clerk or Deputy

TO:   J. MICHAEL McMAHON, CLERK
       United States District Court                CERTIFIED AS A TRUE COPY ON
       Southern District of New York              THIS DATE  JAN 19 2017

       Federal Defenders of New York, Inc.      BY _____
       52 Duane Street, 10th Floor                   (X) Clerk
       New York, New York 10007                     (  ) Deputy

Copy 1 – Retain in Magistrate Judge File
Copy 2 – To Federal Defenders of New York, Inc.
Copy 3 – To U.S.D.C. Clerks Office (Attn: C.J.A. Clerk)

DOCKET No. 17 MAG 125               DEFENDANT Guy M. Jean-Pierre

AUSA Michael Longyear              DEF.'S COUNSEL Julia Gatto
                                    ☐ RETAINED  ☒ FEDERAL DEFENDERS  ☐ CJA  ☐ PRESENTMENT ONLY
☐ _____ INTERPRETER NEEDED

                                    ☒ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5  ☐ Rule 9  ☒ Rule 5(c)(3)  ☐ Detention Hrg.    DATE OF ARREST 1/10/17       ☐ VOL. SURR.
☐ Other: _____                         TIME OF ARREST 9:00 A.M.    ☐ ON WRIT
                                                         TIME OF PRESENTMENT 4:55PM, 1/10/17

---

## BAIL DISPOSITION

☒ DETENTION ON CONSENT W/O PREJUDICE     ☐ DETENTION: RISK OF FLIGHT/DANGER    ☐ SEE SEP. ORDER
☐ DETENTION HEARING SCHEDULED FOR: _____                              ☐ SEE TRANSCRIPT
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☐ $_____ PRB   ☐ _____ FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☐ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☐ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS   ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ ELECTRONIC MONITORING  ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: _____

---

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

[Stamp: U.S. DISTRICT COURT FILED JAN 10 2017 S.D. OF N.Y.]

[Stamp: CERTIFIED AS A TRUE COPY ON THIS DATE JAN 19 2017 BY ____ Clerk / Deputy]

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY              ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☒ IDENTITY HEARING WAIVED                ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED     ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: 1/24/17        ☐ ON DEFENDANT'S CONSENT

DATE: 1/10/17

                                         _____
                                         UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE    PINK – U.S. ATTORNEY'S OFFICE    YELLOW – U.S. MARSHAL    GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016 IH - 2



AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States of America <br> v. <br> Guy M Jean-Pierre a/k/a <br> Marcelo Dominguez de Guerra <br> _Defendant_ | Case No. 17 Mag. 125 <br><br> Charging District's <br> Case No. 16 mj 01103 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of Colorado,
_(if applicable)_ _____ division. The defendant may need an interpreter for this language:
_____

The defendant: ☐ will retain an attorney.
☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 01/10/2017 _____
_Judge's signature_

Kevin Nathaniel Fox, U.S.M.J.
_Printed name and title_

CERTIFIED AS A TRUE COPY ON
THIS DATE JAN 19 2017
BY _____
(X) Clerk
( ) Deputy

U.S. DISTRICT COURT
FILED
JAN 10 2017
S.D. OF N.Y.