**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 17-cr-0008-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GUY JEAN-PIERRE,

    Defendant.

_____

**MINUTE ORDER**

Entered by Magistrate Judge Nina Y. Wang

    This case is before the court on an initial appearance for Defendant Guy Jean-Pierre based on a transfer from the United States District Court for the Southern District of New York pursuant to Rule 5(c)(3) of the Federal Rules of Criminal Procedure. Based on the representation of Government's counsel, United States Magistrate Judge Kevin N. Fox ordered that the affidavit in support of the Complaint be restricted. Therefore, **IT IS ORDERED** that:

    (1)    The Clerk of the Court is **DIRECTED to RESTRICT** as Level 3 Restricted the following documents:  [#1-1] and [#6], without prejudice to any arguments regarding the restriction reserved by Defendant before the United States District Court for the District of New York; and

    (2)    The Clerk of the Court is **DIRECTED TO UNRESTRICT** the Indictment at [#5].

DATED:  February 6, 2017