# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-CR-00008-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Guy M. Jean-Pierre,
a/k/a Marcello Dominguez de Guerra

Defendant.

---

## ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

Guy M. Jean-Pierre, a/k/a Marcello Dominguez de Guerra

    DATED at Denver, Colorado this 8th day of February, 2017.

    Kirkland L. Brush
Name of Attorney

    Law Office of Kirk Brush
Firm Name

    155 E. Boardwalk Dr., Suite 400
Office Address

    Fort Collins, CO 80525
City, State, ZIP Code

    970-224-9281
Telephone Number

    kbrush@kirkbrush.com
Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Kenneth Harmon, Assistant United States Attorney at kenneth.harmon@usdoj.gov.

    s/Kathleen Brush
Kathleen Brush, secretary
Law Office of Kirk Brush

2