**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 17-cr-0008-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      GUY M. JEAN-PIERRE,

      Defendant.

---

ORDER OF DETENTION

---

      THIS MATTER came before the Court for a detention hearing on February 9, 2017.

      The government is requesting detention in this case. The defendant contested detention and both sides offered argument beyond the contents of the bail report. In making my findings of fact, I have taken judicial notice of the information set forth in the court docket of proceedings and the Pretrial Services Report.

      In order to sustain a motion for detention, the government must establish that there is no condition or combination of conditions which could be imposed in connection with pretrial release that would reasonably assure (a) the appearance of the defendant as required or (b) the safety of any other person or the community. 18 U.S.C. § 3142(b). The former element must be

1

established by a preponderance of the evidence, and the latter requires proof by clear and convincing evidence.

The Bail Reform Act establishes the following factors to be considered in determining whether there are conditions of release that will reasonably assure the appearance of the defendant and the safety of the community:

(1) The nature and circumstances of the offense charged, including whether the offense is a crime of violence or involves a narcotic drug;

    (2) the weight of the evidence against the person;

    (3) the history and characteristics of the person including–

        (A) the person's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug and alcohol abuse, criminal history, and record concerning appearance at court proceedings; and

        (B) whether at the time of the current offense or arrest, the person was on probation, on parole, or on other release pending trial, sentencing, appeal, or completion of sentence for an offense under Federal, State, or local law; and

    (4) the nature and seriousness of the danger to any person or the community that would be posed by the person's release.

18 U.S.C. § 3142(g).

Weighing the factors set out in the Bail Reform Act, I find the following: Defendant has been charged by indictment of Conducting Financial Transactions in Property Represented to be

the Proceeds of Specified Unlawful Activity, with an associated penalty of not more than twenty (20) years of imprisonment, not more than a $ 250,000 fine, or both, not more than three (3) years of supervised release, and $ 100 special assessment.   Defendant has no discernible ties to Colorado and has limited ties to the United States at this point.   Despite being a United States citizen, Defendant has resided in the Dominican Republic since 2013, and has a three year-old child in that country.   In addition, Defendant has changed his name in Broward County, Florida and travels on that name, which is not the name under which he is charged.   He has no viable employment in the United States at this point, and while his criminal history is limited, he failed to answer or otherwise respond to civil matters.

After considering all appropriate factors, I conclude that the preponderance of the evidence establishes that no condition or combination of conditions of release will reasonably assure the appearance of the defendant as required.

IT IS HEREBY ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

IT IS FURTHER ORDERED that the defendant is to be afforded a reasonable opportunity to consult confidentially with defense counsel; and

IT IS FURTHER ORDERED that upon order of this Court or on request of an attorney for the United States of America, the person in charge of the corrections facility shall deliver

defendant to the United States Marshal for the purpose of an appearance in connection with this

proceeding.

DATED:   February 9, 2017					BY THE COURT:


							s/ Nina Y. Wang
							Nina Y. Wang
							United States Magistrate Judge