# GUY MARCEAU JEAN-PIERRE

1015 W Newport Center Drive
Suite 106
Deerfield Beach, FL 33442
Direct: (305) 929.3652
Office: (954) 429.1330
Cell: (561) 305.6767
Facsimile: (954) 429.1352
Efax: (561) 634.2132
guy@lawfirmofjeanpierre.com

---

**PROFESSIONAL SUMMARY:**

**General Corporate:** successfully functioned as outside general counsel to start-ups, development stage companies and small and medium-sized businesses, including management of all legal matters related thereto; provided advice on corporate governance and corporate structuring including confidential advice to boards of directors, CEOs and other senior management.

**Transactional and Contracts:** successfully managed acquisition and financing transactions ranging to $1.2 billion; prepared and negotiated various contracts including acquisition agreements, asset sale agreements, interaffiliate agreements, joint venture agreements and distribution agreements.

**International and Business Development:** participated in a number of cross-border transactions; ensured compliance with US anti-boycott legislation, OFAC regulations, US trade restrictions and antitrust issues applicable to activities of US corporations overseas; provided training, advice and guidance with respect to ethical business practices, antitrust matters and the application of the Foreign Corrupt Practices Act; provided legal advice and guidance with respect to business development initiatives in the Czech Republic, the Dominican Republic, Egypt, France, Latvia, Morocco, Poland, South Africa and Turkey.

**Securities and Finance:** participated in private placements and public offerings; prepared NASDAQ, FINRA and SEC filings including 1933 and 1934 Act filings; provided advice and guidance with respect to Rule 16b transactions; reviewed bank financing agreements; prepared, reviewed and negotiated promissory notes, stock purchase agreements, loan agreements and loan workout agreements.

**General Experience and Skill Sets** include ability to communicate effectively with all levels of management; excellent negotiating skills; supervision of outside counsel in both domestic and foreign jurisdictions; expertise in domestic and international regulatory and compliance issues; proven ability to provide high-level advice and support on a variety of domestic and global matters; experience providing training and instruction to business students and professionals; fluency in Spanish and French.



Exhibit
Exhibit No: Plaintiff 1
Name: Jean-Pierre
Date: 12/13/12

GOVERNMENT
EXHIBIT
2
17-cr-00008-WJM

Confidential Treatment requested by Belmont Partners

NY-8142-06370

**Corporate and Securities Attorney** for over 20 years with significant experience in a number of substantive areas including the following:
- General Corporate, Contracts and Compliance
- International and Business Development
- Securities and Corporate Finance
- Transactions including Mergers and Acquisitions

## PROFESSIONAL EXPERIENCE:

**H. Wayne Huizenga School of Business and Entrepreneurship,**
**Nova Southeastern University (Fort Lauderdale, FL)**                2005-Present
*Adjunct Professor*
*Courses taught:*    Multinational Diversification Strategies
                     Business Law and Ethics

**Jean-Pierre & Jean-Pierre, LLC (Boca Raton, FL)**                   2007-Present
*Managing Member*

Boutique firm focusing on corporate transactional and securities law matters for small and medium-sized businesses as well as international business matters and functioning as outside general counsel to small and medium-sized businesses. Representative Clients include:

*Securities Counsel of:*
Belmont Partners, LLC (Washington, VA)                                2009-Present

*Outside General Counsel of:*
Angel Acquisition Corp. (Carson City, NV)                             2009-Present
US Farms, Inc. (San Diego, CA)                                        2009-Present
Centriforce Technology Corp. (Miami, FL)                              2008-Present
Emperial Americas, Inc. (Houston, TX)                                 2008-Present
Sosua Ventures (Sosua, Dominican Republic)                            2007-Present

**Gold Coast Professional Services, PA (Boca Raton, FL)**             2004-2008
*Managing Member*
Lead role in various securities matters and myriad corporate transactions such as mergers, corporate finance, acquisitions or divestitures as well as corporate governance matters and managing, drafting and negotiating complex contracts of all varieties

## Private Practice/Consulting Attorney                               1996-2004
*Several assignments including:*
American Way Business Development Corporation (Boca Raton, FL)        2001-2004
Underwriters Laboratories (Northbrook, IL)                            2000-2001
Merck & Co., Inc. (Whitehouse, NJ)                                    1997-1999
Zimet, Haines, Friedman & Kaplan (New York, NY)                       1996-1997

**Federal Deposit Insurance Corporation (South Brunswick, NJ)**         1991 - 1995
*Senior Attorney*
- Negotiated and documented asset sale agreements, loan workout agreements and other commercial contracts
- Served as primary legal contact for the Division of Liquidation and assuming financial institutions and supervised legal staff at bank closings
- Analyzed contingent liabilities of troubled financial institutions, and prepared and negotiated acquisition agreements
- Management of litigation portfolio
- Provided legal advice and guidance on all matters relating to the administration and termination of employee benefit plans of failed banks, including advising plan administrator on fiduciary obligations and ERISA requirements

**Skadden, Arps, Slate, Meagher & Flom (New York, NY)**         1986 - 1990
*Corporate and Securities Associate*
- Participated in private placements and public offerings of debt and equity issues
- Assisted with leveraged buyouts and mergers and acquisitions
- Provided support for financial transactions, including negotiations of restrictive covenants with issuers and lenders
- Prepared, negotiated and reviewed commercial contracts as well as filings required by the Securities and Exchange Commission and other regulatory bodies

**Irell & Manella (Los Angeles, CA)**         1985 - 1986
*Corporate and Securities Associate*

**State Senate Committee on Ways and Means of**         1980 - 1982
**the Commonwealth of Massachusetts (Boston, MA)**
*Budget Analyst*

**EDUCATION:**
Columbia University School of Law – New York, New York         JD, 1985
Amherst College – Amherst, Massachusetts         BA, 1980

**BAR ADMISSIONS:**
Florida (2004); New York (1989); California (1986)

**GENERAL EXPERIENCE AND SKILL SETS**
- Self-motivated and decisive
- Ability to communicate effectively with all levels of management
- Supervision of outside counsel in both domestic and foreign jurisdictions
- Excellent negotiating skills
- Expertise in domestic and international regulatory and compliance issues
- Strong team player with the proven ability to work well with others
- Demonstrated experience working both in-house and as outside general counsel
- Fluency in Spanish and French

Confidential Treatment requested by Belmont Partners         NY-8142-06372