

01/20/2012

To Whom It May Concern:

This letter is to inform the State of Nevada of the changes made to Fusion Pharm, Inc., formerly known as Baby Bee Bright Corporation. We would like to report the following changes to our company officers and directors:

1. Scott Dittman, CEO
2. Guy Jean Pierre, Corporate Secretary

If you have any questions or concerns please feel free to contact our office at 720-458-0686.

Sincerely,

Scott Dittman, CEO

