

# FUSIONPHARM, INC.

## Annual Information and Disclosure Statement
*Pursuant to Rule 15C2-(11)(a)(5)*

### December 31, 2011

All information contained in this Annual Information and Disclosure Statement has been compiled to fulfill the disclosure requirements of Rule 15c2-11(a)(5) promulgated under the Securities Act of 1934 as amended. The enumerated captions contained herein correspond to the sequential format as set forth in the Guidelines for Providing Adequate Current Public Information provided by OTC Markets Group, Inc.

Delivery of this information file does not at any time imply that the information contained herein is correct as of any time subsequent to the date first written above.

**FusionPharm, Inc. is responsible for this Annual Information and Disclosure Statement. The information contained in this Statement has not been filed with or approved by the Securities and Exchange Commission, any state securities commission, the Financial Industry Regulatory Authority, or any other regulatory body.**

This document contains forward-looking statements. These forward-looking statements represent management's beliefs, plans and objectives about the future, as well as assumptions and judgments concerning such beliefs, plans and objectives. Forward-looking statements are evidenced by terms such as "anticipate," "believe," "estimate," "expect," "intend," "should" and other similar expressions. Although forward-looking statements reflect management's good faith, beliefs and projections, they are subject to risk and uncertainty, including, but not limited to, the impact of competitive products, product demand, market acceptance risks, fluctuations in operating results, political risk and other such occurrences which could cause the Company's actual results to differ materially from those expressed in any forward-looking statement(s) made by or on behalf of FusionPharm, Inc.

FUSIONPHARM, INC.
1610 Wynkoop Street
Suite 110
Denver, Colorado 80202
Phone: (720) 458-0686
Fax: (720) 458-0687
Email: info@fusionpharminc.com

GOVERNMENT EXHIBIT 6 17-cr-00008-WJM

|   |   |
|---|---|
|   | He stayed in Baghdad to help start a local company to work with the Compass Group to feed the New Iraqi Army as it grew from zero to 150,000 plus solders. Mr. Duke completed his B.S. in Business from Babson College, with some study at the University of Denver, in 1978 and stayed on at Babson to conduct diverse Graduate Studies in various business disciplines. |
| **Board Memberships** | None |
| **Compensation:** | None |
| **Full Name:** | **Guy M. Jean-Pierre** |
| **Title:** | Corporate Secretary and Legal Counsel |
| **Business Address:** | 1610 Wynkoop Street, Suite 110<br>Denver, Colorado 80202 |
| **Employment History:** | *Guy Jean-Pierre* has been President and Managing Member of Jean-Pierre & Jean-Pierre, LLC for the last five years. Mr. Jean-Pierre has successfully served as outside general counsel to start-ups, development stage companies and small and medium-sized businesses, including management of all legal matters related thereto; provided advice on corporate governance and corporate structuring including confidential advice to boards of directors, CEOs and other senior management. Mr. Jean-Pierre has participated in numerous private placements and public offerings and prepared various SEC filings including 1933 and 1934 Act filings. Mr. Jean Pierre has also successfully managed acquisition and financing transactions and prepared and negotiated various contracts including acquisition agreements, asset sale agreements, inter-affiliate agreements, joint venture agreements and distribution agreements. |
| **Board Memberships** | None. |
| **Compensation:** | $30,000 annually |

B. **Legal and Disciplinary History**

Within the last five years no officer or director of the Issuer has been the subject of:

1. A conviction in a criminal proceeding or named as a defendant in a pending criminal proceeding (excluding traffic violations and other minor offenses);

2. The entry of an order, judgment, or decree, not subsequently reversed, suspended or vacated, by a court of competent jurisdiction that permanently or temporarily enjoined, barred, suspended or otherwise limited such person's involvement in any type of business, securities, commodities, or banking activities);

3. A finding or judgment by a court of competent jurisdiction (in a civil action), the Securities and Exchange Commission, the Commodity Futures Trading Commission, or a state securities regulator of a violation of federal or state securities or commodities law, which finding or judgment has not been reversed, suspended, or vacated); or

4. The entry of an order by a self-regulatory organization that permanently or temporarily barred, suspended or otherwise limited such person's involvement in any type of business or securities activities).

14