CM/

- Query
- Reports
- Utilities
- Logout

CLOSED,CASREF,COMPLEX-CSMGMT,ECF

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:12-cv-08886-LGS-HBP

Securities and Exchange Commission v. Jean-Pierre  
Assigned to: Judge Lorna G. Schofield  
Referred to: Magistrate Judge Henry B. Pitman  
Cause: 15:77 Securities Fraud

Date Filed: 12/06/2012  
Date Terminated: 03/09/2015  
Jury Demand: None  
Nature of Suit: 850 Securities/Commodities  
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**Securities and Exchange Commission**

represented by **Andrew Matthew Calamari**  
Securities & Exchange Commission (3 WFC)  
3 World Financial Center, Room 400  
New York, NY 10281  
(212) 336-0042  
Fax: 212-336-1323  
Email: calamaria@sec.gov  
*ATTORNEY TO BE NOTICED*

**Barry Antoine Kamar**  
Securities & Exchange Commission (3 WFC)  
3 World Financial Center, Room 400  
New York, NY 10281  
(212) 336-0090  
Fax: (212) 336-1322  
Email: kamarb@sec.gov  
*ATTORNEY TO BE NOTICED*

**Megan Ruth Genet**  
Securities & Exchange Commission (3 WFC)  
3 World Financial Center, Room 400  
New York, NY 10281


GOVERNMENT EXHIBIT 9  
17-cr-00008-WJM

(212) 336-0182
Fax: (212)-336-1350
Email: genetm@sec.gov
*ATTORNEY TO BE NOTICED*

**Todd Daniel Brody**
Securities & Exchange Commission (3 WFC)
3 World Financial Center, Room 400
New York, NY 10281
(212)-336-0080
Fax: (212)-336-1324
Email: brodyt@sec.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Guy M. Jean-Pierre
*also known as*
Marcelo Dominguez de Guerra

| Date Filed | # | Docket Text |
|---|---|---|
| 12/06/2012 | 1 | COMPLAINT against Guy M. Jean-Pierre. Document filed by Securities and Exchange Commission.(jd) (Entered: 12/11/2012) |
| 12/06/2012 | | SUMMONS ISSUED as to Guy M. Jean-Pierre. (jd) (Entered: 12/11/2012) |
| 12/06/2012 | | Magistrate Judge Henry B. Pitman is so designated. (jd) (Entered: 12/11/2012) |
| 12/06/2012 | | Case Designated ECF. (jd) (Entered: 12/11/2012) |
| 12/06/2012 | 2 | STANDING ORDER IN RE PILOT PROJECT REGARDING CASE MANAGEMENT TECHNIQUES FOR COMPLEX CIVIL CASES IN THE SOUTHERN DISTRICT OF NEW YORK (See M-10-468 Order filed November 1, 2011). This case is hereby designated for inclusion in the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York (the Pilot Project), unless the judge to whom this case is assigned determines otherwise. This case is designated for inclusion in the Pilot Project because it is a class action, an MDL action, or is in one of the following Nature of Suit categories: 160, 245, 315, 355, 365, 385, 410, 830, 840, 850, 893, or 950. The presiding judge in a case that does not otherwise qualify for inclusion in the Pilot Project may nevertheless designate the case for inclusion in the Pilot Project by issuing an order directing that the case be included in the Pilot Project. The description of the Pilot Project, including procedures to be followed, is attached to this Order. (Signed by Judge Loretta A. Preska on 10/31/2011) (jd) (Entered: 12/11/2012) |

| | | |
|---|---|---|
| 03/12/2013 | | Minute Entry for proceedings held before Judge Miriam Goldman Cedarbaum: Initial Pretrial Conference held on 3/12/2013. (ft) (Entered: 03/14/2013) |
| 03/13/2013 | 3 | CERTIFICATE OF SERVICE. Guy M. Jean-Pierre served on 12/13/2012, answer due 1/3/2013. Service was accepted by Guy Jean-Pierre, Defendant. Document filed by Securities and Exchange Commission. (Kamar, Barry) (Entered: 03/13/2013) |
| 03/13/2013 | 4 | CLERK'S CERTIFICATE OF DEFAULT AS TO Guy Jean-Pierre. (dt) (Entered: 03/13/2013) |
| 05/07/2013 | 5 | NOTICE OF CASE REASSIGNMENT to Judge Lorna G. Schofield. Judge Miriam Goldman Cedarbaum is no longer assigned to the case. (pgu) (Entered: 05/07/2013) |
| 05/13/2013 | 6 | ORDER FOR INITIAL PRETRIAL CONFERENCE: Initial Conference set for 6/28/2013 at 10:20 a.m. in Courtroom 1106 before Judge Lorna G. Schofield at 40 Foley Square, New York, New York. (Signed by Judge Lorna G. Schofield on 5/13/2013) (rsh) (Entered: 05/14/2013) |
| 05/21/2013 | 7 | MOTION for Barry A. Kamar to Withdraw as Attorney. Document filed by Securities and Exchange Commission. (Attachments: # 1 Text of Proposed Order)(Kamar, Barry) (Entered: 05/21/2013) |
| 05/21/2013 | 8 | CERTIFICATE OF SERVICE of Motion to Withdraw as Attorney served on Defendant Guy Jean-Pierre on May 21, 2013. Service was made by MAIL. Document filed by Securities and Exchange Commission. (Kamar, Barry) (Entered: 05/21/2013) |
| 08/20/2013 | 9 | ORDER: The Motion filed at Dkt. No. 7, asking permission for Barry Kamar to withdraw as counsel, was incorrectly filed in this case. Motion denied. Plaintiff shall renew with correct paperwork. Denying 7 Motion to Withdraw as Attorney. (Signed by Judge Lorna G. Schofield on 8/20/2013) (rdz) (Entered: 08/21/2013) |
| 10/01/2013 | | ***DELETED DOCUMENT. Deleted document number 10 STANDING ORDER M10-468: Stay of Certain Civil Cases Pending the Restoration of Department of Justice Funding.. The document was incorrectly filed in this case. (ad) (Entered: 10/01/2013) |
| 10/16/2013 | 10 | FILING ERROR - DEFICIENT DOCKET ENTRY - MOTION for Default Judgment as to *Defendant Guy M. Jean-Pierre*. Document filed by Securities and Exchange Commission. (Attachments: # 1 Supplement Memorandum of Law in Support of Plaintiff Securities and Exchange Commission's Motion for a Default Judgment, # 2 Affidavit Declaration of Megan R. Genet in Support of Plaintiff Securities and Exchange Commission's Motion for a Default Judgment, # 3 Exhibit Exhibits to Declaration of Megan R. Genet in Support of Plaintiff Securities and Exchange Commission's Motion for a Default Judgment, # 4 Text of Proposed Order [Proposed] Judgment as to Defendant Guy M. Jean-Pierre, # 5 Supplement Certificate of Service)(Genet, Megan) Modified on 10/17/2013 (db). (Entered: 10/16/2013) |

| 10/17/2013 |    | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Megan Ruth Genet to RE-FILE Document 10 MOTION for Default Judgment as to *Defendant Guy M. Jean-Pierre*. ERROR(S): Supporting Documents are filed separately, each receiving their own document #. (db) (Entered: 10/17/2013) |
|---|---|---|
| 10/29/2013 | 11 | LETTER addressed to Judge Lorna G. Schofield from Megan R. Genet dated 10/29/2013 re: Request for Time. Document filed by Securities and Exchange Commission.(Genet, Megan) (Entered: 10/29/2013) |
| 11/04/2013 | 12 | ORDER TO SHOW CAUSE FOR PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR A DEFAULT JUDGMENT: It is ORDERED that the above named defendant show cause before a motion term of this Court, at Room 1106, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on December 19, 2013, at 11:15 o'clock in the forenoon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure ("Fed. R Civ. P."), for the entry of a default judgment against defendant Guy M. Jean-Piene ("Jean-Pierre") a/k/a Marcelo Dominguez de Guerra; and it is further ORDERED that, service of a copy of this order and annexed Declaration of Megan R. Genet and exhibits thereto upon the defendant by email, UPS, and UPS International on or before 6:00 o'clock in the afternoon, November 6, 2013, shall be deemed good and sufficient. Show Cause Hearing set for 12/19/2013 at 11:15 AM before Judge Lorna G. Schofield. (Signed by Judge Lorna G. Schofield on 11/4/2013) (lmb) (Entered: 11/04/2013) |
| 12/19/2013 |    | Minute Entry for proceedings held before Judge Lorna G. Schofield: Show Cause Hearing held on 12/19/2013. Defendant did not appear for this hearing. (Court Reporter Steve Griffing) (jcs) (Entered: 12/19/2013) |
| 12/19/2013 | 13 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Inquest After Default/Damages Hearing. Referred to Magistrate Judge Henry B. Pitman. (Signed by Judge Lorna G. Schofield on 12/19/2013) (lmb) (Entered: 12/20/2013) |
| 01/09/2014 | 14 | SCHEDULING ORDER: Plaintiff shall submit proposed findings of fact and conclusions of law concerning damages no later than March 10, 2014. All factual assertions made by plaintiff are to be supported by either affidavit or other material of evidentiary weight. Defendant shall submit his response to Plaintiff's submissions, if any, no later than April 10, 2014. IF DEFENDANT (1) FAILS TO RESPOND TO PLAINTIFF'S SUBMISSIONS, OR (2) FAILS TO CONTACT MY CHAMBERS BY APRIL 10, 2014 AND REQUEST AN IN-COURT HEARING, IT IS MY INTENTION TO ISSUE A REPORT AND RECOMMENDATION CONCERNING DAMAGES ON THE BASIS OF PLAINTIFF'S WRITTEN SUBMISSIONS ALONE WITHOUT AN IN-COURT HEARING. (Signed by Magistrate Judge Henry B. Pitman on 1/9/2014) Copies Mailed By Chambers. (ft) (Entered: 01/09/2014) |
| 03/12/2014 | 15 |    |

| | | |
|---|---|---|
| | | STATEMENT OF DAMAGES. Document filed by Securities and Exchange Commission. (Attachments: # 1 Affidavit Declaration of Megan R. Genet in Support of Plaintiff Securities and Exchange Commission's Proposed Findings of Fact and Conclusions of Law, # 2 Exhibit Exhibits to Declaration of Megan R. Genet Part 1, # 3 Exhibit Exhibits to Declaration of Megan R. Genet Part 2, # 4 Exhibit Exhibits to Declaration of Megan R. Genet Part 3, # 5 Exhibit Exhibits to Declaration of Megan R. Genet Part 4, # 6 Exhibit Exhibits to Declaration of Megan R. Genet Part 5, # 7 Exhibit Exhibits to Declaration of Megan R. Genet Part 6, # 8 Exhibit Exhibits to Declaration of Megan R. Genet Part 7, # 9 Exhibit Exhibits to Declaration of Megan R. Genet Part 8, # 10 Exhibit Exhibits to Declaration of Megan R. Genet Part 9) (Genet, Megan) (Entered: 03/12/2014) |
| 11/13/2014 | 16 | ORDER: This matter has been referred to me to conduct an inquest and to issue a report and recommendation concerning what remedies should be awarded. In the course of reviewing the complaint and the declaration of Megan R. Genet, Esq., I have been unable to find any allegation or other evidence that the securities that were the subject of Jean-Pierre's fraudulent opinion letters were actually bought or sold or were actually offered for sale, notwithstanding the Commission's admission that these are essential elements of its claims (see Commission's Proposed Findings of Fact and Conclusions of Law 14). No later than November 19, 2014, counsel for the Commission is to direct my attention to the portion of its submissions that establish these elements have been alleged and established by the defendant's default. If these elements have not been established, the Commission is to advise me what course of action it believes is appropriate. (Signed by Magistrate Judge Henry B. Pitman on 11/13/2014) Copies Sent By Chambers. (lmb) (Entered: 11/13/2014) |
| 11/17/2014 | 17 | ENDORSED LETTER addressed to Magistrate Judge Henry B. Pitman from Todd D. Brody dated 11/17/2014 re: By order dated November 13, 2014, your honor requested that the SEC provide certain information concerning the allegations in the complaint by November 19. I would greatly appreciate it if that date could be extended to November 26. ENDORSEMENT: Application granted. (Signed by Magistrate Judge Henry B. Pitman on 11/17/2014) (lmb) (Entered: 11/17/2014) |
| 12/03/2014 | 18 | REPORT AND RECOMMENDATION re: 1 Complaint filed by Securities and Exchange Commission. Accordingly, for all the foregoing reasons, I respectfully recommend that judgment be entered against Jean-Pierre as follows: 1. $62,000 representing disgorgement of Jean-Pierre's ill-gotten gain; 2. Prejudgment interest on the figure representing disgorgement; 3. A civil monetary penalty in the amount of $1,425,000 and 4. A life time bar against participating in any form in an offering of penny stock. I further direct that within fourteen (14) days from the date of this Report and Recommendation, the SEC is to submit a revised interest calculation that sets forth an express statement of the interest rate used and the period of time for which interest is sought. Objections to R&R due by 12/22/2014. (Signed by Magistrate Judge Henry B. Pitman on 12/3/2014) Copies Mailed By Chambers. (lmb) (Entered: 12/03/2014) |

| | | |
|---|---|---|
| 12/17/2014 | 19 | LETTER addressed to Magistrate Judge Henry B. Pitman from Todd D. Brody dated December 17, 2014 re: Interest Calculation. Document filed by Securities and Exchange Commission.(Brody, Todd) (Entered: 12/17/2014) |
| 03/09/2015 | 20 | OPINION AND ORDER: For the reasons stated herein, Defendant shall be ordered to pay: (i) $62,000, representing disgorgement; (ii) prejudgment interest on $62,000 at the rate used by the Internal Revenue Service for underpayment of federal income tax as set forth in 26 U.S.C. § 6621(a)(2), from May 1, 2011, up to the date of entry of judgment; and (iii) a civil monetary penalty in the amount of $1,425,000. Additionally, a lifetime bar against participating in any form in an offering of penny stocks will be enforced against Defendant. The Clerk of the Court is directed to close the case. (Signed by Judge Lorna G. Schofield on 3/9/2015) (kgo) (Entered: 03/10/2015) |
| 04/16/2015 | 21 | CLERK'S JUDGMENT: That for the reasons stated in the Court's Opinion and Order dated March 9, 2015, the Report is adopted in its entirety; Defendant is ordered to pay: (i) $62,000, representing disgorgement; (ii) prejudgement interest on $62,000 at the rate used by the Internal Revenue Service for underpayment of federal income tax as set forth in 26 U.S.C. § 6621(a)(2), from May 1, 2011, up to the date of entry of judgment of $8,053.10; and (iii) a civil monetary penalty in the amount of $1,425,000; additionally, a lifetime bar against participating in any form in an offering of penny stocks is enforced against Defendant; accordingly, the case is closed. (Signed by Clerk of Court Ruby Krajick on 4/16/2015) (Attachments: # 1 Notice of Right to Appeal, # 2 Notice of Right to Appeal)(dt) (Entered: 04/16/2015) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/08/2017 18:27:52 | | | |
| PACER Login: | us8291:2683741:4299065 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:12-cv-08886-LGS-HBP |
| Billable Pages: | 5 | Cost: | 0.50 |