**RECEIVED**

IN THE SUPREME COURT OF FLORIDA
(Before a Referee)

SEP 5 2013

THE FLORIDA BAR
FORT LAUDERDALE OFFICE

| | |
|---|---|
| THE FLORIDA BAR, | Supreme Court Case No. SC12-2727 |
| Complainant, | |
| v. | The Florida Bar File No. 2011-51,158 (15A) |
| GUY M. JEAN-PIERRE, | |
| Respondent. | |

_____/

## ORDER ON THE FLORIDA BAR'S MOTION FOR DEFAULT

This cause having come before this referee upon The Florida Bar's Motion for Default and the referee being otherwise fully advised in the premises, finds that:

The Respondent has failed to appear before this court, despite numerous orders to do so,

THEREFORE IT IS ORDERED AND ADJUDGED:

A default is entered in this case against the Respondent for his continued failure to appear before this Court.

The Respondent is found guilty of the Rules Regulating The Florida Bar as alleged in the bar's complaint.



GOVERNMENT EXHIBIT 10
17-cr-00008-WJM

The Court shall *and shall* immediately hear argument for the determination of the appropriate discipline to be imposed against the Respondent.

DONE AND ORDERED this 4th day of September, 2013.

_____
Jeffrey E. Streitfeld, Referee

**COPIES FURNISHED:**

Ghenete Elaine Wright Muir, Bar Counsel
The Florida Bar
Lake Shore Plaza II
1300 Concord Terrace, Suite 130
Sunrise, FL 33323

Guy M. Jean-Pierre, Respondent
433 Plaza Real, Ste. 275
Boca Raton, FL 33432-3999

Kenneth Lawrence Marvin, Staff Counsel
The Florida Bar
651 E. Jefferson Street
Tallahassee, FL 32399-2300