SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------ ----------------------------------- -----------

THE PEOPLE OF THE STATE OF NEW YORK

-against-

Guy Marceau Jean-Pierre,

                                                        Defendant.

------------ ------------------------------------------------

THE GRAND JURY OF THE COUNTY OF NEW YORK, by this indictment, accuses the defendant of the crime of **FORGERY IN THE SECOND DEGREE**, in violation of Penal Law §170.10(1), committed as follows:

The defendant, in the County of New York, on or about May 7, 2010, with intent to defraud, deceive and injure another, falsely made, completed and altered a written instrument, the same being and purporting to be, and calculated to become and to represent if completed, a deed, will, codicil, contract, assignment, commercial instrument, credit card, and other instrument which did and may have evidenced, created, transferred, terminated and otherwise affected a legal right, interest, obligation and status, to wit: an Attorney Letter Agreement date and time stamped 12:17 05/07/10.

DATE **AUG 2 0 2013**
I hereby certify that the foregoing
paper is a true copy of the original
thereof, filed in my office.

County Clerk and Clerk of the
Supreme Court New York County
OFFICIAL USE

**GOVERNMENT
EXHIBIT
11**
17-cr-00008-WJM

SECOND COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **FORGERY IN THE SECOND DEGREE**, in violation of Penal Law §170.10(1), committed as follows:

The defendant, in the County of New York, on or about May 7, 2010, with intent to defraud, deceive and injure another, falsely made, completed and altered a written instrument, the same being and purporting to be, and calculated to become and to represent if completed, a deed, will, codicil, contract, assignment, commercial instrument, credit card, and other instrument which did and may have evidenced, created, transferred, terminated and otherwise affected a legal right, interest, obligation and status, to wit: an Attorney Letter Agreement date and time stamped 12:28 05/07/10.

DATE   **AUG 2 0 2013**

I hereby certify that the foregoing paper is a true copy of the original thereof, filed in my office.

County Clerk and Clerk of the Supreme Court New York County
OFFICIAL USE

THIRD COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **FORGERY IN THE SECOND DEGREE**, in violation of Penal Law §170.10(1), committed as follows:

The defendant, in the County of New York, on or about May 7, 2010, with intent to defraud, deceive and injure another, falsely made, completed and altered a written instrument, the same being and purporting to be, and calculated to become and to represent if completed, a deed, will, codicil, contract, assignment, commercial instrument, credit card, and other instrument which did and may have evidenced, created, transferred, terminated and otherwise affected a legal right, interest, obligation and status, to wit:   an Attorney Letter Agreement date and time stamped 12:22 05/07/10.

DATE **AUG 2 0 2013**
I hereby certify that the foregoing paper is a true copy of the original thereof, filed in my office.

County Clerk and Clerk of the Supreme Court New York County OFFICIAL USE

FOURTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **FORGERY IN THE SECOND DEGREE**, in violation of Penal Law §170.10(1), committed as follows:

The defendant, in the County of New York, on or about May 7, 2010, with intent to defraud, deceive and injure another, falsely made, completed and altered a written instrument, the same being and purporting to be, and calculated to become and to represent if completed, a deed, will, codicil, contract, assignment, commercial instrument, credit card, and other instrument which did and may have evidenced, created, transferred, terminated and otherwise affected a legal right, interest, obligation and status, to wit:   an Attorney Letter Agreement date and time stamped 15:51 05/07/10.

DATE **AUG 2 0 2013**
I hereby certify that the foregoing paper is a true copy of the original thereof, filed in my office.

County Clerk and Clerk of the Supreme Court New York County
OFFICIAL USE

FIFTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **FORGERY IN THE SECOND DEGREE**, in violation of Penal Law §170.10(1), committed as follows:

The defendant, in the County of New York, on or about May 10, 2010, with intent to defraud, deceive and injure another, falsely made, completed and altered a written instrument, the same being and purporting to be, and calculated to become and to represent if completed, a deed, will, codicil, contract, assignment, commercial instrument, credit card, and other instrument which did and may have evidenced, created, transferred, terminated and otherwise affected a legal right, interest, obligation and status, to wit:  an Attorney Letter Agreement date and time stamped 16:36 05/10/10.

**AUG 2 0 2013**

DATE
I hereby certify that the foregoing
paper is a true copy of the original
thereof, filed in my office.

County Clerk and Clerk of the
Supreme Court New York County
OFFICIAL USE

SIXTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **FORGERY IN THE SECOND DEGREE**, in violation of Penal Law §170.10(1), committed as follows:

The defendant, in the County of New York, on or about May 10, 2010, with intent to defraud, deceive and injure another, falsely made, completed and altered a written instrument, the same being and purporting to be, and calculated to become and to represent if completed, a deed, will, codicil, contract, assignment, commercial instrument, credit card, and other instrument which did and may have evidenced, created, transferred, terminated and otherwise affected a legal right, interest, obligation and status, to wit: an Attorney Letter Agreement date and time stamped 16:37 05/10/10.

AUG 2 0 2013

DATE
I hereby certify that the foregoing
paper is a true copy of the original
thereof, filed in my office.

County Clerk and Clerk of the
Supreme Court New York Cou
OFFICIAL USE

SEVENTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **FORGERY IN THE SECOND DEGREE,** in violation of Penal Law §170.10(1), committed as follows:

The defendant, in the County of New York, on or about May 10, 2010, with intent to defraud, deceive and injure another, falsely made, completed and altered a written instrument, the same being and purporting to be, and calculated to become and to represent if completed, a deed, will, codicil, contract, assignment, commercial instrument, credit card, and other instrument which did and may have evidenced, created, transferred, terminated and otherwise affected a legal right, interest, obligation and status, to wit:  an Attorney Letter Agreement date and time stamped 16:42 05/10/10.

DATE **AUG 2 0 2013**
I hereby certify that the foregoing paper is a true copy of the original thereof, filed in my office.

County Clerk and Clerk of the Supreme Court New York County
OFFICIAL USE

EIGHTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **FORGERY IN THE SECOND DEGREE**, in violation of Penal Law §170.10(1), committed as follows:

The defendant, in the County of New York, on or about May 10, 2010, with intent to defraud, deceive and injure another, falsely made, completed and altered a written instrument, the same being and purporting to be, and calculated to become and to represent if completed, a deed, will, codicil, contract, assignment, commercial instrument, credit card, and other instrument which did and may have evidenced, created, transferred, terminated and otherwise affected a legal right, interest, obligation and status, to wit: an Attorney Letter Agreement date and time stamped 16:43 05/10/10.

AUG 2 0 2013

DATE

I hereby certify that the foregoing paper is a true copy of the original thereof, filed in my office:

County Clerk and Clerk of the Supreme Court New York County

OFFICIAL USE

NINTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **FORGERY IN THE SECOND DEGREE**, in violation of Penal Law §170.10(1), committed as follows:

The defendant, in the County of New York, on or about May 11, 2010, with intent to defraud, deceive and injure another, falsely made, completed and altered a written instrument, the same being and purporting to be, and calculated to become and to represent if completed, a deed, will, codicil, contract, assignment, commercial instrument, credit card, and other instrument which did and may have evidenced, created, transferred, terminated and otherwise affected a legal right, interest, obligation and status, to wit: an Attorney Letter Agreement date and time stamped 15:03 05/11/10.

DATE **AUG 2 0 2013**
I hereby certify that the foregoing
paper is a true copy of the original
thereof, filed in my office.

County Clerk and Clerk of the
Supreme Court New York County
OFFICIAL USE

TENTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **FORGERY IN THE SECOND DEGREE,** in violation of Penal Law §170.10(1), committed as follows:

The defendant, in the County of New York, on or about May 11, 2010, with intent to defraud, deceive and injure another, falsely made, completed and altered a written instrument, the same being and purporting to be, and calculated to become and to represent if completed, a deed, will, codicil, contract, assignment, commercial instrument, credit card, and other instrument which did and may have evidenced, created, transferred, terminated and otherwise affected a legal right, interest, obligation and status, to wit: an Attorney Letter Agreement date and time stamped 15:04 05/11/10.

AUG 2 0 2013
DATE
I hereby certify that the foregoing
paper is a true copy of the original
thereof, filed in my office.

County Clerk and Clerk of the
Supreme Court New York County
OFFICIAL USE

ELEVENTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **FORGERY IN THE SECOND DEGREE,** in violation of Penal Law §170.10(1), committed as follows:

The defendant, in the County of New York, on or about May 11, 2010, with intent to defraud, deceive and injure another, falsely made, completed and altered a written instrument, the same being and purporting to be, and calculated to become and to represent if completed, a deed, will, codicil, contract, assignment, commercial instrument, credit card, and other instrument which did and may have evidenced, created, transferred, terminated and otherwise affected a legal right, interest, obligation and status, an Attorney Letter Agreement date and time stamped 15:07 05/11/10.

DATE **AUG 2 0 2013**

I hereby certify that the foregoing paper is a true copy of the original thereof, filed in my office.

County Clerk and Clerk of the Supreme Court New York County OFFICIAL USE

TWELFTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **FORGERY IN THE SECOND DEGREE,** in violation of Penal Law §170.10(1), committed as follows:

The defendant, in the County of New York, on or about May 11, 2010, with intent to defraud, deceive and injure another, falsely made, completed and altered a written instrument, the same being and purporting to be, and calculated to become and to represent if completed, a deed, will, codicil, contract, assignment, commercial instrument, credit card, and other instrument which did and may have evidenced, created, transferred, terminated and otherwise affected a legal right, interest, obligation and status, to wit:  an Attorney Letter Agreement date and time stamped 15:08 05/11/10.

DATE **AUG 2 0 2013**
I hereby certify that the foregoing paper is a true copy of the original thereof, filed in my office.

County Clerk and Clerk of the Supreme Court New York County
OFFICIAL USE

THIRTEENTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **IDENTITY THEFT IN THE FIRST DEGREE**, in violation of Penal Law §190.80(3), committed as follows:

The defendant, in the County of New York, on or about May 7, 2010, knowingly and with intent to defraud assumed the identity of another person by presenting himself as that other person, and by acting as that other person, and by using personal identifying information of that other person and thereby committed and attempted to commit a class D felony or higher level crime, and acted as an accessory in the commission of a class D or higher level felony, to wit:   an Attorney Letter Agreement date and time stamped 12:17 05/07/10.

DATE   AUG 2 0 2013

I hereby certify that the foregoing
pages is a true copy of the original
thereof filed in my office

County Clerk and Clerk of the
Supreme Court New York County
OFFICIAL USE

FOURTEENTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **IDENTITY THEFT IN THE FIRST DEGREE**, in violation of Penal Law §190.80(3), committed as follows:

The defendant, in the County of New York, on or about May 7, 2010, knowingly and with intent to defraud assumed the identity of another person by presenting himself as that other person, and by acting as that other person, and by using personal identifying information of that other person and thereby committed and attempted to commit a class D felony or higher level crime, and acted as an accessory in the commission of a class D or higher level felony, to wit: an Attorney Letter Agreement date and time stamped 12:28 05/07/10.


FIFTEENTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **IDENTITY THEFT IN THE FIRST DEGREE**, in violation of Penal Law §190.80(3), committed as follows:

The defendant, in the County of New York, on or about May 7, 2010, knowingly and with intent to defraud assumed the identity of another person by presenting himself as that other person, and by acting as that other person, and by using personal identifying information of that other person and thereby committed and attempted to commit a class D felony or higher level crime, and acted as an accessory in the commission of a class D or higher level felony, to wit: an Attorney Letter Agreement date and time stamped 12:22 05/07/10.

DATE **AUG 2 0 2013**

I hereby certify that the foregoing paper is a true copy of the original thereof, filed in my office.

Norman Goodman

County Clerk and Clerk of the Supreme Court New York County
OFFICIAL USE

SIXTEENTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **IDENTITY THEFT IN THE FIRST DEGREE**, in violation of Penal Law §190.80(3), committed as follows:

The defendant, in the County of New York, on or about May 7, 2010, knowingly and with intent to defraud assumed the identity of another person by presenting himself as that other person, and by acting as that other person, and by using personal identifying information of that other person and thereby committed and attempted to commit a class D felony or higher level crime, and acted as an accessory in the commission of a class D or higher level felony, to wit: an Attorney Letter Agreement date and time stamped 15:51 05/07/10.

SEVENTEENTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **IDENTITY THEFT IN THE FIRST DEGREE**, in violation of Penal Law §190.80(3), committed as follows:

The defendant, in the County of New York, on or about May 10, 2010, knowingly and with intent to defraud assumed the identity of another person by presenting himself as that other person, and by acting as that other person, and by using personal identifying information of that other person and thereby committed and attempted to commit a class D felony or higher level crime, and acted as an accessory in the commission of a class D or higher level felony, to wit: an Attorney Letter Agreement date and time stamped 16:36 05/10/10.

AUG 2 0 2013
DATE

I hereby certify that the foregoing paper is a true copy of the original thereof, filed in my office.

County Clerk and Clerk of the Supreme Court New York County
OFFICIAL USE

EIGHTEENTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **IDENTITY THEFT IN THE FIRST DEGREE**, in violation of Penal Law §190.80(3), committed as follows:

The defendant, in the County of New York, on or about May 10, 2010, knowingly and with intent to defraud assumed the identity of another person by presenting himself as that other person, and by acting as that other person, and by using personal identifying information of that other person and thereby committed and attempted to commit a class D felony or higher level crime, and acted as an accessory in the commission of a class D or higher level felony, to wit:   an Attorney Letter Agreement date and time stamped 16:37 05/10/10.


NINETEENTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **IDENTITY THEFT IN THE FIRST DEGREE**, in violation of Penal Law §190.80(3), committed as follows:

The defendant, in the County of New York, on or about May 10, 2010, knowingly and with intent to defraud assumed the identity of another person by presenting himself as that other person, and by acting as that other person, and by using personal identifying information of that other person and thereby committed and attempted to commit a class D felony or higher level crime, and acted as an accessory in the commission of a class D or higher level felony, to wit:   an Attorney Letter Agreement date and time stamped 16:42 05/10/10.

AUG 2 0 2013

DATE

I hereby certify that the foregoing paper is a true copy of the original thereof, filed in my office.

County Clerk and Clerk of the Supreme Court New York County
OFFICIAL USE

TWENTIETH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **IDENTITY THEFT IN THE FIRST DEGREE**, in violation of Penal Law §190.80(3), committed as follows:

The defendant, in the County of New York, on or about May 10, 2010, knowingly and with intent to defraud assumed the identity of another person by presenting himself as that other person, and by acting as that other person, and by using personal identifying information of that other person and thereby committed and attempted to commit a class D felony or higher level crime, and acted as an accessory in the commission of a class D or higher level felony, to wit:  an Attorney Letter Agreement date and time stamped 16:43 05/10/10.


TWENTY-FIRST COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **IDENTITY THEFT IN THE FIRST DEGREE**, in violation of Penal Law §190.80(3), committed as follows:

The defendant, in the County of New York, on or about May 11, 2010, knowingly and with intent to defraud assumed the identity of another person by presenting himself as that other person, and by acting as that other person, and by using personal identifying information of that other person and thereby committed and attempted to commit a class D felony or higher level crime, and acted as an accessory in the commission of a class D or higher level felony, to wit:  an Attorney Letter Agreement date and time stamped 15:03 05/11/10.

AUG 2 0 2013
DATE

I hereby certify that the foregoing paper is a true copy of the original thereof, filed in my office.

*Norman Goodman*

County Clerk and Clerk of the Supreme Court New York County
OFFICIAL USE

TWENTY-SECOND COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **IDENTITY THEFT IN THE FIRST DEGREE**, in violation of Penal Law §190.80(3), committed as follows:

The defendant, in the County of New York, on or about May 11, 2010, knowingly and with intent to defraud assumed the identity of another person by presenting himself as that other person, and by acting as that other person, and by using personal identifying information of that other person and thereby committed and attempted to commit a class D felony or higher level crime, and acted as an accessory in the commission of a class D or higher level felony, to wit: an Attorney Letter Agreement date and time stamped 15:04 05/11/10.

TWENTY-THIRD COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **IDENTITY THEFT IN THE FIRST DEGREE**, in violation of Penal Law §190.80(3), committed as follows:

The defendant, in the County of New York, on or about May 11, 2010, knowingly and with intent to defraud assumed the identity of another person by presenting himself as that other person, and by acting as that other person, and by using personal identifying information of that other person and thereby committed and attempted to commit a class D felony or higher level crime, and acted as an accessory in the commission of a class D or higher level felony, to wit: an Attorney Letter Agreement date and time stamped 15:07 05/11/10.

AUG 2 0 2013

I hereby certify that the foregoing paper is a true copy of the original thereof, filed in my office.

*Norman Pelleaa*

County Clerk and Clerk of the Supreme Court New York County OFFICIAL USE

TWENTY-FOURTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **IDENTITY THEFT IN THE FIRST DEGREE**, in violation of Penal Law §190.80(3), committed as follows:

The defendant, in the County of New York, on or about May 11, 2010, knowingly and with intent to defraud assumed the identity of another person by presenting himself as that other person, and by acting as that other person, and by using personal identifying information of that other person and thereby committed and attempted to commit a class D felony or higher level crime, and acted as an accessory in the commission of a class D or higher level felony, to wit: an Attorney Letter Agreement date and time stamped 15:08 05/11/10.

TWENTY-FIFTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE**, in violation of Penal Law §175.10, committed as follows:

The defendant, in the County of New York, on or about May 7, 2010, with intent to defraud, including an intent to commit another crime and to aid and conceal the commission thereof, made and caused a false entry in the business records of an enterprise, to wit: an Attorney Letter Agreement date and time stamped 12:17 05/07/10.

DATE **AUG 2 0 2013**
I hereby certify that the foregoing paper is a true copy of the original thereof, filed in my office.

County Clerk and Clerk of the Supreme Court New York County
OFFICIAL USE

TWENTY-SIXTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE**, in violation of Penal Law §175.10, committed as follows:

The defendant, in the County of New York, on or about May 7, 2010, with intent to defraud, including an intent to commit another crime and to aid and conceal the commission thereof, made and caused a false entry in the business records of an enterprise, to wit: an Attorney Letter Agreement date and time stamped 12:28 05/07/10.


TWENTY-SEVENTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE**, in violation of Penal Law §175.10, committed as follows:

The defendant, in the County of New York, on or about May 7, 2010, with intent to defraud, including an intent to commit another crime and to aid and conceal the commission thereof, made and caused a false entry in the business records of an enterprise, to wit: an Attorney Letter Agreement date and time stamped 12:22 05/07/10.

DATE **AUG 2 0 2013**
I hereby certify that the foregoing
paper is a true copy of the original
thereof, filed in my office

County Clerk and Clerk of the
Supreme Court New York County
OFFICIAL USE

TWENTY-EIGHTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE**, in violation of Penal Law §175.10, committed as follows:

The defendant, in the County of New York, on or about May 7, 2010, with intent to defraud, including an intent to commit another crime and to aid and conceal the commission thereof, made and caused a false entry in the business records of an enterprise, to wit:  an Attorney Letter Agreement date and time stamped 15:51 05/07/10.

TWENTY-NINTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE**, in violation of Penal Law §175.10, committed as follows:

The defendant, in the County of New York, on or about May 10, 2010, with intent to defraud, including an intent to commit another crime and to aid and conceal the commission thereof, made and caused a false entry in the business records of an enterprise, to wit:  an Attorney Letter Agreement date and time stamped 16:36 05/10/10.

DATE  **AUG 2 0** 2012
I hereby certify that the foregoing
paper is a true copy of the original
thereof, filed in my office.

County Clerk and Clerk of the
Supreme Court New York County
OFFICIAL USE

THIRTIETH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE**, in violation of Penal Law §175.10, committed as follows:

The defendant, in the County of New York, on or about May 10, 2010, with intent to defraud, including an intent to commit another crime and to aid and conceal the commission thereof, made and caused a false entry in the business records of an enterprise, to wit: an Attorney Letter Agreement date and time stamped 16:37 05/10/10.

THIRTY-FIRST COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE**, in violation of Penal Law §175.10, committed as follows:

The defendant, in the County of New York, on or about May 10, 2010, with intent to defraud, including an intent to commit another crime and to aid and conceal the commission thereof, made and caused a false entry in the business records of an enterprise, to wit: an Attorney Letter Agreement date and time stamped 16:42 05/10/10.

DATE **AUG 2 0 2013**
I hereby certify that the foregoing paper is a true copy of the original thereof, filed in my office.

County Clerk and Clerk of the Supreme Court New York County
OFFICIAL USE

THIRTY-SECOND COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE**, in violation of Penal Law §175.10, committed as follows:

The defendant, in the County of New York, on or about May 10, 2010, with intent to defraud, including an intent to commit another crime and to aid and conceal the commission thereof, made and caused a false entry in the business records of an enterprise, to wit:  an Attorney Letter Agreement date and time stamped 16:43 05/10/10.

THIRTY-THIRD COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE**, in violation of Penal Law §175.10, committed as follows:

The defendant, in the County of New York, on or about May 11, 2010, with intent to defraud, including an intent to commit another crime and to aid and conceal the commission thereof, made and caused a false entry in the business records of an enterprise, to wit:  an Attorney Letter Agreement date and time stamped 15:03 05/11/10.

AUG 2 0 2013

DATE
I hereby certify that the foregoing
paper is a true copy of the original
thereof, filed in my office

County Clerk and Clerk of the
Supreme Court New York County
OFFICIAL USE

THIRTY-FOURTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE**, in violation of Penal Law §175.10, committed as follows:

The defendant, in the County of New York, on or about May 11, 2010, with intent to defraud, including an intent to commit another crime and to aid and conceal the commission thereof, made and caused a false entry in the business records of an enterprise, to wit: an Attorney Letter Agreement date and time stamped 15:04 05/11/10.

THIRTY-FIFTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE**, in violation of Penal Law §175.10, committed as follows:

The defendant, in the County of New York, on or about May 11, 2010, with intent to defraud, including an intent to commit another crime and to aid and conceal the commission thereof, made and caused a false entry in the business records of an enterprise, to wit: an Attorney Letter Agreement date and time stamped 15:07 05/11/10.

DATE **AUG 2 0 2013**

I hereby certify that the foregoing paper is a true copy of the original thereof, filed in my office.

County Clerk and Clerk of the Supreme Court New York County OFFICIAL USE

THIRTY-SIXTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE**, in violation of Penal Law §175.10, committed as follows:

The defendant, in the County of New York, on or about May 11, 2010, with intent to defraud, including an intent to commit another crime and to aid and conceal the commission thereof, made and caused a false entry in the business records of an enterprise, to wit:   an Attorney Letter Agreement date and time stamped 15:08 05/11/10.

CYRUS R. VANCE, JR.
District Attorney

AUG 2 0 2013

DATE
I hereby certify that the foregoing paper is a true copy of the original thereof, filed in my office

County Clerk and Clerk of the
Supreme Court New York County
OFFICIAL USE