# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-0008-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    GUY M. JEAN-PIERRE,

    Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

    THIS MATTER came before the court on the restriction of the Affidavit in support of the Complaint in this matter. On February 6, 2017, this court granted an oral motion by the Government to restrict said Affidavit in this matter pursuant to an order of restriction granted by United States Magistrate Judge Kevin N. Fox of the United States District Court for the Southern District of New York.

    At the detention hearing in this matter, the Government introduced the Affidavit as an exhibit [#17]. Accordingly, **IT IS ORDERED** that:

    (1)    The Clerk of the Court is **DIRECTED TO RESTRICT** as Level 1 Restricted [#17], until further order of the court.

DATED: February 16, 2017

1