IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  17-cr-00008-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    GUY M. JEAN-PIERRE
    aka Marcello Dominguez de Guerra

    Defendant.

_____

# GOVERNMENT'S MOTION FOR AN ORDER
# PERMITTING DISCLOSURE OF GRAND JURY MATERIALS
_____

    The UNITED STATES OF AMERICA, by and through its undersigned counsel, respectfully moves the Court, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i), for an order authorizing the Government to disclose grand jury testimony and exhibits, as well as other materials obtained through the grand jury, to the defendant and his attorney, as part of discovery in this case, on the terms and conditions outlined below.

    AS GROUNDS for this motion, the Government states as follows:

    1.    Fed. R. Crim. P. 6(e), with various exceptions, prohibits the disclosure of "matters occurring before the grand jury."

    2.    The Government wishes to provide discovery to the defendant, but some of the documents are grand jury transcripts and exhibits or may be materials reflecting matters occurring before the grand jury.

3.　　Fed. Fed. R. Crim. P. 6(e)(3)(E)(i) allows for Court-authorized disclosure of matters occurring before a grand jury, when such disclosure is "preliminarily to or in connection with a judicial proceeding."

4.　　The pending case against the defendant is a "judicial proceeding" and the requested disclosure is "in connection with" such proceeding.  The Government wishes to provide this discovery, but can only do so with the Court's approval.

5.　　Since these proceedings (and the related transcripts and exhibits) remain secret, see Fed. R. Crim. P. 6(e), the Government moves that disclosure only be allowed for purposes of defending this case, and that such disclosure only be made to the defendant and his attorney; that such transcripts, exhibits and other grand jury material be maintained in the defense attorney's custody; that such materials shall not be reproduced or disseminated; and that such materials be returned to the United States at the end of this case.

WHEREFORE, the Government prays that the Court authorize the disclosure of grand jury testimony, exhibits and other materials to the defendant and his attorney, in the course of providing discovery in this case, on the terms and conditions outlined above.

Respectfully submitted this 24th day of February, 2017.

          Respectfully submitted,

          ROBERT C. TROYER
          Acting United States Attorney

          by: s/ Kenneth M. Harmon
          KENNETH M. HARMON
          Assistant United States Attorney
          U.S. Attorney's Office
          1801 California Street, Suite 1600
          Denver, Colorado 80202
          Tel. No. (303) 454-0100
          Fax No. (303) 454-0402
          E-mail: kenneth.harmon@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of February, 2017, I electronically filed the foregoing **GOVERNMENT'S MOTION TO DISCLOSE GRAND JURY MATERIAL TO DEFENDANT** with the Clerk of the Court using the CM/ECF which will send notification of such filing to counsel at the following e-mail addresses:

Kirkland L. Brush
kbrush@kirkbrush.com

                                       s/ Andrea K. Hough
                                       ANDREA K. HOUGH
                                       Office of the United States Attorney