**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 17-cr-0008-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

Guy M. Jean-Pierre,
a/k/a Marcello Dominguez de Guerra

Defendant.

---

JOINT MOTION OF THE PARTIES IN CONSIDERATION OF POTENTIAL
SUPERSEDING INDICTMENT, FOR THE COURT TO:
1. VACATE CURRENT MOTION DEADLINE AND TRIAL DATE;
2. SET A STATUS CONFERENCE TO ADDRESS SPEEDY TRIAL MATTERS

---

The Government and Defendant Guy M. Jean-Pierre, aka Marcello Dominguez de Guerra, respectfully move the Court to vacate the currently set June 26, 2017 motions deadline, and the pending July 24, 2017 trial date and related deadlines and hearings. In support, the parties show the Court the following:

1. The Government will be presenting a more complex superseding indictment to the Grand Jury for approval in July, 2017. The proposed charges in that superseding indictment include time periods and offenses different from the currently pending charge. As such, the proposed new charges are not ones that are required to be joined with the original charge here. Any such charges handed down by the Grand Jury would therefore come with a new 70-day clock under the Speedy trial Act,

18 U.S.C. § 3161(c)(1).  United States v. Thomas, 726 F.3d 1086 (9th Cir. 2013).

2. The Court has previously granted (Doc. 25) one motion by Defendant (Doc. 24) for exclusion of time, 90 days, from the Speedy Trial Act.

3. During that time excluded, the parties worked frequently on matters dealing with the voluminous discovery in this case.  Some of that discovery has yet to be received by Defendant.

4. The parties also diligently pursued resolution of this case, in hopes of avoiding the filing of a superseding indictment.  However, no agreement on that resolution was reached, so a trial does appear to be needed.

5. Both the discovery and the evidence likely to be presented at the trials of the charges in the current indictment and in the planned superseding indictment will have considerable overlap.

6. Neither party desires to have two separate trials of these matters, solely to comply with speedy trial concerns.

7. The public's interest in having speedy trials is not promoted by artificial compliance or the holding of two trials on related charges.

8. The parties propose to the Court that, once the superseding indictment is handed down, the court exclude such short time from the current speedy trial deadline as is needed to put both the original charge and any superseding indictment charges on the same, new 70-day clock applicable to new charges in the superseding indictment.

9. Counsel for the Defendant has conferred and obtained the Defendant's approval for this further extension of the current speedy trial deadline, so long as any superseding indictment is filed no later than in the month of July, 2017.

10. In the event that no superseding indictment is obtained in that time frame, the parties will seek a status conference with the Court, to set a new trial date and deadlines on the original charge. Even in that event, the time elapsed will have been useful for further discovery review and trial preparation needed by both parties.

THEREFORE, the parties move the Court to:

1. Vacate the pending June 26, 2017 motion deadline;

2. Vacate the July 24, 2017 trial date and all related pre-trial deadlines and hearing; and

3. Set a status conference hearing for late July, 2017, for the parties to advise the court of the status of the superseding indictment matter and to set new motion deadlines and trial date.

Respectfully submitted this 23rd day of June, 2017.

 s/Kenneth M. Harmon
KENNETH M. HARMON
Assistant United States Attorney
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
E-mail: kenneth.harmon@usdoj.gov

 s/Kirkland L. Brush
Kirkland L. Brush
155 E. Boardwalk Dr., Suite 400
Fort Collins, CO 80525
Telephone: 970-224-9281
FAX: 970-224-5700
E-mail: kbrush@kirkbrush.com
Attorney for Defendant Guy de Jean-Pierre,
a/k/a Marcello Dominguez de Guerra

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Kenneth Harmon, Assistant United States Attorney at kenneth.harmon@usdoj.gov.

    s/Kathleen Brush
Kathleen Brush, secretary
Law Office of Kirk Brush