IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen            Date: August 4, 2017
Court Reporter:  Mary George                 Time: thirty-six minutes

_____

Criminal Action No.  17-cr-00008-WJM         <u>Counsel:</u>

UNITED STATES OF AMERICA,                    Kenneth Harmon

     Plaintiff,

v.

1.  GUY M. JEAN-PIERRE,                      Kirkland Brush

     Defendant.

_____

## COURTROOM MINUTES
_____

STATUS CONFERENCE

01:34 p.m.    Court in Session

Appearances

Defendant is present and in custody.

Court's comments

This matter is before the court regarding speedy trial deadlines, and the filing of a Superseding Indictment.

Discussion

The Court enters ends of justice findings on the record.

**ORDERED:**  The Government's oral motion for a 90-day tolling of the Speedy Trial Act is GRANTED.

                The Government has up to and including Friday, August 18th to send chambers, via email, a proposed draft order setting forth the factual findings made by the court on the record granting the Government's oral 18 U.S.C. § 3161 motion.

**ORDERED:**  A thirteen-day jury trial is set December 4, 2017 at 8:30 a.m., concluding on Wednesday, December 20, 2017.

                A Final Trial Preparation Conference is set at 10:00 a.m., Wednesday, November 22, 2017.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

02:10 p.m.    Court in Recess
                     Hearing Concluded