IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  17-cr-00008-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.       GUY M. JEAN-PIERRE
       aka Marcello Dominguez de Guerra

       Defendant.

_____

# GOVERNMENT'S MOTION FOR AN ORDER
# PERMITTING DISCLOSURE OF GRAND JURY MATERIALS
# TO PROSPECTIVE SUMMARY WITNESSES
_____

       The UNITED STATES OF AMERICA, by and through its undersigned counsel, respectfully moves the Court, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i), for an order authorizing the Government to disclose grand jury testimony and exhibits, as well as other materials obtained through the grand jury, to certain specified individuals whom the Government has engaged, or is in the process of engaging, to act as prospective summary or expert witnesses, in connection with the trial of this case,  as part of witness review and preparation, on the terms and conditions outlined below.

       AS GROUNDS for this motion, the Government states as follows:

       1.       Fed. R. Crim. P. 6(e), with various exceptions, prohibits the disclosure of "matters occurring before the grand jury."

       2.       The Government has engaged personnel who are members of the Criminal Prosecution Assistance Group ("CPAG") of the Financial Industry Regulatory Authority

("FINRA") to review, and be prepared to provide summary testimony about, voluminous bank account, brokerage account, stock transfer agent and related records obtained during the course of the investigation leading to the indictments in this case, which records are relevant to the government's presentation of its case-in-chief and are otherwise relevant to the matters to be tried in this case. FINRA is a non-profit, self-regulatory organization overseen by the U.S. Securities and Exchange Commission ("SEC"), whose duties involve, *inter alia*, the supervision and regulation of securities brokerage firms and securities exchange markets. CPAG is a group of attorneys and other members within FINRA's Office of General Counsel tasked, *inter alia*, with assisting government attorneys in federal criminal investigations and prosecutions and federal civil investigations and civil enforcement actions involving violations of the federal securities laws. CPAG's assistance includes reviewing and analyzing records and providing testimony about their review and analysis. As part of their assistance in criminal cases, CPAG members routinely secure access to and analyze materials obtained through grand jury process.

3. Some of the materials that the Government wishes to provide CPAG members, in connection with their contemplated assistance in the instant prosecution, may include grand jury transcripts and exhibits or may be materials reflecting matters occurring before the grand jury.

4. Fed. Fed. R. Crim. P. 6(e)(3)(E)(i) allows for Court-authorized disclosure of matters occurring before a grand jury, when such disclosure is "preliminarily to or in connection with a judicial proceeding."

5. The pending case against the defendant is a "judicial proceeding" and the requested disclosure is "in connection with" such proceeding.

6. Since these proceedings (and the related transcripts and exhibits) remain secret, see Fed. R. Crim. P. 6(e), the Government moves that disclosure only be allowed for purposes of

witness preparation and testimony in this case, and that such disclosure only be made to the persons who will be designated as potential witnesses or those specifically assisting them in the preparation of their prospective testimony, *i.e.*, FINRA CPAG; that such transcripts, exhibits and other grand jury material be maintained in the custody of FINRA CPAG; that such materials shall not be reproduced or disseminated; and that such materials be returned to the United States at the end of this case.

7. Undersigned Government counsel has consulted with counsel for the defendant about this motion, and counsel for the defendant has advised that he does not oppose the disclosure of records that may be implicated by Rule 6(e) and takes no position as to the disclosure of grand jury testimony transcripts to prospective government witnesses.

WHEREFORE, the Government prays that the Court authorize the disclosure of grand jury testimony, exhibits and other materials to FINRA CPAG, in the course of preparing testimony and other evidence in this case, on the terms and conditions outlined above.

Respectfully submitted this 4th day of October, 2017.

    Respectfully submitted,

    ROBERT C. TROYER
    Acting United States Attorney

    by: s/ Kenneth M. Harmon
    KENNETH M. HARMON
    Assistant United States Attorney
    U.S. Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Tel. No. (303) 454-0100
    Fax No. (303) 454-0402
    E-mail: kenneth.harmon@usdoj.gov

## CERTIFICATE OF SERVICE

       I hereby certify that on this 4th day of October, 2017, I electronically filed the foregoing **GOVERNMENT'S MOTION TO DISCLOSE GRAND JURY MATERIAL TO PROSPECTIVE SUMMARY WITNESSES** with the Clerk of the Court using the CM/ECF which will send notification of such filing to counsel at the following e-mail addresses:

Kirkland L. Brush
kbrush@kirkbrush.com

                                                s/ Andrea K. Hough
                                                ANDREA K. HOUGH
                                                Office of the United States Attorney