IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  17-cr-00008-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    GUY M. JEAN-PIERRE
    aka Marcello Dominguez de Guerra

    Defendant.

_____

**ORDER**
_____

    THIS MATTER comes before the Court on the Government's Motion to Disclose Grand Jury Material to Prospective Summary Witnesses, pursuant to Fed. R. Crim. P. 6(e) (3)(E)(i).

    HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

    ORDERED that the Government's motion is granted, and that grand jury testimony and grand jury exhibits and other materials may be disclosed to the Criminal Prosecution Assistance Group ("CPAG") of the Financial Industry Regulatory Authority ("FINRA") in the course of this case.  It is further

    ORDERED that such materials shall only be used for the purpose of prosecuting this case; that such materials are disclosed only to FINRA CPAG; that FINRA CPAG

shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

DATED this _____ day of October, 2017.

                                BY THE COURT:

                                _____
                                HON. WILLIAM J. MARTINEZ
                                UNITED STATES DISTRICT JUDGE