# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Criminal Case No. 17-cr-008-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.   GUY M. JEAN-PIERRE,**

    Defendant.

___

# ORDER
___

THIS MATTER comes before the Court on the Government's Motion to Disclose Grand Jury Material to Prospective Summary Witnesses, pursuant to Fed. R. Crim. P. 6(e) (3)(E)(i).

HAVING REVIEWED the motion and being otherwise advised, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that the Government's motion is GRANTED.  Grand jury testimony and grand jury exhibits and other materials may be disclosed to the Criminal Prosecution Assistance Group ("CPAG") of the Financial Industry Regulatory Authority ("FINRA") in the course of this case.  It is further

ORDERED that such materials shall only be used for the purpose of prosecuting this case; that such materials are disclosed only to FINRA CPAG; that FINRA CPAG shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

Dated this 5th day of October, 2017.

BY THE COURT:

_____

William J. Martinez
United States District Judge