**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 17-cr-0008-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

Guy M. Jean-Pierre,
a/k/a Marcello Dominguez de Guerra

Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION:
1. TO PERMIT COURT APPEARANCE IN STREET CLOTHING, FOR TRIAL; and
2. TO ORDER THE ASSISTANCE OF THE UNITED STATES MARSHAL IN
   PROVIDING SUCH CLOTHING FOR DEFENDANT.**

---

Defendant Guy M. Jean-Pierre, aka Marcello Dominguez de Guerra, by and through his court-appointed counsel, Kirkland L. Brush, respectfully requests that the Court order that Defendant be permitted to appear in street clothes during the course of the trial scheduled to commence on December 4, 2017. As grounds for said request, the Defendant hereby states as follows:

1. Defendant is scheduled to go to trial on December 4, 2017, for a 13-day trial. He is, by law, presumed innocent of these charges.

2. Also by law and an order of this Court, he is being detained at the GEO Detention Center, Aurora, Colorado, awaiting completion of his trial.

3. Defendant respectfully requests that he be permitted to appear in court during the course of the scheduled trial in street, rather than custodial, clothing so that

his appearance does not project to the jury an image of someone already incarcerated as a result of the government's charging decision, and therefore guilty.

4. Defendant most recently resided in the Dominican Republic and in Florida. Defendant has never been a resident of Colorado, until he was brought here in custody in January 2017, after an intervening 8-month custodial sentence in 2016 in the State of New York following his initial arrest in Florida on the New York case warrant.

5. Defendant has no funds, nor friends or family here in Colorado, to be able to obtain such street clothing himself. Given the scheduled length of the trial, Defendant will likely need at least two sets of such clothes. This will allow for the opportunity to have the clothing periodically washed during the course of the trial, to keep Defendant's appearance reasonably clean and minimize any multi-day body odor problems, just as would be the case if Defendant were appearing in jail clothes.

6. Defendant therefore asks the Court to order the U. S. Marshal to assist in the providing of such clothing.

7. Undersigned counsel has conferred with Kenneth Harmon, Esq., Assistant U. S. Attorney, who has stated that he has no objection to the granting of this motion.

FOR THE FOREGOING REASONS, Defendant respectfully requests that the Court order that he be permitted to appear for trial in street clothing, with the assistance of the U.S. Marshal in obtaining such clothing, and with sufficient sets of such clothing to allow for the length of the trial.

Respectfully submitted this 3rd day of November, 2017

 s/Kirkland L. Brush
Kirkland L. Brush
155 E. Boardwalk Dr., Suite 400
Fort Collins, CO 80525
Telephone: 970-224-9281
FAX: 970-224-5700
E-mail: kbrush@kirkbrush.com
Attorney for Defendant Guy de Jean-Pierre,
a/k/a Marcello Dominguez de Guerra

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Kenneth Harmon, Assistant United States Attorney at kenneth.harmon@usdoj.gov and by U.S. mail, postage pre-paid to:

1. U.S. Marshal
GEO Immigration and
Federal Detention Center
3130 N. Oakland St.
Aurora, CO 80010

2. U.S. Marshal
Attn: Court Inmate Division
Alfred A. Arraj Courthouse
901 19th Street, 3rd Floor
Denver, CO 80294

  s/Kathleen Brush
Kathleen Brush, secretary
Law Office of Kirk Brush

3