**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 17-cr-0008-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

Guy M. Jean-Pierre,
a/k/a Marcello Dominguez de Guerra

Defendant.

---

**MOTION OF DEFENDANT'S COUNSEL TO**
**WITHDRAW AS ATTORNEY FOR DEFENDANT**

---

Counsel for Defendant Guy M. Jean-Pierre, aka Marcello Dominguez de Guerra, respectfully files this motion to be allowed to withdraw from being the attorney for Defendant.  In support, Defendant's counsel show the Court the following:

1.      For reasons related to the personal circumstances and unavoidable situation of defense counsel himself, counsel is not able to provide proper and effective legal representation for the pre-trial preparation and 13-day jury trial, now scheduled to start December 4, 2017.

2.      Counsel's circumstances are unlikely to change for the better in the future, so simply postponing the trial and leaving counsel in as attorney for Defendant would not resolve the problem here.

3.      Defendant himself had no part in counsel reaching this decision to

1

withdraw.  Defendant has remained cooperative with counsel throughout the attorney/client relationship here.

4.      As an officer of the Court, Counsel assures the Court that this motion is not filed for the underlying purpose of simply delaying the trial.  As the Court may recall, Defendant here has always wanted as speedy a trial as possible.

5.      Defendant first learned yesterday, specifically November 5th, of counsel's intent to file this motion.  Given the reasons for counsel's decision to withdraw, discussed with Defendant, Defendant does agree with this motion, even though changing attorneys will cause a delay in the holding of the trial.  Defendant would object now to proceeding with current counsel.

6.      Counsel here is appointed from the CJA panel, and Defendant remains indigent and in need of court-appointed counsel pursuant to F.R.Crim.P. 44.  In order to delay the trial as little as possible, Defendant expresses the understandable wish for a new attorney to be appointed who has some familiarity with SEC securities fraud issues, and having trial experience.

7.      Current counsel understands the Court may want more specifics as to the circumstances and situation that have led to this motion being filed, and counsel is certainly willing to give those specifics, in a court hearing or conference call, with the participation of the Government's counsel.  Counsel has already discussed those specifics with the AUSA.

8.  To avoid unnecessary concern, Counsel advises the Court that he is not dealing with cancer or some other cause for sympathy.

9.  Counsel apologizes to the Court and opposing counsel, for not coming sooner to the conclusion to withdraw.

THEREFORE, Counsel for Defendant moves the Court to be allowed to withdraw from representation of Defendant in this case.

Respectfully submitted this 6th day of November, 2017

 s/Kirkland L. Brush
Kirkland L. Brush
155 E. Boardwalk Dr., Suite 400
Fort Collins,  CO 80525
Telephone:  970-224-9281
FAX:  970-224-5700
E-mail: kbrush@kirkbrush.com
Attorney for Defendant Guy de Jean-Pierre,
a/k/a Marcello Dominguez de Guerra

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to 1.) Kenneth Harmon, Assistant United States Attorney at kenneth.harmon@usdoj.gov and by U.S. mail, postage pre-paid to:

2.)     Guy M. Jean-Pierre, Reg. No. 78606-054
        GEO Immigration and Federal Detention Center
        3130 N. Oakland Street
        Aurora, CO 80010

     s/Kathleen Brush
Kathleen Brush, secretary
Law Office of Kirk Brush