IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: November 9, 2017 |
| Court Reporter: Mary George | Time: 50 minutes |

_____

| | |
|---|---|
| Criminal Action No. 17-cr-00008-WJM | <u>Counsel:</u> |
| UNITED STATES OF AMERICA, | Kenneth Harmon |
| Plaintiff, | |
| v. | |
| GUY M. JEAN-PIERRE, | Kirkland Brush |
| a/k/a Marcello Dominguez de Guerra, | |
| Defendant. | |

_____

### COURTROOM MINUTES
_____

STATUS CONFERENCE

11:05 a.m.   Court in Session

Appearances

Also present: IRS Special Agent Jared Erwin and FBI Special Agent Kate Funk

Defendant is present and in custody.

Court's comments

This matter is before the court on Motion of Defendant's Counsel to Withdraw As Attorney For Defendant [43].

Statement by Mr. Brush

Statement by Mr. Harmon

1

The Government does not oppose the Motion of Defendant's Counsel to Withdraw As Attorney For Defendant [43].

Discussion

The defendant requests that Government counsel leave the courtroom.

Mr. Harmon, Special Agents Erwin and Funk, and the Government's support staff leave the courtroom.

Court's colloquy with the defendant

Mr. Harmon, Special Agents Erwin and Funk, and the Government's support staff return to the courtroom.

Discussion

**ORDERED:**  1. The Motion of Defendant's Counsel To Withdraw As Attorney For Defendant, [43] is GRANTED.

2. New counsel from the CJA Panel shall be appointed.

3. The final trial preparation conference currently set for November 22 is vacated and reset to Monday, December 18th, at 2:00 p.m.

4. The 13-day jury trial scheduled to commence on December 4th is vacated and reset to commence at 8:30 on Tuesday, December 26th.

5. The deadlines for pretrial disclosures and filings required under the court rules and this Court's Practice Standards are vacated.

   These deadlines will be reset at the next status conference which will be scheduled after new counsel for the defendant has entered his or her appearance.

The Court anticipates and will give serious consideration to 1) an ends of justice motion by new counsel; and 2) a motion for appointment of co-counsel with subject matter expertise.

        6.     If an ends of justice motion is filed, it should be filed by December 8, 2017.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

11:55 a.m.    Court in Recess
Conference concluded