IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.17-cr-00008-WJM-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1.**    **GUY M. JEAN-PIERRE**,

        Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL
FOR DEFENDANT JEAN-PIERRE**

---

    CLIFFORD J. BARNARD, a member of the bar of this Court and CJA court-appointed in this case, hereby enters his appearance as counsel for Defendant Jean-Pierre in the above-captioned matter.

    DATED this 14th day of November, 2017.

        Respectfully submitted,

        *s/Clifford J. Barnard*

        Clifford J. Barnard
        Attorney for Defendant Jean-Pierre
        4450 Arapahoe Avenue, Suite 100
        Boulder, Colorado 80303
        Telephone: (303) 449-2543
        Facsimile: (303) 444-6349
        Email: *cliffbarnard@earthlink.net*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2017, I electronically filed the foregoing *Entry of Appearance of Counsel for Defendant Jean-Pierre* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

A.U.S.A. Kenneth Mark Harmon          *kenneth.harmon@usdoj.gov*

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Guy Jean-Pierre          *Via Hand-delivery*

*s/Clifford J. Barnard*

Clifford J. Barnard
Attorney for Defendant Jean-Pierre