IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

---

Courtroom Deputy:  Deborah Hansen             Date:  November 22, 2017
Court Reporter:    Mary George                Time:  twenty minutes

---

Criminal Action No. 17-cr-00008-WJM          <u>Counsel:</u>

UNITED STATES OF AMERICA,                    Kenneth Harmon

    Plaintiff,

v.

GUY M. JEAN-PIERRE,                          Clifford Barnard
a/k/a Marcello Dominguez de Guerra,

    Defendant.

---

## COURTROOM MINUTES

STATUS CONFERENCE

10:17 a.m.     Court in Session

Appearances

Also present: IRS Special Agent Jared Erwin and FBI Special Agent Kate Funk

Defendant is present and in custody.

Court's comments

Discussion

The Government estimates that it will take thirteen days to try the case.

The parties stipulate that the 70 day speedy trial clock ends on January 11, 2018.

**ORDERED:** 1.  Defendant Jean-Pierre's Unopposed Motion for an Ends of Justice Continuance and Findings of Excludable Time on Grounds of Complexity Pursuant to Title 18 U.S.C. § 3161, [51], is **GRANTED IN PART AND DENIED IN PART.**

2. Based on Mr. Barnard's representation that he will be filing a motion for an ends of justice continuance by December 8th requesting a minimum 90 day continuance of the trial date and the final trial preparation conference date, coupled with the Government's representation that it does not reasonably anticipate opposing that motion, the final trial preparation conference set December 18 and the trial set December 26th are **VACATED.**

3. The defendant has up to and including December 8, 2017 to file:
    a. his motion for appointment of co-counsel, which shall include his estimate of how many days the trial will take;

    b. his response to the Government's Motion to Permit FBI Undercover Agents To Testify Under A Pseudonym [52];

    c. as ordered on November 9, 2017, his ends of justice motion which shall include the parties' stipulated 70 day speedy trial clock calculation as of the date the motion is filed.

4. The Defendant's Unopposed Motion to Permit Court Appearance In Street Clothing and To Order The Assistance Of The United States Marshal In Providing Such Clothing For Defendant [42] is **GRANTED IN PART AND DENIED IN PART.** The motion is **GRANTED** as to Permit Court Appearance In Street Clothing. The motion is **DENIED** as to The Assistance Of The United States Marshal In Providing Such Clothing For Defendant.

The final trial preparation conference and the trial will be reset after the Court rules on the motions due December 8, 2017.

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

10:37 p.m.   Court in Recess
             Conference Concluded