IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.17-cr-00008-WJM-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. **GUY M. JEAN-PIERRE**,

        Defendant.

---

**DEFENDANT JEAN-PIERRE'S MOTION TO RESTRICT DOCUMENT**

---

THE DEFENDANT, GUY M. JEAN-PIERRE, by and through his attorney, Clifford J. Barnard, hereby moves this Court to restrict *Defendant Jean-Pierre's Ex Parte Amended Motion for Appointment of Co-Counsel* for the reasons stated in the brief filed in support of this motion. Mr. Jean-Pierre requests a "Level 3" Restriction which would make access to this document and the brief filed in support of this motion limited "to the filing party and court" only.

DATED this 14th day of December, 2017.

        Respectfully submitted,

        *s/Clifford J. Barnard*

        Clifford J. Barnard
        Attorney for Defendant Jean-Pierre
        4450 Arapahoe Avenue, Suite 100
        Boulder, Colorado 80303
        Telephone: (303) 449-2543
        Facsimile: (303) 444-6349
        Email: *cliffbarnard@earthlink.net*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of December, 2017, I electronically filed the foregoing *Defendant Jean-Pierre's Motion to Restrict Document* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

    A.U.S.A. Kenneth Mark Harmon    *kenneth.harmon@usdoj.gov*

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Guy Jean-Pierre    *Via U.S. Mail*
    Register # 78606-054
    GEO Aurora Detention Facility
    3130 N. Oakland Street
    Aurora, CO 80010

    *s/Clifford J. Barnard*

    Clifford J. Barnard
    Attorney for Defendant Jean-Pierre