IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00008-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    GUY M. JEAN-PIERRE,

    Defendant.

---

## MOTION TO WITHDRAW

---

    The United States of America, by and through its undersigned counsel, respectfully moves to permit Kenneth M. Harmon to withdraw as counsel of record for the government in this case, effective December 28, 2017, and to terminate electronic service to him as of that date as well.

    As grounds for the motion, the government states that Kenneth M. Harmon is resigning his position as an Assistant U.S. Attorney for the District of Colorado and so will no longer be employed in that capacity. The government will file a notice appearance for substitute counsel by the effective date.

    Respectfully submitted this 26th day of December, 2017.

                                                  Respectfully submitted,

                                                  ROBERT C. TROYER
                                                  United States Attorney

                                                  by: s/ Kenneth M. Harmon
                                                  KENNETH M. HARMON
                                                  Assistant United States Attorney
                                                  U.S. Attorney's Office

                                                     1225 Seventeenth Street, Suite 700  
                                                     Denver, Colorado 80202  
                                                     Tel. No. (303) 454-0100  
                                                     Fax No. (303) 454-0402  
                                                     E-mail: kenneth.harmon@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of December, 2016, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to any and all counsel of record.

                                                     s/ Kenneth M. Harmon  
                                                     KENNETH M. HARMON  
                                                   Office of the United States Attorney