**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 17-cr-00008-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GUY M. JEAN-PIERRE,

    Defendant.

_____

**ENTRY OF APPEARANCE OF COUNSEL**
_____

To:      The clerk of court and all parties of record

      I hereby certify that I am a member in good standing of the bar of this court, and I

appear in this case as counsel for:

       the Government

    DATED at Denver, Colorado this 27th day of December, 2017.

      Jeremy Sibert
      Name of Attorney

      United States Attorney's Office
      Firm Name

      1801 California Street, Suite 1600
      Office Address

      Denver, CO, 80202
      City, State, ZIP Code

      303-454-0100
      Telephone Number

      Jeremy.Sibert@usdoj.gov
      Primary CM/ECF E-mail Address

Respectfully submitted this 27th day of December, 2017.

ROBERT C. TROYER
United States Attorney

By:  *s/ Jeremy Sibert*
JEREMY SIBERT
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street
Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
Fax: (303) 454-0401
E-mail: Jeremy.Sibert@usdoj.gov