```
:===================================================:
                    THE GEO GROUP, INC.
:===================================================:

                   Resident Account Summary
                Monday, January 08, 2018  @09:10
====================================================================
For Inmate ID: 78606-054     JEAN-PIERRE, GUY
--------------------------------------------------------------------
    Date     Transaction  Description              Amount    Balance      Owed       Held    Reference
--------------------------------------------------------------------
01/03/2018   MISC         2 BATTERIES                0.00       0.00      0.00       0.00    01/03/2018
01/03/2018   MISC         1 EARBUD                   0.00       0.00      0.00       0.00    01/03/2018
12/26/2017   MISC         2 BATTERIES / 1 EARBUD     0.00       0.00      0.00       0.00    12/26/2017
12/18/2017   MISC         2 BATTERIES                0.00       0.00      0.00       0.00    12/18/2017
12/14/2017   MISC         1 EARBUD                   0.00       0.00      0.00       0.00    12/14/2017
12/11/2017   MISC         2 BATTERIES                0.00       0.00      0.00       0.00    12/11/2017
12/07/2017   MISC         1 EARBUD                   0.00       0.00      0.00       0.00    12/07/2017
12/01/2017   MISC         2 BATTERIES                0.00       0.00      0.00       0.00    12/01/2017
11/29/2017   MISC         1 EARBUD                   0.00       0.00      0.00       0.00    11/29/2017
11/24/2017   MISC         2 BATTERIES                0.00       0.00      0.00       0.00    11/24/2017
11/22/2017   MISC         1 EARBUD                   0.00       0.00      0.00       0.00    11/22/2017
11/17/2017   MISC         2 BATTERIES                0.00       0.00      0.00       0.00    11/17/2017
11/14/2017   MISC         1 EARBUD                   0.00       0.00      0.00       0.00    11/14/2017
11/09/2017   MISC         2 BATTERIES                0.00       0.00      0.00       0.00    11/09/2017
11/02/2017   MISC         2 BATTERIES                0.00       0.00      0.00       0.00    11/02/2017
10/31/2017   MISC         1 EARBUD                   0.00       0.00      0.00       0.00    10/31/2017
10/26/2017   MISC         2 BATTERIES                0.00       0.00      0.00       0.00    10/26/2017
10/24/2017   MISC         1 EARBUD                   0.00       0.00      0.00       0.00    10/24/2017
10/19/2017   MISC         2 BATTERIES                0.00       0.00      0.00       0.00    10/19/2017
10/12/2017   MISC         2 BATTERIES                0.00       0.00      0.00       0.00    10/12/2017
10/10/2017   MISC         1 EARBUD                   0.00       0.00      0.00       0.00    10/10/2017
10/05/2017   MISC         2 BATTERIES                0.00       0.00      0.00       0.00    10/05/2017
10/02/2017   MISC         1 EARBUD                   0.00       0.00      0.00       0.00    10/02/2017
09/26/2017   MISC         2 BATTERIES                0.00       0.00      0.00       0.00    09/26/2017
09/22/2017   MISC         1 EARBUD                   0.00       0.00      0.00       0.00    09/22/2017
09/19/2017   MISC         2 BATTERIES                0.00       0.00      0.00       0.00    09/19/2017
09/15/2017   MISC         1 EARBUD                   0.00       0.00      0.00       0.00    09/15/2017
09/12/2017   MISC         2 BATTERIES                0.00       0.00      0.00       0.00    09/12/2017
09/08/2017   MISC         1 EARBUD                   0.00       0.00      0.00       0.00    09/08/2017
09/05/2017   MISC         2 BATTERIES                0.00       0.00      0.00       0.00    09/05/2017
09/01/2017   MISC         1 EARBUD                   0.00       0.00      0.00       0.00    09/01/2017
08/29/2017   MISC         2 BATTERIES                0.00       0.00      0.00       0.00    08/29/2017
08/25/2017   MISC         1 EARBUD                   0.00       0.00      0.00       0.00    08/25/2017
08/22/2017   MISC         2 BATTERIES                0.00       0.00      0.00       0.00    08/22/2017
08/18/2017   MISC         1 EARBUD                   0.00       0.00      0.00       0.00    08/18/2017
08/15/2017   MISC         2 BATTERIES                0.00       0.00      0.00       0.00    08/15/2017
08/11/2017   MISC         1 EARBUD                   0.00       0.00      0.00       0.00    08/11/2017
08/07/2017   MISC         2 BATTERIES                0.00       0.00      0.00       0.00    08/07/2017
08/03/2017   MISC         1 EARBUD                   0.00       0.00      0.00       0.00    08/03/2017
07/31/2017   MISC         2 BATTERIES                0.00       0.00      0.00       0.00    07/31/2017
07/24/2017   MISC         1 EARBUD                   0.00       0.00      0.00       0.00    07/24/2017
07/21/2017   MISC         2 BATTERIES                0.00       0.00      0.00       0.00    07/21/2017
07/18/2017   MISC         1 EARBUD                   0.00       0.00      0.00       0.00    07/18/2017
07/14/2017   MISC         2 BATTERIES                0.00       0.00      0.00       0.00    07/14/2017
07/10/2017   MISC         1 EARBUD                   0.00       0.00      0.00       0.00    07/10/2017
07/07/2017   MISC         2 BATTERIES                0.00       0.00      0.00       0.00    07/07/2017
06/30/2017   MISC         2 BATTERIES / 1 EARBUD     0.00       0.00      0.00       0.00    06/30/2017
06/23/2017   MISC         2 BATTERIES                0.00       0.00      0.00       0.00    06/23/2017
06/22/2017   MISC         1 EARBUDS                  0.00       0.00      0.00       0.00    06/22/2017
06/16/2017   MISC         2 BATTERIES                0.00       0.00      0.00       0.00    06/16/2017
06/14/2017   MISC         1 EARBUD                   0.00       0.00      0.00       0.00    06/14/2017
06/09/2017   MISC         2 BATTERIES                0.00       0.00      0.00       0.00    06/09/2017
06/07/2017   MISC         1 EARBUD                   0.00       0.00      0.00       0.00    06/07/2017
06/02/2017   MISC         1 RADIO (REPLACEMENT)      0.00       0.00      0.00       0.00    06/02/2017
06/01/2017   MISC         2 BATTERIES                0.00       0.00      0.00       0.00    06/01/2017
05/30/2017   MISC         1 EARBUD                   0.00       0.00      0.00       0.00    05/30/2017
05/25/2017   MISC         2 BATTERIES                0.00       0.00      0.00       0.00    05/25/2017
05/22/2017   MISC         1 EARBUD                   0.00       0.00      0.00       0.00    05/22/2017
--------------------------------------------------------------------
                                   Page 1
```

```
=================================================
                  THE GEO GROUP, INC.
=================================================
                 Resident Account Summary
              Monday, January 08, 2018  @09:10
===================================================================

For Inmate ID: 78606-054     JEAN-PIERRE, GUY
-------------------------------------------------------------------
   Date     Transaction Description       Amount   Balance    Owed     Held    Reference
-------------------------------------------------------------------
05/17/2017  MISC        2 BATTERIES         0.00     0.00     0.00     0.00    05/17/2017
05/12/2017  MISC        1 EARBUD            0.00     0.00     0.00     0.00    05/12/2017
05/08/2017  MISC        2 BATTERIES         0.00     0.00     0.00     0.00    05/08/2017
05/05/2017  MISC        1 EARBUD            0.00     0.00     0.00     0.00    05/05/2017
05/01/2017  MISC        2 BATTERIES         0.00     0.00     0.00     0.00    05/01/2017
04/27/2017  MISC        1 EARBUD            0.00     0.00     0.00     0.00    04/27/2017
04/24/2017  MISC        2 BATTERIES         0.00     0.00     0.00     0.00    04/24/2017
04/20/2017  MISC        1 EARBUDS           0.00     0.00     0.00     0.00    04/20/2017
04/17/2017  MISC        2 BATTERIES         0.00     0.00     0.00     0.00    04/17/2017
04/13/2017  MISC        1 EARBUD            0.00     0.00     0.00     0.00    04/13/2017
04/07/2017  MISC        2 BATTERIES         0.00     0.00     0.00     0.00    04/07/2017
04/06/2017  MISC        1 EARBUD            0.00     0.00     0.00     0.00    04/06/2017
03/30/2017  MISC        2 BATTERIES         0.00     0.00     0.00     0.00    03/30/2017
03/29/2017  MISC        1 EARBUD            0.00     0.00     0.00     0.00    03/29/2017
03/23/2017  MISC        2 BATTERIES         0.00     0.00     0.00     0.00    03/23/2017
03/21/2017  MISC        1 EARBUD            0.00     0.00     0.00     0.00    03/21/2017
03/16/2017  MISC        2 BATTERIES         0.00     0.00     0.00     0.00    03/16/2017
03/14/2017  MISC        1 EARBUD            0.00     0.00     0.00     0.00    03/14/2017
03/06/2017  MISC        1 RADIO (REPLACEMENT) 0.00   0.00     0.00     0.00    03/06/2017
```