IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.17-cr-00008-WJM-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1.    GUY M. JEAN-PIERRE**,

        Defendant.

## DECLARATION OF MARCELO DOMINGUEZ DE GUERRA

I, MARCELO DOMINGUEZ DE GUERRA, hereby swear and aver that the following is true and correct to the best of my knowledge and belief:

1.    In 2011, I legally changed my name from Guy M. Jean-Pierre to Marcelo Dominguez de Guerra.

2.    I do not have dual citizenship with the United States and Haiti.

3.    I am a citizen of only the United States.

4.    I have a current passport issued by the United States in the name of Marcelo Dominguez de Guerra and have no other current passport from any other country or in any other name.

I, MARCELO DOMINGUEZ DE GUERRA, hereby swear and aver under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and belief.

DATED this 8th day of January, 2018.

*s/Marcelo Dominguez de Guerra*
_____
Marcelo Dominguez de Guerra

Respectfully submitted,

*s/Clifford J. Barnard*
_____
Clifford J. Barnard
Attorney for Defendant Jean-Pierre
4450 Arapahoe Avenue, Suite 100
Boulder, Colorado 80303
Telephone: (303) 449-2543
Facsimile: (303) 444-6349
Email:  *cliffbarnard@earthlink.net*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January, 2018, I electronically filed the foregoing *Declaration of Marcelo Dominguez de Guerra* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

A.U.S.A. Jeremy Sibert              *jeremy.sibert@usdoj.gov*

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Guy Jean-Pierre                    *Via U.S. Mail*
Register # 78606-054
GEO Aurora Detention Facility
3130 N. Oakland Street
Aurora, CO 80010


*s/Clifford J. Barnard*

-2-

                                      Clifford J. Barnard
                                      Attorney for Defendant Jean-Pierre