**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 17-cr-0008-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     GUY M. JEAN-PIERRE,

      Defendant.

---

**MINUTE ORDER**

---

Entered by Magistrate Judge Nina Y. Wang

This matter comes before the court on Defendant Jean-Pierre's Opposed Motion to Amend Detention Order and to Set Bail ("Opposed Motion to Amend Detention Order") [#71, filed January 8, 2018] that was referred to this Magistrate Judge pursuant to D.C.COLO.LCrR 57.1 and the Memorandum dated January 9, 2018 [#72]. Upon consideration of the Opposed Motion to Amend Detention Order, **IT IS ORDERED** that:

    (1)    A hearing on this Opposed Motion to Amend Detention Order is **SET** for **January 19, 2018 at 1:30 p.m.** before Magistrate Judge Nina Y. Wang in Courtroom C204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado 80294. Counsel are reminded that all individuals entering the courthouse must have valid and proper identification. D.C.COLO.LCrR 57.4.

    (2)    The United States Marshal Service is **DIRECTED to TRANSPORT** Defendant to be present for the hearing in person; and

    (3)    Any written response by the United States to the Opposed Motion to Amend Detention Order must be **FILED** no later than January 17, 2018.

DATED:   January 10, 2018