## FINAL LIST OF PROPOSED EXHIBITS

CASE NO. 17-cr-00008-WJM          PLAINTIFF'S LIST _____          DEFENDANT'S LIST: __X__          THIRD PTY DEFTS. LIST_____

CASE CAPTION:     U.S.A.   vs.  Guy Jean-Pierre          DATE:          January 19, 2018

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A | | GEO Group "Resident Account Summary? | | | | | | | ECF # 71-1 |
| B | | Declaration of Marcelo Dominguez de Guerra | | | | | | | ECF # 71-2 |
| C | | Independent House "Client Handbook" | | | | | | | |
| D | | U.S. Bureau of Labor Statistics Colorado Uneemployment Rate | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |