ih Independence House

# CLIENT HANDBOOK

# Independence House

*Residential Re-Entry Center*

## RULES AND REGULATIONS FOR FEDERAL RESIDENTS

The following pages are rules and regulations pertaining to federal residents of the Independence House South Federal and Fillmore facilities. We realize that an individual sometimes balks at restraints placed upon them, but due to the nature of operation, certain controls must be kept in effect by law, custom, and common sense. There are no regulations within our structure that are overly difficult for a person to follow, and ignorance of these rules is not an excuse for failure to comply. These rules are subject to change. Therefore, it is necessary for a resident to frequently check with his/her case manager for instructions. If you do not understand anything listed herein, ask your case manager or any staff member for explanation. If for any reason, you violate any of these rules or regulations, the matter will be handled within the guidelines of the Bureau of Prisons Prohibited Acts and the program's Level System. However, if the violations are cumulative or serious in nature, the matter will be referred to the Bureau of Prisons or your assigned contracting agency for disciplinary action.

The main function of the Independence House facility is to assist you in your orderly reintegration in to the community. Your assigned case manager will assist you with guidance to attain goals and aspirations, which will be set upon arrival when developing a program plan. However, your cooperation is necessary for staff to assist you in your individual needs. Upon arrival, you will be assigned to a case manager. All personal, employment or other issues should be channeled through your assigned case manager. The program director will not refuse an interview for legitimate purposes, but will immediately refer you back to your assigned case manager or to the appropriate staff member for resolution of the issues that are within the scope of handling at staff level.

As stated in the first paragraph, certain rules or regulations are not set forth in policy. There is a logical explanation for this. Procedures are governed in some cases by law and others by reason. The staff relies upon the common sense of the resident in instances not set forth in writing and also upon the resident's attention to the sign out book and at house meetings for temporary instructions or policy changes. Additional instructions will be given either via a written bulletin or verbal agreement with your case manager. The program has not written into policy that you are not allowed to spit on the floor.... this is a common sense situation and the resident who fails to recognize such obvious conformity is not a person who is ready for a community corrections dwelling. We recognize the motivating factors involved and will do our best to ease the pressures of the transition. It is our desire to assist you in your transition into the community. You will usually have a projected release date from the program at the time of your arrival; this date is never to be considered firm as your release date can change.

## HOUSE POLICIES

1) **Accountability and Punctuality**

Accountability and punctuality are important and necessary. You must electronically sign in or sign out on your designated page on the Secure Manage computer program. National curfew hours are from 9 p.m-6 a.m.

- All schedules must be preapproved by your Case Manager.
- When completing passes to leave the facility you must include:
  a. The date you are leaving the facility.
  b. The time you are leaving the facility.
  c. The complete name and address of your destination, including the city and zip code.
  d. The telephone number of your destination.
  e. The purpose for leaving the facility.
  f. The designated return time and date that you will return to the facility.
  g. Security Staff will implement your sign out by signing their initials in the space provided on your sign in/out page on Secure Manage before you leave the facility. The resident must also sign the sign in/out page on Secure Manage before leaving the facility.
  h. You must notify the program when you arrive at your sign out location.
  i. You must notify the program each time you change locations prior to making the location change.
  j. You must notify the program when you leave your sign out location to return to the facility.
  k. The program staff will, at any time, call and verify that you are indeed at your sign out location.
- Upon returning to the facility you must:
  a. Immediately sign in with Security Staff.
  b. Take a breathalyzer test and urine test if scheduled.
  c. Tardiness will result in an incident report, disciplinary action, and loss of privileges.

2) **Passes for BOP Prerelease (PR) Clients**

A pass is viewed as a special privilege and must be earned in accordance with the program's Level System. In order to receive passes, you must be working, be current on subsistence and have no incident reports.

a) **Home passes** will not exceed 12 hours and must end at or before 9p.m. each night. Home passes must be spent at an approved residence. Two additional locations will be permitted, i.e. a theatre, restaurant or grocery store as approved by your case manager.

b) **Overnight passes (Level 4b and 4c)** will not exceed 24 hours and must also end at or before 9p.m. each night. Overnight passes can be taken two at a time with a mandatory check-in at the facility between passes. Two additional locations will be permitted, i.e. a theatre, restaurant or grocery store as approved by your case manager.

c) Home and overnight pass requests must be approved by your assigned case manager and the program director. These requests must be submitted at least 24 hours prior to the requested departure time.

d) During all_passes, you must notify the program of all location changes before leaving your approved pass location.

e) Clients must spend at least 50 percent of their pass time at their approved pass site.

f) All clients going on a home pass, may ONLY go to their **approved release address** and not to a family's or friend's house.

g) United States Probation and Independence House must approve your release residence. There must be a land line at the residence. Clients must turn in home phone bill each month to be able to continue taking home passes.

h) The program staff will, at any time, call to verify that you are indeed at your pass location.

Resident's Signature:______________________ Date:__________

i) All passes are limited geographically to a 100-mile radius of the facility, unless approved by the assigned agency and the program director.
j) All passes are dependent upon the resident's assigned level, general conduct and the staff's analysis.
k) All clients will be allowed recreation time, according to facility rules and regulations. Keep in mind recreation is privilege.
l) All clients will be allowed one four-hour religious pass per week unless 4 hours is not needed due to location. A Church Pass Application must be submitted and approved by your assigned case manager prior to sign out.
m) Your case manager will need to verify your church passes in order to attend a specific church. If the case manager cannot verify the service, you cannot to attend the service.
n) For all approved church passes, you must bring back a church bulletin and or pamphlet for the each week.
o) Passes and church passes will not be extended under any circumstances.
p) Signing out to locations without a telephone number is prohibited.
q) Clients cannot change the purpose of their sign out, i.e., sign out to work then call to change their sign out purpose to pass. A physical check in at the facility must be made between all sign out purpose changes unless previously approved by the program director.
r) Clients are not allowed to visit any other residence while on passes.

3) **<u>Passes for BOP Community Corrections (CC), Public Law and Pretrial Clients</u>**
a) All clients listed above are not on the Level System.
b) BOP CC status clients must be approved by regional BOP to be removed from CC status to PR status to be eligible for the Level System and potential passes.
c) All passes for probation and pretrial clients must be approved by United States Probation.

4) **<u>Escapes or Absconds</u>**
a) **Escape/Abscond procedures begin 20 minutes after your scheduled sign in time.**
b) **When a client escapes or absconds he/she <u>forfeits all rights</u> to any property or belongings left behind at Independence House. Client's property will not be returned to your emergency contact in the event of an escape or abscond.**

5) **<u>Employment/Education</u>**
a) All clients are required to secure and maintain full-time employment while in the program.
b) Clients also may enroll in a vocational/education program while in the program. Clients who attend school must also work full or part time.
   i) Employment or educational programs must be located within a 100-mile radius of the program.
c) Clients who are unemployed are required to go on job search each weekday.
   i) Job search hours are from 7a.m. to 3p.m., Monday through Friday unless prior authorization is granted by the program director.
   ii) Clients <u>are not</u> allowed to "job search" together unless approved by their Case Manager.
   iii) Clients must fill out a Job Search Form to go on job search. The Job Search Form must be filled out completely and legibly, and be approved by your case manager before you will be allowed to sign out. Job Search Forms must be handed in to your case manager at least one working day in advance for approval.
   iv) While on Job Search, you are required to complete all location calls and bring back a pamphlet and or business card to confirm you did go to the destination. Clients need to return their job search forms, upon return to the facility each day with business cards or signatures. You are required to disclose that you reside in a Federal Residential Reentry Center as your case manager will be contacting the employer upon hire.

Resident's Signature:______________________ Date:__________

v) Clients must sign out of the facility for job search by 8a.m. Clients not signed out of the facility for job search by 8a.m. will be required to spend the day at the facility completing house chores.

vi) Office fax machine and client phone will only be used for legal and probation purposes only. A free use fax machine can be located at the nearest work force centers.

vii) Clients who are already employed and wish to go on job search must have approval from their assigned case manager.

d) Clients have 21 days from their arrival date to secure employment. Clients who fail to secure employment during this time will be placed on a contract to secure employment within 7-14 days and may be terminated from the program for failure to obtain employment during the contract period.

e) Employment must be approved by the Case Manager prior to signing out for work. Do not tell your employer that you can start "tomorrow". The employment verification process can take up to 48 hours.

f) All clients will be required to fill out an Authorization for Employment form and have the employment approved prior to starting the job. Employers will be notified of your current felony conviction and are required to acknowledge your residency at the half way house.

g) Permission to work more than 40 hours per week requires approval from the Program Director. Permission to work more than 60 hours per week must get approval from the CCM. NO Client can work 7 days a week.

h) Clients will not be allowed to work past national curfew (9:00 pm) without approval from the program director. This approval must be recorded on the Employment Authorization form.

i) Quitting a job without permission from your case manager or losing employment will result in loss of your level and you will be placed on Community Correction Component status until new employment is secured.

j) Self-employment or employment for relatives or going into private residences will not be considered unless your Pre-Sentence Investigation Report indicates a history of this employment and approval from the CCM has been granted.

k) Program staff will conduct on-site verifications of proposed employment sites. Employers will be required to sign and return the Employer Verification/Notification Form that informs the employer that you are a resident of the program; this condition may be waived by your referring agency.

l) Program staff will do daily verifications to ensure that the resident is indeed working or at school in accordance with the sign in/out sheet. Daily telephonic verification calls will be made; these calls must be answered or returned within 10 minutes of the call being placed. School/work verification is mandatory; there will be no exceptions.

6) **Individual and Group Counseling**

a) Individual counseling is mandatory to include one session with your case manager during each week that you are a client of this facility.

i) Additional sessions may be required depending on your personal situation.

b) Each Client will have a Program Plan established outlining goals and responsibilities during their residency. Clients must abide by their Program Plan objectives and by any additional treatment recommendations made by their case manager or the Bureau of Prisons.

c) Group counseling will be held as assigned. If you are assigned to attend any group, you will meet at a minimum of once a week until completing program requirements. Failure to attend an assigned group will result in disciplinary action.

d) Clients are required to take one Life Skills class, one Food Prep. Class and nine (9) Transitional Skills classes. TDAT clients may wave the Transitional Skills classes.

Resident's Signature:______________________ Date:______________

i) Notification of counseling sessions, individual or group, will be made verbally by staff members or via written bulletins. Be sure to check daily with the on-duty staff.

ii) Life skills is held at 5:30pm on Monday nights & Transitional skills is held at 7pm or 9pm on Monday nights. If Monday lands on a holiday it will be cancelled and will continue the following week. The Food Prep Class will be posted with date and times.

7) **Recreation**

a) Clients residing in facility are allowed 75 minutes of recreation time Monday through Friday after 7 days from intake. Clients are permitted to work out at any time, other than lock down at Independence House's outdoor recreation area.

b) Home Confinement clients are authorized to go to a gym 3 days for 2 hours each or walk their neighbor for 1 hour 7 days a week. Client are not allowed to have both.

c) Clients residing at IHSF are only authorized to go to the College View Recreation center. Other recreation destinations need to have approval by the program director.

8) **Visitation**

a) Visitation is allowed between: weekdays 9am and 7:30pm, weekends 12pm and 3pm. Visits are one hour per day. All visitors must abide by facility dress code.

b) All in-house clients are allowed 3 free background checks on only 3 visitors, any more will need pay for their own background check, price will vary, ask security staff for price.

c) Clients that are direct home detention NO visitors will be approved, due to the fact that you will be going home within 14 days.

d) All visitors must enter through the front gate on Federal Blvd and check in with security. Visitors may not enter though the back yard or hand client's any items over the fence.

e) All items brought in by visitors must be turned in to security for approval and may not be handed directly to the client.

f) Security staff has the discretion to end visits at any time.

g) All visitors must provide acceptable identification and fill out a Visitor's Request form. Clients must sign the visitor's request agreeing to the visit.

i) All visitors_will be screened and approved by the on-duty staff.

ii) Visitors under the age of eighteen will not be allowed to visit without an adult. Minors are limited to 15 minutes.

h) Visits are limited to the dayroom and parking lot_only.

i) At no time will a visit be allowed to take place in the resident's assigned area.

ii) At no time will a visit take place in the front of the building or alley.

iii) At no time will a visit take place in a vehicle in front or back of the building or on adjacent properties.

iv) Visitors are subject to search at all times.

v) No physical contact between clients and visitors is allowed.

i) If a visitor is under the influence of a substance or displays improper or immoral conduct, the program reserves the rights to terminate the visit and have the visitor leave the premises. The on-duty staff has the authorization to determine improper or immoral behavior.

j) You will not socially associate with persons having criminal records, including former Independence House residents.

k) Social contact with other Independence House residents outside the facility is strictly prohibited.

9) **Subsistence/ Savings**

a) All income must be reported to the program regardless of the source of the income.

i. Types of income includes: wages, SSI, SSDI, AND, VA benefits, sale of property, workers comp and retirement income.

Resident's Signature: ______________ Date: ______________

b) All clients must turn in a copy of their pay stubs showing gross and net income, taxes paid, and year-to-date figures in to your case manager with-in 48 hours of payday.
c) All clients will purchase a money order with 25 percent of your gross income to be paid for subsistence and this also needs to be turned in within 48 hours of the pay day. Only include the dollar amount, drop the cents, (you keep the change) but DON'T round down, you will be short.
d) Subsistence payments will begin when employment has been secured or any income from other sources is being received.
e) Subsistence payments must be kept current or all privileges will be lost until the payments are brought current. A continuous balance due will result in rejection from the program.
f) Prorated subsistence will be collected two weeks prior to release.
g) Subsistence caps are: Residential, $64.00 per day or $448 per week or $896.00 every 2 weeks.
h) Personal bank accounts are approved, but all clients will need to submit bank statements and activity to their case manager for review.
i) Possession of debit cards are approved, as long as they are from your bank account or employment pay card.
j) Possession of personal checks are prohibited.

10) **Assigned Area**

a) Upon intake you will be issued an assigned area with a bed and a locker. Clients may have no more than seven (7) outfits, two (2) coats, four (4) pairs of shoes and only necessary under garments in your possession. You will not be permitted to store any property such as suitcases and boxes. You are not allowed any personal items such as stuffed animals, picture frames, knickknacks, posters… etc. Clothing may not be stored on closet floors unless it is in a laundry basket.
b) Clients are only allowed a TV no bigger 19' in size (only two TV's per unit one in the front room and one in the back room).
c) All jewelry other that religious medals and wedding rings are not permitted in the facility. All property brought into the facility must be turned in to security staff for approval. No client will have property valuing over $100 during his or her residency.
d) Clients may have padlocks on their locker. The combination or key must be turned in to security. In the event of a search the lock will be cut if the combination/key has not been provided to staff. The program is not responsible for your personal property.
e) Smoking is allowed in designated areas only. All cigarette butts must be disposed of in the trash after distinguished. If the ground is littered with butts staff will disallow smoking.
f) Client's areas are to remain neat and uncluttered at all times.
g) If you have anything of value that needs to be secured while you are away for any extended period of time, you may check items with the staff for safekeeping. We will accept no responsibility but will do our best to offer protection of such items.
h) All furnishings will be kept in clean condition. Any damage done to the assigned area other than normal wear and tear or missing items will be charged to the resident assigned to that area.
i) You will not remove anything from your assigned area except for your personal property.
j) Beds must be made military style as soon as you get up. You will be shown the correct manner in which to make your bed if you do not know how. Compliance is mandatory.
k) Bathtubs, showers, and lavatories will be cleaned after each use.
l) Pets of any kind are not allowed in your assigned area or in the facility.
m) Tampering with thermostats beyond temperature control or heat registers is prohibited. Please notify staff immediately if there is a problem with the temperature in your room.

Resident's Signature:______________________________ Date:______________

n) Clients may not use the oven or stove as a heating source. During seasons of uncomfortable hot weather, fans may be used and air conditioners are provided. Clients are not permitted to purchase their own air conditioners or swamp coolers for their rooms.
o) At no time will residents make holes in the walls or doors.
p) Removal or destruction of screens is a sanitation violation and will result in disciplinary action.
q) Garbage and other trash will be taken out daily, or as often as needed to the dumpster at the rear of the building. Garbage cans must be lined with plastic liners, obtainable in the staff office.
r) The intercom system located in each room may be used to summon security by clients for emergencies only. If security calls your room on the intercom you must reply by pressing the button and speaking.
s) Notify staff immediately if you see any kind of rodent or insect in your assigned area or anywhere in the facility.
t) There is a laundry facility on the ground level of the facility. Instructions for its use are posted there. Only one person is allowed in the laundry room at a time. Clients must use detergent provided by staff only. No bleach allowed in facility.
u) Loud music, voices, or noises of any kind will not be tolerated. Any sound will be confined to your assigned area.
v) Clients will not be allowed to decorate their assigned area with personal items.
w) No pornography of any kind is permitted in the facility.
x) Extension or spliced cords are a fire hazard and are not allowed in the facility.
y) Cardboard boxes and shoe boxes are considered a fire hazard and are not allowed in the facility. If you brought your property in cardboard boxes you must remove the items and throw out the boxes.
z) Clients must use fire-resistant pillows provided by the program. Foam or poly-based pillows or any other foam or poly-based stuffed items are also considered a fire hazard and are not allowed.
aa) Clients must use the blankets provided by the program. Residents may not use their own personal blanket during their residency.
bb) Clients are allowed to use the vending machines; however use at your own risk as no money will be refunded. We are not responsible for "lost money"

**11) Telephone and Mail:**

a) Clients are permitted to have smart phones if approved by the director and case manager. Approval is based on your conviction, judgement and overall compliance.
b) All cell phones are subject to search by any staff member. The security code must be disclosed upon search or your phone will be **confiscated and not returned**. In addition, phone privileges will be revoked.
c) Pornographic images or videos are not permitted to be stored on your phone.
d) Clients are not authorized to loan their phones to other clients or watch videos or movies together.
e) You are not permitted to take pictures with your phones while on Independence House Property.
f) The fake caller I.D app is strictly prohibited.
g) Clients must receive permission from staff to use the office phone for legal, employment and emergency reasons. Emergency phone calls are defined as a death in the family, 911 or PREA Reporting.
h) Long distance calls will be approved and dialed by security.
i) Staff will not take and deliver messages for incoming calls unless it is a legal, medical or employment related call.
j) You will be allowed to receive mail and packages while a resident in the program. You will be given an address in which to receive mail during your intake.

Resident's Signature: Date: ____________

k) All outgoing and incoming mail that is not legal correspondence may be required to be opened in front of a staff member to be checked for contraband.
l) The referring agency may instruct the program to disallow a resident correspondence with certain individuals due to restraints, conspiracies, felonies, etc.
m) You may not email any Inmates in any Institutions (Federal or State run facilities).
n) Clients may not receive publications related to drugs, pornography, or adversely related to security, maintenance or facility order.
o) The program will not forward any letters and or packages after termination of the program.
p) It is the Clients' responsibility to notify their correspondents of Independence House rules and regulations regarding mail procedures.

12) **Food**

a) You are responsible for cooking your own meals. A suggested menu will be posted on the facility bulletin board and groceries will be issued once a week.
b) The program will provide food for residents requesting special diets because of medical needs or religious beliefs provided the resident makes the request for such diets in writing to the program director. Special diets must be documented by BOP, a physician or religious leader.
c) All kitchen areas include cooking utensils and dishes. All food supplies will be cleaned and put away in the appropriate places immediately following each meal.
d) All cooking utensils and dishes are property of the Independence House and can't be taken once a client releases.
e) All leftover and thawing food must be covered and dated when put in the refrigerator. Thawing frozen food by using continuous running water is not permitted.
f) Clients may cook for themselves and their roommates. Clients may not cook for clients living in other rooms. BBQ grills are supplied and may be used by clients. Clients are responsible for providing charcoal and fluid for the BBQ. These items may not be stored in client rooms.

13) **Area Off-Limits**

a) The staff and administrative office areas are off limits to all clients and visitors unless permission is secured from the on-duty staff.
b) Clients may not loiter in the staff office. Enter for legitimate business reasons and leave promptly when finished. Only two clients are permitted to be in the security office at one time. All other clients needing assistance from security staff must form a line out in the hallway and wait their turn. Permission must be granted from the front desk prior to entering the administrative office. Clients are prohibited from entering the administrative office or pantry unescorted by staff.
c) No male clients are allowed to enter the second floor female day room unless you are going to see your case manager.
d) No female clients are allowed to enter the male day room unless escorted by staff.
e) Male clients are not allowed to loiter in the first floor hallway. Doing so will subject the resident to disciplinary action.
f) No one may enter the supply or storage rooms without being accompanied by a staff member.
g) Other areas of the facility may be determined off-limits to residents and their visitors. These areas will be posted on the bulletin board for review.
h) Clients may not prop open any door.
i) When entering the back kitchen you must have a staff member escort you
j) **Clients are not allowed to go into other client rooms.** This includes standing in doorway.
k) Clients are not allowed in the alley/parking lot next door.
l) The yard is divided into four areas; Male area, female area, work out area and staff parking. Clients are not permitted to loiter under or smoke under the carport.

Resident's Signature:______________________ Date:____________

14) **Safety and Sanitation**

a) Assigned chores are necessary for individual and group comfort and sanitation. All clients will be assigned room and general facility chores each week on a rotating basis. The chores are not hazardous or overly difficult and must be completed before you will be allowed to leave the facility. If you are uncertain of which duties to perform or what time to do your chore, please ask a staff member to explain. Failure to perform assigned chores or to comply with a staff member's request will result in disciplinary action.
   i) A chore list will be posted each Saturday night. Chores are to be completed two times per day. Morning chores must be completed before 8 a.m. weekdays and before 10 a.m. on weekends. Evening chores must be completed during lockdown (7:45 pm to 9:15 pm) each evening. If you are returning to the facility from work or treatment past 9:15 pm your chore must be completed when you return each night.
   ii) Cleaning supplies are located in the staff office and may be obtained through the on duty staff member. You must sign in and sign out for the supplies. No chemicals are allowed in your rooms. They must be brought down to the cleaning closet.
   iii) Vacuums are located in each room. Do not leave vacuums in the hallways and stairwells which is a fire hazard. Please notify staff when a vacuum is broken and in need of repair.

b) Clients are responsible for the general sanitation and housekeeping of their assigned area. Chores that are not assigned may arise and the staff may request the client(s) to assist.

c) Clients are required to follow proper personal hygiene practices. Sanitation kits are available to indigent residents.

d) Clients are prohibited from braiding or cut hair in the day rooms or the outside yard area. Your own hair grooming must be done in your assigned room and completed by yourself.

e) You will receive an emergency evacuation route upon intake. There are fire extinguishers at various locations throughout the building. Familiarize yourself with the program's fire drills and emergency evacuation procedures, designated routes and the location of the extinguishers.
   i) Notify staff of all fires, no matter how small.
   ii) Fire drills will be held monthly; all clients must **evacuate the building immediately.** Client's taking longer than two minutes to evacuate will be subject to disciplinary action.

f) If anything is broken or is not in normal operating condition, notify the staff immediately. Do not attempt to repair anything yourself.

15) **Urinalysis/Breathalyzer Testing**

a) All clients will be required to provide a urinalysis sample at intake and as scheduled during their residency. Staff may request suspect urine tests at any time.

b) All clients will be placed in a scheduled urinalysis program. Clients placed in the scheduled urinalysis program will give a minimum of four urine samples per month.

c) Urine samples must contain a sufficient amount of urine for testing purposes. A 2-ounce minimum is required. If a sample is not provided within two hours of notification, you will receive an incident report. (Certain medical symptoms will be considered).

d) Positive urinalysis reports will result in an incident report, which may or may not be basis for termination from the program.

e) All clients arriving at IHSF admitting a positive urine screen upon intake will be subject to disciplinary action.

f) When requested to provide a urine sample, you will be required to stay in an assigned area until a sample is secured.

g) Clients may not ingest poppy seeds in any form during residency.

h) Use or possession of any controlled substance, alcohol or other intoxicants is prohibited.

Resident's Signature: Date:________________

i) Breathalyzer tests will be secured daily. Staff can require you to take a breathalyzer test at any time, 24 hours a day.

j) The same policies that are used for a urinalysis test will apply when requested to submit a breathalyzer test for alcohol use. Refusal will result in disciplinary action and possible rejection from the program.

16) **Medication/Medical Care**

a) All clients are responsible for their own medical treatment. You will have access to The Affordable Care Act.

b) See your case manager regarding medical treatment that BOP will authorize and pay for.

c) All medication must be turned in to the staff immediately upon arrival to the facility. This includes all over the counter (aspirin, vitamins, etc) as well as prescribed medication. All medication must be in the original packaging or prescription bottle. No medications will be allowed if not in the proper container. The medication will be properly disposed of.

d) Clients may not possess or use mouthwash or medication, which contains alcohol, i.e., cold and cough medication unless prescribed by a physician. There are a large number of cold and cough remedies and mouthwashes that do not contain alcohol.

e) Clients are authorized to store protein powder that does not contain creatinine in their locker. Weight loss or fat burning pills are not permitted.

f) The on-duty staff will monitor the administration of all medication and document it in Secure Manage. You will sign the signature pad for each dose of medication. There are three scheduled medication times throughout the day. As needed medications are the only exception to the medication schedule.

g) Clients will receive an incident report for taking any unauthorized medication or substance.

h) Clients are responsible for taking all medications as prescribed. You may not start the new bottle of medication until the remaining bottle is finished.

i) Clients may not give any of their medication to other clients, this includes over the counter medication.

17) **Dayroom**

a) The dayroom door must remain unlocked at all times.

b) Smoking is prohibited in the dayroom.

c) Clients must clean up after themselves. Please do not litter in the dayroom.

d) The television's volume must remain at a reasonable level.

e) Clients may not sleep or lay down on the furniture in the dayroom.

f) Staff may close the dayroom at any time for misuse.

g) Males and females are allowed only on their designated day rooms located on the 2nd floor.

18) **Transportation**

a) Daily bus passes will be provided for indigent residents. You cannot receive bus passes after you have received your first paycheck.

b) All clients will be required to pay back the value of the bus passes that they received when they get paid.

c) Bus schedules may be accessed from your phone via the RTD Trip Planner web site or by calling RTD at 303-299-6000.

d) You must have written authorization from the program director and CCM approval to operate any motorized vehicle during the entire period of residency in the program.

   i) Your case manager will explain to you the qualifications necessary for permission to operate a motorized vehicle.

Resident's Signature:______________________________ Date:______________

ii) Clients serving a sentence for vehicular homicide, vehicular assault, multiple DUI's or driving after judgement prohibited will not be allowed driving privileges.
iii) Clients are not permitted to drive motorcycles or motorized scooters.

e) Approval to operate a motorized vehicle is considered a privilege. Violation of any community laws, program violations or conditions of placement may result in loss of this privilege
f) Clients may not purchase a motor vehicle while a resident at Independence House unless prior approval is obtained by the program director and referring agency.
g) BOP clients are prohibited from getting a car loan or car lease for any vehicle and this will result in disciplinary actions.
h) Client vehicles are subject to searches by program staff or referring agency staff at any time.
i) Clients are not allowed to park their vehicle under the parking structure, in Independence House parking lot, or adjacent apartment building parking lot at any time. Vehicles must be parked on Green Court or surrounding street parking.
j) Car keys must be turned in to the security office daily.

19) **Contraband**

a) Any item taken as contraband will NOT be given back to the client at any time.
b) Clients are not allowed to have in their possession any weapon or any item that may be used as a weapon. This includes guns, knives, clubs, pipes, hatchets, hammers, keys or any item that is determined by the staff to have the potential to be used as a weapon. Possession of such items may be cause for termination from the program.
c) Possession or use of a weapon or any item that may be construed as a weapon will result in immediate termination from the program and criminal charges may be filed.
d) If your employment requires you to keep tools, keys or items that have the potential to be used as weapons, you must turn the items in to security staff immediately upon arrival to the program and may sign them out the next day.
e) Clients are prohibited from using or possessing any tools or equipment that belongs to the program without permission from the program staff.
f) Clients are prohibited from having possession of program keys, record books, log books, files, charts, etc.
g) Clients may not have over $75 in cash on their person at any time. All excess cash obtained in a search will be confiscated and deposited in your in-house savings account.
h) Possession or use of alcohol or illegal drugs is prohibited.
i) Possession or use of legal drugs such as marijuana, synthetic marijuana, bath salts etc. is prohibited and will result in termination from the program.
j) Clients may not possess cigar wraps, "blunt wraps", or rolling papers of any kind.
k) Clients may not possess or carry on their person any paraphernalia including tin foil, straws or pen casings.
l) Vape pens are strictly prohibited and will be confiscated.
m) Clients may not possess a cell phone without first submitting a completed cell phone contract to your case manager. Any client found with a cell phone without written approval from the case manager or program director will have their phone confiscated and it will not be returned to them until they release from Independence House. Confiscated phones will not be returned to family members under any circumstances.
n) Clients are not allowed to have musical instruments in the facility. i.e. guitar, horn, piano, etc.
o) Clients are not allowed to have any laptop computers, video game consoles, DVD players, or CD's no electronics that allow use of such items.

Date:

p) Clients are not allowed to have stereos or speakers of any kind. All music must be played through headphones.

q) Clients are not permitted to have playing cards, dominoes or gambling pool sheets.

**20) Discipline**

a) The program will administer disciplinary action when there is a violation of the program's rules and regulations or the conditions of placement from the contracting agency.

b) At no time will the discipline exceed the maximum limitations as defined by the contracting agency.

c) The discipline administered by the program will be diversified and will be determined on an individual basis when possible.

d) The representative from the contracting agencies will have input in the discipline administered by the program.

**21) Grievance and Appeals**

a) Any resident of the facility may file a grievance on conditions concerning the operations of the program or physical condition of the facility. Clients who wish to file a complaint may request a Grievance Form from the on-duty staff at any time. The program will not take adverse action against any resident who files a grievance.

i) Clients may appeal the decision of the grievance if it is felt that the resolution offered did not satisfactorily resolve the issue.

ii) Any client who has a grievance with any aspect of the program is encouraged to exhaust the internal grievance procedure and the Bureau of Prisons grievance procedure prior to writing to local authorities or politicians without giving the program opportunity to resolve the grievance.

b) A client who files an appeal to an incident report or for any disciplinary action imposed will be suspended of all privileges until the appeal is resolved.

c) Please see attached PREA Grievances and Appeals Process Instruction packet regarding PREA reporting.

**22) Linen**

a) Upon intake, all clients will be provided with the following linen: two sheets, one pillow, one pillowcase, and one blanket.

i) Additional linens may be obtained from the on-duty staff. Clients must use the blankets provided by the facility and are not allowed to bring their own blankets to the facility.

b) Clean linen will be issued once a week.

i) Clients must turn in all soiled linen in exchange for clean linens every Tuesday by 8pm. All linens must be turned in upon release from the facility.

ii) Failure to change linens will result in disciplinary action.

iii) All pillows and blankets are to be issued by Independence House only.

iv) Any personal bedding will be confiscated and disposed of by Independence House.

**23) Miscellaneous**

The following are miscellaneous rules and regulations you must abide by while at this facility:

- No use or threats of physical violence.
- Clients must remain fully clothed in their living quarters. All changing of clothes must be done in the restroom.
- No borrowing, lending or trading items with staff or residents.
- Clients are not allowed to speak or interact will any vendors on the property. This includes any vendors selling ice cream, popsicles and or burritos.
- Absolutely no physical contact between residents.
- No lying to staff.

Resident's Signature:____________________ Date:__________

- Clients with extra duty will not received any privileges until all extra duty is completed.
- The signing of any contract is prohibited without the expressed written permission from the program director.
- Clients must cooperate with all employees of the facility, his/her referring agency and to all treatment and supervision providers.
- Clients must call or visit their probation officer according to schedule.
- Clients must obey the laws of the community.
- Clients who fail to abide by facility dress code will be subject to disciplinary action.
- Clients must comply with all rules, regulations and codes set forth by their referring agency.
- Absolutely no gambling.
- Facility closes down each night at 10pm. Residents must be in their assigned room.
- Clients may not participate in any medical or cosmetic experiments.
- Clients must immediately report any police contact to staff.
- At no time will any client have control or authority over any other client.
- No aerosol cans, tools and or flammable materials are allowed in resident rooms or on the facility grounds.
- Clients are prohibited from using or possessing computers, cameras, speakers or tape recording devices.
- Clients are not permitted to possess tattooing equipment or give or receive tattoos while residing at Independence House.
- No communication between male and female clients.
- Clients may not wear sunglasses in the facility or on the property.
- All Bureau of Prison's prohibited acts apply to all clients of Independence House.

In order to have a successful transition back in to the community, you must attain certain goals, such as gaining employment, full time school, (or both), obtaining an approved place of residency to release to, establish a savings account through the program, displaying an ability to abide by the rules of the program, conditions of placement from the referring agency, and the laws of society at large.

The following paragraph is an excerpt from Senate Bill Number 4, 1977:

'17-27-108 Escape From Custody If an offender fails to remain within the extended limits of his confinement, or to return within the time prescribed, to an institution to which he was assigned or transferred or is any offender who participates in a program established under the provisions of this article leaves his place of employment, or having been ordered by the executive director or the chief probation officer to return to the correctional institution, neglects or fails to do so, he shall be deemed to have escaped from custody and shall, upon conviction thereof, be punished as provided in section 18-8-208, CRS, 1973, and all reductions in sentenced authorized by article 20 of this title shall be forfeited.

- I have read or had read to me the rules and regulations of Independence House and I understand them. I also understand that non-compliance with these rules and regulations could result in my being terminated from the program.
- I have received, read or have had read to me the Federal Bureau of Prisons Prohibited Acts for Community Treatment Centers and agree to comply with them. The violation of any of

Resident's Signature: Date:________________

these established Prohibited Acts will result in my immediate termination from the Independence House Program

- I have read or have had read to me the medical, fire, severe weather and natural disaster emergency procedures of the Independence House. I agree to follow the emergency procedures in the event it becomes necessary.

- I have received the training on hazardous chemicals. I agreed to comply with the house rules regarding possession or use of hazardous chemicals.

- I understand that communicable diseases may be present in the program. In order to prevent the contamination and/or spreading of such diseases, I agree to inform the staff of the program immediately if it is found that I have or am a carrier of any communicable disease.

  - (If you have been convicted of a felony, it is a federal crime for you to possess any firearm or ammunition. This applies to all guns (handguns, rifles, and shotguns), bombs, grenades, silencers, and machine guns. A felony is any crime that carries a possible sentence of more than one year. Persons convicted of this federal crime may be sentenced to ten years imprisonment and a fine of up to $250.000. Sign to acknowledge that you understand this law.)

- I understand that I am expected to assume financial responsibility for my health care while I am a resident of a contract community corrections center or work release program. Should I be unable or unwilling to bear the cost of necessary medical care I understand that I will be transferred to a suitable institution or facility at the program's option to receive such care. I understand that no medical care may be provided to me at the expense of the referring agency or program without prior authorization of the executive director.

I have read and agree to abide by the rules and regulations of Independence House:

Resident Signature________________________________ Date__________________

Case manager Signature____________________________ Date__________________

Revised March 2017

Resident's Signature:________________________________ Date:________________