U.S. Bureau of Labor Statistics

# Colorado

QUICK GLANCE          COLORADO PRODUCTS

**Select area on the map:**

Fort Collins

Greeley

Boulder

Denver

Grand Junction

Colorado Springs

Pueblo

**Select area from Colorado list:**

Boulder

Colorado Springs

Denver

Fort Collins

Grand Junction

Greeley

Pueblo

**News Releases:**

**JAN 12** — <u>Consumer Price Index, Denver-Boulder-Greeley – Second Half 2017</u>
The Consumer Price Index for All Urban Consumers (CPI-U) for the Denver-Boulder-Greeley, Colo., metropolitan area increased 3.7 percent from the second half of 2016 to the second half of 2017.

**JAN 12** — <u>Consumer Price Index, West Region — December 2017</u>
Prices in the West Region, as measured by the Consumer Price Index for All Urban Consumers (CPI-U), inched up 0.1 percent in December, the U.S. Bureau of Labor Statistics reported today.

**DEC 22** — <u>Consumer Expenditures for the Denver metropolitan area: 2015-16</u>
Households in the Denver-Aurora-Lakewood, CO., metropolitan area spent an average of $69,742 per year in 2015–16.

**Colorado Economy at a Glance:**

| Data Series | Back Data | June 2017 | July 2017 | Aug 2017 | Sept 2017 | Oct 2017 | Nov 2017 |
|---|---|---|---|---|---|---|---|
| **Labor Force Data** | | | | | | | |
| Civilian Labor Force[1] | 📈 | 2,969.4 | 2,982.6 | 2,991.9 | 3,010.1 | 3,020.8 | (P) 3,035.1 |
| Employment[1] | 📈 | 2,902.2 | 2,911.8 | 2,919.3 | 2,933.6 | 2,939.4 | (P) 2,948.2 |
| Unemployment[1] | 📈 | 67.1 | 70.8 | 72.6 | 76.5 | 81.4 | (P) 86.9 |
| Unemployment Rate[2] | 📈 | 2.3 | 2.4 | 2.4 | 2.5 | 2.7 | (P) 2.9 |
| **Nonfarm Wage and Salary Employment** | | | | | | | |
| Total Nonfarm[3] | 📈 | 2,644.8 | 2,650.9 | 2,652.2 | 2,657.6 | 2,661.5 | (P) 2,663.3 |
| 12-month % change | 📈 | 2.0 | 1.8 | 1.6 | 1.6 | 1.5 | (P) 1.7 |
| Mining and Logging[3] | 📈 | 22.4 | 22.1 | 21.9 | 21.7 | 21.4 | (P) 21.6 |
| 12-month % change | 📈 | -4.3 | -3.5 | -4.4 | -4.0 | -3.6 | (P) -1.8 |
| Construction[3] | 📈 | 153.5 | 155.2 | 154.4 | 155.5 | 158.4 | (P) 161.0 |
| 12-month % change | 📈 | -0.7 | -0.1 | -0.9 | -0.6 | 2.1 | (P) 3.9 |
| Manufacturing[3] | 📈 | 142.2 | 141.6 | 141.6 | 142.0 | 141.4 | (P) 142.0 |
| 12-month % change | 📈 | -0.1 | -0.8 | -0.6 | -0.4 | -0.3 | (P) 0.8 |
| Trade, Transportation, and Utilities[3] | 📈 | 469.0 | 467.3 | 467.3 | 465.5 | 465.6 | (P) 464.8 |
| 12-month % change | 📈 | 3.3 | 2.5 | 2.4 | 1.7 | 1.8 | (P) 1.6 |
| Information[3] | 📈 | 72.9 | 73.8 | 72.9 | 73.2 | 74.9 | (P) 74.3 |

**Footnotes**
(1) Number of persons, in thousands, seasonally adjusted.
(2) In percent, seasonally adjusted.
(3) Number of jobs, in thousands, seasonally adjusted.
(P) Preliminary

| Data Series | Back Data | June 2017 | July 2017 | Aug 2017 | Sept 2017 | Oct 2017 | Nov 2017 |
|---|---|---|---|---|---|---|---|
| 12-month % change | 📈 | 1.8 | 2.5 | 1.1 | 1.7 | 3.3 | (P) 3.5 |
| **Financial Activities(3)** | 📈 | 166.4 | 168.3 | 168.5 | 166.9 | 166.0 | (P) 165.7 |
| 12-month % change | 📈 | 1.8 | 2.6 | 2.4 | 1.2 | 0.7 | (P) 1.5 |
| **Professional & Business Services(3)** | 📈 | 413.3 | 412.8 | 416.0 | 423.0 | 423.4 | (P) 423.8 |
| 12-month % change | 📈 | 2.2 | 1.3 | 2.3 | 3.7 | 3.1 | (P) 3.3 |
| **Education & Health Services(3)** | 📈 | 334.6 | 335.8 | 334.3 | 338.9 | 338.0 | (P) 337.5 |
| 12-month % change | 📈 | 2.6 | 2.3 | 1.8 | 2.9 | 1.7 | (P) 1.1 |
| **Leisure & Hospitality(3)** | 📈 | 334.3 | 333.7 | 331.5 | 331.2 | 335.1 | (P) 336.0 |
| 12-month % change | 📈 | 3.8 | 3.0 | 2.2 | 1.8 | 1.5 | (P) 2.2 |
| **Other Services(3)** | 📈 | 109.4 | 110.1 | 110.5 | 109.3 | 109.4 | (P) 108.5 |
| 12-month % change | 📈 | 3.9 | 4.1 | 4.1 | 2.6 | 2.1 | (P) 1.4 |
| **Government(3)** | 📈 | 426.8 | 430.2 | 433.3 | 430.4 | 427.9 | (P) 428.1 |
| 12-month % change | 📈 | 0.4 | 0.9 | 0.9 | 0.2 | 0.2 | (P) 0.1 |

**Footnotes**

(1) Number of persons, in thousands, seasonally adjusted.
(2) In percent, seasonally adjusted.
(3) Number of jobs, in thousands, seasonally adjusted.
(P) Preliminary

U.S. Bureau of Labor Statistics | Mountain-Plains Information Office, Two Pershing Square Building Suite 1190, 2300 Main Street, Kansas City, MO 64108

www.bls.gov/regions/mountain-plains | Telephone: 1-816-285-7000 | Contact Mountain-Plains