**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Criminal Case No. 17-cr-00008-WJM**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**v.**

**1. GUY M. JEAN-PIERRE,**


       **Defendant.**

---

**UNITED STATES' NOTICE REQUEST TO TAKE JUDICIAL NOTICE OF**
**ADJUDICATIVE FACTS**

---

The United States, through its representative Jeremy Sibert, Assistant United States Attorney for the District of Colorado, hereby submits this notice request regarding the bond evidentiary hearing set for 23 April 2018.

Pursuant to Fed.R.Evid. Rule 201, Judicial Notice of Adjudicative Facts, "The Court: (2) must take judicial notice if a party requests it and the court is supplied with the necessary information; and alternatively, "(1) [t]he court may take judicial notice on its own." *See* Fed.R.Evid. Rule 201(b)(2).  In anticipation of the evidentiary hearing ordered by this Honorable Court regarding bond in this case, the government will seek judicial notice or introduce the transcription of the first detention hearing held on February 9, 2017, before the Honorable United States Magistrate Judge Wang. (Doc. #70).  The transcription is 92 pages long and transcribes

1

the government's evidence at the hearing, which was the testimony of Special Agent Carlos Medina regarding the investigation and known facts of Mr. Guy Jean-Pierre.  There was no other evidence submitted by the parties at the hearing or the second detention hearing held on January 19, 2018.  Due to the length of the testimony and judicial economy, the government is providing the transcription of the testimony in advance in order to meet the requirements of Rule 201, and so this Honorable Court may consider this testimony in conjunction with any other facts adduced at the hearing.

Wherefore, the government prays this Honorable Court take judicial notice of the facts addressed at this prior hearing.  *See* Attachment A.

Dated this 11th day of April 2018

Respectfully submitted,

ROBERT TROYER
United States Attorney


 */s/ JEREMY SIBERT*
Jeremy Sibert
Assistant U.S. Attorney
1801 California Street, Suite 1600
Denver, Colorado  80202
(303) 454-0100
FAX: (303) 454-0403
Email: jeremy.sibert@usdoj.gov
Attorney for the government

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 11th day of January 2018, I electronically filed the foregoing **UNITED STATES' NOTICE REQUEST TO TAKE JUDICIAL NOTICE OF ADJUDICATIVE FACTS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Clifford Barnard
Attorney for the Defendant

*s/Jeremy Sibert*
JEREMY SIBERT
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0406
Jeremy.Sibert@usdoj.gov
