**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO.___17-cr-00008-WJM_____     PLAINTIFF'S LIST: ☒     DEFENDANT'S LIST: ☐     THIRD PTY DEFTS. LIST: ☐

CASE CAPTION _____United States_____ vs._____Guy Jean-Pierre____   DATE__April 23, 2018_____ _____

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | Transcript from first Detention Hearing in Jan/Feb 2017 | | | | | | | |
| 2 | Kristen Varel | Video Clip from Breakfast meeting with Jean-Pierre during the undercover | | | | | | | |
| 3 | Kristen Varel | $5,000 Cashier's Check for Jean-Pierre | | | | | | | |
| 4 | Kristen Varel | FedEx slip for $5,000 Cashier's Check | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |