**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Case No. 17-cr-00008-WJM_____          Date _April 23, 2018_____

Case Title _U.S. v. Guy Jean-Pierre_____

_____Plaintiff_____   FINAL WITNESS LIST
(Plaintiff / Defendant)

| WITNESS & DATE | PROPOSED LENGTH OF TESTIMONY | | | |
|---|---|---|---|---|
| Kat Fronapfel 04/23/18 | Direct: _____ | Cross: _____ | Total: | 15 min |
| Kristen Varel 04/23/18 | Direct: _____ | Cross: _____ | Total: | 15 min |
| Carlos Morales 04/23/18 | Direct: _____ | Cross: _____ | Total: | 15 min |
| Kate Funk 04/23/18 | Direct: _____ | Cross: _____ | Total: | 15 min |
| | Direct: _____ | Cross: _____ | Total: _____ | |
| | Direct: _____ | Cross: _____ | Total: _____ | |
| | Direct: _____ | Cross: _____ | Total: _____ | |
| | Direct: _____ | Cross: _____ | Total: _____ | |
| | Direct: _____ | Cross: _____ | Total: _____ | |
| | Direct: _____ | Cross: _____ | Total: _____ | |
| | Direct: _____ | Cross: _____ | Total: _____ | |
| | Direct: _____ | Cross: _____ | Total: _____ | |
| | Direct: _____ | Cross: _____ | Total: _____ | |
| | Direct: _____ | Cross: _____ | Total: _____ | |
| | Direct: _____ | Cross: _____ | Total: _____ | |
| | Direct: _____ | Cross: _____ | Total: _____ | |
| | Direct: _____ | Cross: _____ | Total: _____ | |
| | Direct: _____ | Cross: _____ | Total: _____ | |