IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

---

Courtroom Deputy:  Deborah Hansen
Court Reporter: Mary George
Time: 3 hours and 11 minutes

Date:  April 23, 2018
Probation: Justine Kozak
and Carlos Morales

---

Criminal Action No. 17-cr-00008-WJM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  GUY M. JEAN-PIERRE,

     Defendant.

<u>Counsel:</u>

Clifford J. Barnard
Thomas E. Goodreid

Jeremy S. Sibert
Robert Brown

---

## COURTROOM MINUTES
---

EVIDENTIARY HEARING

01:35 p.m.     Court in Session

Appearances of counsel.

Defendant present in custody.

Court's comments

This matter is before the court on the Defendant's Motion to Revoke Orders of Detention (ECF ## 15 and 77), [Doc No. 78] and seeking a *de novo* review of those Orders.

Discussion

There being no objection from the defendant, the court grants the Government's request that the court take judicial notice of the transcript of the hearing before Magistrate Judge Wang on 12/30/2017.

The defense stipulates to the admission of Exhibit Nos. 1, 2, 3, 4.

The Government stipulates to the admission of Exhibit Nos. A, C, D.

**GOVERNMENT'S FIRST WITNESS CAROLS MORALES**
01:44 Direct (by Mr. Sibert)

01:56 Cross (by Mr. Barnard)

02:04 Redirect

**GOVERNMENT'S SECOND WITNESS KATHERINE FRONAPFEL**
02:10 Direct (by Mr. Sibert)

02:20 Cross (by Mr. Barnard)

02:29 Redirect

02:31 Court

02:33 Further Redirect

02:34 Recross

**GOVERNMENT'S THIRD WITNESS KRISTEN VAREL**
02:36 Direct (by Mr. Sibert)

03:06 Cross (by Mr. Barnard)

03:11 Redirect

03:11 Court

03:15 Court in Recess
03:28 Court in Session

**GOVERNMENT'S FOURTH WITNESS KATE FUNK**
03:29 Direct (by Mr. Sibert)

03:37 Cross (by Mr. Bernard)

03:42  Redirect

Defendant offers Exhibit B; Government objects

Exhibit Identified, Offered and Received: B (objection overruled)

Discussion/Argument

04:00 Closing Argument (by Mr. Sibert)

04:18 Closing Argument (by Mr. Barnard)

04:29 Court in Recess
04:35 Court in Session

The court enters findings and conclusions on the record, including findings under 18 U.S.C. § 3142(g)(1)–(4).

The court finds that there are a specific combination of conditions which will reasonably assure the appearance of this defendant, as required, and the safety of any other person in the community, 18 U.S.C. § 3142(c) & (e).

**ORDERED:   Defendant Jean-Pierre's Motion To Revoke Orders of Detention (ECF ## 15 and 77), [Doc No. 78] is GRANTED.**

**ORDERED:   Magistrate Judge Wang's February 9, 2017 Order of Detention [15] and January 22, 2018 Order [77] denying bond are VACATED and the defendant will be allowed to be released on bond with the revised conditions as set forth on the record and below.**

**ORDERED:   The court ADOPTS the conditions recommended in the Pretrial Services Report, ECF No. 20, subject to the following REVISIONS and ADDITIONAL CONDITIONS:**

    **1.   The unsecured bond amount is increased to $15,000;**

    **2.   The defendant will not be released until both his expired and current United States passports are surrendered;**

       **3.**      **The defendant shall not be released until suitable placement has been obtained in the Independence House halfway house in Denver;**

       **4.**      **The defendant shall be placed on GPS ankle monitoring;**

       **5.**      **The halfway house facility and the U.S. Probation office shall immediately notify Judge William J. Martínez's chambers if there is any tampering with that ankle monitor.**

**ORDERED:** The length of the jury trial will be extended for one additional day. The trial will commence, as previously set, on Monday, May 21, 2018. There will be no trial Monday, May 28 nor Friday, May 25. The trial will conclude on Friday, June 8th.

**ORDERED:** The Final Trial Preparation Conference set Friday, May 11, 2018 at 2:00 p.m. is reset to Friday, May 11, 2018 at 3:00 p.m.

**ORDERED:** The defense has until noon, Wednesday, April 25th to file a written reply to the United States' Response to the Motion for *James* Hearing [89] and To Court's Order [ECF 90] – specifically responding to the points made in terms of the appropriateness and logic of proceeding under the normal *James* log procedures that are in the court's Revised Practice Standards and *James* proffer form, or whether the defense agrees in whole or in part with the Government that the preliminary admissibility issues should be handled in a different way.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

05:05 p.m.    Court in Recess
                 Hearing concluded