**FINAL AMENDED LIST OF PROPOSED EXHIBITS**

CASE NO. 17-cr-00008-WJM   PLAINTIFF'S LIST ____   DEFENDANT'S LIST: __X__   THIRD PTY DEFTS. LIST ____

CASE CAPTION: __U.S.A. vs. Guy Jean-Pierre__   DATE: __April 23, 2018__

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A | | GEO Group "Resident Account Summary" | | ✓ | | ✓ | | | ECF # 71-1 |
| B | | Declaration of Marcelo Dominguez de Guerra | | | ✓ | ✓ | | | ECF # 71-2 |
| C | | Independent House "Client Handbook" | | ✓ | | ✓ | | | ECF # 74-1 |
| D | | U.S. Bureau of Labor Statistics Colorado Unemployment Rate | | ✓ | | ✓ | | | ECF # 74-2 |