IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 17-cr-00008-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GUY M. JEAN-PIERRE,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS STIPULATED AND ORDERED that counsel shall retain custody of their respective original exhibits from the evidentiary hearing held on April 23, 2018 until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 23rd day of April, 2018.

BY THE COURT:

_____
William J. Martínez, Judge

_____
Attorney for Government

_____
Attorney for Defendant
Clifford J. Barnard