**Sibert, Jeremy (USACO)**

**From:** Sibert, Jeremy (USACO)
**Sent:** Wednesday, January 31, 2018 5:23 PM
**To:** 'Cliff Barnard'
**Cc:** Thomas E. Goodreid
**Subject:** RE: Jean-Pierre

Thank you Gents,

Cliff, a disk was sent over that had the transcripts of the undercover recordings that you were asking about at the detention hearing. Please let me know if you received them and were able to find what you were looking for.

Also, going forward, if you all have questions about discovery, please let me know (maybe a list every Friday of questions/locations etc). I will do my best to direct you (provide the bates numbers for your questions). I understand that there is a lot of discovery and I want to make sure you were provided everything from this office/Kurt (prior defense counsel).

Respectfully,
Jeremy

Jeremy Sibert
Assistant United States Attorney
District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100