**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Criminal Case No. 17-cr-008-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**1.    GUY M. JEAN-PIERRE**,

      Defendant.

---

## ORDER ON PENDING MOTIONS

---

Before the Court are the following motions: Defendant's Motion for Pretrial Determination of Admissibility of Alleged Co-Conspirator Statements ("*James* Motion") (ECF No. 89); Defendant's Motion to Suppress Evidence Obtained from Search of HP Laptop ("Motion to Suppress") (ECF No. 91); the Government's Motion Opposing Any Further Continuance ("Government's Motion") (ECF No. 97); and Defendant's Opposed Motion to Continue Jury Trial and Opposed Motion for an Ends of Justice Finding of up to 30 Days of Excludable Time on Grounds of Complexity Pursuant to Title 18 U.S.C. § 3161 ("Motion to Continue") (ECF No. 98).

The problems of timing evident in these motions arise from the fact that the Government filed Defendant's case separate from the case against his alleged co-conspirators, Mr. Sears and Mr. Dittman.  *See United States v. Sears et al.*, Case No. 16-cr-301-WJM.  Thus, the Court did not recognize quickly enough the need to enter its usual procedural order when conspiracy-related motions are likely to arise.  Had the

Court entered that order, the parties would have received deadlines for filing motions (particularly *James*-type motions) several weeks in advance of trial.

Now that the complexity of this case and the scope of necessary motion practice is clear, the Court agrees with Defendant that a trial continuance is necessary.  The Court need not make an ends-of-justice finding under the Speedy Trial Act because Defendant's *James* Motion and his Motion to Suppress both toll the speedy trial clock automatically.  *See* 18 U.S.C. § 3161(h)(1)(D).  Defendant's Motion to Continue will accordingly be granted except as to the ends-of-justice portion, which will be denied as moot.  The Government's Motion will consequently be denied.  The Court will also establish deadlines to complete briefing on the *James* Motion and the Motion to Suppress.  After resolving those motions, the Court will reset the Final Trial Preparation Conference and jury trial, and will grant 14 days for that jury trial.

Accordingly, the Court ORDERS as follows:

1.     The Government's Motion Opposing Any Further Continuance (ECF No. 97) is DENIED;

2.     Defendant's Opposed Motion to Continue Jury Trial and Opposed Motion for an Ends of Justice Finding of up to 30 Days of Excludable Time on Grounds of Complexity Pursuant to Title 18 U.S.C. § 3161 (ECF No. 98) is GRANTED to the extent Defendant seeks a trial continuance and DENIED AS MOOT to the extent Defendant seeks an ends-of-justice finding;

3.     The Final Trial Preparation Conference scheduled for May 11, 2018 and the 12-day jury trial scheduled to begin on May 21, 2018 are both VACATED;

4.    With respect to Defendant's Motion for Pretrial Determination of Admissibility of Alleged Co-Conspirator Statements (ECF No. 89), the parties shall employ the "*James* Proffer Form" process available on the undersigned's portion of the District of Colorado website.[1]  On or before **May 18, 2018**, the Government shall serve an editable copy of its *James* Proffer Form on Defendant's counsel, and shall also file a PDF version of that document on CM/ECF.  On or before **June 15, 2018**, Defendant shall file (as a PDF on CM/ECF) the *James* Proffer Form with Defendant's objections displayed in-line.  As that point, the Court will consider Defendant's *James* Motion ripe for ruling.

5.    With respect to Defendant's Motion to Suppress Evidence Obtained from Search of HP Laptop (ECF No. 91), the Government shall file its response on or before **May 18, 2018**.  After receiving that response, the Court will determine whether a reply from Defendant and/or an evidentiary hearing is necessary.

Dated this 25th day of April, 2018.

BY THE COURT:

William J. Martinez
United States District Judge

---

[1] http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/ HonWilliamJMartinez.aspx