Quick Sheet for Purpose of Offering as a Conspirator

(a) (promote conspiracy objectives)
(b) (reveal existence of conspiracy)
(c) (recruit others or obtain assistance)
(d) (ID conspirator or role)
(e) (explain events in conspiracy)
(f) (statement of future intent or actions)
(g) (advise others of progress of conspiracy)
(h) (assure listener of conspirators ability)
(i) (to gain trust or reassure)
(j) (to control damage)
(k) (to obtain response to facilitate conspiracy)
(l) (to conceal objective of conspiracy)
(m) (outline general history of conspiracy)
(n) (directions to facilitate conspiracy objectives)
(o) (provide reassurance among conspirators)
(p) (prompt response to facilitate conspiracy)
(q) (enhance conspirator's usefulness to conspiracy)
(r) (explanation of conspiracy to members)
(s) (set in motion acts)
(t) (indicating payments or demands)
(u) (collection of debts)
(v) (facilitate avoidance of detection)