**Defendant Jean-Pierre's Objections to the Government's
Proffered Alleged Coconspirators' Statements**

1. Mr. Jean-Pierre was not a member of the alleged conspiracy.

2. The declarant listed in the government's *James* log was not an alleged coconspirator.

3. This statement is inadmissible because it was not made in furtherance of the conspiracy.

4. The "statement' set forth by the government is not a statement.

5  No such statement was made by this declarant at the source referenced by the government in its *James* log.

6. The defense cannot locate the source document in the discovery supplied by the government.