| | |
|---|---|
| DEFENDANT: | Guy M. Jean-Pierre, a/k/a Marcello Dominguez de Guerra |
| YOB: | 1956 |
| COMPLAINT FILED? | __X__ Yes   _____ No |
| | If Yes, MAGISTRATE CASE NUMBER: 16-mj-01103-KMT |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   __X__ Yes   _____ No

OFFENSE(S):   Count 1:  18 U.S.C. § 371
Conspiracy to defraud the United States

Counts 2-16:  18 U.S.C. §§ 1343 and 18 U.S.C. § 2
Wire Fraud

Counts 17-20:  18 U.S.C. §§ 1341 and 18 U.S.C. § 2
Mail Fraud

Counts 21-23:  15 U.S.C. §§ 78j(b) and 78ff; Code of Federal Regulations § 240.10b-5 [Rule 10b-5]; and 18 U.S.C. § 2
Securities Fraud

Counts 24-28: 18 U.S.C. §§ 1343 and 18 U.S.C. § 2
A Wire Fraud

Count 29:  18 U.S.C. § 1956(a)(3)(B) and 18 U.S.C. § 2
Conducting Financial Transactions in Property Represented to be the Proceeds of Specified Unlawful Activity

LOCATION OF OFFENSE:   Denver County, CO and elsewhere

PENALTY:   Count 1:  NMT 5 years imprisonment, a $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment Fee

Counts 2-16: Per Count, NMT 20 years imprisonment, a $250,000 fine, or both; Restitution; NMT 3 years supervised release; $100 Special Assessment Fee

Count 17-20: Per Count, NMT 20 years imprisonment, a $250,000 fine, or both; Restitution; NMT 3 years supervised release; $100 Special Assessment Fee

Counts 21-23: Per Count, NMT 20 years imprisonment, a $5,000,000 fine, or both; Restitution; NMT 3 years supervised release; $100 Special Assessment Fee

Counts 24-28:  Per Count, NMT 20 years imprisonment, a $250,000 fine, or both; Restitution; NMT 3 years supervised release; $100 Special Assessment Fee

        Count 29:  NMT 20 years imprisonment, a $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment Fee

AGENT:   Kate Funk, Special Agent
      Federal Bureau of Investigation
      Denver, CO

      Jared Erwin, Special Agent
      Internal Revenue Service
      Denver, CO

      Robert Barnett, Postal Inspector
      U.S. Postal Inspection Service
      Denver, CO

AUTHORIZED BY:  Jeremy Sibert
      Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___ five days or less   _X_ over five days   ___ other

THE GOVERNMENT

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)(2) [*Defendant Already Ordered Detained*]

__X__ will not seek detention [Defendant is Already Placed on Pretrial Bond by District Court Judge]

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:   ___ Yes  _X_ No

2