IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00008-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. GUY M. JEAN-PIERRE,

        Defendant.

### UNITED STATES' RESPONSE TO COURT'S ORDER

        The United States, through its representative Jeremy Sibert, Assistant United States Attorney for the District of Colorado, hereby submits this response to the Court's order regarding the Second Superseding Indictment's effect on the pending motions.

        The government does not believe that the Second Superseding Indictment will affect the Court's analysis regarding the Motions for a James Hearing and Suppression of Evidence from a Laptop Computer. All of the charges remain the same in the Second Superseding Indictment as charged in the First Superseding Indictment. The Second Superseding Indictment essentially reduced the amount of background information and manners and means written in the First Superseding Indictment. The Second Superseding Indictment clearly puts Defendant Jean-Pierre on fair notice of the charges against him which he must defend, thereby constituting an adequate

superseding indictment.  *See United States v. Staggs*, 881 F.2d. 1527, 1530 (10th Cir. 1989).   The Second Superseding Indictment against Guy Jean-Pierre is still a related case to *United States v. William Sears and Robert Dittman*, 16-cr-00301-WJM.

Dated this 27th day of June 2018

Respectfully submitted,

ROBERT TROYER
United States Attorney


 */s/ JEREMY SIBERT*
Jeremy Sibert
Assistant U.S. Attorney
1801 California Street, Suite 1600
Denver, Colorado  80202
(303) 454-0100
FAX: (303) 454-0403
Email: jeremy.sibert@usdoj.gov
Attorney for the government

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June 2018, I electronically filed the foregoing **UNITED STATES' RESPONSE TO COURT'S ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Clifford Barnard
Thomas Goodreid
Attorneys for the Defendant

                              *s/Jeremy Sibert*
                              JEREMY SIBERT
                              Assistant United States Attorney
                              1801 California Street, Suite 1600
                              Denver, Colorado 80202
                              Telephone: (303) 454-0100
                              Facsimile: (303) 454-0406
                              Jeremy.Sibert@usdoj.gov