IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.17-cr-00008-WJM-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    **GUY M. JEAN-PIERRE**,

        Defendant.

---

### DEFENDANT JEAN-PIERRE'S
### NOTICE REGARDING IMPACT OF *SECOND SUPERSEDING INDICTMENT*

---

THE DEFENDANT, GUY M. JEAN-PIERRE, by and through his attorneys, Clifford J. Barnard and Thomas E. Goodreid, hereby submits the following notice of his position regarding whether the *Second Superseding Indictment* affects the Court's analysis of the *Motion for James Hearing* and/or the *Motion to Suppress Laptop Evidence*.

Mr. Jean-Pierre does not believe that the *Second Superseding Indictment* affects the Court's analysis of the *Motion for James Hearing* and/or the *Motion to Suppress Laptop Evidence*, despite the fact that some of the alleged facts have been changed and despite the fact that, contrary to the government's assertion that none of the charges have been changed (ECF # 113 at 1), Counts 24-28 have been amended to charge **wire fraud** (ECF # 113 at 21-23) as opposed to ***attempted wire fraud*** (ECF # 29 at 33-38).

DATED this 2nd day of July, 2018.

Respectfully submitted,

*s/Clifford J. Barnard*

---

Clifford J. Barnard
Clifford J. Barnard, Attorney at Law
4450 Arapahoe Avenue, Suite 100
Boulder, Colorado 80303
Telephone: (303) 449-2543
Facsimile: (303) 444-6349
Email:  *cliffbarnard@earthlink.net*
Attorney for Defendant Jean-Pierre

*s/Thomas E. Goodreid*

---

Thomas E. Goodreid
Thomas E. Goodreid, Attorney at Law
1801 Broadway, Suite 1400
Denverr, Colorado 80202
Telephone: (303) 296-2048x. 136
Email: *t.goodreid@comcast.com*
Attorney for Defendant Jean-Pierre

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July, 2018, I electronically filed the foregoing *Defendant Jean-Pierre's Notice Regarding Impact of Second Superseding Indictment* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

    A.U.S.A. Jeremy Sibert        *jeremy.sibert@usdoj.gov*

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Guy Jean-Pierre        *Via U.S. Mail*
    Register # 78606-054
    Independence House South

2765 S. Federal Blvd.
Denver, CO 80236

*s/Clifford J. Barnard*

---

Clifford J. Barnard
Attorney for Defendant Jean-Pierre