IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.17-cr-00008-WJM-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     **GUY M. JEAN-PIERRE**,

        Defendant.

---

## DEFENDANT JEAN-PIERRE'S
## UNOPPOSED MOTION TO RESTRICT DOCUMENT

---

THE DEFENDANT, GUY M. JEAN-PIERRE, by and through his attorney, Clifford J. Barnard, hereby moves this Court to restrict *Defendant Jean-Pierre's Unopposed Amended Motion for Temporary Removal of His GPS Monitoring Device* for the reasons stated in the brief filed in support of this motion. Mr. Jean-Pierre requests a "Level 2" Restriction which would limit access to this document and the brief filed in support of this motion.

DATED this 3rd day of July, 2018.

        Respectfully submitted,

        *s/Clifford J. Barnard*

        Clifford J. Barnard
        Clifford J. Barnard, Attorney at Law
        4450 Arapahoe Avenue, Suite 100
        Boulder, Colorado 80303
        Telephone: (303) 449-2543
        Facsimile: (303) 444-6349
        Email: *cliffbarnard@earthlink.net*
        Attorney for Defendant Jean-Pierre

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of July, 2018, I electronically filed the foregoing *Defendant Jean-Pierre's Unopposed Motion to Restrict Document* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

    A.U.S.A. Jeremy Sibert           jeremy.sibert@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Guy Jean-Pierre           *Via U.S. Mail*
Register # 78606-054
Independence House South
2765 S. Federal Blvd.
Denver, CO 80236

                              *s/Clifford J. Barnard*

                              Clifford J. Barnard
                              Attorney for Defendant Jean-Pierre