IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.17-cr-00008-WJM-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      **GUY M. JEAN-PIERRE**,

        Defendant.

---

### DEFENDANT JEAN-PIERRE'S SUPPLEMENT TO UNOPPOSED AMENDED MOTION FOR TEMPORARY REMOVAL OF HIS GPS MONITORING DEVICE

---

THE DEFENDANT, GUY M. JEAN-PIERRE, by and through his attorney, Clifford J. Barnard, hereby supplements his motion for authorization for temporary removal of Mr. Jean-Pierre's GPS monitoring device for a short period of time with the following:

1.      In his amended motion filed with the Court today, counsel stated that "[c]ounsel has attempted to confirm with P.O. Morales the exact procedure he wishes to follow but has not heard back from him."

2.      Minutes after filing the amended motion, P.O. Morales telephoned defense counsel and approved the July 5, 2018 date and the proposed methodology set forth in the amended motion.

WHEREFORE, Mr. Jean-Pierre requests that this Court authorize U.S. Probation to remove his GPS monitoring device for a short period of time on July 5, 2018.

DATED this 3rd day of July, 2018.

Respectfully submitted,

*s/Clifford J. Barnard*

---

Clifford J. Barnard
Clifford J. Barnard, Attorney at Law
4450 Arapahoe Avenue, Suite 100
Boulder, Colorado 80303
Telephone: (303) 449-2543
Facsimile: (303) 444-6349
Email: *cliffbarnard@earthlink.net*
Attorney for Defendant Jean-Pierre

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of July, 2018, I electronically filed the foregoing *Defendant Jean-Pierre's Supplement to Unopposed Amended Motion for Temporary Removal of His GPS Monitoring Device* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

A.U.S.A. Jeremy Sibert        *jeremy.sibert@usdoj.gov*

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Guy Jean-Pierre                 *Via U.S. Mail*
Register # 78606-054
Independence House South
2765 S. Federal Blvd.
Denver, CO 80236

*s/Clifford J. Barnard*

---

Clifford J. Barnard
Attorney for Defendant Jean-Pierre