IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.17-cr-00008-WJM-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1.     GUY M. JEAN-PIERRE**,

        Defendant.

---

### DEFENDANT JEAN-PIERRE'S UNOPPOSED SECOND AMENDED MOTION FOR TEMPORARY REMOVAL OF HIS GPS MONITORING DEVICE

---

THE DEFENDANT, GUY M. JEAN-PIERRE, by and through his attorney, Clifford J. Barnard, hereby again moves this Court to authorize U.S. Probation to remove Mr. Jean-Pierre's GPS monitoring device for a short period of time so that he can have an MRI performed on his knee. As grounds for this motion, Mr. Jean-Pierre states as follows:

1.    This Court previously granted *Defendant Jean-Pierre's Unopposed Amended Motion for Temporary Removal of His GPS Monitoring Device* (Doc. 128) to permit him to have an MRI performed on July 5, 2018.

2.    On July 5. 2018, Probation removed the GPS device and Mr. Jean-Pierre went to Saint Joseph Hospital, 1375 E. 19th Avenue, Denver, Colorado 80218, to have the MRI performed.

3.    Due to Mr. Jean-Pierre suffering from claustrophobia while in the tube having the MRI performed, the procedure could not be completed. Mr. Jean-Pierre then returned to the Probation Office and had the MRI device again placed on his ankle

4.      Mr. Jean-Pierre has now obtained an anti-anxiety medication in order to alleviate the claustrophobia while the MRI procedure is being performed.

5.      Mr. Jean-Pierre has contacted Probation Officer Carlos Morales regarding a new date and time for an MRI and they have agreed on 11:45 a.m. (arrive at the hospital at 11:15 a.m.) on Tuesday, July 17, 2018 to have the MRI procedure done.

6.      Defense counsel has discussed this motion with A.U.S.A. Jeremy Sibert who stated that the government does not oppose this request for temporary removal of Mr. Jean-Pierre's GPS monitoring device.

WHEREFORE, Mr. Jean-Pierre requests that this Court authorize U.S. Probation to remove his GPS monitoring device for a short period of time so that he can have an MRI performed at approximately 11:45 a.m. on July 17, 2018.

DATED this 9th day of July, 2018.

Respectfully submitted,

*s/Clifford J. Barnard*

Clifford J. Barnard
Clifford J. Barnard, Attorney at Law
4450 Arapahoe Avenue, Suite 100
Boulder, Colorado 80303
Telephone: (303) 449-2543
Facsimile: (303) 444-6349
Email:  *cliffbarnard@earthlink.net*
Attorney for Defendant Jean-Pierre

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2018, I electronically filed the foregoing *Defendant Jean-Pierre's Unopposed Second Amended Motion for Temporary Removal of*

*His GPS Monitoring Device* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

    A.U.S.A. Jeremy Sibert        *jeremy.sibert@usdoj.gov*

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Guy Jean-Pierre                      *Via U.S. Mail*
    Register # 78606-054
    Independence House South
    2765 S. Federal Blvd.
    Denver, CO 80236

                                            *s/Clifford J. Barnard*

                                            Clifford J. Barnard
                                            Attorney for Defendant Jean-Pierre