IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.17-cr-00008-WJM-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1.    GUY M. JEAN-PIERRE**,

        Defendant.

---

**DEFENDANT JEAN-PIERRE'S UNOPPOSED MOTION FOR THE TEMPORARY RELEASE OF PASSPORT TO CUSTODY OF UNDERSIGNED COUNSEL**

---

    THE DEFENDANT, GUY M. JEAN-PIERRE, by and through his attorney, Clifford J. Barnard, hereby moves this Court to authorize the Clerk of the Court to temporarily release the Defendant's passport in the name of Marcelo Dominguez de Guerra to the custody of undersigned counsel for approximately 4 hours so that undersigned counsel can take the passport and accompany the Defendant to Grid Alternatives Colorado so that the Defendant can obtain temporary employment/internship with Grid Alternatives Colorado. As grounds for this motion, Mr. Jean-Pierre states as follows:

    1.    Mr. Jean-Pierre legally changed his name from Guy Jean-Pierre to Marcelo Dominguez de Guerra.

    2.    As a condition of his release on bond to the Independence House South halfway house, Mr. Jean-Pierre surrendered his passport in the name of Marcelo Dominguez de Guerra.

    3.    Mr. Jean-Pierre does not have any other legal identification.

4. Mr. Jean-Pierre has been offered employment/internship with Grid Alternatives Colorado for 5 weeks beginning on September 14, 2018 through October 19, 2018. *See* page 1 of the attached Exhibit A, letter and accompanying material from Grid Alternatives Colorado.

5. A condition of obtaining this employment/internship is that Mr. Jean-Pierre provide Grid Alternatives Colorado with proper identification prior to beginning his position on September 14, 2018. *See* page 1 of the attached Exhibit A.

6. Undersigned counsel has been in contact with the U.S. Probation Office to see if it would agree to take temporary custody of the Defendant's passport and take it with the Defendant to Grid Alternatives Colorado, but the Probation Office has declined to do this.

7. Thus, Mr. Jean-Pierre is asking the Court to a temporary release of the passport to undersigned counsel so that he can assist Mr. Jean-Pierre by taking the passport to Grid Alternatives Colorado.

9. Undersigned counsel would be available to take temporary custody of the passport for approximately 4 hours in the morning or afternoon of next Thursday, September 13, 2018.

10. Undersigned counsel, along with the Defendant, would take the passport to Grid Alternatives Colorado located at 1120 W. 12th Avenue, Denver, CO 80204.

11. Defense counsel has discussed this motion with A.U.S.A. Jeremy Sibert who stated that the government does not oppose this request for the temporary release the Defendant's passport in the name of Marcelo Dominguez de Guerra to the custody of undersigned counsel for approximately 4 hours so that undersigned counsel can take the

passport and accompany the Defendant to Grid Alternatives Colorado.

WHEREFORE, Mr. Jean-Pierre requests that this Court authorize the temporary release of the Defendant's passport in the name of Marcelo Dominguez de Guerra to the custody of undersigned counsel for approximately 4 hours so that undersigned counsel can take the passport and accompany the Defendant to Grid Alternatives Colorado.

DATED this 7th day of September, 2018.

                Respectfully submitted,

                *s/Clifford J. Barnard*

                Clifford J. Barnard
                Clifford J. Barnard, Attorney at Law
                4450 Arapahoe Avenue, Suite 100
                Boulder, Colorado 80303
                Telephone: (303) 449-2543
                Facsimile: (303) 444-6349
                Email:  *cliffbarnard@earthlink.net*
                Attorney for Defendant Jean-Pierre

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2018, I electronically filed the foregoing *Defendant Jean-Pierre's Unopposed Motion for the Temporary Release of Passport to Custody of Undersigned Counsel* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

A.U.S.A. Jeremy Sibert        *jeremy.sibert@usdoj.gov*

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Guy Jean-Pierre                *Via email*

Register # 78606-054
Independence House South
2765 S. Federal Blvd.
Denver, CO 80236

            *s/Clifford J. Barnard*

            _____
            Clifford J. Barnard
            Attorney for Defendant Jean-Pierre