

Marcelo Dominguez

2765 S. Federal Blvd.

Denver, CO 80236

August 30, 2018

Dear Marcelo:

We are pleased to offer you the position of Project-Based Solar Construction Intern with the GRID Alternatives Colorado office & Circuitus Energy Systems. This is a paid internship, at $15/hour for 40 hours per week for the 5-week period from September 14, 2018 – October 19, 2018. This offer does not imply or guarantee paid full-time employment with GRID Alternatives at a future date, and is contingent upon providing valid identification/passport, job performance and attendance.

As mutually agreed upon, we are looking forward to seeing you on your first day on September 14. We are excited to have you join our growing organization.

Regards,

April Valdez
Workforce Development Assistant

_____
Intern Signature

# SOLAR TRAINING ACADEMY PROJECT-BASED
# SOLAR CONSTRUCTION INTERNSHIP JOB DESCRIPTION

## About GRID Alternatives

GRID Alternatives is the country's largest nonprofit solar installer. GRID is an entrepreneurial, high growth non-profit organization that provides renewable energy and energy efficiency services to low-income families. At GRID, we care about each other and know that each employee has a whole self that includes life outside of work. Our culture supports learning, growth and well-being of all of our team members.

## Position Overview

The Project-Based Solar Training Academy (STA) Solar Construction Intern will support GRID Alternatives Colorado and our partner, Circuitus Energy Systems, in executing its solar installation projects. Over the course of 5 weeks, the intern will learn about solar technology and solar installation techniques on flat commercial rooftop projects. This will be accomplished through on-site installation responsibilities.

Job title: Solar Construction Intern
Department: Construction
Timeline: 5 weeks
Estimated Hours: 200
Hourly wage: $15/hr
Supervisors: Jeffrey Bintz, Construction Manager
Brittany Heller, Workforce Development Manager

## Position Duties

- Assist Construction staff at installations of solar electric systems
- Assist with roof loading, rooftop layout, and racking and module installation
- Assist as needed with DC electrical scope of work
- Adhere to all organization safety rules and regulations
- Every member of GRID Alternatives must participate in the organization's equity, inclusion, and diversity work.

## Position Requirements

- Graduate of GRID Colorado's Solar Training Academy
- Ability to commit to working 40 hours/week for 5 weeks (200 hours total)
- Ability to work on your feet for an 8 hour day
- Ability to lift up to 40 pounds
- Must be able to work in outdoor weather conditions in Colorado
- Must be able to ascend/descend ladders to install solar panels
- Ability to work independently as well as in a team
- Interest in and enthusiasm for renewable energy, community development, green jobs and/or helping families and communities in need

## Compensation

Paid internship paid at the hourly rate of $15/hour.

To Apply

Submit a resume online at this web page by clicking the "Apply for job" button.

*GRID Alternatives provides equal employment opportunities to all employees and applicants for employment without regard to race, color, religion, sex, sexual orientation, national origin, age, disability or genetics.*
*Women, the formerly incarcerated, and people of color are urged to apply.*

## LOCATION OF JOB SITES

Stanley Market Place
2501 Dallas St.
Aurora, CO 80010

Sustainability Park (S Park)
2500 Lawrence St.
Denver, CO 80205

## GRID Alternatives Colorado
### Project Based Solar Construction Intern Code of Conduct

GRID Alternatives reserves the right to terminate participation in the program with or without cause or notice. Although it is not possible to list all the forms of behavior or conduct that are considered unacceptable at GRID Alternatives, the following are examples of infractions or conduct that may result in the limitation and termination of the volunteer relationship.

- Violation of safety or health rules
- Theft or inappropriate removal or possession of GRID or homeowner property
- Misuse of agency funds, equipment, or materials
- Working under the influence of alcohol or illegal drugs
- Possession, distribution, sale, transfer, or use of alcoholic or illegal drugs in the work place, while on duty or while operating GRID Alternatives equipment
- Fighting or threatening violence in the work place
- Boisterous or disruptive activity in the work place
- Negligence or improper conduct leading to the damage of property
- Repeated failure to follow a supervisor's reasonable request or to carry out a reasonable job assignment
- Gross misconduct or insubordination
- Abuse or mistreatment of homeowners, volunteers, or employees
- Sexual or other unlawful harassment or discrimination
- Violation of GRID Alternatives antidiscrimination policies and procedures
- Possession of dangerous or unauthorized materials, such as explosives or firearms, in the work place
- Excessive absenteeism without notice
- Misuse or the unauthorized release of confidential information

All of the above expectations include behavior throughout all GRID facilities as well as at off-site activities, not just in the classroom during academy times.

GRID Alternatives Colorado
Solar Construction Intern Policy

Thank you for your commitment to be a Solar Construction Intern with GRID Alternatives Colorado. During this time you will have access to highly valued training on PV system installation. Being a Project Based Solar Construction Intern with GRID is a full time 5-week commitment to work 40 hours per week. Below are a few guidelines you must commit to so that we can maintain standards that deliver quality services to our clients and keep us safe.

If you are in agreement, please initial next to each item below then print and sign your name.

_MDG_ I understand that I am expected to work 40 hours per week as scheduled by my supervisor for a 5 week period.

_MDG_ I understand that GRID works across the front range and state, and that I am responsible for getting myself to the job sites.

_MDG_ I understand than I am not entitled to a temporary or permanent job at the conclusion of this internship.

_MDG_ I understand that I will be working on active construction sites, and that safety is GRID's primary concern. I will be expected to conduct myself in a professional, attentive, and helpful manner when working on a site.

_MDG_ I understand that I am expected to uphold GRID's code of conduct, and failure to do so may result in my suspension from the program.

_MDG_ I will notify my supervisor when I will be late or absent with as much notice as possible but at least before my scheduled start time.

_MDG_ I understand that if I have 3 or more unexcused late arrivals or missed days I will be suspended from the program.

_MDG_ I understand that if I am late or absent 3 or more times within the first to two weeks (excused or not) I may be suspended from the program.

_MDG_ I understand that the Construction Manager and Solar Installation Supervisor (PBJ – Workforce Manager) will be responsible for tracking absences and missed shifts.

_MDG_ I have the ability to life 40 lbs, work 8 hours outside, and climb ladders. I understand that if I cannot meet these qualifications, I may be suspended from the program.

_MDG_ I understand that this position is for my benefit, and that I will be attentive, courteous, and respectful to GRID Alternatives staff, clients, and volunteers. I will open my mind to receive criticism and input, and will give my full attention to those training and managing me, including resisting distractions such as chatting and cell phones.

MARCELO DOMINGUEZ de GUERRA                    [Signature]                    08/30/18
Print Name of Intern                            Signature of Intern            Date

April Valdez                                    [Signature]                    8/30/18
Print Name of GRID Staff                        Signature of GRID Staff        Date