PS 41
(7/93)

# UNITED STATES PRETRIAL SERVICES OFFICE

## PASSPORT RECEIPT

17-CR-00008 WJM

NAME  Marcelo Dominguez De Guerra

PASSPORT NUMBER  511899888

DATE REC'D  04/25/2018

COUNTRY OF ORIGIN  Haiti

EXPIRATION DATE  10/10/2023

DEFENDANT'S SIGNATURE  *[signed]*
Clifford J. Barnard

OFFICER'S SIGNATURE  *[signed]*
D. Bernal
9/13/2018

DATE RETURNED  _____

REC'D BY  _____

REC'D FROM  _____

PURPOSE RETURNED  _____

ADDRESS (if mailed)