PS 41
(7/93)

# UNITED STATES PRETRIAL SERVICES OFFICE

## PASSPORT RECEIPT

17-CR-00008 WJM

NAME Marcelo Dominguez De Guerra        PASSPORT NUMBER 511899888

DATE REC'D 04/25/2018                   COUNTRY OF ORIGIN Haiti

                                        EXPIRATION DATE 10/10/2023

DEFENDANT'S SIGNATURE _Clifford J. Barnard_ OFFICER'S SIGNATURE _D. Bernard_
Clifford J. Barnard                                              9/13/2018

DATE RETURNED 13 Sep. 2018              REC'D BY _C. Madrid_

                                        REC'D FROM _Clifford J. Barnard_

PURPOSE RETURNED _____

ADDRESS (if mailed)