IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00008-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     GUY M. JEAN-PIERRE,

        Defendant.

_____

## GOVERNMENT'S REQUEST FOR ADDITIONAL TIME TO RESPOND TO THE COURT'S ORDER

        The UNITED STATES OF AMERICA, by and through Robert Troyer, United States Attorney for the District of Colorado, and Jeremy Sibert, Assistant United States Attorney, files this motion for additional time to respond to the Court's order Document 133.

        The Assistant United States Attorney received the Court's Order Document 133 on September 6, 2018, directing the government to file, on or before, September 20, 2018, a reply to Defendant's response regarding the James Log. Assistant United States Attorney Jeremy Sibert was assigned as the USAO Duty Attorney for the last week and is scheduled to conduct military training the week of September 20th. As a result, the government is requesting additional time to reply to the Court's order. The government is requesting a continuance until October 5th, 2018.

        The government conferred with Mr. Jean-Pierre's defense counsel, Clifford

Barnard, who does not object to this continuance.

Respectfully submitted this 17th day of September, 2018.

>ROBERT TROYER
>United States Attorney
>
>By: *s/ Jeremy Sibert*
>JEREMY SIBERT
>Assistant United States Attorney
>1801 California St, Suite 1600
>Denver, Colorado   80202
>Telephone:   303-454 0100
>Facsimile:   303-454 0403
>Email: jeremy.sibert@usdoj.gov
>Attorney for the government

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of September, 2018, I electronically filed the foregoing GOVERNMENT'S REQUEST FOR ADDITIONAL TIME TO RESPOND TO THE COURT'S ORDER with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Attorneys for Defendant**
**Clifford Barnard**
**Thomas Goodreid**

>By:   *s/Jeremy Sibert*
>JEREMY SIBERT
>Assistant United States Attorney