IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.17-cr-00008-WJM-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     **GUY M. JEAN-PIERRE**,

        Defendant.

---

**DEFENDANT JEAN-PIERRE'S MOTION FOR THE TEMPORARY
RELEASE OF PASSPORT TO CUSTODY OF UNDERSIGNED COUNSEL**

---

THE DEFENDANT, GUY M. JEAN-PIERRE, by and through his attorney, Clifford J. Barnard, hereby moves this Court to authorize the Clerk of the Court to temporarily release Mr. Jean-Pierre's passport in the name of Marcelo Dominguez de Guerra to the custody of undersigned counsel for approximately 4 hours so that undersigned counsel can take the passport and accompany Mr. Jean-Pierre to the Colorado Department of Motor Vehicles ("Colorado DMV") so that Mr. Jean-Pierre can obtain a Colorado Identification Card (or in the alternative, if he cannot obtain a Colorado Identification Card, to a bank so that he can open a bank account in order to be able to cash his employment checks and pay the Independence House South as a condition of his residency there). As grounds for this motion, Mr. Jean-Pierre states as follows:

    1.     Mr. Jean-Pierre legally changed his name from Guy Jean-Pierre to Marcelo Dominguez de Guerra.

    2.     As a condition of his release on bond to the Independence House South

halfway house, Mr. Jean-Pierre surrendered his passport in the name of Marcelo Dominguez de Guerra.

3. Mr. Jean-Pierre does not have any other legal identification.

4. For the last approximately three months, Mr. Jean-Pierre has been employed at Grid Alternatives Colorado.

5. Mr. Jean-Pierre has now received several pay checks from Grid Alternatives Colorado but, without proper identification, has not been able to open a bank account in order to cash his checks. As a condition of his residency at the Independence House South halfway house, Mr. Jean-Pierre must pay 25% of his paychecks to Independence House South.

6. Independence House South has been pressing Mr. Jean-Pierre for the payment of its 25% from his additional checks and, thus, to remain in compliance with the terms of his residency at Independence House South, Mr. Jean-Pierre needs to be able to open a bank account in the near future in order to be able to cash his pay checks and meet his obligations to Independence House South.

7. Undersigned counsel cashed Mr. Jean-Pierre's first paycheck, but cannot continue to do this on behalf of Mr. Jean-Pierre. Furthermore, Mr. Jean-Pierre needs an identification for other purposes.

8. Mr. Jean-Pierre and undersigned counsel regret that, when the Court previously granted a motion for temporary release of his passport, the passport was not used at that time to obtain a Colorado Identification Card.

9. Thus, Mr. Jean-Pierre is asking the Court to a temporary release of the passport to undersigned counsel so that he can assist Mr. Jean-Pierre by taking the

passport to the Colorado DMV to obtain a Colorado Identification Card which he can then use to open a bank account and to use as identification for other purposes as well.

10. Undersigned counsel, along with Mr. Jean-Pierre, would take the passport to the Colorado DMV located at 1120 W. 12th Avenue, Denver, CO 80204.

11. In order to obtain a Colorado Identification Card, the Colorado DMV requires two types of proof of identity. Mr. Jean-Pierre's passport (in his legal name of Marcelo Doninguez de Guerra) would qualify as one proof of identity. Mr. Jean-Pierre has been attempting to obtain a second item (a pay stub with his full Social Security number on it) and now has this additional proof. However, if the Colorado DMV does not accept this as the second required proof of identity, Mr. Jean-Pierre requests that he and his attorney be permitted to take his passport to a Colorado bank so that he can then open a bank account in order to be able to cash his pay checks.

12. Undersigned counsel would be available to take temporary custody of the passport for approximately 4 hours in the **MORNING OR AFTERNOON OF NEXT TUESDAY, DECEMBER 17, 2018**. If that time is not possible, undersigned counsel will next be available in the week of December 31, 2018 through January 4, 2019.

13. Defense counsel has attempted to discuss this motion with A.U.S.A. Jeremy Sibert but he is out of the office through December 14, 2018 and, therefore, it is not known whether the government opposes or does not oppose this request for the temporary release Mr. Jean-Pierre's passport in the name of Marcelo Dominguez de Guerra to the custody of undersigned counsel for approximately 4 hours so that undersigned counsel can take the passport and accompany Mr. Jean-Pierre to the Colorado DMV, or, in the alternative, to a Colorado bank. However, when Mr. Jean-Pierre previously requested the

temporary release of the passport, the government did not object to its temporary release at that time.

WHEREFORE, Mr. Jean-Pierre requests that this Court authorize the temporary release of Mr. Jean-Pierre's passport in the name of Marcelo Dominguez de Guerra to the custody of undersigned counsel for approximately 4 hours so that undersigned counsel can take the passport and accompany Mr. Jean-Pierre to the Colorado DMV, or, in the alternative, to a Colorado bank.

DATED this 14th day of December, 2018.

Respectfully submitted,

*s/Clifford J. Barnard*

Clifford J. Barnard
Clifford J. Barnard, Attorney at Law
4450 Arapahoe Avenue, Suite 100
Boulder, Colorado 80303
Telephone: (303) 449-2543
Facsimile: (303) 444-6349
Email:  *cliffbarnard@earthlink.net*
Attorney for Defendant Jean-Pierre

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December, 2018, I electronically filed the foregoing *Defendant Jean-Pierre's Unopposed Motion for the Temporary Release of Passport to Custody of Undersigned Counsel* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

A.U.S.A. Jeremy Sibert          *jeremy.sibert@usdoj.gov*

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-

...

participant's name:

    Guy Jean-Pierre                                *Via email*
    n/k/a Marcelo Dominguez de Guerra
    Register # 78606-054
    Independence House South
    2765 S. Federal Blvd.
    Denver, CO 80236

                                                    *s/Clifford J. Barnard*

                                                    Clifford J. Barnard
                                                    Attorney for Defendant Jean-Pierre