PS 41
(7/93)

UNITED STATES PRETRIAL SERVICES OFFICE

```
FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2018 DEC 18  PM 4: 04

JEFFREY P. COLWELL
     CLERK

BY_____DEP. CLK
```

## PASSPORT RECEIPT

17-CR-00008-WJM

NAME  Guy M. Jean-Pierre

PASSPORT NUMBER  511899888

DATE REC'D  12/18/2018

COUNTRY OF ORIGIN  USA

EXPIRATION DATE  10/10/2023

DEFENDANT'S SIGNATURE  _(signature)_
(Counsel for Mr. De Guerra)
Clifford J. Barnard

OFFICER'S SIGNATURE  _(signature)_
Deputy Clerk
12/18/2018

DATE RETURNED  Dec. 18, 2018

REC'D BY  Roman Villa Deputy Clerk

REC'D FROM  Clifford T. Barnard

PURPOSE RETURNED _____

ADDRESS (if mailed)