United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 1 | Scott Dittman and William Sears operated FusionPharm and that they did not appear to work for anyone. | Todd Abbott | 2011 - 2012 | INV_00002972 | e, m | 1, 2 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |
| 2 | Abbott does not recall selling shares of FusionPharm to Microcap and/or William "Bill" Sears on or about September 11, 2011, for $40,000.00. Abbott has never received $40,000.00 from Sears. | Todd Abbott | 2011 - 2012 | INV_00002972 | e, m | 1, 2 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |
| 3 | Abbot always understood that Dittman and Sears were partnered in Fusion Pharm, Inc | Todd Abbott | 2011 - 2012 | INV_00002975 | b, d, g, l, m | 1,2 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |
| 4 | Abbott advised that he would have followed the instructions provided by Scott Dittman in the email dated September 14, 2011, in order to get free trading shares | Todd Abbott | 2011 - 2012 | INV_00002976 | a, d, e, p, n, p, s | 1,2 | "Abbott advised...": Declarant is not reporting any statement made by an alleged co-conspirator. <br><br>"...the instructions provided..." [if introducing the instructions themselves]: Objection overruled. |
| 5 | Abbott did not see any red flags at the time because he trusted Scott Dittman's instructions.  He understood that completing the document was all part of the process for Abbott to get shares of FusionPharm that he could sell.  Abbott advised that the majority of his comunications with Dittman were via email, but that Dittman stopped by Abbott's house on at least two to three occasions for face-to-face meetings. | Todd Abbott | 2011-2012 | INV_00002976 | a, d, e, p, n, p, s, v | 1, 2 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |

**United States v. Guy M. Jean-Pierre (17-cr-8-WJM)**
**CHART OF RULINGS**

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 6 | Through R. Dittman, Abbott learned that S. Dittman and Sears needed additional financial support for a pending business deal associated with Fusion Pharm, Inc. | Todd Abbott | 2011 - 2012 | INV_00002976 | a, d, e, p, n, p, s, v | 1,2 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |
| 7 | Sears proposed using his mother to be listed as the secretary for FusionPharm and have her sign the stock certificate. | Scott Dittman | 2011 | INV_00001356 (Dittman 302) | a, d, e, p, n, p, s, v | 1, 3 | Objection overruled. |
| 8 | Sears and Jean-Pierre advised Dittman to put 185,000 preferred shares of FusionPharm in Robert Dittman's name.  Robert Dittman understood that he was going to be holding the shares and that Scott Dittman would contact him if he needed to sell shares to raise capital for FusionPharm. | Scott Dittman | 2011 | INV_00001356 (Dittman 302) | a, b, d, e, f, i, k, n, p, r, s | 1, 2, 3, 4 | First sentence: Objection overruled.  Second sentence: To the extent his understanding was based on statements from a co-conspirator to him, objection overruled. Otherwise, ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 9 | Sears suggested to release press statements when FusionPharm completed something | Scott Dittman | 2011 | INV_00001356 (Dittman 302) | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 10 | The April, 2011, 200-1 reverse stock split for FusionPharm's common shares was suggested to Dittman by Sears and Jean-Pierre.  The purpose of the split was to increase Dittman's ownership interest in FusionPharm. | Scott Dittman | 2011 | INV_00001356 (Dittman 302) | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | First sentence: Objection overruled.  Second sentence: Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 11 | Sears and Jean-Pierre discussed adding the convertible feature to the note. | Scott Dittman | 2011 | INV_00001356 (Dittman 302) | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | Objection overruled. |
| 12 | Dittman spoke with Sears and Jean-Pierre about Sears' role with FusionPharm.  Dittman did not want to list Sears as an officer of FusionPharm because he would have had to disclose Sears' felony conviction.  Dittman described disclosing Sears as "suicide" for FusionPharm. | Scott Dittman | 2011-2013 | INV_00001356 (Dittman 302) | a, b, d, e, f, i, k, n, p, r, s,v | 1, 3, 4 | Objection overruled. |
| 13 | Dittman had several conversations with Jean-Pierre on the subject of Sears' role with FusionPharm and the concept of "affiliate".  Jean-Pierre was aware that Sears was involved with FusionPharm's stock, sales, communication with FusionPharm's accountant and performed administrative tasks for FusionPharm. | Scott Dittman | fall of 2010 - | INV_00001356 (Dittman 302) | a, b, d, e, f, i, k, n, p, r, s, v | 1, 3, 4 | First sentence: Objection overruled as to declarant's statements; ruling unnecessary as to defendant's statements.<br><br>Second sentence: Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 14 | Dittman discussed with Jean-Pierre that Sears was selling FusionPharm stock and provided proceeds from the sale of the stock back to FusionPharm in the form of loans in 2011. | Scott Dittman | 2011 | INV_00001356 (Dittman 302) | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Ruling unnecessary. Objection overruled as to declarant's statements; ruling unnecessary as to defendant's statements. |
| 15 | Dittman stated that he sent this email to a lot of people with the title "FusionPharm" | Scott Dittman | Apr-11 | GJP_00012127 (Dittman 302) | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 16 | DiTommaso asked if all the required information had been posted, but did not ask any further questions regarding OTC posting for FusionPharm and conversation with Scott Dittman. | Scott Dittman | 2011-2013 | GJP_00012127 (Dittman 302) | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

**CHART OF RULINGS**

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 17 | DiTommaso and Dittman discussed Dittman's background, the nature of FusionPharm's business, their plans for raising capital and Sear's being Dittman's brother-in-law and his criminal history | Scott Dittman | Jul-11 | GJP_00012127 (Dittman 302) | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 18 | Dittman spoke to Jean-Pierre about the FINRA investigation and was nervous | Scott Dittman | Oct-11 | GJP_00012127 (Dittman 302) | a, b, d, e, f, i, k, n, p, r, s, v | 1, 3, 4 | Objection overruled as to declarant's statements; ruling unnecessary as to defendant's statements. |
| 19 | Sears told Dittman about his arrangment with Scholz early in 2011 and that Sears wanted to get out of advertising and the Microcap Management Letter | Scott Dittman | Early 2011 | GJP_00012127 (Dittman 302) | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | Objection overruled. |
| 20 | Sears always had the idea that assets from all the companies to include FusionPharm and Meadpoint would merge together. | Scott Dittman | Oct-11 | GJP_00012127 (Dittman 302) | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | Objection overruled. |
| 21 | Dittman told Bohlender that he had discussed the loans with Jean Pierre and Jean Pierre said that it was not a problem. | Scott Dittman | October, 2011 | GJP_00012127 (Dittman 302) | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled as to declarant's statements; ruling unnecessary as to defendant's statements. |
| 22 | Dittman contacted Jean-Pierre shortly after Todd Kramer called Dittman on his cellular telephone on October 5, 2011. Dittman contacted Sears and Jean-Pierre again shortly after speaking with Kramer on October 6, 2011 and provided them with an update about the discussion. Jean-Pierre was aware that Sears and Scholz were selling Sears' FusionPharm stock that Sears acquired from Fred Dahlman. | Scott Dittman | Oct-11 | GJP_00012127 (Dittman 302) | a, b, d, e, f, i, k, n, p, r, s, o | 1, 3, 4 | First two sentences: Objection overruled.<br><br>Third sentence: Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |

**United States v. Guy M. Jean-Pierre (17-cr-8-WJM)**
**CHART OF RULINGS**

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 23 | Between approximately October 27, 2011 and October 30, 2011, Dittman, Sears and Jean-Pierre had a call to discuss the FINRA inquiry.  Jean-Pierre and Sears told Dittman that there was an agreement illustrating the transfer of Microcap Management to Scholz.  Dittman told Jean-Pierre that Todd Kramer at FINRA wanted to see the document.  Jean-Pierre told Dittman that Dittman cannot send the agreement to FINRA because FINRA should not be asking Dittman for non-company information.  Jean-Pierre told Dittman that he would write a letter to FINRA explaining that FusionPharm would not provide a copy of the agreement transferring ownership of Microcap. | Scott Dittman | Oct-11 | GJP_00012127 (Dittman 302) | a, b, d, e, f, i, k, n, p, r, s, v | 1, 3 | First two sentences: As to Sears's statements, objection overruled: ruling unnecessary as to defendant's statements.<br><br>Third sentence: Objection overruled.<br><br>Remainder: Ruling unnecessary. The statements are defendant's own. |
| 24 | Dittman spoke with Jean-Pierre about the inquiry by FINRA and the investigator questions about Sears' sales of FusionPharm stock. | Scott Dittman | 2011 | INV_00001356 (Dittman 302) | a, b, d, e, f, i, k, n, p, r, s, v | 1, 3, 4 | Objection overruled as to declarant's statements; ruling unnecessary as to defendant's statements. |
| 25 | Jean-Pierre, Sears and Dittman discussed the 2011 loans when Jean-Pierre visited FusionPharm in October, 2011.  They did not discuss breaking the funds into two separate loans.  The loans were not documented until June, 2012, when Bodden drafted them as non-convertible loans. | Scott Dittman | 2011-2012 | GJP_00012127 (Dittman 302) | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | First sentence: Objection overruled.<br><br>Remaining sentences: Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 26 | FusionPharm was in a "capital crisis " the entire time that Andy Duke worked there. | Andy Duke | 2011 | GJP_00001759 (Andy Duke - 302 Report) | e, m | 1, 2 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

**CHART OF RULINGS**

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 27 | Duke said that Sears was a "Don't see him Don't know him" consultant. Sears was not supposed to be associated with the company and could not operate in an official capacity because of his problems with the SEC in the past. | Andy Duke | 2011 | GJP_INV_00002782 | a, b, d, e, f, i, k, n, p, r, s, v | 1, 2 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |
| 28 | Jean-Pierre was a "securities counsel ace" to Sears. | Andy Duke | 2011 | GJP_00001759 (Andy Duke - 302 Report) | e, m, d | 1, 2 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |
| 29 | Jean-Pierre knew that he was supposed to discuss legal matters with Dittman as FusionPharm's Chief Executive Officer. Dittman was looking to Sears for how to handle legal matters and so, therefore, Jean-Pierre worked directly with Sears. | Andy Duke | 2011 | GJP_00001759 (Andy Duke - 302 Report) | a, b, d, e, f, i, k, n, p, r, s | 1, 2 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |
| 30 | Sears talked about Jean-Pierre advising that Sears had to be invisible with respect to FusionPharm. | William Sears | 2011 | GJP_00001759 (Andy Duke - 302 Report) | a, b, d, e, f, i, k, n, p, r, s, v | 1, 4 | Objection overruled as to declarant's statements; ruling unnecessary as to defendant's statements. |
| 31 | During the Denver visit, Jean-Pierre and Sears were disputing some legal fees that Sears owed Jean-Pierre for work Jean-Pierre did for FusionPharm. Duke felt that Jean-Pierre was throwing Sears "under the bus" as well as Dittman (by his association with Sears) because of the fee dispute. | Andy Duke | 2011 | GJP_00001759 (Andy Duke - 302 Report) | a, b, d, e, f, i, k, n, p, r, s | 1, 2 | First sentence: Objection SUSTAINED.<br><br>Second sentence: Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |
| 32 | Scott Dittman gave Duke the title of Executive Vice President. | Andy Duke | 2011 | INV_00009336 (Andy Duke - MOI) | a, b, d, e, f, i, k, n, p, r, s, m | 1, 2 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

**CHART OF RULINGS**

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 33 | Scott Dittman told Duke that he needed someone to be 'the signature' in place of William Sears because Sears was 'not a real person' in FusionPharm. | Scott Dittman | 2011 | INV_00009336 (Andy Duke - MOI) | a, b, d, e, f, i, k, n, p, r, s, m | 1 | Objection overruled. |
| 34 | Duke later found out that Sears was pushing the sale of FusionPharm stock. | Andy Duke | 2011 | INV_00009336 (Andy Duke - MOI) | a, b, d, e, f, i, k, n, p, r, s, m | 1, 2 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |
| 35 | Duke met with Scott Dittman and Sears at the FusionPharm Wynkoop office shortly after they started their lease of the office space. The pitch to Duke was that FusionPharm was up and coming in the marijuana industry because of the unique technology they were developing with the container growing system. The selling point was that the containers were self-contained and secure. They wanted to get a patent on the technology. | Scott Dittman/William Sears | 2011 | INV_00009336 (Andy Duke - MOI) | a, b, d, e, f, i, k, n, p, r, s, h ,m | 1, 3, 4 | First sentence: Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation.<br><br>Remainder: Objection overruled. |
| 36 | Scott Dittman and Sears told Duke that Sears was to be 'behind the curtain' because Sears had issues with the securities regulators. | Scott Dittman/William Sears | 2011 | INV_00009336 (Andy Duke - MOI) | a, b, d, e, f, i, k, n, p, r, s, v | 1 | Objection overruled. |
| 37 | Duke overheard Sears talk about selling off blocks of FusionPharm stock about five to six times throughout the course of Duke's employment. | William Sears | 2011 | INV_00009336 (Andy Duke - MOI) | a, b, d, e, f, i, k, n, p, r, s | 1 | Ruling unnecessary. Not clear that what Duke overheard is being offered for its truth, or simply that Duke overheard it. |
| 38 | Jean-Pierre was "the key" according to Sears. Jean-Pierre was to work his legal magic to help get FusionPharm stock sold in order to raise money for FusionPharm to operate. | William Sears | 2011 | INV_00009336 (Andy Duke - MOI) | a, b, d, e, f, i, k, n, p, r, s, v | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)
## CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 39 | Bob Dittman told Duke that Robert Dittman, the brother of Scott Dittman, had a lot of FusionPharm stock in his name that Sears controlled and was selling. | Bob Dittman | 2011 | INV_00009336 (Andy Duke - MOI) | a, b, d, e, f, i, k, n, p, r, s | 1, 2 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |
| 40 | Duke recalled hearing Sears at times mention that he was 'waiting' to get something from Jean-Pierre or that he will 'have to see' what Jean-Pierre thought. | William Sears | 2011 | INV_00009336 (Andy Duke - MOI) | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Ruling unnecessary. What Duke "recalled" is Duke's statement, and Duke is not an alleged co-conspirator. |
| 41 | Duke reviewed an email from Scott Dittman titled 'retreat' and dated October 20, 2011 (Bates #: SWFBI_00025095). Duke stated that Scott Dittman copied Sears on the email without understanding that by doing so, Scott Dittman was creating a paper trail of Sears' involvement with FusionPharm. | Andy Duke | 2011 | INV_00009336 (Andy Duke - MOI) | a, b, d, e, f, i, k, n, p, r, s, q | 1, 2 | "...an e-mail from Scott Dittman...": Objection overruled.<br><br>"Duke stated...": Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |
| 42 | Well what happened was, we took this spot down in September of last year and by December 1st we realized we needed this… because that was not going to be big enough for all of a sudden, it was just like a perfect storm. Uh, we had been marketing, marketing, marketing and finally a lot of the deals just started (clap of hands) dropping and before we knew it we were like there's no way we're going to be able to fulfill back there. | William Sears | 5/14/2014 | INV_00008967 - INV_00009111 (Undercover Meeting at FSPM Offices on May 14, 2014) | a, b, d, e, f, i, k, n, p, r, s, c, g, m | 1, 3 | Objection SUSTAINED. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

**CHART OF RULINGS**

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 43 | It really is.  And that's what I was telling Scott, you know, and Scott's got this…passion, you know, he lives on a hobby farm, and I get you want to feed the world man, but, you know, public company and weed is hot and.. feeding people you can do after we medicate them.  I get it, it's just, it really is the sweet spot.  And he had to make a decision and it broke his heart to make that decision……to just stick with cannabis and he's still leaning toward produce heavily.  And I get it, I think it's great, but, you know, we've got to jump on this now. | William Sears | 5/14/2014 | INV_00008967 - INV_00009111 (Undercover Meeting at FSPM Offices on May 14, 2014) | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection SUSTAINED. |
| 44 | And, you know, for a couple of meatballs like us, so to speak, to put all this together and then we have, you know, we've got Greg here full time, he's a journeyman electrician, I mean, he built ty-you know, power plants for Tyson (PH).  Um, now we've got Kyle (PH), we've actually got some real educated engineers and people to help us refine this. | William Sears | 5/14/2014 | INV_00008967 - INV_00009111 (Undercover Meeting at FSPM Offices on May 14, 2014) | a, b, d, e, f, i, k, n, p, r, s, g, m | 1, 3 | Objection SUSTAINED. |
| 45 | You know, it's kinda-it comes in, in comes in droves because what happens is your average order is, you know, anywhere from six to ten pods.  Nobody just buys just one pod anymore.<br>I've sold one and two's here and there in California… | William Sears | 5/14/2014 | INV_00008967 - INV_00009111 (Undercover Meeting at FSPM Offices on May 14, 2014) | a, b, d, e, f, i, k, n, p, r, s, g, m | 1, 3 | Objection SUSTAINED. |
| 46 | This is a big pie and we're aggressive.  We're really aggressive.  And that's what I think we…that's where I think we have the edge on anybody else out there.  One, we've been in the business.  We know everybody.  We're hungry.  I mean, we're-we're out there.<br>Yeah, we're hungry, and we're hungry, we're well wired……and there's no ego, you know?  We've always done the right thing by everybody in this industry.  We have paid bills that weren't ours just to keep our name clean. | William Sears | 5/14/2014 | INV_00008967 - INV_00009111 (Undercover Meeting at FSPM Offices on May 14, 2014) | a, b, d, e, f, i, k, n, p, r, s, g, m, | 1, 3 | Objection SUSTAINED. |
| 47 | I'm the hand up Mona Lisa's skirt, we leave it at that. | William Sears | 5/14/2014 | INV_00008967 - INV_00009111 (Undercover Meeting at FSPM Offices on May 14, 2014) | a, b, d, e, f, i, k, n, p, r, s, g, m, v | 1, 3 | Objection SUSTAINED. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 48 | Well, yeah, I mean, that's the great part about Scott and I do, it's… you know, nobody ever steps on the other guy, it's, everybody's got their own niche, their own area of expertise. We just go after it, you know, it's just, there's plenty of money out there, let's go get it. | William Sears | 5/14/2014 | INV_00008967 - INV_00009111 (Undercover Meeting at FSPM Offices on May 14, 2014) | a, b, d, e, f, i, k, n, p, r, s, m | 1, 3 | Objection SUSTAINED. |
| 49 | I-you know, I told Scott and this is where it's kind-of…. I said this thing's going to get bigger than us and we're going to have to take a big step aside, it's, (UI) a lot smarter guys to run this company.  It's bigger-it's just bigger than us, there's no ego here.  You know, we're going to need a proper, you know I mean Scott's great, we're going to need a proper CEO that has very very long arms to run Fusion Pharm one day. | William Sears | 5/14/2014 | INV_00008967 - INV_00009111 (Undercover Meeting at FSPM Offices on May 14, 2014) | a, b, d, e, f, i, k, n, p, r, s, m | 1, 3 | Objection SUSTAINED. |
| 50 | I love what I do, guys. and I get up every morning, I love this business, I really do. | William Sears | 5/14/2014 | INV_00008967 - INV_00009111 (Undercover Meeting at FSPM Offices on May 14, 2014) | a, b, d, e, f, i, k, n, p, r, s, m | 1, 3 | Objection SUSTAINED. |
| 51 | You know, why cheapen yourself?  Why-why degrade, oh, you guys don't put out press releases, you don't do this, you have to inform the public.  Here's the deal, man.  The company will take care of the stock.  The day you have to worry about the stock taking care of the company, you've got bigger problems. Do your business.  Do your business and the stock will always, always.. | William Sears | 5/14/2014 | INV_00008967 - INV_00009111 (Undercover Meeting at FSPM Offices on May 14, 2014) | a, b, d, e, f, i, k, n, p, r, s, m | 1, 3 | Objection SUSTAINED. |
| 52 | I just, I… we started this in…you know…it's…..just an idea, and this is where we are in just a short period of time and… It feels fantastic and, you know, that's what the thing is, it's just been … seven days a week, 12 hours a day it's… …you know, thank god I have an understanding wife… I gotta tell ya, otherwise I'd be divorced… | William Sears | 5/14/2014 | INV_00008967 - INV_00009111 (Undercover Meeting at FSPM Offices on May 14, 2014) | a, b, d, e, f, i, k, n, p, r, s, m | 1, 3 | Objection SUSTAINED. |
| 53 | The reason Billy's never been in Fusion Pharm is because Billy has a felony on his background, right. And so- I couldn't let him in Fusion Pharm, you know I don't have to disclose | Scott Dittman | 7/18/2014 | GJP_00015738 - GJP_00015819 (Undercover Meeting with Scott Dittman at Starbucks on July 18, 2014) | a, b, d, e, f, i, k, n, p, r, s, m, v | 1, 3 | Objection SUSTAINED. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

**CHART OF RULINGS**

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 54 | Well, he got caught on a-on a phone call-on a wire tap that he was on while they were wire tapping two other guys, and he was in on the call, and these guys were doing some sort of price fixing market manipulation stock stuff. And Billy-Billy-<br>-Wasn't involved, but he was on the call, so he got a-he got a conspiracy charge that plead to. Um, you know.<br>About fifteen thousand dollar fine. Whatever. But enough that I could never let him in to this entity, you know. | Scott Dittman | 7/18/2014 | GJP_00015738 - GJP_00015819 (Undercover Meeting with Scott Dittman at Starbucks on July 18, 2014) | a, b, d, e, f, i, k, n, p, r, s, v | 1, 3 | Objection SUSTAINED. |
| 55 | Yeah, well you know-you know, the-the irony of the whole thing is, you know. I mean Bill was Meadpoint, you know, from the time we started this company until a month, two months ago, Bill was Meadpoint. So he was my sales arm and did all the sales. Hell, he owns in that sale center, he owns the two containers and the scaffolding, and all that shit, right. | Scott Dittman | 7/18/2014 | GJP_00015738 - GJP_00015819 (Undercover Meeting with Scott Dittman at Starbucks on July 18, 2014) | a, b, d, e, f, i, k, n, p, r, s, g | 1, 3 | Objection SUSTAINED. |
| 56 | Plus he was the first investor in the company. Listen, there would be no company if it wasn't for Bill. I just couldn't have him in the company, right. | Scott Dittman | 7/18/2014 | GJP_00015738 - GJP_00015819 (Undercover Meeting with Scott Dittman at Starbucks on July 18, 2014) | a, b, d, e, f, i, k, n, p, r, s, m | 1, 3 | Objection SUSTAINED. |
| 57 | Um, but you know, the irony is after three years and all that investment and everything that he did for the company, he finally, you know, got paid. Rather handsomely uh when he sold all that stock in the first part of this year. Um and then all of this happens and he gets blown up. | Scott Dittman | 7/18/2014 | GJP_00015738 - GJP_00015819 (Undercover Meeting with Scott Dittman at Starbucks on July 18, 2014) | a, b, d, e, f, i, k, n, p, r, s, m, v | 1, 3 | Objection SUSTAINED. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 58 | You know undoubtedly they–undoubtedly they saw that, too. There's no question, right. Um…you know. But–so we paid off his debt, and we cancelled his agreement in April um, you know, because we decided–attorneys finally said, "Oh, fuck it. You know, everybody else is doing it, and there's safer now, so you don't really need to keep up this silly relationship, just let Meadpoint go and sell direct." Whatever, you know. And it, you know, listen. There's a commission, you know, we pay a pretty heavy commission for doing this, so it's better for my share holders that we just do it direct, and the attorneys finally said, "Eh, whatever. You know, everybody's doing it and the DOJ memo vocabulary makes us feel better so go ahead and kill that," you know, so basically, you know, I paid off Bill's note, took his job away and then, you know, the government came in and blew everything | Scott Dittman | 7/18/2014 | GJP_00015738 - GJP_00015819 (Undercover Meeting with Scott Dittman at Starbucks on July 18, 2014) | a, b, d, e, f, i, k, n, p, r, s, m, v | 1, 3 | If "the attorneys" refers to defendant, ruling unnecessary as to defendant's own statements. Otherwise, objection SUSTAINED. |
| 59 | Scholz first heard of Guy Jean-Pierre through William Sears. Sears and Jean-Pierre worked together before FusionPharm. | William Sears | 2011 - 2012 | GJP_00001884 (Richard Scholz - 302 Report) | d, e, m | 1, 3, 4 | Objection SUSTAINED. |
| 60 | Sears hired Jean-Pierre to create legal documents relating to stock to include FusionPharm. | Richard Scholz | 2011 - 2012 | GJP_00001884 (Richard Scholz - 302 Report) | a, b, d, e, f, i, k, n, p, r, s, m, g, h | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 61 | Scholz said that Jean-Pierre's role with FusionPharm was to write the Opinion Letters. | Richard Scholz | 2011 - 2012 | GJP_00001884 (Richard Scholz - 302 Report) | a, b, d, e, f, i, k, n, p, r, s, m, q h, v | 1, 3 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 62 | Sears was trying to get these shares deposited with a broker so that Scholz could promote FusionPharm's stock and they could share in the proceeds. The stock belonged to Sears. | Richard Scholz | 2011 - 2012 | GJP_00001884 (Richard Scholz - 302 Report) | a, b, d, e, f, i, k, n, p, r, s, m, q | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 63 | Sears indicated to Scholz that Jean-Pierre was aware that Scholz was promoting the stock and getting paid with a percentage of the stock proceeds. Sears indicated to Scholz that Jean-Pierre was aware of all FusionPharm stock sales that Scholz and Sears were attempting to conduct. | William Sears | 2011 - 2012 | GJP_00001884 (Richard Scholz - 302 Report) | a, b, d, e, f, i, k, n, p, r, s, m, q | 1, 3 | Objection overruled. |
| 64 | Scholz said that Myron Thaden received an Opinion Letter from Jean-Pierre related to his first lot of FusionPharm shares. | Richard Scholz | 2011 - 2012 | GJP_00001884 (Richard Scholz - 302 Report) | a, b, d, e, f, i, k, n, p, r, s, c, m | 1, 3, 6 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 65 | Scholz told Thaden to e-mail Jean-Pierre to get the required Opinion Letter to remove the restrictive legend. | Richard Scholz | 2011 - 2012 | GJP_00001884 (Richard Scholz - 302 Report) | a, b, d, e, f, i, k, n, p, r, s, c, m | 1, 3 | Objection overruled. |
| 66 | Sears' and Scholz's agreement was to transfer Microcap to Scholz on paper but for Sears to continue to maintain control of Microcap. | Richard Scholz | 2011 - 2012 | GJP_00001884 (Richard Scholz - 302 Report) | a, b, d, e, f, i, k, n, p, r, s, c, m | 1, 3, 4 | Objection overruled. |
| 67 | Richard Scholz started working with Sears in approximately March, 2011. Sears asked Richard Scholz to help promote FusionPharm's stock. | William Sears | 2011 | INV_00009312 (Richard Scholz - Declaration) | a, b, d, e, f, i, k, n, p, r, s, c, m | 1, 3, 4 | Objection overruled. |
| 68 | Sears provided Richard Scholz with FusionPharm's financial statements, business plans, offering documents and other company reports. Richard Scholz spoke with both Dittman and Sears about what was in the financial statements to identify what would be important to the brokers. Richard Scholz can specifically recall discussing the increases in revenue reported in the financial statements as well as the Vertifresh Licensing Agreement and corresponding press release with Sears and Dittman. | Scott Dittman/William Sears | 2011 | INV_00009312 (Richard Scholz - Declaration) | a, b, d, e, f, i, k, n, p, r, s, m | 1, 3, 4 | Objection overruled. |
| 69 | Occasionally, brokers wanted additional information about FusionPharm. Richard Scholz reached out to Sears with these brokers' contact information so that Sears could have Dittman follow up on the brokers' question. | Richard Scholz | 2011 | INV_00009312 (Richard Scholz - Declaration) | a, b, d, e, f, i, k, n, p, r, s, m | 1, 3, 4 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

**CHART OF RULINGS**

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 70 | Sears transferred 80,000 shares of FusionPharm stock to Richard Scholz' company, Prestige Media, in April, 2011, Sears did not want the FusionPharm shares in his name. He wanted Richard Scholz to sell the stock and then provide him with a percentage of the proceeds from the stock sales. | William Sears | 2011 | INV_00009312 (Richard Scholz - Declaration) | a, b, d, e, f, i, k, n, p, r, s, m, v | 1, 3, 4 | Objection overruled. |
| 71 | In 2011 and at the request of Sears, I (Richard Scholz) set up an employer identification number (EIN) for Microcap Management in the state of Nevada. Around the spring of 2011, I had discussions with Sears to put my name on the Microcap entity in order to hide Sears's affiliation with Microcap. Sears maintained control of all of Microcap Management throughout 2011, 2012 and 2013, including all FusionPharm stock being held under Microcap and Microcap brokerage accounts, despite my name being on some of the business documents. Microcap was Sears' company. | William Sears | 2011 - 2013 | INV_00009312 (Richard Scholz - Declaration) | a, b, d, e, f, i, k, n, p, r, s, m | 1, 3, 4 | Objection overruled. |
| 72 | In June, 2012, Sears asked me to set up and deposit FusionPharm shares at Moors and Cabot with Scott Eisler. Although the letter drafted by Sears to Moors and Cabot on June 18, 2012, included my name and address, Sears was still controlling Microcap and the stock in Microcap's name. | William Sears | 2012 | INV_00009312 (Richard Scholz - Declaration) | a, b, d, e, f, i, k, n, p, r, s, l, m, t | 1, 3, 4 | Objection overruled. |
| 73 | Around February 7, 2013, Sears sent his Mother and me an email titled "Scottsdale". Sears wanted me to provide trading instructions to his Mother so that she could initiate the trades in the Bayside account on his behalf.  I contacted Sears by phone after receiving the email and told him that I was not comfortable with the arrangement. I felt that this arrangement would be illegal since the stock was actually owned and controlled by Sears, and not his Mother. | William Sears | 2013 | INV_00009312 (Richard Scholz - Declaration) | a, b, d, e, f, i, k, n, p, r, s, v | 1, 3, 4 | Objection overruled. |
| 74 | When Dittman moved from Colorado to Pennsylvania in 2013, Sears was on site at FusionPharm watching over the business. | Richard Scholz | 2013 | INV_00009312 (Richard Scholz - Declaration) | a, b, d, e, f, i, k, n, p, r, s, m | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

**CHART OF RULINGS**

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 75 | In September, 2013, Sears and I (Richard Scholz) entered into an agreement where he would transfer 500,000 free-trading shares of FusionPharm stock from Meadpoint to me personally.  We agreed that I would pay Sears for the stock after I sold the stock. The stock was related to a convertible note between Meadpoint Venture Partners, hereinafter referred io as "Meadpoint", which was a company run by Sears, and FusionPharm. I was not aware that this note was ever back dated.  On the paperwork provided to the transfer agent and the broker at Scottsdale, Sears and I falsely represented that I had paid $50,000 upfront for the stock. I was aware that Sears was using a bank deposit for $50,000 from some source other than me in order to satisfy the transfer agents requirement that they see proof of the payment. Sears was interested in entering into this agreement with me because he was trying to raise money. | William Sears | 2013 | INV_00009312 (Richard Scholz - Declaration) | a, b, d, e, f, i, k, n, p, r, s, q, v | 1, 3, 4 | Objection overruled. |
| 76 | Sears's attorney was Jean-Pierre. Sears and Jean-Pierre worked together before FusionPharm. Jean-Pierre was writing Attorney Opinion Letters for FusionPharm stock transactions. | Richard Scholz | 2011 - 2013 | INV_00009312 (Richard Scholz - Declaration) | a, b, d, e, f, i, k, n, p, r, s, m | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 77 | I (Richard Scholz) mentioned Jean-Pierre's legal problems to Sears but he did not seem concerned. Sears indicated to me that Jean-Pierre was aware that I was promoting FusionPharm stock and getting paid with stock proceeds. | William Sears | 2011 - 2013 | INV_00009312 (Richard Scholz - Declaration) | a, b, d, e, f, i, k, n, p, r, s, m, v | 1, 3 | Objection overruled. |
| 78 | From approximately May of 2011 through early December of 2013, I (Richard Scholz) made approximately $488,000 for promoting FusionPharm stock. I stopped when Sears said that he longer needed anyone to promote the stock. | Richard Scholz | 2011 - 2013 | INV_00009312 (Richard Scholz - Declaration) | a, b, d, e, f, i, k, n, p, r, s, t | 1, 3, 4 | First sentence: Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation.  Second sentence: Objection overruled. |
| 79 | Sears told Scholz that FusionPharm had taken over the shell company Baby Bee Bright. | William Sears | 2011 | INV_00000774 (Richard Scholz - 302 Report) | a, b, d, e, f, i, k, n, p, r, s, m | 1, 3 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)
## CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 80 | Sometime after the Federal search warrant was executed in May, 2014, Sears told Scholz that he had made $10 million. Scholz assumed it was from the sale of FusionPharm stock. | William Sears | 2014 | INV_00000774 (Richard Scholz - 302 Report) | a, b, d, e, f, i, k, n, p, r, s, m, t | 1, 3 | First sentence: Objection SUSTAINED.<br><br>Second sentence: Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 81 | Wayne Coleson understood that Sears was the major investor in FusionPharm and that Sears and his friends were responsible for getting FusionPharm started. Coleson understood that FusionPharm was building the PharmPods and Vertifresh, which was owned by Sears, was purchasing the PharmPods and selling the produce. During the tour of the warehouse, they discussed the purchase of convertible debt. | Wayne Coleson | 2013 | INV_00000676 (Wayne Coleson - 302 Report) | a, b, d, e, f, i, k, n, p, r, s, m, c | 1, 2 | First two sentences: Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation.<br><br>Third sentence: Objection SUSTAINED. |
| 82 | Sears offered up a fixed price deal to purchase a portion of the convertible note between Bayside and FusionPharm. | William Sears | 2013 | INV_00000676 (Wayne Coleson - 302 Report) | a, b, d, e, f, i, k, n, p, r, s, m, t | 1, 3 | Objection SUSTAINED. |
| 83 | Robert Dittman said that he was often trusting of Scott Dittman and Sears and may have signed something without looking it over. | Robert Dittman | 5/16/2014 | INV_00000516 (Robert Dittman - 302 Report) | a, b, d, e, f, i, k, n, p, r, s, o | 1, 2 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |
| 84 | William Sears told Robert Dittman that his prison time was a result of criminal charges related to securities. | William Sears | 6/8/2015 | INV_00001282 (Robert Dittman - 302 Report) | a, b, d, e, f, i, k, n, p, r, s, m | 1, 3 | Objection SUSTAINED. |
| 85 | Bodden was first introduced to Guy JEAN-PIERRE during a meeting in Boca Raton, Florida in 2010.  William Sears made the introduction to Jean-Pierre. | William Sears | 2010 | GJP_00011190 (Cliff Bodden - MOI) | a, b, d, e, f, i, k, n, p, r, s, c | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

**CHART OF RULINGS**

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 86 | Sears told Bodden that he (Sears) had conduct prior business deals with Jean-Pierre. | William Sears | 2010 | GJP_00011190 (Cliff Bodden - MOI) | a, b, d, e, f, i, k, n, p, r, s, m | 1, 3 | Objection SUSTAINED. |
| 87 | Bodden recalls Jean-Pierre providing a resume and Bodden thought Jean-Pierre was a good attorney that appeared knowledgeable. | Cliff Bodden | 2010 | GJP_00011190 (Cliff Bodden - MOI) | a, b, d, e, f, i, k, n, p, r, s, c, m | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 88 | Bodden recalls that he learned through Sears that Jean-Pierre had been barred as an attorney from the OTC Pink Sheets. | William Sears | 2010 - 2011 | GJP_00011190 (Cliff Bodden - MOI) | a, b, d, e, f, i, k, n, p, r, s, m | 1, 3, 4 | Objection SUSTAINED. |
| 89 | Bodden learned that Jean-Pierre could no longer write opinion letters from Sears.  Bodden and Sears discussed Jean-Pierre's problems with OTC markets.  Sears advised that Jean-Pierre's problems were not his fault; instead, it was the fault of the client. | William Sears | 2010 - 2013 | GJP_00011190 (Cliff Bodden - MOI) | a, b, d, e, f, i, k, n, p, r, s, m | 1, 3 | Objection SUSTAINED. |
| 90 | Jean-Pierre was always a name mentioned by Bill Sears during conversations related to microcap stocks. They were always together. | William Sears | 2010 - 2013 | GJP_00011190 (Cliff Bodden - MOI) | a, b, d, e, f, i, k, n, p, r, s, m | 1, 3, 4 | Objection SUSTAINED. |
| 91 | While working at FusionPharm….There was a checklist of items that needed to be reviewed by an attorney. Bodden knew that Jean-Pierre was reviewing some of these documents. | Cliff Bodden | 2011 - 2013 | GJP_00011190 (Cliff Bodden - MOI) | a, b, d, e, f, i, k, n, p, r, s, m | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 92 | Bodden and Sears had conversations about Jean-Pierre's legal situation. Sears advised that it was the client's fault and that Jean-Pierre was trying to get removed from the OTC's list of barred attorneys. | William Sears | 2011 - 2013 | GJP_00011190 (Cliff Bodden - MOI) | a, b, d, e, f, i, k, n, p, r, s, m | 1, 3 | Objection SUSTAINED. |
| 93 | Sears discussed with Jean-Pierre about what Sears needed to do to get free trading shares. Sears needed opinion letters for the transfer agent and brokerage firm. | William Sears | 2011 - 2013 | GJP_00011190 (Cliff Bodden - MOI) | a, b, d, e, f, i, k, n, p, r, s, m, h, j | 1, 3, 4 | Objection overruled. |
| 94 | Sears advised Jean-Pierre about the financials because Jean-Pierre was owed money. | William Sears | 2011 - 2013 | GJP_00011190 (Cliff Bodden - MOI) | a, b, d, e, f, i, k, n, p, r, s, m | 1, 3 | Objection overruled. |
| 95 | Jean-Pierre and Sears were actively involved in FusionPharm. Sears would describe the work that he was performing at FusionPharm to JEANPIERRE. | William Sears | 2011 - 2013 | GJP_00011190 (Cliff Bodden - MOI) | a, b, d, e, f, i, k, n, p, r, s, m | 1, 3, 4 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

**CHART OF RULINGS**

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 96 | Bodden advised that Sears and Scott Dittman were business partners. He would ask either Sears or Scott Dittman if he had a question about FusionPharm. | Cliff Bodden | 2011 - 2013 | INV_00003800 (Cliff Bodden - MOI) | a, b, d, e, f, i, k, n, p, r, s, m | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 97 | Bodden was aware of Sears' involvement in FusionPharm activities, because he worked at the FusionPharm business locations and could also hear conversations among Sears, Scott Dittman, Scholz, and others. | Cliff Bodden | 2011 - 2013 | INV_00003800 (Cliff Bodden - MOI) | a, b, d, e, f, i, k, n, p, r, s, m | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 98 | Bodden described Bayside Realty as Sears' holding company in his mother's name (Sandra Sears). He stated that Sears wanted to keep stock out of his own name to avoid any disclosure requirements. | William Sears | 2011 - 2013 | INV_00003800 (Cliff Bodden - MOI) | a, b, d, e, f, i, k, n, p, r, s, m, v | 1, 3 | Objection overruled. |
| 99 | Sears instructed Cliff Bodden early on that he (Sears) was not to be officially listed as being part of FusionPharm. | William Sears | 2011 | INV_00003800 (Cliff Bodden - MOI) | a, b, d, e, f, i, k, n, p, r, s, m, l, h, v | 1 | Objection overruled. |
| 100 | Bodden overheard Sears' telephone calls with Richard Scholz, when Sears was telling Scholz about FusionPharm activities. Bodden also overheard Sears selling FusionPharm shares through broker-dealers in Arizona . | William Sears | 2011 - 2013 | INV_00003800 (Cliff Bodden - MOI) | a, b, d, e, f, i, k, n, p, r, s | 1 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 101 | Bodden overheard Sears and Richard Scholz discussing the stock, future press releases, and the ongoing sales of FusionPharm stock. | William Sears | 2011 - 2013 | INV_00003800 (Cliff Bodden - MOI) | a, b, d, e, f, i, k, n, p, r, s | 1 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 102 | Based on communications with Jean-Pierre, Bodden assumed that Jean-Pierre was putting together everything necessary for DiTommaso to write the opinion letters | Cliff Bodden | 2011-2013 | GJP_00001605-1606 | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 103 | Sears told Bodden to provide everything necessary to create FusionPharm's opinion letters to Jean-Pierre to include FusionPharm's quarterly and annual filings. | William Sears | 2011-2013 | GJP_00001606 (Bodden) | a, b, d, e, f, i, k, n, p, r, s, c, q, l | 1, 3 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 104 | Sears told Jean-Pierre that Sears and Dittman built FusionPharm. | William Sears | 2011-2013 | GJP_00001609 (Bodden) | e, m, d | 1, 3 | Objection SUSTAINED. |
| 105 | At FusionPharm's Vine street location and then again in Boca, Bodden heard Sears tell Jean-Pierre that he needed to get stock cleared because FusionPharm needed money. | William Sears | 2011-2013 | GJP_00001609 (Bodden) | a, b, d, e, f, i, k, n, p, r, s, r, p | 1, 3 | Objection overruled. |
| 106 | On page 47, Bodden listed Dittman and Jean-Pierre as the companies Officers and Directors and then on page 48, based on instructions from Dittman and Sears, did not list Sears or Robert Dittman under the family relationships section. | William Sears/Scott Dittman | 2012 | GJP_00001610 (Bodden) | a, b, d, e, f, i, k, n, p, r, s, v | 1, 3, 4 | Objection overruled. |
| 107 | Sears, and sometimes Dittman, helped Bodden with deciphering the deposits into FusionPharm's bank account as either revenue, a loan, or equity | William Sears/Scott Dittman | 2011-2013 | GJP_00001610 (Bodden) | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | Objection overruled. |
| 108 | Bodden was directed to book certain deposits as loans from Meadpoint or Bayside yet there was no supporting documents fo any loans made by Sears or FusionPharm. | Cliff Bodden | 2012 | GJP_00001610 | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | Presuming Bodden wsa "directed" by Sears or Dittman, objection overruled. |
| 109 | When Sears pitched the deal to Malino, Sears portrayed himself as part of the company | William Sears | 2012 | GJP_00001610-1611 | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | Objection SUSTAINED. |
| 110 | Sears directed Bodden to write up two different notes: one for Meadpoint and one for Bayside. | William Sears | 2011-2013 | GJP_00001611 (Bodden) | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 111 | Sears provided Jean-Pierre with a llist of things that he needed to do related to the purchase of the debt. | Cliff Bodden | 2013 | GJP_00001612 | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 112 | The money deposited into Sandra Sears' Wells Fargo bank account comes from stocks sold from William Sears' investments with Fusion Pharm and possibly other businesses. | Sandra Sears (Mother of William Sears) | 5/16/2014 | INV_00000198 (Sandra Sears - 302) | a, b, d, e, f, i, k, n, p, r, s | 1, 2 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 113 | William Sears deposits his money into Sanrda Sears' account because she is the only person he trusts with his money. | Sandra Sears (Mother of William Sears) | 5/16/2014 | INV_00000198 (Sandra Sears - 302) | a, b, d, e, f, i, k, n, p, r, s, t, v | 1, 2 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |
| 114 | William Sears contacts Sandra Sears via telephone only to request when he wants her to wire money out from her Wells Fargo bank account into the brokerage account. | Sandra Sears (Mother of William Sears) | 5/16/2014 | INV_00000198 (Sandra Sears - 302) | a, b, d, e, f, i, k, n, p, r, s, t, v | 1, 2 | Objection overruled. |
| 115 | Sandra Sears only communicates with William Sears, and no other person, regarding commercial business accounts and financial transactions for Colorado-based companies. Sandra Sears always communicates with William Sears regarding these type of communications via telephone, and never through e-mail and/or any other form of communication. | Sandra Sears (Mother of William Sears) | 5/16/2014 | INV_00000198 (Sandra Sears - 302) | a, b, d, e, f, i, k, n, p, r, s, v | 1, 2 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |
| 116 | Sandra Sears also acknowledged to knowing the reasons why William Sears wanted her to open the Wells Fargo accounts, but she again did not feel comfortable about talking about them. | Sandra Sears (Mother of William Sears) | 5/16/2014 | INV_00000198 (Sandra Sears - 302) | a, b, d, e, f, i, k, n, p, r, s, v | 1, 2 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |
| 117 | DiTommaso told Sears to run everything through Jean-Pierre. | William Sears | 2011 | INV_00001766 (William Sears - 302) | a, b, d, e, f, i, k, n, p, r, s, v | 1, 3 | Objection overruled. |
| 118 | Dittman wanted to speak with Baby Bee Bright's attorney and accountant. | William Sears | 2011 | INV_00001766 (William Sears - 302) | d, e, m | 1, 3, 6 | Objection overruled. |
| 119 | When Dahlman transferred Sears the 185,000 preferred shares, Sears notified Jean-Pierre that he was over the 10% affiliate standard. | William Sears | March, 2011 | INV_00001766 (William Sears - 302) | a, b, d, e, f, i, k, n, p, r, s | 1, 5 | Objection overruled. |
| 120 | They were all handshake deals between Dittman and Sears that were not doucmented | William Sears | 2011 | INV_00001766 (William Sears - 302) | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 121 | Bodden suggested that the loans made by Sears to FusionPharm be split into two notes, one from Meadpoint and one from Bayside, so Sears could keep one note and sell the other note. | Cliff Bodden | 2011-2012 | INV_00001766 (William Sears - 302) | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

## CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 122 | Sears and Bodden flew to Florida to met with Jean-Pierre to discuss the notes. | William Sears | Mar-12 | INV_00001766 (William Sears - 302) | e, m, d, f | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 123 | When the convertible notes were sent to DiBella at PSTC, Sears did not tell her that the notes were backdated. | William Sears | 2012 | INV_00001766 (William Sears - 302) | a, b, d, e, f, i, k, n, p, r, s, v | 1, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 124 | Sears believed that Jean-Pierre was not aware that he was giving bad legal advice. | William Sears | 2012 | INV_00001766 (William Sears - 302) | e, m | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 125 | Scholz told Sears about Jean-Pierre's case being charged by the SEC in 2013. | Richard Scholz | 2013 | INV_00001766 (William Sears - 302) | e, m | 1, 3, 4 | Objection SUSTAINED. |
| 126 | Dittman and Sears were shocked to find out about Jean-Pierre's legal trouble. | William Sears | 2013 | INV_00001766 (William Sears - 302) | e, m | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 127 | Sears and Dittman were "partners". Sears and Dittman were two guys building a business. | William Sears | 2011 - 2013 | INV_00001766 (William Sears - 302) | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 128 | Richard Scholz was involved from the beginning of FusionPharm in 2011. Scholz company, Prestige Media, was making phone calls to registered representatives at Oppenheimer, Merrill Lynch and Prudential to market FusionPharm and generate interest in FusionPharm's stock. Sears and Scholz had an agreement whereby Sears paid Scholz 25% or 30% of the proceeds from Sears' sale of FusionPharm stock. | William Sears | 2011 - 2013 | INV_00001766 (William Sears - 302) | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)
CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 129 | Sears paid Jean-Pierre with Microcap or other Sears' controlled bank accounts. | William Sears | 2011 - 2013 | INV_00001766 (William Sears - 302) | e, m, t | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 130 | Sears and Dittman (They) discussed disclosing Sears as a part of FusionPharm in the early statges of FusionPharm. | William Sears | 2011 | INV_00001766 (William Sears - 302) | e, d, m | 1, 3, 4 | Objection overruled. |
| 131 | In March of 2012, Sears and Bodden flew to Florida and met with Jean-Pierre to discuss the notes.  Sears was only interested in selling Malino a non-convertible note.  Around the time of the discussions with Malino, the note agreements were documented as non-convertible notes.  There were multiple versions of the notes, both convertible and non-convertible, all documented after the loans were funded.  The conversion rate was $0.01 per share.  After meeting with Jean-Pierre in March of 2012, Jean-Pierre and Bodden drafted the notes and they were signed at the same time.  The note amounts were determined after Bodden went through the FusionPharm bank statements to identify all of the deposits from Sears. Sears was not interested at the time in selling a convertible note because he was afraid it would tank FusionPharm's stock.  He also wanted to be in a position to take back FusionPharm's stock in the event the company failed.  Jean-Pierre was aware that the notes sent to Malino reflected a non-convertible note. | William Sears | March, 2012 | INV_00001766 (William Sears - 302) | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 132 | Sears indicated that in Nov 2012 Sears was attempting to bring the notes to market and get money for the company as indicated in an email to Bodden | William Sears | 26-Nov-12 | GJP_00011804 (William Sears - 302) | a, b, d, e, f, i, k, n, p, r, s | 1, 4 | If referring to the e-mail to Bodden, objection overruled. |
| 133 | During the confenence call between Malino, Bodden and Sears, Malino asked a lot of questions concerning FusionPharm's OTC filings. Malino wanted the debt to be a convertible note but Sears and Bodden did not. Bodden was communicating with Jean Pierre about the drafting of the notes. | William Sears | 2011 | GJP_00011804 (William Sears - 302) | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | First two sentences: Objection SUSTAINED as to anything said by Malino, otherwise overruled.

Third sentence: Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 134 | Sears said that prior to the Malino deal, he did not know what a certificate of designation was until Bodden told him. | William Sears | 2011 | GJP_00011804 (William Sears - 302) | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | If referring to Bodden's explanation, objection overruled. |
| 135 | Sears spoke with Jean-Pierre on a daily basis concerning the transition from Baby Bee Bright to Fusionpharm. | William Sears | 2010 - 2011 | GJP_00011804 (William Sears - 302) | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | Objection overruled. |
| 136 | Bodden drafted part of the disclosure statement and it was reviewed by Jean Pierre before being sent to Dittman for signature. | William Sears | 2011 | GJP_00011804 (William Sears - 302) | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 137 | Sears told Jean-Pierre that Sears would sign documents for/as his Mother. | William Sears | 2010 - 2013 | GJP_00011804 (William Sears - 302) | a, b, d, e, f, i, k, n, p, r, s, v | 1, 3, 4 | Objection overruled. |
| 138 | Dittman and Jean Pierre had an initial discussion about disclosing Sears as family before Sears and Jean Pierre talked about it.  Sears said he thought he should be disclosed but Jean Pierre said that since he was not a blood relative and only a brother-in-law he did not need to be disclosed. | William Sears | 2011 | GJP_00011804 (William Sears - 302) | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | Objection overruled. |
| 139 | Sears, Jean Pierre, Scott Dittman, and Andy Duke had a meeing where there were discussions about raising capital, notes, and SB1 vs Form 10, and possible discussions about the FINRA investigation. | William Sears | Oct-11 | GJP_00011804 (William Sears - 302) | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | As to Andy Duke's statements, objection SUSTAINED.  Otherwise overuled. |
| 140 | Sears said he did discuss the transfer with Scholz prior to the FINRA agreement but Kramer's inquiry pushed it to the top of the list.  Jean Pierre wrote the agreement, sent it to Sears who then sent it to Scholz for both to sign.  Jean-Pierre was aware that Sears was keeping the stock despite what the agreement said. | William Sears | 2011 | GJP_00011804 (William Sears - 302) | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | Objection overruled. |
| 141 | Sears remembers Scholz telling him that FusionPharm stock got "blue slipped" but that may have been up to a year later. | William Sears | 2011-2012 | GJP_00011804 (William Sears - 302) | e, m | 1, 3, 4 | Objection SUSTAINED. |
| 142 | Sears notified Jean-Pierre about the initial call from FINRA.  He also told Jean-Pierre that FINRA was asking about Sears.  Jean-Pierre was aware that Sears was selling FusionPharm stock at that time. | William Sears | October, 2011 | GJP_00011804 (William Sears - 302) | a, b, d, e, f, i, k, n, p, r, s, v | 1, 3, 4 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

**CHART OF RULINGS**

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 143 | When Jean-Pierre visited FusionPharm in October, 2011, Sears, Dittman, and Andy Duke discussed raising money, the debt/notes from Sears to FusionPharm, up-listing FusionPharm's stock and the associated audit, and possibly FINRA's inquiry.  At the time of the meeting, the notes were not yet documented. | William Sears | October, 2011 | GJP_00011804 (William Sears - 302) | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4, 5 | As to Andy Duke's statements, objection SUSTAINED.  Otherwise overuled. |
| 144 | The debt consisting of Sears' loans to FusionPharm was not initially documented by promissory notes.  However, Jean-Pierre knew that if FusionPharm was to be up-listed then the financials would be auditied and the loans would have to be documented.  Sears recalls this topic being brought up by Jean-Pierre and discussed with Dittman, Duke, and Bodden when Jean-Pierre was in Denver. | William Sears | 2011 | GJP_00011804 (William Sears - 302) | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | As to Andy Duke's statements, objection SUSTAINED.  Otherwise overuled. |
| 145 | Sears stated that any fusionPharm stock certificate issued to Microcap meant that he was the beneficial owner. | William Sears | 2011 | GJP_00011804 (William Sears - 302) | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | Ruling unnecessary.  Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 146 | Dittman told Kramer that Sears was divested from Microcap. | William Sears | 2011 | GJP_00011804 (William Sears - 302) | e, j, l, m, v | 1, 3, 4 | Objection SUSTAINED. |
| 147 | After reviewing a FedEx receipt showing a record of him sending a packet to the transfer agent in Nevada on 7/25/2012 and another FedEx record showing him receiving a mailing from the transfer agent on 8/01/2012. Sears said he mailed a packet of information to Pacific Stock Transfer Company by FedEx from Colorado to Las Vegas, NV for the conversion of 40,000 shares from Todd Abbot to Microcap.  Sears indicated the packet contained, among many other things, an attorney letter drafted by Jean-Pierre and signed by DiTomasso used by the transfer agent to convert the certificate.  Sears said he received the new certificate through FedEx at the Vine Street address in Denver, CO from the transfer agent in Nevada. | William Sears | 2012 | GJP_00011804 (William Sears - 302) | a, b, d, e, f, i, k, n, p, r, s, m | 1, 3, 4 | Ruling unnecessary.  Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)
## CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 148 | After reviewing a FedEx mailing record showing a packet addressed to him being mailed from the transfer agent on 1/18/2013 to Thornton, CO. Sears said he received the certificate for 140,000 shares in the name of Bayside Realty Holdings at his Jackson Drive address in Thornton, CO. Sears said he knows he received the certificate because he would have remembered if it had not arrived. Sears said this certificate would not have been issued had an attorney letter not been presented at some point to the transfer agent. According to Sears, Jean-Pierre would have drafted the letter and DiTomasso would have signed the letter. | William Sears | 2013 | GJP_00011804 (William Sears - 302) | a, b, d, e, f, i, k, n, p, r, s, m | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 149 | After reviewing a FedEx mailing record showing a packet addressed to him being mailed from the transfer agent on 8/15/2013 to Brighton, CO. Sears said he received a certificate for 500,000 shares in the name of Meadpoint Ventures Partners at his UPS store box in Brighton, CO. Sears said he knows he received the certificate because he would have remembered if he hadn't. Sears said this certificate would also not have been issued had an attorney letter not been presented at some point to the transfer agent. According to Sears, Jean-Pierre would have drafted the letter and DiTomasso would have signed the letter. | William Sears | 2013 | GJP_00011804 (William Sears - 302) | a, b, d, e, f, i, k, n, p, r, s, m | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 150 | William Sears stating he would like to exercise options to convert shares for Bayside note, addressed in a email | William Sears | 12/12/2012 | SWFBI_00012615.03 | a, b, d, e, f, i, k, n, p, r, s | 1, 5 | Objection overruled. |
| 151 | Sandy Sears addressing revised letter of opinion and affirming other docs have been sent in an email chain, which includes an email from William Sears stating that he belives this is everything you will need and then some. | Sandra Sears (Mother of William Sears)/William Sears | 12/24/2012 | PST_00002764 | a, b, d, e, f, i, k, n, p, r, s, v | 1, 2 (as to Sandra Sears), 1, 3 | Sandra Sears: Objection SUSTAINED. William Sears: Objection overruled. |
| 152 | William Sears emailing Dibella that the draw down was well over a year ago and asking what she is looking for? | William Sears | 12/26/2012 | PST_00007756 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 153 | William Sears emailing Dibella stating that the letter of opinion is very detailed and complete and that he just spoke to the attorney. Also, that he is paying with credit card and that he fowarded the transfer agents comments to the lawyer. | William Sears | 12/26/2012 | PST_00007770 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 154 | William Sears emailing Dibella the 144(d)(3)(ii) rule | William Sears | 12/27/2012 | PST_00007781 | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)
CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 155 | As per Mr. Dittman's request I am forwarding the documentation you requested | William Sears | 12/27/2012 | PST_00000672 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 156 | Just saw this one did not go | William Sears | 3/7/2013 | PST_00007896 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 157 | With regard to the letter of opinions this seems more as a matter of fact. These letter have a signficant cost to prepare and amend.  I have had council insert statements in both resolutions and issuer letters affirming this. | William Sears | 3/11/2013 | PST_00008019 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 158 | Byaside has sold the note(the one we just authenticated and did a conversion on).  There are Four new owners of said note.  I would like to forward you the sale documents.  The individual comanes are looking to cnvert in part.  So I am forwarding this documentation so we may front run this.  There are penalties for delayed delivery of the certificates so I want the wheel spinning so we can catch it in stride.  Once I send the sale documents we should just need conversionrequest and board of directors resolution for said request.  You have all the other DD on file.  So with that please stand by, Many thanks in advance. | William Sears | 2/5/2013 | PST_00001973 | a, b, d, e, f, i, k, n, p, r, s, t | 1 | Objection overruled. |
| 159 | Good afternoon.  As previously noted the Bayside note has been sold and attached is the documentation required to created and send the certificates.  Should you have any queries please feel free to contact myself on behalf of bayside or Mr. Dittman on behalf of Fusionpharm Inc. | William Sears | 3/6/2013 | PST_00001973 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 160 | Just making sure you'd received this email.  Please advise as there are penalties associated with delays in share issuances. | Scott Dittman | 3/6/2013 | PST_00001972 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 161 | Please find attached the socumentatino we spoke about last week.  Email with documents from William Sears under the subject Meadpoint venture partners FusionPharm | William Sears | 4/11/2013 | PST_00020701 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 162 | Here are all the original docs.  Please forward the document templates you require  Many Thanks. | William Sears | 8/2/2013 | PST_00000783 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 163 | Good afternoon. I am going to convert a bit more of the Meadpoint note. You have all the documentation file (see below).  Do it just email you and fill out a cc receipt? | William Sears | 8/2/2013 | PST_00000784 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 164 | Please find attached (legal opinion letter) | William Sears | 8/27/2013 | PST_00009407 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

**CHART OF RULINGS**

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 165 | Please find attached the documentation for all three transactions. Each transaction has its own letter of opinion. I had previously sent a CC authority so please end each of the certificates individually for priority overnight to the following: (address for Scholtz, Thaden, Thaden) In addition, please forward copy's of the certs and tracking numbers to me Via e-mail. As always it was pleaser working with you and have a happy holiday. Attachments | William Sears | 8/29/2013 | PST_00010489 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 166 | Here are the Thaden paper work. The meadpoint letter of instructions clearly states what is left on the note after conversion. | William Sears | 8/30/2013 | PST_00000844 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 167 | Are the shares levaing today? | William Sears | 9/18/2013 | PST_00008931 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 168 | Joanna, we wil take care of this in the am and will advise when done. | Scott Dittman | 9/18/2013 | PST_00008930 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 169 | Please find attached the payment document. May I have a receipt showing the balance zeroed. In addition I never got a receipt for the payment made last week. | William Sears | 9/19/2013 | PST_00008930 | a, b, d, e, f, i, k, n, p, r, s, t | 1, 3 | Objection overruled. |
| 170 | Cool run it and Ill have it flat with zero in October. 654 | William Sears | 9/19/2013 | PST_00008929 | a, b, d, e, f, i, k, n, p, r, s, t | 1 | Objection overruled. |
| 171 | Good morning. This morning you will be receiving the certificate and stock power for the attached SCA named document. The other attachment is just the forwarded thread from the last deposit. I am drawing down from the same note you already have on file. Hopefully I got it right the first time. Thank you as always. | William Sears | 8/19/2013 | SEC-DOJ-EPROD-000058360 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 172 | Good Morning. I am currently opening and planning to make a deposit with your firm. Please see the attached documentation for pre clearance. The cert will be on your door step Tuesday the latest. The account will be in the name of Meadpoint Ventrue Partners. I have another email to forward also. This is the exact communication between myself and the securities supervisor at the transfer agent. Attached documents. | William Sears | 4/12/2013 | SEC-DOJ-EPROD-000058360 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 173 | There was no contract or written agreemnt with Mr. Dahlman when we changed the entity from Baby Bee Bright to FusionPharm, just a conversation between Mr. Dahlman and William Sears.  I have no emails with Mr. Dahlman but am looking for anhting between Mr. Sears and myself that would be germane to the conversation. attached documents to two emails. | Scott Dittman | 11/14/2011 | SEC-DOJ-EPROD-000075084 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 174 | I will be away for the holidays but have asked my cororate secretoary, Mr. Guy JeanPierre to follow up with you in the interim about anything else you may require.  Guy is cc'd here. | Scott Dittman | 11/23/2011 | SEC-DOJ-EPROD-000569906 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 175 | Please find attached.  This is the doucmentation fro my associate Richard Scholz.  Hi is in need of a letter of opinion for deposit.  The shares were derived from the preferred searies A of Baby Bee Bright corporation. I have attached the board minutes that created the shares and such.  The shares were transferred to Microcap management as free trading and microcap did the same to Prestige for services.   Please note Mr. Scholtz's email.  Send him the bill for your services regarding the letter.  Attached PDF | William Sears | 4/19/2011 | RS_00000562 | a, b, d, e, f, i, k, n, p, r, s, t, v | 1, 3 | Objection overruled. |
| 176 | On Wednesday Richard Sholz and I will be looking for a an agreement wereas he is taking over control of the company (Microcap Management LLC a Nevada LLC) and all of its brokage as of May 9th 2011. | William Sears | 10/17/2011 | RS_00001324 | a, b, d, e, f, i, k, n, p, r, s, t , v | 1, 3 | Objection overruled. |
| 177 | It is a simple assignment.  The assignment is for the company and the accts only.  Any assets were to remain with me.  We have an agreement detailing this. | William Sears | 10/17/2011 | RS_00001323 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 178 | I don't have one.  This is what I need you to create | William Sears | 10/17-18/2011 | RS_00001322 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 179 | Rich, As discussed  (Attached agreement) | William Sears | 11/8/2011 | RS_00000175 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 180 | Please fins attached the documentation you requested.  Please print out, fill out and then scan to Tina for approval…..Call me (attached documents) | William Sears | 6/18/2012 | RS_00000411 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 181 | Mom, you dial 1(408)6034927 They will answer the phone trading: Identify yourself as Sandy Sears with Bayside acct (154204611 if they ask for it) and tell them you want ot place a sell order.  Then just twll them what Richie instructs you.  That's it!  Just like ordering pizza.  Rich Scholz (407) 722-0190 | William Sears | 2/7/2013 | RS_00001598 | a, b, d, e, f, i, k, n, p, r, s, v | 1 | Objection overruled. |
| 182 | Recently, I have partnered with my brother-in-law William Sears, and we have acquired and moved our operations into a publicly traded company: Fusion Pharm, Inc….Below is our 'coming out' press release explaining our recent expansion into the Arizona marketplace.  Feel free to contact me if you have any interest or questions....enclosed press release....Contact: Mr. William Sears, Investor Relations of FusionPharm, Inc. | Scott Dittman | 4/21/2011 | Abbott_00000050 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 183 | Got confirmation that deliveries were done/attempted Monday and yesterday (2 other guys got theirs)  They are sent certified…u need to sign…did you get a 'pick up at the post office' card at home? | Scott Dittman | 5/25/2011 | GJP_00010921 | a, b, d, e, f, i, k, n, p, r, s | 1, 6 | Objection overruled. |
| 184 | Got your text too. Hold that cert 'till next week…I will come meet you to trade it out fro a non-restricted one in the same quantity…we can discuss thenif that is OK. | Scott Dittman | 5/26/2011 | GJP_00010921 | a, b, d, e, f, i, k, n, p, r, s | 1, 6 | Objection overruled. |
| 185 | Yes…and climbing.  Can I call u on my drive home..4ish? | Scott Dittman | 6/1/2011 | GJP_00010919 | a, b, d, e, f, i, k, n, p, r, s | 1, 6 | Objection overruled. |
| 186 | Part 2:  Purchasing part of the existing not payable from FusionPharm to Meadpoint Venture Partners.  Said note is convertible to class a common stock which would be free trading immediately upon conversion.  Purchase price wold be $50,000.00 and would be convertibable into 500,000 shares of free trading FusionPharm stock.  I have spoken with Bill Sears of Meadpoint and he is amendable to this transaction. | Scott Dittman | 8/3/2013 | SWFBI_00008486.02 | a, b, d, e, f, i, k, n, p, r, s, t | 1, 3 | Objection overruled. |
| 187 | I will start the paper work ball rolling.  Please note that FusionPharm Inc cannot issue free trading securities without a registration statement. Meadpoint Venture Partners had an aged convertible promissory note that will be used to facilitate the free shares.  My suugesiont is to use Meadpoin in it's ntirety as the transaction is cleaner.... | William Sears | 8/13/2013 | SWFBI_00008608 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

**CHART OF RULINGS**

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 188 | Ok I have got it down on the paperwork.  Now as far as free, with 1 million shares in your name solely, you would be subject to a tricle rule.  Basically considered an insider.  We have only 5.6 issued and outstanding and 1mm puts you over 10% realm.  So we need a second company or persons name.  In addition I will need the tax Id/ssn for the transfer agent.  Ill have all this wrapped up nex week! | William Sears | 8/14/2013 | SWFBI_00008651 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 189 | Check from William Sears to Jean Pierre | William Sears | 10/14/2011 | SEC-DOJ-EPROD-000069232 | a, b, d, e, f, i, k, n, p, r, s, t | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 190 | Check from William Sears to Jean Pierre | William Sears | 3/12/2012 | SEC-DOJ-EPROD-000069270 | a, b, d, e, f, i, k, n, p, r, s, t | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 191 | Check from William Sears to Jean Pierre Adams Letter of opinion | William Sears | 5/14/2012 | SEC-DOJ-EPROD-000069288 | a, b, d, e, f, i, k, n, p, r, s, t | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 192 | Check from William Sears to Jean Pierre | William Sears | 5/25/2012 | SEC-DOJ-EPROD-000069293 | a, b, d, e, f, i, k, n, p, r, s, t | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 193 | Check from William Sears to Jean Pierre | William Sears | 6/20/2012 | SEC-DOJ-EPROD-000069303 | a, b, d, e, f, i, k, n, p, r, s, t | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

**CHART OF RULINGS**

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 194 | Check from William Sears to Jean Pierre Abbott 144 | William Sears | 7/5/2012 | SEC-DOJ-EPROD-000069313 | a, b, d, e, f, i, k, n, p, r, s, t | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 195 | Check from William Sears to Jean Pierre | William Sears | 11/18/2012 | SEC-DOJ-EPROD-000069343 | a, b, d, e, f, i, k, n, p, r, s, t | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 196 | Check from William Sears to Jean Pierre | William Sears | 3/6/2013 | SEC-DOJ-EPROD-000069351 | a, b, d, e, f, i, k, n, p, r, s, t | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 197 | Check from William Sears to Jean Pierre | William Sears | 8/19/2013 | SEC-DOJ-EPROD-000069361 | a, b, d, e, f, i, k, n, p, r, s, t | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 198 | Scott, my brother and William my brother-in-law have started a vertical farming company producing mainly leafy greens (not hippie lettuce) named Vertifresh, and we all met last week to discuss further entrance into the food market here in Denver. | Robert Dittman | 9/17/2012 | SWFBI_00019028 | a, b, d, e, f, i, k, n, p, r, s | 1, 2 | Objection SUSTAINED. |
| 199 | Good morning, Was wondering how the Sept 30s were coming as I want to put them up before thansgiving.  Hope all is well. | William Sears | 11/21/2011 | SWFBI_00025778 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 200 | Mike please make the following adjustments to the 9/30 fiancials and return the updated set to all participants on this email: followed by the adjustments needed to be made | Scott Dittman | 11/23/2011 | MK_00000419 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 201 | Guys, I think we have some issues to address........ | William Sears | 11/28/2011 | MK_00000426 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 202 | Mike can I have the newst financials with the updated shareholders statemetns along with the notes to the 9-30s | William Sears | 12/22/2011 | SWFBI_00019994 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 203 | Regards (attached Financial statements) | William Sears | 12/22/2011 | SWFBI_00019994 | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 204 | Here are the financial sateaments at last….We have a large note payable to a friendly company who isn't charging us interest yet.   Do we need to acure interest anyway?  Email continues to discuss accounting details, to include attach documents. | Scott Dittman | 12/31/2011 | SWFBI_00021548 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 205 | I hope all is well.  As you can see we are coming downto the wire regarding the filing the 12/31s.  We hope to have them to you tomorrow.  I need to have them uploaded to OTC markets by Friday.  Sorry for the small window however you know how these things go.  Many thannkds in advance | William Sears | 3/25/2012 | MK_00000467 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 206 | Gentlemen, Please feel free to communicate with each other with regards to the parparation of the FusionPharm 12-31-12 financial statements Guy Jean Pierre 305 929 3652, Mike Kocinski 954 258 9150.  Regards | William Sears | 4/3/2012 | MK_00000484 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 207 | This is the final format.  I need you to send an e-mail (as you did last quarter to Guy Jean Pierre stating that you are a CPA and the finacncials are prepared in accordance with gap etc. etc.  Many Thanks in advance.  I am cc guy on this so you have his e-mail addresses. | William Sears | 6/7/2012 | MK_00000529 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 208 | I can attest to the fact that the statements were prepared in acordance with GAAP and that I assisted with the compilation of the statements. However, as stated for the year end statements, I am not a CPA but I am a degreed accountant with over 30 years of experience in compiling financial statements.  Let me know if this is acceptable approach and I'll send the email to Guy Jean Pierre as soon as possible. | Mike Kocinski | 6/7/2012 | MK_00000528 | a, b, d, e, f, i, k, n, p, r, s | 1, 2 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |
| 209 | Just need it as you did last quarter as this is now required every quarter | William Sears | 6/7/2012 | MK_00000528 | a, b, d, e, f, i, k, n, p, r, s, q | 1, 3 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)
CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 210 | Understoood, I'll send the email within the next few minutes | Mike Kocinski | 6/7/2012 | SWFBI_00016574 | a, b, d, e, f, i, k, n, p, r, s, n, q | 1, 2 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |
| 211 | I am the accountant that assisted with the preparation of the financial statements for FusionPharm for the period ending March 31, 2012.  These statements were prepared in accordance to GAAP.  I am an accountant that has been providing accounting services for over twenty five years.  Please let me know if you need any futher information. | Mike Kocinski | 6/7/2012 | SWFBI_00016824 | a, b, d, e, f, i, k, n, p, r, s, p, q | 1, 2 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |
| 212 | Regards | William Sears | 6/7/2012 | SWFBI_00016824 | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 213 | The financial statements for Fusion Pharm, Inc (FusionPharm) for the period endingn September 30, 2012 were prepared in accordance to GAAP.  I am an accountant that has been providing accounting services for over twenty five years.  Please let me know if you need any further information. | Mike Kocinski | 11/21/2012 | SWFBI_00012286 | a, b, d, e, f, i, k, n, p, r, s, q | 1, 2 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |
| 214 | The financial statements for Fusion Pharm, Inc (FusionPharm) for the period endingn December 31, 2012 were prepared in accordance to GAAP.  I am an accountant that has been providing accounting services for over twenty five years.  Please let me know if you need any further information | Mike Kocinski | 3/6/2013 | SWFBI_00013401 | a, b, d, e, f, i, k, n, p, r, s, q | 1, 2 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |
| 215 | Invoice from Tod A. Ditommaso to Guy Jean Pierre 12/27/11 Fusion Pharm Inc. OTC Markets Opinion Letter | Tod Ditommaso | 1/15/2012 | GJP_INV_00006140 | a, b, d, e, f, i, k, n, p, r, s, t | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 216 | Tod Abbott's transfer package regarding 40000 shares to Microcap Management (Includes entire package) | Todd Abbott | 9/8/2011 | GJP_00009930 through 9937 GJP_INV_00005419-5426 | a, b, d, e, f, i, k, n, p, r, s | 1, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 217 | Sandra Sears request to convert $1,400 of the certain indebtedness originally entered into May 2, 2011 in favor of Bayside Realty Holdings, LLC….has not been aan affiliate of the Company as the term is defined by Rule 144 of the Act | Sandra Sears (Mother of William Sears) | 12/6/2012 | GJP_00009973 | a, b, d, e, f, i, k, n, p, r, s, u, v | 1, 2 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |
| 218 | Letter from Scott Dittman ending the draw down request under the promissory note issued by Bayside Realty Holding | Scott Dittman | 12/5/2011 | GJP_00009957 | a, b, d, e, f, i, k, n, p, r, s, q | 1 | Objection overruled. |
| 219 | Attached is the FusionPharm-Abbott-Microcap opinion letter; see attached. (letter attached) | Tod Ditommaso | 7/25/2012 | PST_00013722 | a, b, d, e, f, i, k, n, p, r, s, q | 1 | Objection overruled. |
| 220 | Invoice from Tod A. Ditommaso to Guy Jean Pierre 12/13/12 FusionPharm Bayside Opinion Letter, 12/22/12 FusionPharm Bayside Opinion Letter-Redo | Tod Ditommaso | 1/15/2013 | GJP_00010653 | a, b, d, e, f, i, k, n, p, r, s, t | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 221 | Bill, In addition to the items previoulsy requested, please provide (or advise if need to be created), the following: 1.  Letter of Reignation and Director's Minutes accepting the resignation of Sandra L. Sears as Director of the cooporation; 2.  Director's Resolution appointing Scott Dittman as President and Treasureer and Guy Jean Pierre as Secretary of the corporation; 3. Date Pacific Stock Transfer was appointed as the corporation's transfer agent; 4. Address, email address, and contact phone number of eachof Bayside Realty and Meadpoint Venture Partners, 5. State of Organization for each of Bayside Realty and Meadpoint Venture Partners; 6.  Name of Authorized Signatory for each of Bayside Realty and Meapoint Venture Partners; 7.  Is or has any beneficial owner of Bayside Realty and Meadpoint Venture Partners ever been an employee, officer, director or married to an officer or director of the corporation (an affiliate). If so, date of resignation or termination.  Thanks. | Cliff Bodden | 6/15/2012 | SWFBI_00017215 | a, b, d, e, f, i, k, n, p, r, s, q, p | 1 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 222 | Guys, Circle the wagons and get the rest to our outstanding dove wrapped up. I want to get funded this week. | William Sears | 6/17/2012 | SWIRS_00013585 | a, b, d, e, f, i, k, n, p, r, s, t | 1 | Objection overruled. |
| 223 | Dove? | Cliff Bodden | 6/17/2012 | SWIRS_00013585 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 224 | Docs. Duh | William Sears | 6/17/2012 | SWIRS_00013585 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 225 | Guy, Bill asked me to forward these for your review. Best regards, Cliff Attach Offering documents | Cliff Bodden | 6/18/2012 | SWIRS_00010095 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 226 | Bill Make sure you correspond with Nick only through you non-Fusion affiliated email. | Cliff Bodden | 6/19/2012 | SWIRS_00013585 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 227 | Yes indeed…I only did this as response to you. I NEVER use this one. Only you do….MoMo | William Sears | 6/19/2012 | SWIRS_00013646 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 228 | Please find attached for your review the Quarterly Report for the reporting period ended June 30, 2012 and accompanying financial statemetns for the periods ended June 30, 2012 and June 30, 2011. I have also attached the shareholder list for Guy's review to confirm the number of shareholders. Please let me know of any revisions or corrections required. Once your review is completed I'll consolidate the pages for filing. Best Regards (attached are the reports etc) | Cliff Bodden | 8/8/2012 | SWFBI_00018453 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 229 | Dear Sir, The financial statements for Fusion Pharm, Inc. (FusionPharm) for the period ending June 30, 2012 were prepared in accordance to GAAP. I am an accountant that has been providing accounting services for over twenty five years. Please let me know if you need any further information. Regards | Mike Kocinski | 8/14/2012 | SWFBI_00018592 | a, b, d, e, f, i, k, n, p, r, s, q | 1, 2 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |
| 230 | Please find attached, my draft of the quarterly report for the period ended September 30, 2012. Cliff  attach Quarterly Report | Cliff Bodden | 11/14/2012 | SWFBI_00012240 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 231 | Looks good to me upon preliminary review cliff. Mike, any questions/concerns? | Scott Dittman | 11/15/2012 | SWFBI_00012251 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 232 | Bill, Please see the attached. The Notes work with the existing draw down requests. Cliff   Attach are the Notes | Cliff Bodden | 11/26/2012 | SWIRS_00037431 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 233 | Scott We are in need of a letter which confirms the end of drawdowns under the Bayside promissory note. I have drafted such for your review. If acceptable, please print on letterhead and sign. Thanks. Cliff  Attach is Letter of Authorization | Cliff Bodden | 12/27/2012 | SWFBI_00012685 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 234 | Good Afternoon, I do hope all of you are doing well.  Please find attached a convertible note between Byaide Realty Holding and Fusionpharm Inc.  Bayside has chosen to exercise its option to convert into shares.  Aside from a legal opinion and payment for the cert (Absorbed by Bayside) what else would be required to get this done in an expeditious fashion?  I would like to have a cert generated as quickly as possible.  Byside is a family member company and I am assisting them as I am familiar with all parties.  So I will be the point person for all.  Regards | William Sears | 12/12/2012 | SWIRS_00036852.06 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 235 | Joanna, Good Afternoon.  I do believe this is everything you will need and then some. Regards | William Sears | 12/13/2012 | SWIRS_00036852.04 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 236 | Joanna, Please find attached the revised letter of opinion.  I have already sent all the other doc you requested.  Any chance of getting this printed and out today?  Thank you. Sandy Sears | Sandra Sears (Mother of William Sears) | 12/24/2012 | SWIRS_00036852.03 | a, b, d, e, f, i, k, n, p, r, s | 1, 2 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |
| 237 | Joanna, The first five paragraphs lay it out.  I just spoke to the atty and he does not know what else he can possibly write.  He is a bit confused.  The note like stock is a financial instrument.  It is aged.  The second paragraph defines it and then it goes on.   This transaction is righteous on every aspect of the word.  The letter of opinion is very detailed and complete.  If there is specific wording you required please advise and I will forward it to the atty to see what he thinks.  Please advise as we are all a little confused at this time.  303 518 3895.  Bill Sears | William Sears | 12/26/2012 | SWIRS_00036852.02 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 238 | Guy I need this yesterday?  This T/A is an idiot!!! | William Sears | 12/26/2012 | SWIRS_00036852 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 239 | Bill, Please have this signed and that should complete the package.  Cliff attached Sears Letter of Resignation | Cliff Bodden | 12/27/2012 | SWIRS_00037683 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 240 | Joanna, As per Mr. Dittmans request I am forwarding the documentation you requested. Regards. William Sears | William Sears | 12/27/2012 | SWIRS_00036839.02 | a, b, d, e, f, i, k, n, p, r, s | 1, 6 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 241 | Bill, It seeems that Joanna is seeking additional information in light of the fact that the face value of the note is less than the sum of the drawdowns mae thereunder-presenting the possiblility that the note is still open and therefore the full purchase price or other considerations has not been paid. That and the issue of not having dealt witha promissory not funded in installments. As I remember, the Capitoline due diligence included a letter of authorization terminating the credit line facility on December 5, 2011. I think that should be referenced in the opinion letter as a means of proving payment in full under the terms of the note.  Also, under the Note, the lender was under no obligation to fund any draw down and therefore the face value on the note was meant to act as a credit limit not an actual commitment amount.  These factors when taken with no funds being advanced since the termination should be evidence enough that the credit line portion of the agreement eneded on December 5, 2011 and the promissory note remained in effect with the principal sume of $176,950. The effective date, date of last draw down and the date the company terminated the credit line facility created by the note all occurred prior to December 5, 2011.  Accordingly, I think that is the basis for our reliance on 144(d)(3) or specifically, 144(d)(3)(ii).  144(d)(3)(ii) is stated by Bodden. Cliff | Cliff Bodden | 12/27/2012 | SWIRS_00036842 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 242 | Guy, Please find attached the each drawdown request and proof of receipt of funding by the company under the note.  Attached documents to email | Cliff Bodden | 12/28/2012 | SWIRS_00037661 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 243 | Regards, Sears email to Dittman Bayside Starcity note attached | William Sears | 1/23/2013 | SWFBI_00015281 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 244 | Marked up copy attached, Attach FusionPharm Bayside | Cliff Bodden | 1/31/2013 | SWFBI_00012956 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 245 | Gents, Please review and comment.  Add your bios.  I'll add financial projections when I get in this morning.  Meeting my old Colfax landlord at 9…be at vine right after.  Attached to email is Business plan | Scott Dittman | 5/2/2011 | SWFBI_00026858 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

**CHART OF RULINGS**

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 246 | For your records.  Attached to email summary of minutes | Gino Rodrigues | 5/9/2011 | SWIRS_00001420 | a, b, d, e, f, i, k, n, p, r, s | 1, 2 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |
| 247 | Gentlemen, This was the agreement I was referring to.  This would be fro both my interests in FS and Scotts in meadpoint.  Guy pleaes review and make appropriate changes.  Regards.  Attach Nominee Declaration of Shares | William Sears | 10/11/2011 | SWFBI_00024993 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 248 | Scott, I guess I read it wrong.  The cert is for 182,050....it was late when I pulled it out on Friday evening.  Any way the deal will be structured wheras we can have some free anyway.  It's just something we need.  Regards | William Sears | 6/20/2011 | SWFBI_00027204 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 249 | Regards, Attached FusionPharm Disclosure Statement | William Sears | 7/12/2011 | SWFBI_00024090 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 250 | Dear Pacific Stock Transfer,  Please let this e-mail act as a letter of authorization for you to give the company's lawyer Mr. Guy Jean Pierre full and complete details of the company's share structure.   We are in the process of filing our information and disclosure statement and this is required for the filing.   Thank you for your cooperation regarding this matter.  Should you have any questions regarding this matter please feel free to contact me. | Scott Dittman | Jul-11 | SWFBI_00024143.03 | a, b, d, e, f, i, k, n, p, r, s | 1, 5 | Objection overruled. |
| 251 | Guy, please forward the information once received. Regards | William Sears | 7/14/2011 | SWFBI_00024143.02 | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 5 | Objection overruled. |
| 252 | Guy, what time for Scott tomorrow? Regards | William Sears | 7/15/2011 | SWFBI_00024143.02 | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 5 | Objection overruled. |
| 253 | Guy, there is a panerea bread at the corner of sepulveda and Manchester ave right by the airport.  How about that spot at 2:30?   Please give the attorney my mobile #303-419-6352 and shoot me his contact ifno too pls. | Scott Dittman | 7/18/2011 | SWFBI_00024142 | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 5 | Objection overruled. |
| 254 | Guy, I am thinking of soing some business with this group.  I would like your to review the attached docs to make sure we would not be breaking any laws. Regards  Attached to email Oxford 2011 deal docs. | William Sears | 7/28/2011 | SWFBI_00024194 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection SUSTAINED. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

**CHART OF RULINGS**

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 255 | Ben trying to hit you on skype. What is your skype name? Mine is Scott.Dittman2 | Scott Dittman | 11/7/2011 | SWFBI_00025420 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection SUSTAINED. |
| 256 | Connie, sorry, traveling this week and just returned last night. Yes indeed, we would still like for you to process our payroll. Do I need to sign/do anything for you? Pls advise. Please mail all checks to the following address: 1610 Wynkoop St #110, Denver CO 80202. | Scott Dittman | 9/29/2011 | SWIRS_00001871 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection SUSTAINED. |
| 257 | Yes and Yes! | Scott Dittman | 9/29/2011 | SWIRS_00001871 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 258 | Regards. Attached FusionPharm Disclosure Statement | William Sears | 12/5/2011 | SWFBI_00026201 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 259 | Scott, This week will be a gross total of $25,118. Minus RS (6,279.00)=$18,839…Minus 900 to Jimmy=17,939 Less 30%=$12,559 net to FP. Regards. | William Sears | 7/2/2012 | SWFBI_00016199 | a, b, d, e, f, i, k, n, p, r, s,t | 1 | Objection overruled. |
| 260 | Joslyn, Please instruct Mr. Roy as to the procedure to lift his 144 legend. Many thanks in advance. Regards. | William Sears | 1/31/2013 | SWFBI_00015287.05 | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 5 | Objection overruled. |
| 261 | David, William is on vacation for the week, so I'm trying to fill in. I'm not sure where your conversations with Bill left off but I've cc'd the company counsel in these matters, Mr. Guy JeanPierrr on this email. Guy, David Roy is a shareholder with 144 restricted stock from the latter part of 2011 (1 year restriction). He needs assistance with an opinion letter to deposit his cert. Please get whatever info you require from David to provide the opinion letter. Thanks to all. | Scott Dittman | 2/13/2013 | SWFBI_00015287 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 262 | Guy, I want to put in a clause regarding to the series A Preferred. I want you to insert a clause that clearly states that in case of Bankruptcy whereas the shares wouldland in the hands of a liquidator or liquidation for said insovency the share hold most give the company the opportunity to purchase the shares back at par. Or a clause that say they cannot be liquidated by a liquidator? Just something that protects the company. Preferably the first. | William Sears | 2/28/2013 | SWFBI_00015324 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 263 | Regards, Attached Amended and Restated Articles of Incorporation | William Sears | 2/28/2013 | SWFBI_00015324 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 264 | Regards, FWD David Roy's email to Guy | William Sears | 2/20/2012 | SWFBI_00013354.02 | a, b, d, e, f, i, k, n, p, r, s | 1,3 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 265 | Dave, The officers certificate was executed last week.  Perhaps he is awaiting payment to release said documentation.  I forwarded the invoice last week.  I have attached it again should you have not received it.  Give a call when you get a chance this afternoon.  Many thanks in advance.  Regards. | William Sears | 3/4/2013 | SWFBI_00013354 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 266 | My bad regards.  Attached FusionPharm OTC markets | William Sears | 3/8/2013 | SWFBI_00015355 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 267 | Guy, I need the pink sheet letter yesterday.  I will send the other in one hour | William Sears | 11/20/2012 | SWFBI_00014988.02 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 268 | Regards. Sears FWD guy's email.  Attach FusionPharm_Lawfirm_attorney letter | William Sears | 6/28/2011 | SWFBI_00014988 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 269 | Guy, it would seem I need another letter of opinion for the note.   Please reference Meadpoint converting it into the Name of Richared Scholz as in the doucments.  Regards.  Attache J Dibella doc | William Sears | 8/8/2013 | SWFBI_00008551 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 270 | Fed Wire Transfer Request Forms, Microcap Management | William Sears | 9/2011-12/2012 | SEC-DOJ-EPROD-000063311 through 63334 | a, b, d, e, f, i, k, n, p, r, s, t | 1, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 271 | Wire Authorization Form, Meadpoint Venture Partners | William Sears | 5/2013-12/2013 | SEC-DOJ-EPROD-000063239 through63276 | a, b, d, e, f, i, k, n, p, r, s, t | 1, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 272 | Wire Authorization Form, Bayside Realty Holdings | Sandra Sears (Mother of William Sears) | 2/1/2013-4/13 | SEC-DOJ-EPROD_000063205 throught 63218 | a, b, d, e, f, i, k, n, p, r, s, t | 1, 2, 4 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |
| 273 | Email from Scott Dittman to OTC Markets referring to Guy Jean Pierre as the corporate secretary for FusionPharm and stating "Yes, all of the information is correct…." | Scott Dittman | 12/2/2011 | SWFBI_00026157 (Exb 16) | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)
## CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 274 | Email from William Sears to Fred Dahlman referenincg shares to Microcap and Salt stating "Fred, As per our conversation please transfer the following amounts of preferred shares to complete  the transaction.  10,000 to yourself or nominee 50,000 to Microcap Management LLC the balance (1,440,000shs) of the stock should go to Salt Investments LLC.  In addition please forward copy's of the original certs or documentation that was used to create said shares." | William Sears | 11/8/2010 | FD_00000112 (Exb 33) | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 275 | Email from William Sears to Fred Dahoman referencing shares transfer to Microcap, Robert Dittman, and Salt stating "Fred, As per our conversation please transfer the following amounts of preferred shares to complete  the transaction.  10,000 to yourself or nominee 100,000 to Microcap Management LLC 25,000 to Robert L. Dittman  the balance (1,365,000shs) of the stock should go to Salt Investments LLC.  In addition, please forward copy's of the original certs or documentation that was used to create said shares." | William Sears | 11/19/2010 | FD_00000078 (Exb 35) | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 276 | Email from Kelly Blume to Scott Dittman stating "I paid the Verizon bill last night with Billy's company card." | Kelly Blume | 7/5/2012 | SWFBI_00017781 (Exb 41) | a, b, d, e, f, i, k, n, p, r, s, t | 1, 6 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |
| 277 | Email chain between Bohlender and Scott Dittman discussing Sears role in FusionPharm as well as other items | Scott Dittman/Shane Bohlender | 08/12-15/2011 | SWFBI_00027492 (Exb 43) | a, b, d, e, f, i, k, n, p, r, s | 1, 2, 3 | Objection SUSTAINED. |
| 278 | Email chain between Pacific Stock Transfer, Sears, and Jean-Pierre in which Sears states "Mr. Jean Pierre is handling the reverse with FINRA." | William Sears | 2/15/2011 | PST_00007071 (Exh 92) | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 279 | Letter from Richard Scholz to Leslie Eldridge at Pacific Stock Transfer stating that shares in FusionPharm need to be transferred back to MicroCap Management.  Scholz states "Once the certificate is created please email a copy to William@williamjSears.com." | Richard Scholz | 5/9/2011 | PST_00000432 (Exhb 99) | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 280 | Email from Sandra Sears (sandy@la-dee-da.me) to Leslie Eldridge at PSTC confirming that $220.00 was sent as fees for the transfer of shares from FusionPharm to Microcap Management. | Sandra Sears (Mother of William Sears) | 4/5/2011 | PST_00000493 (Exhb 103) | a, b, d, e, f, i, k, n, p, r, s, t | 1, 2 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

**CHART OF RULINGS**

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 281 | Email including Jean-Pierre, Scott Dittman, and PSTC in which Dittman states "Please let this email act as a letter of authorization for you to give the company's lawyer Mr. Guy Jean Pierre full and complete details of the company's share structure." | Scott Dittman | 7/12/2011 | PST_00002889 (Exhb 105) | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 282 | Email from William Sears to Leslie at PSTC concerning stock certificate for Robert Dittman in which Sears states "The below share holder has to yet receive his certificate.  I was asked to follow this up.  Was it sent fed ex?" | William Sears | 8/3/2011 | PST_00008768 (Exb107) | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 283 | Email chain between Sears and Scottsdale Capital in which Scottsdale asks Sears "are you or your company enganged in any type of stock promotion activity with respect to FusionPharm?"  Sears replies "NO!!! On both….." | William Sears | 8/10/2012 | SEC-DOJ-EPROD-000062587 (Exb 124) | a, b, d, e, f, i, k, n, p, r, s | 1, 2, 6 | Objection overruled. |
| 284 | Letter to Scottsdale Capital Advisors signed by Sandra Sears stating "At this time Bayside Realty Holding Inc is still holding a convertible note in the amount of $187,343" | Sandra Sears (Mother of William Sears) | 1/27/2013 | SEC-DOJ-EPROD-000061934 (Exb 127) | a, b, d, e, f, i, k, n, p, r, s, u | 1, 2, 6 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |
| 285 | Email from Sandra Sears (sandraSears1120@gmail.com) to Scottsdale Capital Advisors discussing outstanding balances of $187,343 which is resluted from the legal opinion balance of $176,950 plus interest.  Sandra Sears replies and states "You are correct on all your assumptions" in reference to the balances. | Sandra Sears (Mother of William Sears) | 1/28/2013 | SEC-DOJ-EPROD-000061935 (Exb 127) | a, b, d, e, f, i, k, n, p, r, s | 1, 6 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |
| 286 | As part of an email chain, Sears (wSears@vertifresh.onmicrosoft.com) emails Joanna DiBella at PSTC with a copy to Scott Dittman (sDittman@fusionpharm.onmicrosoft.com) stating "Just saw this one did not go!" | William Sears | 3/7/2013 | GJP_INV_00006170 (Exb 210) | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 287 | As part of an email chain, Joanna DiBella replies to an email sent by Willaim Sears and includes Scott Dittman (sDittman@fusionpharminc.onmicrosoft.com) stating "This is what we still need" regarding processing of a package. | Joanna DiBella | 3/7/2013 | GJP_INV_00006168 - GJP_INV_00006169 (Exb 210) | a, b, d, e, f, i, k, n, p, r, s | 1, 2 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 288 | As part of an email chain, Joanna DiBella replies to an email sent by William Sears with a copy to Scott Dittman (sDittman@fusionpharminc.onmicrosoft.com) stating "I am still in need of the following to proceed" in reference to processing of a package. | Joanna DiBella | 3/11/2013 | GJP_INV_00006167 - GJP_INV_00006168 (Exb 210) | a, b, d, e, f, i, k, n, p, r, s | 1, 2 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |
| 289 | As part of an email chain, William Sears (wSears@vertifresh.com) replies to an email sent by Joanna DiBella at PSTC with a copy to Scott Dittman (sDittman @fusionpharminc.onmicrosoft.com) discussing opinion letters and states "With regards to the letter of opinions this seems more as a matter of fact.  These letter have a significant cost to prepare and amend. I have had council insert statements in both resolutions and issuer letters affirming this." | William Sears | 3/11/2013 | GJP_INV_00006167 (exb 210) | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 290 | As part of an email chain, William Sears (wSears@vertifresh.com) forwards the email chain to Guy Jean Pierre (guymjeanpierre@yahoo.com, guy@lawfirmofjeanpierre.com, marcelo1@thedeallawyer.com) | William Sears | 3/12/2013 | GJP_INV_00006166 - GJP_INV_00006167 (Exb 210) | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | Objection overruled. |
| 291 | Letter signed by Scott Dittman at FusionPharm to Joanna DiBella at PSTC discussing conversion with five shareholders and stating spcifically the indebtedness was "orignally issued by the Compnay on May 2, 2011 in favor of Bayside Realty Holdings, LLC (the "Original Holder") and evidenced by the attached promissory note dated the same date;" | Scott Dittman | 3/8/2013 | GJP_INV_00005202 (Exb 210a) | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 292 | Letter signed by Scott Dittman at FusionPharm to Joanna DiBella at PSTC stating "Pursuant to the convertible promissory note dated December 8, 2011 held by Meadpoint Venture Parnters LLC (Tax ID #45-3667889), please accept this as authorization for you to convert and issue 475,000 shares of common stock to Meadpoint Venture Partners. The conversion price as outlined on page three of the agreement is $0.01 per share.  The shares should be considered as fully paid and non-assessable.  Meadpoint Venture Partners is not and has never been an affiliate of the company." | Scott Dittman | 3/29/2013 | GJP_00010012 (Exb 211a) | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 293 | Email from William Sears to Joanna DiBella (Joanna@pacificstocktransfer.com) stating "The letters state the consideration paid to Medpoint in the first paragraph?" | William Sears | 8/30/2013 | SWFBI_00008905 (Exb 214) | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 294 | Email forward from William Sears (william@williamjSears.com) to Scott Dittman (sDittman@fusionpharminc.com) containing the Subject of "FW:Letters of opinion" and an attachment labeled "Attach: Signiture Page - FusionPharm - Scholz - Thayden - Thayden - 08-26-13.pdf" | William Sears | 8/30/2013 | SWFBI_00008905 (Exb 214) | a, b, d, e, f, i, k, n, p, r, s | 1, 4 | Objection overruled. |
| 295 | Letter signed by Scott Dittman to Joanna DiBella at Pacific Stock Transfer stating "Pursuant to the convertible promissory note dated December 8, 2011 held by Meadpoint Venture Partners LLC (Tax ID # 45-3667889), please accept this as authorization for you to convert and issue 500,000 shares of common stock to Myron Thayden...from the note held by Meadpoint Venture Partners.  The conversion price as outlined on page three of the agreement is $0.01 per share.  The shares should be considered as fully paid and non-assessable.  Meadpoint Venture Parners is not and has never been an affiliate of the company." | Scott Dittman | 8/22/2013 | GJP_00010080 (Exb 215b) | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 296 | Letter signed by Scott Dittman to Joanna DiBella at Pacific Stock Transfer stating "Pursuant to the convertible promissory note dated December 8, 2011 held by Meadpoint Venture Partners LLC (Tax ID # 45-3667889), please accept this as authorization for you to convert and issue 500,000 shares of common stock to Sharryn Thaden...from the note held by Meadpoint Venture Partners.  The conversion price as outlined on page three of the agreement is $0.01 per share.  The shares should be considered as fully paid and non-assessable.  Meadpoint Venture Parners is not and has never been an affiliate of the company." | Scott Dittman | 8/23/2013 | GJP_00010097 (Exb 215c) | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 297 | Invoice #00009 from Tod DiTommaso to Guy Jean Pierre with line items showing opinion letters for Meadpoint, OTC Market, and Scholz-Thayden-Thayden each for $175.00 | Tod DiTommaso | 9/15/2013 | GJP_00010667 (Exb 216) | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 298 | Invoice #00001 from Tod DiTommaso to Guy Jean Pierre dated 01/15/2012 with line item showing an opinion letter for Fusion Pharm - OTC Markets for $175.00 | Tod DiTommaso | 1/15/2012 | GJP_00010651 (Exb 220) | a, b, d, e, f, i, k, n, p, r, s, t, u | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)
**CHART OF RULINGS**

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 299 | Invoice #00001 from Tod DiTommaso to Guy Jean Pierre dated 01/15/2013 with line items showing opinion letters for FusionPharm - Bayside for $175.00 and FusionPharm Bayside Re do for $25.00 | Tod DiTommaso | 1/15/2013 | GJP_00010653 (Exb 220) | a, b, d, e, f, i, k, n, p, r, s, t, u | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 300 | Invoice #00002 from Tod DiTommaso to Guy Jean Pierre dated 02/15/2013 with line items showing an opinion letter for FusionPharm - Bayside Re do for $25.00 | Tod DiTommaso | 2/15/2013 | GJP_00010655 (Exb 220) | a, b, d, e, f, i, k, n, p, r, s, t, u | 1 | Objection overruled. |
| 301 | Invoice #00004 from Tod Ditommaso to Guy Jean Pierre dated 04/09/2013 with line items showing opinion leters for FusionPharm- Roy for $175.00, FusionPharm OTC MARKETS for $175.00, FusionPharm-OTC MARKETS re do for $25.00, FusionPharm - Five opinion letters for Black Arch, A. Mauriello, Start City, Vera Group, SGI Group for $600.00 (disount), FusionPharm - Roy re do for $25.00, FusionPharm Five Opinion Letters Black Arch, A. Mauriello, Star City, Vera Group, SGI Group for $100.00 (discount), and FusionPharm - Meadpoint for $175.00 | Tod DiTommaso | 4/9/2013 | GJP_00010657 - GJP_00010658 (Exb 220) | a, b, d, e, f, i, k, n, p, r, s, t, u | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 302 | Invoice # 00004 from Tod DiTommaso to Guy Jean Pierre dated 04/15/2012 with line items showing opinion letters for Fusion Pharm - Oxford Capital Fund for $175.00 | Tod DiTommaso | 4/15/2012 | GJP_00010660 (Exb 220) | a, b, d, e, f, i, k, n, p, r, s, t, u | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 303 | Invoice #00006 from Tod DiTommaso to Guy Jean Pierre dated 06/15/2012 with line items showing opinion letters for Fusion Pharm - Stephanie Padilla for $175.00, Fusion Pharm - OTC Markets for $175.00, Fusion Pharm - For Your Information for $175.00, Fusion Pharm - Roger Pawson for $175.00, Fusion Pharm - Adams for $175.00, and Letter to Broker for William Adams re: Fusion Pharm for $100.00 | Tod DiTommaso | 6/15/2012 | GJP_00010662 (Exb 220) | a, b, d, e, f, i, k, n, p, r, s, t, u | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)
CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 304 | Invoice #00007 from Tod DiTommaso to Guy Jean Pierre dated 07/15/2012 with line items showing opinion letters for Fusion Pharm - Thaden for $175.00, Fusion Pharm - Thaden Re do for $25.00, Fusion Pharm - Microcap for $175.00, Fusion Pharm - OTC Markets for $175.00, Fusion Pharm OTC Markets Re do for $25.00, Fusion Pharm - Thaden for $175.00 | Tod DiTommaso | 7/15/2012 | GJP_00010664 (Exb 220) | a, b, d, e, f, i, k, n, p, r, s, t, u | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 305 | Invoice #00008 from Tod DiTommaso to Guy Jean Pierre dated 08/15/2012 with line items showing opinion letters for Fusion Pharm - Microcap for $175.00, Fusion Pharm - Abbot for $175.00 | Tod DiTommaso | 8/15/2012 | GJP_00010665 (Exb 220) | a, b, d, e, f, i, k, n, p, r, s, t, u | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 306 | Invoice #00009 from Tod DiTommaso to Guy Jean Pierre dated 09/15/2012 with line items showing opinion letters for Fusion Pharm - OTC Markets for $175.00 | Tod DiTommaso | 9/15/2012 | GJP_00010666 (Exb 220) | a, b, d, e, f, i, k, n, p, r, s, t, u | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 307 | Invoice #00009 from Tod DiTommaso to Guy Jean Pierre dated 09/15/2013 with line items showing opinion letters for FusionPharm - Meadpoint for $175.00, Fusion Pharm - OTC Market for $175.00, Fusion Pharm - Sholz - Tahyden - Thayden for $175.00 | Tod DiTommaso | 9/15/2013 | GJP_00010667 (Exb 220) | a, b, d, e, f, i, k, n, p, r, s, t, u | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 308 | Invoice #00005 from Tod DiTommaso to Guy Jean Pierre dated 08/15/2011 with line items showing opinion letters for Fusion Pharm Inc. Pink Sheets for $175.00 | Tod DiTommaso | 8/15/2011 | GJP_00010669 (Exb 220) | a, b, d, e, f, i, k, n, p, r, s, t, u | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |
| 309 | Email from William Sears (william@williamjSears.com) to sDittman@fusionpharminc.com with the subject FW: Reservation Confirmation with a Frontier Airline itinerary for Guy Jean Pierre from Fort Lauderdale, FL to Denver, CO on October 10, 2011 returning October 12, 2011. | William Sears | 9/28/2011 | SWIRS_00001882 - SWIRS_00001882.05 (Exb 226) | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | Ruling unnecessary. Proffered statement is not a "statement" requiring Rule 801(d)(2)(E) evaluation. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)
## CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 310 | Email from Scott Dittman (sDittman@fusionpharminc.com) to A.R. Duke (arduke@fusionpharminc.com) and wSears@fusionpharminc.com with subject of "business plan update" and stating "Here is my attempt at the update yesterday…please review and make notes.  I haven't read it in its entirety yet.  Projections to follow in 5 minutes." | Scott Dittman | 10/12/2011 | SWFBI_00024898 (Exb 227) | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 311 | Email from Scott Dittman (sDittman@fusionpharminc.com) to A.R. Duke (arduke@fusionpharminc.com), falconer@fusionpharminc.com, and wSears@fusionpharminc.com with subject of "retreat" and proposing an "evisioning/strategizing" session to "lay it all on paper and break out who is responsible for what." | Scott Dittman | 10/20/2011 | SWFBI_00025059 (Exb 228) | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 312 | Email from William Sears (william@williamjSears.com) to andrew robert (arduke2000@yahoo.com) and arduke@fusionpharminc.com with the subject of "Status" stating "Let us part ways with reagred to our business regarding Fusionpharm and continue our friendship." | William Sears | 3/23/2012 | SWFBI_00022596 (Exb 229) | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection SUSTAINED. |
| 313 | As part of an email chain, A.R Duke (arduke@fusionpharminc.com) sent an email to Scott Dittman wth the subject "Fwd: Debt" inquiring if $269,000 in debt listed on the OTCMarkets is a "residual balance" | Andy Duke | 4/17/2012 | SWFBI_00021937 (Exb 230) | a, b, d, e, f, i, k, n, p, r, s, u | 1, 2 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |
| 314 | As part of an email chain, Scott Dittman (sDittman@fusionpharminc.com) sent an email to A.R. Duke (arduke@fusionpharminc.com) with the subject "RE: Debt" and stating that "The Vast Majority is a loan received in installments throughout 2011.  Friends and family loan." | Scott Dittman | 4/17/2012 | SWFBI_00021937 (Exb 230) | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 315 | Email from William Sears (william@williamjSears.com) to sDittman@fusionpharminc.com and cbodden@gsccventure.com with the subject "Fusion Pharm" and stating "Please start communicating with regard to putting a business plane/power point/offering documents together.  Cliffe as usual we need this last week! We want it in the format you used for Green street.  We will require them in both pdf and word docs for future revisions. Fee for the whole enchilada is 2-k with 500 as retaininer and balance with acceptance of finished product." | William Sears | 3/10/2011 | SWIRS_00008941 (Exb 235) | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 316 | Email from William Sears (william@williamjSears.com) to cbodden@gsccventure.com with subject "AFFIDAVIT OF CLIFF BODDEN_03 14 11" stating "Cliffe, I need this back to Guy ASAP" | William Sears | 3/14/2011 | SWIRS_00011887 (Exb 236) | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)
CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 317 | Email from William Sears (william@williamjSears.com) to Cliffe R Bodden (cbodden@gsccventure.com) with subject "Fwd: BBYB Documents" forwarding an emai lfrom Guy Jean Pierre  with BBYB documents | William Sears | 3/28/2011 | SWIRS_00012006 (Exb 238) | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 318 | Email from Cliff Bodden (cbodden@gsccventure.onmicrosoft.com) to Scott Dittman (sDittman@fusionpharminc.com) and William Sears (wSears@fusionpharminc.com) with the subject "Annual Report" and stating: "Attached is the Annual Report"..."I have made the necessary changes in the report to reflect changes made on the financial statements."..."1. Mechanics of Conversion: Bill said this was good."..."4. Employees: You, Kelly, Frank, and Duke (they don't have to necessarily be salaried or waged employees), with Guy being part time (he's listed in the management section as salaried in your last Information Statement)." | Cliff Bodden | 3/31/2012 | SWFBI_00022930 (Exb 240) | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 319 | Email from Cliff Bodden (cbodden@gsccventure.onmicrosoft.com) to Nick Malino (nmalino@capitolineadvisors.com) with a CC to Scott Dittman (sDittman@fusionpharminc.com) and William Sears (wSears@fusionpharminc.com) with the subject "Pro Forma Financial Projections" stating "Please find attached, the financial projections." and including contact information for Scott Dittman, William Sears, and Nick Malino. | Cliff Bodden | 4/4/2012 | SWFBI_00023014 (Exb 242) | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 320 | Email from Cliff Bodden (cbodden@gsccventure.onmicrosoft.com) to Scott Dittman (sDittman@fusionpharminc.com) and CC to William Sears (wSears@fusionpharminc.com) with the subject "Financial Statement" and stating "Scott  Attached is my workbook for the periods ended March 31, 2012 and 2011.  All shares issuances (new and conversions) have been reconciled against the bank statements and the transfer agents list." | Cliff Bodden | 5/25/2012 | SWFBI_00022748 (Exb 243) | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 321 | As part of an email chain…Email from Cliff Bodden to Guy Jean Pierre and William Sears with subject "Meeting" and stating "Guy, Bill and I will be down to Boca Firday morning, let's get together then." | Cliff Bodden | 5/30/2012 | SWIRS_00017394 (Exb 244) | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 322 | As part of an email chain…Email from Cliff Bodden (cbodden@gsccventure.onmicrosoft.com) to Guy Jean Pierre (guy@lawfirmofjeanpierre.com) with subject "Re:Meeting" and stating "Guy Bill is in route to Orlando right now and when he lands I'll get a time for you." | Cliff Bodden | 5/30/2012 | SWIRS_00017394 (Exb 244) | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

**CHART OF RULINGS**

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 323 | As part of an email chain…Email from Cliff Bodden (cbodden@gsccventure.onmicrosoft.com) to William Sears (wSears@fusionpharminc.com) with subject "Draft Note Agreement" and stating "Bill Please review  the attached and I'll draft the drawdown requests to match the dates and amounts of the deposits." | Cliff Bodden | 6/4/2012 | SWFBI_00023006 (Exb 245) | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 324 | As part of an email chain...Email from William Sears (wSears@fusionpharminc.com) to Scott Dittman (sDittman@fusionpharminc.com) with a subject of "Fwd: Draft Note Agreement"  containing a fowarded email from Cliff Bodden | William Sears | 6/4/2012 | SWFBI_00023006 (Exb 245) | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | Objection overruled. |
| 325 | Email from Cliff Bodden (cbodden@gsccventure.onmicrosoft.com) to William Sears (wSears@fusionpharminc.com) with subject "Bayside Loan Documents" and stating "Bill  Let's get these signed up.  Meadpoint's to follow in separate email." | Cliff Bodden | 6/6/2012 | SWIRS_00017304 (Exb 246) | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 326 | Email from Cliff Bodden (cbodden@gsccventure.onmicrosoft.com) to William Sears (wSears@fusionpharminc.com) with subject "MeadPoint Loan Documents" stating "See Attached" | Cliff Bodden | 6/6/2012 | SWIRS_00017313 (Exb247) | a, b, d, e, f, i, k, n, p, r, s | 1, 6 | Objection overruled. |
| 327 | Email from William Sears (william@williamjSears.com) to Cliff Bodden (cbodden@gsccventure.onmicrosoft.com) with subject "Fwd:FusionPharm - OTC Markets Opn Ltr" with a forwarded email from Guy Jean Pierre to William Sears. | William Sears | 6/12/2012 | SWIRS_00005114 (Exb 249) | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | Objection overruled. |
| 328 | Email from Cliff Bodden (cbodden@gsccventure.onmicrosoft.com) to William Sears (wSears@fusionpharminc.com) and CC to Scott Dittman (sDittman@fusionpharminc.com) and guy@lawfirmofjeanpierre.com with subject "Capitoline Due Diligence" and asking for information for various issues be sent to him and specifically stating among other things: "Most of the due diligence questions I can answer from the filings or information I already have."…"I need guy to complete the revisions to the Certificate of Designation for the Series A Convertible Preferred Stock and provide me with a copy." | Cliff Bodden | 6/13/2012 | SWFBI_00017067 (Exb 250) | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 329 | Skype message from Sears to GJP: YES!!! Just got the termination agreement from a shareholder to whom had options at a crazy low price. This would have killed any would be deal. i now have power of atty on the shell and am moving forward on it | William Sears | 9/1/2010 | GJP_00010883 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 330 | Skype message from Sears to GJP: Not next week the following for sure. | William Sears | 9/1/2010 | GJP_00010883 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 331 | Skype message from Sears to GJP: We just flew back in last night at 2:30 am, so Im slow today to sat the least | William Sears | 5/18/2011 | GJP_00010883 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 332 | Skype message from Sears to GJP: Looking at a JV with a choclate company | William Sears | 5/18/2011 | GJP_00010883 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 333 | Skype message from Sears to GJP: I will have money for you aslo | William Sears | 5/18/2011 | GJP_00010883 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 334 | Skype message from Sears to GJP: Thanks for all the help and such with no money on account to start | William Sears | 5/18/2011 | GJP_00010883 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 335 | Skype message from Sears to GJP: "This time it will" | William Sears | 5/18/2011 | GJP_00010883 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 336 | Skype message from Sears to GJP: "Also I need your banking details again as I want to deposit money." | William Sears | 6/2/2011 | GJP_00010883 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 337 | Skype message from Sears to GJP: "Scott and I are going over the 211-a right now.  We will have it completed today and look forward to filing it asap. please set up the meeting in LA for anytime next week (Beginning) Preferred so we can have this uploaded by Friday of next week" | William Sears | 7/12/2011 | GJP_00010883 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 338 | Skype message from Sears to GJP: "This is a new division of FINRA only enacted post Madoff." | William Sears | 10/5/2011 | GJP_00010883 | a, b, d, e, f, i, k, n, p, r, s, v | 1, 3 | Objection overruled. |
| 339 | Skype message from Sears to GJP: "In addition please call Scott on Skype as to the Finra guy" | William Sears | 11/7/2011 | GJP_00010883 | a, b, d, e, f, i, k, n, p, r, s, v | 1, 3 | Objection overruled. |
| 340 | Skype message from Sears to GJP: "just sent the redone 15c 211a  notes to financials coming now" | William Sears | 12/19/2011 | GJP_00010883 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 341 | Skype message from Sears to GJP: "Ok the Sept 30s are up with the notes to pinksheets........." | William Sears | 12/22/2011 | GJP_00010883 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 342 | Skype message from Sears to GJP: " just uploaded it......should be live in fifteen minutes. ok upl:oaded" | William Sears | 12/27/2011 | GJP_00010883 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 343 | Skype message from Sears to GJP: "yes it is uploaded" | William Sears | 12/29/2011 | GJP_00010883 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

**CHART OF RULINGS**

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 344 | Skype message from Sears to GJP: "ok new letter uploaded...........did not sleep last night.....I'm sooooo tired. I need a vacation as I have been running hard for a long time now." | William Sears | 12/30/2011 | GJP_00010883 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 345 | Skype message from Sears to GJP: "Good Morning..............Just got in as I had a early morning meeting. Ill call this afternoon. Inaddition the bank would not release the funds befor today so I will have Kelly make a deposit into Chase for you today." | William Sears | 1/3/2012 | GJP_00010883 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 346 | Skype message from Sears to GJP: "We made a deposit after 5:00 yesterday it should show this morning" | William Sears | 1/4/2012 | GJP_00010883 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 347 | Skype message from Sears to GJP: "I had lunch with him yesterday.  I have it….I'll get it to you in a few." | William Sears | 1/4/2012 | GJP_00010883 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 348 | Skype message from Sears to GJP: "I do hope to make the deposit tomorrow or monday." | William Sears | 1/19/2012 | GJP_00010883 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 349 | Skype message from Sears to GJP: "Funds have been soooo tight with the holiday slowdown, and a lagre investor check bouncing which sent our accounts into a tail spin" "we recovered however it zeroed us out" | William Sears | 1/19/2012 | GJP_00010883 | a, b, d, e, f, i, k, n, p, r, s, u | 1, 3 | Objection overruled. |
| 350 | Skype message from Sears to GJP: "how is my document?" | William Sears | 1/4/2013 | GJP_00010883 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 351 | Skype message from Sears to GJP: "Awesome!" | William Sears | 1/4/2013 | GJP_00010883 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 352 | Skype message from Sears to GJP: "Guy  I am a bit freaked out. How are we making it. This is a major presentation on Monday morning. I need to have the offering docs in hand." | William Sears | 4/25/2013 | GJP_00010883 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 353 | Skype message from Sears to GJP: "Good Morning. I am back in Colorado now. Things went well. Not the situation I thought it would be. However this is a good starting point for our new investment oppertunity." | William Sears | 5/2/2013 | GJP_00010883 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 354 | Skype Message from Dittman to Sears: "puke" | Scott Dittman | 10/6/2011 | GJP_00010884 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 355 | Skype Message from Dittman to Sears: "fyi, got a call from Todd today.  Nothing big, tell you after duke leaves" | Scott Dittman | 11/4/2011 | GJP_00010884 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)
CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 356 | Skype Message from Sears to Dittman: "ok…..just poo'd a bit" "seem cool" | William Sears | 11/4/2011 | GJP_00010884 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 357 | Skype Message from Dittman to Sears: "Yeah, no big deal" | Scott Dittman | 11/4/2011 | GJP_00010884 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 358 | Skype Message from Sears to Dittman: "cool tell me later" | William Sears | 11/4/2011 | GJP_00010884 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 359 | Skype Message from Sears to Dittman: "hey I have to pay Guy today.  FSPM check or mcm? 2500" | William Sears | 11/21/2011 | GJP_00010884 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 360 | Skype Message from Dittman to Sears: "fspm is fine" | Scott Dittman | 11/21/2011 | GJP_00010884 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 361 | Skype Message from Sears to Dittman: "ok" | William Sears | 11/21/2011 | GJP_00010884 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 362 | Skype Message from Sears to Dittman: "Good morning.I would like to take what Richie did las week and pay Guy and Pink Sheets.  That's about all it will cover anyway (if that)." | William Sears | 2/6/2012 | GJP_00010884 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 363 | Skype Message from Sears to Dittman: "need a check for 500 to put into Gys acct Should I do MCM this is for Buck I am going to chat with Buck before giving the letter.i want this liquidated responsibily." | William Sears | 5/14/2012 | GJP_00010884 | a, b, d, e, f, i, k, n, p, r, s, u, t | 1, 3 | Objection overruled. |
| 364 | Skype Message from Dittman to Sears: "yes (mcm)  Kay asked the "what's in billy's background, why isn't he on anything publicly" question.  U need to address with her after this meeting." | Scott Dittman | 5/14/2012 | GJP_00010884 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 365 | Skype Message from Sears to Dittman:  "Need to put her on the back burner. We are only limited information on Pink sheets now. Seems the quarterly deadline is only 45 days now. I need it up (Current Filer Status ) for the IR push. So Cliffe needs to get the financials dione first. In addition lets talk later about finances. Got to get the 3-k to guy for the last two statements." "going to the gym now........call me when free........" | William Sears | 5/23/2012 | GJP_00010884 | a, b, d, e, f, i, k, n, p, r, s, u, t | 1 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)
CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 366 | Email from Dittman to Richard@bhangchocolate.com: "Richard, I'm confirmed on the evening flight with my partner William Sears. Will be out there around 9pm. Can you still do tomorrow morning?9ish? Where is your facility? Would love to see production if at all possible." | Scott Dittman | 5/16/2011 | SWFBI_00027843 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 367 | Email from Sears to Jean-Pierre cc Dittman: "Guy, I was wondering if you would do some trademark registration work for us. We need to register in Colorado , Arizona ,California and Michigan. If so I will send over the details. In addition would you be willing to do lunch on Sunday?" | William Sears | 5/31/2011 | SWFBI_00027069 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 368 | Email from Sears to Jean-Pierre: "Guy, Please review and advise."  Attaches "FSPM Disclosure Statement_06 30 11" | William Sears | 7/12/2011 | SWIRS_00001321 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 369 | Email from Sears to Jean-Pierre cc Dittman: "Guy,  Scott lands in LAX at one thirty. So if the Lawyer could meet him somewhere close to the airport it would be ideal. His departing flight is 6:55. Given the meeting should be no longer than one hour and a half a two fifteen meeting would be great. Ill look into restaurants close by for the meet. Have a great weekend!" | William Sears | 7/17/2011 | SWFBI_00024138 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 370 | Email from Sears to Jean-Pierre cc Dittman: "Guy, We have decided to move ahead with our plan of doing a 506. I would like to file the form D to close the 504. I will send the sub docs for the two subscribers of the 504 so you can do this. I believe we send that for the first sub and the last we accepted. I will prepare most of the 506 document as I have a template I like. I would like you to review and advise once completed." | William Sears | 7/17/2011 | SWIRS_00001731 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

**CHART OF RULINGS**

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 371 | Email from Sears to Jean-Pierre cc Dittman:<br>"Guy,  Good Morning. I would like to speak later on this afternoon. I want to go over the Form D filing and if it was done. In addition I want to clarify the 15C-211a with pink sheets. Also regarding Robert Taylor, I want to document all the correspondences you have sent to him so if we do not hear from him I want to be able to clean his debt off the books.<br>Last but not least we will be making a deposit into your account on Wednesday." | William Sears | 8/8/2011 | SWFBI_00027437 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 372 | Email from Dittman to Sears:<br>"Fyi. Need to get Guy involved at this point?" | Scott Dittman | 10/7/2011 | SWFBI_00024842 | a, b, d, e, f, i, k, n, p, r, s, v | 1, 3 | Objection overruled. |
| 373 | Email from Dittman to Sears forwarding his 10/24/2011 email to Todd Kramer at FINRA | Scott Dittman | 11/3/2011 | SWFBI_00025315 | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | Objection overruled. |
| 374 | Email from Sears to Jean-Pierre cc Dittman:<br>"Guy,  Give this a quick eye as we are going to start sending these out as soon as we get the 504." | William Sears | 11/14/2011 | SWFBI_00025608 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 375 | Email from Sears to Jean-Pierre:<br>"Guy Please find attached the 504 with some changes. I need you to go over the risk disclosures as I feel it is totally geared toward cannabis and gives the impression that if cannabis is doomed so are we." | William Sears | 11/16/2011 | SWFBI_00025671 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 376 | Email from Dittman to Kocinski, Sears cc Jean-Pierre:<br>"Mike,Please make the following adjustments to the 9/30 financials and return the updated set to all participants on this email:Collapse the 2 revenue line items into 1...just call it salesDebit revenue 60k and set up a 'contract deposits' liability account. $60k of that revenue wasn't earned yet, just deposits on pods to be builtCredit inventory $56,193.64 and debit cost of good sold for the same Flow through all adjustments.. Thanks Mike." | Scott Dittman | 11/23/2011 | MK_00000419 | a, b, d, e, f, i, k, n, p, r, s, u, t | 1 | Objection overruled. |
| 377 | Email from Sears to Dittman and Jean-Pierre cc Kocinski:<br>"Guys,I think we have some issues to address ................ " | William Sears | 11/28/2011 | MK_00000426 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 378 | Email from Dittman to Sears and Jean-Pierre:<br>"Gentlemen, Made a couple of very small changes, not worth noting. I think we?re good. Billy?" | Scott Dittman | 12/27/2011 | SWFBI_00020031 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 379 | Email from Dittman to Sears, Jean-Pierre and DiTommaso: "Gents, I've talked with Garret at OTC markets and what he wants, in paragraph 2 of your item 2, inquiry and investigation, is to note that you've reviewed the December 29th information and disclosure statement. The current letter only references the December 27th information and disclosure statement. The opinion letter needs to reference the December 29th one also, showing that you reviewed the newest version after we made the changes requested by OTC markets to the last one." | Scott Dittman | 12/29/2011 | SWFBI_00020077 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 380 | Email from Dittman to Sears and Jean-Pierre: "Gents, Looks like one more? Or did you get this already. See below." | Scott Dittman | 12/29/2011 | SWFBI_00020078 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 381 | Email from Sears to Dittman cc Jean-Pierre attaching Fusion Pharm Inc SH Rpt 12-31-2011.pdf | William Sears | 1/3/2012 | SWFBI_00021592 | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | Objection overruled. |
| 382 | Letter from Kelly Blume: "My name is Kelly Blume; I am the Office Manager for Fusion Pharm, Inc. I am writing this letter to verify the employment of William Sears. Mr. Sears has been with our company as a 1099 employee with a gross pay of $5,000 per month since January of 2011. As of March 1,2012 Fusion Pharm, Inc. is moving to a payroll system and Mr. Sears will become a W-2 employee for our company at the same gross pay amount.  If you require further information on Mr. Sears I can be contacted via phone at 303-681-6875 or via e-mail at kblume@fusionpharminc.com." | Kelly Blume | 1/30/2012 | SWIRS_00002853 | a, b, d, e, f, i, k, n, p, r, s, u | 1, 2 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |
| 383 | Email from Bodden to Malino cc Sears: "Nick I have attached a presentation relating to FusionPharm, a company which I have been involved with since its reorganization last year. The company is seeking $200,000 - $400,000 in financing to complete the construction of its Denver facility and I thought that a facility similar to that which you proposed for Affordable Bio Feedstock would be worth discussing.  Please take a look at the information and I'd like to schedule a call with the company next week." | Cliff Bodden | 3/24/2012 | SWIRS_00010844 | a, b, d, e, f, i, k, n, p, r, s, u | 1, 3 | Objection SUSTAINED. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

**CHART OF RULINGS**

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 384 | Email from Sears to Kocinski and Dittman: "Mike,I hope all is well. As you can see we are coming down to the wireregarding the filing the 12/3ls. We hope to have them to you tomorrow. I need to have them uploaded to OTC markets by Friday. Sorry for the small window however you know how these things go.Many Thanks in advance." | William Sears | 12/31/2012 | MK_00000467 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 385 | Email from Sears to Jean-Pierre cc Bodden attaching Pacific Transfer's Shareholder List through 3/31/2012 | William Sears | 5/23/2012 | SWFBI_00015733 | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | Objection overruled. |
| 386 | Email from Sears to Jean-Pierre and Dittman attaching Pacific Transfer's Shareholder List through 12/31/2011 | William Sears | 5/23/2012 | SWFBI_00023671 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 387 | Email from Kocinski to Jean-Pierre cc Sears and Dittman: "Dear Sir, I am the accountant that assisted with the preparation of the financial statements for FSPM for the period ending March 31, 2012. These statements were prepared in accordance to GAAP. I am an accountant that has been providing accounting services for over twenty five years. Please let me know if you need any further information." | Mike Kocinski | 6/7/2012 | SWFBI_00016576 | a, b, d, e, f, i, k, n, p, r, s | 1, 2 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |
| 388 | Email from Dittman to Bodden cc Sears and Jean-Pierre: "Will get on this first thing in the am" | Scott Dittman | 6/13/2012 | SWFBI_00015880 | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 5 | Objection overruled. |
| 389 | Email from Bodden to Dittman and Sears: "I will need the attached documents signed and in the case of the Amended and Restated Articles and Bylaws - filed at the State of Nevada SoS's office." | Cliff Bodden | 6/18/2012 | SWFBI_00017246 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 390 | Email from Sears to Jean-Pierre attaching FSPM Disclosure Statement_06 30 11: "Guy, Please review and advise." | William Sears | 7/12/2011 | SWIRS_00001321 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 391 | Email from Sears to Dittman:<br>"Scott,<br>Please send to Amanda martin at Pacific Stock Transfer.<br>Amanda,<br>Good Afternoon. I would like to be informed when certificate numbered 11156 in the name of Morningstar Holdings LTD is presented for transfer. At that time I will let you know if we should put a hold transfer. I am trying to find documentation regarding this transfer. Please feel free to contact me should you have any questions regarding this." | William Sears | 7/24/2012 | SWFBI_00016424 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 392 | Email from Bodden to Sears:<br>"I need to know how to book these deposits:"  Bodden included a list of deposits. | Cliff Bodden | 8/4/2012 | SWIRS_00009406 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 393 | Email from Sears to Jean-Pierre and Bodden attaching Pacific Transfer's Shareholder List through 6/30/2012 | William Sears | 8/7/2012 | SWIRS_00033186 | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | Objection overruled. |
| 394 | Email from Dittman to Bodden cc Jean-Pierre and Sears:<br>"Please find attached for your review the Quarterly Report for the reporting period ended June 30, 2012 and accompanying financial statements for the periods ended June 30, 2012 and June 30, 2011. I have also attached the shareholder list for Guy's review to confirm the number of shareholders.<br>Please let me know of any revisions or corrections required. Once your review is completed I'll consolidate the pages for filing." | Cliff Bodden | 8/8/2012 | SWIRS_00004403 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 395 | Email from Sears to Jean-Pierre cc Dittman attaching forms from Scottsdale Capital:<br>"Just the issuer certification. Cut and paste it on letterhead and sign." | William Sears | 8/9/2010 | SWFBI_00017017 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 396 | Email from Sears to Jean-Pierre cc Dittman:<br>"Guy,<br>Please fins attached letter to the transfer agent dated last year. The issuances were to be for 2 year 144 as this was an employee issuance. Can you make sure the transfer agent is aware of this and it is on the books as such. Many thanks in advance." | William Sears | 9/12/2012 | SWFBI_00018984 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

**CHART OF RULINGS**

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 397 | Email from Kocinski to Jean-Pierre cc Sears and Dittman: "Dear Sir, The financial statements for Fusion Pharm, Inc (FSPM) for the period ending September 30, 2012 were prepared in accordance to GAAP. I am an accountant that has been providing accounting services for over twenty five years. Please let me know if you need any further information." | Mike Kocinski | 11/21/2012 | SWFBI_00015212 | a, b, d, e, f, i, k, n, p, r, s | 1, 2, 3 | Ruling unnecessary. Declarant is not reporting any statement made by an alleged co-conspirator. |
| 398 | Email from Dittman to Jean-Pierre cc Sears: "Guy, Here is the questionnaire again...appears that both pages are legible. Let me know if you have any problems reading." | Scott Dittman | 11/29/2012 | SWFBI_00015213 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 399 | Email from Sears to Pacific Stock: "I do hope all of you are doing well. Please find attached a convertible note between Bayside Realty Holdings and Fusionpharm Inc. Bayside has chosen to exercise its option to convert into shares. Aside from a legal opinion and payment for the cent (Absorbed by Bayside) what else would be required to get this done in an expeditious fashion? I would like to have a cert generated as quickly as possible. Bayside is a family members company and I am assisting them as I am familiar with all parties. So I will be the point person for all. Regards, William Sears" | William Sears | 12/12/2012 | INV_00008953 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 400 | Email from Sears to Pacific Stock: "Good Afternoon.  I do believe this is everything you will need and then some." | William Sears | 12/13/2012 | INV_00008953 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 401 | Email from Sandra Sears to Pacific Stock cc Sears: "Joanna. Please find attached the revised letter of opinion. I have already sent all the other docs you requested. Any chance of getting this printed and out today? Thank you, Sandy Sears" | Sandra Sears (Mother of William Sears)/William Sears | 12/24/2012 | INV_00008953 | a, b, d, e, f, i, k, n, p, r, s, v | 1, 2 | Sandra Sears: Ruling unnecessary. Declarant is not an alleged co-conspirator. Unclear if declarant is reporting any statement made by an alleged co-conspirator. William Sears: Objection overruled. |
| 402 | Email from Dittman to Sears, Bodden and Jean-Pierre attaching Form 1-a: "Let's discuss" | Scott Dittman | 12/18/2012 | SWFBI_00015233 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 403 | Email from Sears to Pacific Stock: "Yes use the cc we sent you. I read it just fine. The last draw down was well over a year ago and it's a financial instrument so just like 144 one year hold? What exactly are you looking for? I am confused" | William Sears | 12/26/2012 | PST_00007756 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 404 | Email from Sears to Pacific Stock: "Joanna The first five paragraphs lay it out. I just spoke to the atty and he does not know what else he can possibly write. He is a bit confused. The note like stock is a financial instrument. It is aged. The second paragraph defines it and then it goes on. This transaction is righteous on every aspect of the word. The letter of opinion is very detailed and complete. If there is specific wording you require please advise and I will forward it to the atty to see what he thinks. Please advise as we are all a little confused at this time." | William Sears | 12/26/2012 | PST_00007770 | a, b, d, e, f, i, k, n, p, r, s, | 1, 5 | Objection overruled. |
| 405 | Email from Sears to Pacific Stock: "It was included with the package as Bayside is paying for the transfer agent fees. Why would it not be? We were trying to augment the process by giving all the paperwork up front. So I just forwarded your comments to the lawyer. Hopefully this can get wrapped up tomorrow." | William Sears | 12/26/2012 | PST_00007770 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

**CHART OF RULINGS**

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 406 | Email from Sears to Pacific Stock:<br>"Joanna,<br>Here is the chapter and verse of 144 (d) (3) (ii)<br>(ii) Conversions and exchanges . If the securities sold were acquired from the issuer solely in exchange for other securities of the same issuer, the newly acquired securities shall be deemed to have been acquired at the same time as the securities surrendered for conversion or exchange, even if the securities surrendered were not convertible or exchangeable by their terms.<br>That's out of the book." | William Sears | 12/27/2012 | PST_00007781 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 407 | Email from Sears to Dittman attaching a Board Resolution Appointing Officers:<br>"Sign and send to joanna" | William Sears | 12/27/2012 | SWFBI_00015242 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 408 | Email from Bodden to Sears attaching a Letter of Authorization:<br>"Bill<br>Fill in the blanks (i) date after the last draw down: and (ii)outstanding balance at that date and print on Fusion letterhead. Have Scott sign and have it ready to present to Guy. I will reference it in my follow up email to you and Guy." | Cliff Bodden | 12/27/2012 | SWIRS_00037681 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 409 | Email from Sears to Scottsdale:<br>"I am flying in tomorrow to see you and someone from compliance. I have a deposit to make into the above subjected account. I have EVERY piece of paperwork in existence for this transaction. The cert was just printed from the T/A. I want to go thru it with you and someone from compliance in order to augment the process. I land at ten and should be there around eleven the latest. I look forward to seeing you." | William Sears | 1/21/2013 | SEC-DOJ-EPROD-0000 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

**CHART OF RULINGS**

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 410 | Email from Sears to Scottsdale: "My flight was delayed and unfortunately it will not give me the time to get back tonight as I have another meeting in the morning that I cannot miss. The file is too big to email and has been rejected by your server (It's 40 pages) .. I am sending the documentation VIA Federal Express. Gentlemen this is a very complete Due Diligence file. I do not expect to be held up for two weeks to trade this.  Joanna DiBella was the securities Supervisor that worked on this at Pacific Stock Transfer (702) 361-3033. This is a fresh issuance, thoroughly documented and easily verified. Thank you for you cooperation regarding this matter and lets speak tomorrow." | William Sears | 1/22/2013 | SEC-DOJ-EPROD-0000 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 411 | Email from Dittman to Sears attaching the 2012 Annual Information and Disclosure Statement | Scott Dittman | 3/5/2013 | SWFBI_00015340 | a, b, d, e, f, i, k, n, p, r, s | 1, 3, 4 | Objection overruled. |
| 412 | Email from Sears to Jean-Pierre, Kocinski and Dittman: "Guy, Mike is going thru the financials now. He will send you his email once he is satisfied. Should be 48 hours." | William Sears | 2/27/2013 | SWFBI_00015323 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |
| 413 | Email from Sears to Pacific Stock cc Dittman attaching DiTommaso Attorney Opinion Letter for SGI Group, LLC: "Joanna Just saw this one did not go!" | William Sears | 3/7/2013 | PST_00007896 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 414 | Email from Sears to Pacific Stock: "J, Strange as this shows as sent on Friday. With regard to the letter of opinions this seems more as a matter of fact. These letter have a significant cost to prepare and amend. I have had council insert statements in both resolutions and issuer letters affirming this." | William Sears | 3/11/2013 | PST_00008019 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 415 | Email from Sears to Dittman attaching Private Placement Memorandum: "Scott Just fill in the spread sheet tables. I am filling in and correcting the rest. This is just the first draft." | William Sears | 4/26/2013 | SWFBI_00013898 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 416 | Email from Sears to Dittman cc Jean-Pierre: "Financial posted" | William Sears | 6/30/2013 | SWFBI_00015012 | a, b, d, e, f, i, k, n, p, r, s | 1, 3 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 417 | Email from Dittman to Thaden: "We think this investment is best broken into 2 parts.    Part 1 would be a $50,000 investment directly into FusionPharm for 5,000 shares of Preferred Stock (convertible into 500,000 shares of free trading). These shares, because they are issued new by FusionPharm would carry a 1 year trading restriction.    Part 2: Purchase part of the existing note payable from FusionPharm to Meadpoint Venture Partners. Said note is convertible to class a common stock which would be free trading immediately upon conversion. Purchase price would be $50,000 and would be convertible into 500,000 shares of free trading FSPM stock. I have spoken with Bill Sears of Meadpoint and he is amenable to this transaction.    Meadpoint would use it's $50,000 to immediately purchase the 2 containers referenced above and as the marketing entity into the cannabis market would use the containers and sales center to further it's sales efforts for PharmPods. Thus, all funds would end up in FusionPharm, $50,000 as an investment and $50,000 as sales revenue for the 2 containers. | Scott Dittman | 8/5/2013 | SWFBI_00008506.03 | a, b, d, e, f, i, k, n, p, r, s, u, t | 1, 3 | Objection overruled. |
| 418 | Email from Sears to Thaden: "Ok I have got it down on the paperwork. Now as far as free, with 1million shares in your name solely, you would be subject to a trickle rule. Basically considered an insider. We have only 5.6 issued and outstanding and 1mm puts you over the 10% realm. So we need a second company or persons name. In addition I will need the tax Id/ssn for the transfer agent. Ill have all this wrapped up next week! Thanks and I look forward to seeing you shortly as ill be in town." | William Sears | 8/14/2013 | SWFBI_00008651 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |

United States v. Guy M. Jean-Pierre (17-cr-8-WJM)

CHART OF RULINGS

| | Statement | Declarant | Date | Source (Bates Numbers) | Government's Basis for Admission (see ECF No. 105 ¶ 7) | Defendant's Objection(s) (see ECF No. 112-2) | Court's Ruling |
|---|---|---|---|---|---|---|---|
| 419 | Email from Dittman to Sears: "Please read carefully, make sure I updated all the dates from last year (you missed quite a few :-)   Let me know if you have the OTC form that needs to be filled out and attached to this." | Scott Dittman | 8/20/2013 | SEC-DOJ-EPROD-0007 | a, b, d, e, f, i, k, n, p, r, s, l, v | 1, 6 | Objection overruled. |
| 420 | Email from Sears to Dittman: "Joanna, Please send the certificates directly to the addresses listed on the conversion notices. In addition the Star City one seemed unclear so here it is: Star City Capital C/O Summit Trust Company Compliance office Attention ABK Capital 465 Furnace Street suite G Marshfield MA 02050 I do believe this wraps it all up. Thank you for your cooperation" | William Sears | 9/13/2013 | SWFBI_00009145 | a, b, d, e, f, i, k, n, p, r, s | 1, 5 | Objection overruled. |
| 421 | Email from Dittman to Transfer Agent: "Joanna, Please send the certificates directly to the addresses listed on the conversion notices. In addition the Star City one seemed unclear so here it is: Star City Capital C/O Summit Trust Company Compliance office Attention ABK Capital 465 Furnace Street suite G Marshfield MA 02050 I do believe this wraps it all up. Thank you for your cooperation." | Scott Dittman | 9/13/2013 | PST_00002939 | a, b, d, e, f, i, k, n, p, r, s | 1 | Objection overruled. |
| 422 | Email from Dittman to Pacific Stock cc Sears: " Joanna, we will take care of this in the am and will advise when done" | Scott Dittman | 9/18/2013 | PST_00008929 | a, b, d, e, f, i, k, n, p, r, s | 1, 5 | Objection overruled. |
| 423 | Email from Sears to Pacific Stock and Dittman: "Please find attached the payment document. May I have a receipt showing the balance zeroed. In addition I never got a receipt for the payment made last week." | William Sears | 9/19/2013 | PST_00008929 | a, b, d, e, f, i, k, n, p, r, s | 1, 5 | Objection overruled. |