IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 17-cr-008-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     **GUY JEAN-PIERRE**,

    Defendant.

---

**ORDER RESETTING TRIAL DATE AND RELATED DEADLINES**

---

    This matter comes before the Court for the re-setting of a trial date and related deadlines upon the entry of the Court's Order on *James* Matters (ECF No. 144). Accordingly, it is hereby ORDERED as follows:

    A.    Given the lengthy period of time this case has been pending, in the Court's view all counsel have had more than ample time to retain such expert witnesses as they believe are necessary for the prosecution and defense of this case, and arrange for the preparation of all required disclosures. Accordingly, expert witness disclosures pursuant to Fed. R. Crim. P. 16 shall be made no later than **December 31, 2018**, and any challenges to such experts shall be made by **January 3, 2019**;

    B.    Disclosures regarding rebuttal expert witnesses shall be made no later than **January 3, 2019**, and any challenges to such rebuttal experts shall be made no later than **January 7, 2019**;

  C. Notwithstanding Local Rule D.C.COLO.LCrR 11.1, a Notice of Disposition in this case shall be filed **no later than January 4, 2019**;

  D. A Final Trial Preparation Conference is hereby set for **January 8, 2019 at 3:00 p.m. in Courtroom A801**.  Lead counsel who will try the case must attend in person.

  E. The parties must be prepared to address at the Final Trial Preparation Conference some or all of the issues which may affect the duration or course of the trial, and as referenced in the Court's Revised Practice Standards (as revised effective December 1, 2018) applicable to such Conferences;

  F. An **11-day** jury trial is hereby set to commence on **Monday, January 14, 2019 at 8:30 a.m.** and shall conclude on **Tuesday, January 29, 2019**.  There will be no trial Monday, January 21, 2019, in observance of Martin Luther King Jr. Day.  The trial will be held in the U.S. Courthouse, **Courtroom A801**, 901 19th Street, Denver, Colorado from January 14 through January 25, 2019, and in **Courtroom A702** on January 28 & 29, 2019.  **Counsel shall take note of the change in courtroom for days 10 & 11 of the Jury Trial**; and

  G. Counsel are directed to this Court's Revised Practice Standards to ensure compliance with all deadlines triggered by the setting of the Final Trial Preparation Conference and Trial.  In so doing, the parties are strongly encouraged to take advantage of the "Trial Preparation Conference & Trial Checklist" available at http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonWilliamJMartinez.aspx.

Dated this 27th day of December, 2018.

BY THE COURT:

_____
William J. Martínez
United States District Judge