# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 17-cr-00008-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. GUY JEAN-PIERRE,

Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 31st day of December, 2018.

> JASON R. DUNN
> United States Attorney
>
> *s/ Robert Brown*
> ROBERT BROWN
> Assistant United States Attorney
> 1801 California Street, Suite 1600
> Denver, Colorado 80202
> (303) 454-0100
> (303) 454-0409 Fax
> Email: Robert.Brown5@usdoj.gov
> Attorney for the Government

## **CERTIFICATE OF SERVICE**

      I certify that on this 31st day of December, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                              By: *s/Brittany Herrera*
                                   Legal Assistant
                                   United States Attorney's Office