IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00008-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.     GUY M. JEAN-PIERRE
    a/k/a Marcello Dominguez de Guerra

    Defendant.

---

**DEFENDANT'S PROPOSED VOIR DIRE**

---

Defendant Guy M. Jean-Pierre, through counsel, submits the following proposed *voir dire* questions.

1. Have any of you been a victim of an investment-related scam or fraud? How about a different type of financial crime, such as embezzlement or a marketing fraud scheme?

2. Do any of you know anyone who has been a victim an investment-related scam or fraud? How about with respect to a different type of financial crime?

3. Some of the witnesses may have a prior criminal history. Do you believe that an individual is more likely to commit a crime if he or she has committed a serious crime in the past?

4. Who has been involved in a court case in any capacity?

5. Has anyone been a juror before?

6. Has anyone been a witness in court before?

7. Are any of you employed in the financial services industry?

8. Do any of you work in a business related to the investment of stocks, bonds, or other securities?

9. Do any of you know anyone who works in a business connected with the investment of stocks, bonds, or other securities?

10. Has anyone had a negative experience regarding an investment involving stocks, bonds, or other securities?

11. In the world of investments, is anyone familiar with the concept of "pink sheets"?

12. Has anyone had any experience with the criminal justice system?

13. Does anyone know someone close to you who has had experience with the criminal justice system?

14. Does anyone on the panel that because Mr. Jean-Pierre is sitting here in court as a defendant means, by itself, that he is guilty of a charged offense?

15. Do individuals charged with a crime have too many rights or not enough rights?

16. What would you think if Mr. Jean-Pierre chose not to testify in the present case?  If the Court were to tell you that you could not hold that against him, would you be able to follow that instruction?

17. What are some reasons why an individual charged with a crime would not want to testify, even if he was innocent?

18. Who on the panel uses social media?  In general, do you think that social media has been a positive or a negative addition to our culture?

19. Comparing your television viewing habits now versus ten to fifteen years ago, do you watch more television now than then or the other way around? What accounts for this change?

20. Does anyone on the panel work for the government, on the federal, state, or local level? Is there anything about your employment that would affect your view of this case?

21. Has anyone served in any capacity in the armed forces of the United States? Is there anything about your service that would affect your view of this case?

22. Do any of you, or any members of your family, work in law enforcement? Is there anything about that connection with law enforcement that would affect your ability to be fair and impartial in this case?

23. What are your general opinions on law enforcement officers? Where does that opinion come from?

24. In determining the credibility of a witness, would you automatically give the benefit of doubt to a law enforcement officer simply because he or she was a law enforcement officer?

25. Have you ever seen or heard of law enforcement officers going too far in investigating a case by creating the crime itself and entrapping individuals?

26. In your opinion, is there a line beyond which law enforcement officers cannot cross in trying to ensnare individuals in criminal activity? What is that line?

27. Have any of you had occasion to interact with an attorney? Did you have a positive or negative experience? Please explain.

28. In general, do you think that one is entitled to rely upon the legal opinion of

a lawyer on an issue of law?

29. Does anyone have any sense about how a lawyer goes about forming an opinion on an issue of law?

30. What hobbies do you have?

31. Is there anyone on the panel who is thinking, "If only counsel would ask me a particular question, he would learn something that is very important to me?"

32. Tell us the most serious mistake you or someone you know has ever made because you or someone you knew jumped to a conclusion too quickly.

33. Tell us about the most significant time when you or someone close to you was accused of doing something bad that you had not done.

34. Tell us about the most serious incident where you or someone close to you mistakenly suspected of someone else of wrongdoing.

35. Tell us about the most important time when you or someone close to you was persuaded to believe something about a person that wasn't true.

36. Do you believe that the stock market generally is properly regulated? Does anyone agree or disagree?

37. Is anyone on the panel an avid reader? Do you prefer fiction or non-fiction? Why?

38. Do any of you or any of the members of your family have any legal training? Do you think that this training would affect your ability to be fair and impartial in this case?

Dated this 31st day of December, 2018.

    Respectfully submitted,

s/Thomas E. Goodreid
Thomas E. Goodreid
Attorney at Law
1801 Broadway, Suite 1400
Denver, CO   80202
(303) 296-2048x.136
*t.goodreid@comcast.net*
Attorney for Defendant Guy M. Jean-Pierre

## CERTIFICATE OF SERVICE

I certify that on this 31st day of December, 2018, I electronically filed the foregoing **DEFENDANT'S PROPOSED VOIR DIRE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/Thomas E. Goodreid
Thomas E. Goodreid
Attorney at Law
1801 Broadway, Suite 1400
Denver, CO   80202
(303) 296-2048x.136
*t.goodreid@comcast.net*
Attorney for Defendant Guy M. Jean-Pierre