IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.17-cr-00008-WJM-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     **GUY M. JEAN-PIERRE**,

        Defendant.

---

## DEFENDANT JEAN-PIERRE'S
## NOTICE OF DISCLOSURE OF REBUTTAL EXPERT

---

THE DEFENDANT, GUY M. JEAN-PIERRE, by and through his attorney, Clifford J. Barnard, hereby submits the disclosure of Professor Erik F. Gerding as his potential rebuttal expert witness.

Professor Erik F. Gerding will testify as the defendant's expert witness in matters relating to federal securities laws, including on securities disclosure and Rule 10b-5 under the Securities Exchange Act of 1934, registration requirements under the Securities Act of 1933, exemptions from those registration requirements, professional practice in conducting securities transactions under those exemptions, drafting related disclosure and other documents for those transactions, and investor and market expectations with respect to the foregoing. Professor Gerding is a Professor of Law and the Wolf-Nichol Fellow at the University of Colorado Law School. He also has eight years of private practice experience in securities transactions and regulations. His research and teaching focus on securities and financial regulation. His resume is attached.

Part of Professor Gerding's testimony will focus on rebutting or responding to the testimony of Professor Thel, one of the government's expert witnesses. Professor Gerding's testimony may focus on general securities law terms and concepts including responding to the following items enumerated in the government's expert disclosure letter dated December 30, 2018 outlining the scope of Professor Thel's testimony: (a), (b), (c), (d), (e), (f), (g), (h), the materiality and "control person" liability standards mentioned in (i), (j), (m), (n), and (o).

Professor Gerding's testimony will also focus on the following:

(i)  Practice and standards among lawyers and other professionals in preparing securities transactions, including transactions under registration exemptions; and

(ii) Practice and standards among lawyers in the preparation of legal opinions in securities transactions and market and investor expectations with respect to those opinions.

Professor Gerding's testimony may thus respond to part of Professor Thel's testimony enumerated in items (k), (l), and (q) of the government's December 30, 2018 expert disclosure letter.

Professor Gerding's testimony may also respond to the testimony of Mr. Alexander Scoufis, the government's second witness mentioned in its December 30 letter. Professor Gerding may respond to all matters that the government mentions may be in the scope of Mr. Scoufis's testimony with the exception of the factual matters in the third to last paragraph of that letter (*i.e.*, brokerage statements, shareholder transactional records/logs, etc.).

Professor Gerding's opinions will be based on the following:

(i) his eight years of practice as a securities and corporate lawyer practicing in the Washington, D.C. and New York offices of the law firm of Cleary Gottlieb, including extensive experience preparing exempt securities transactions, preparing opinion letters, and conducting and supervising due diligence for securities transactions;

(ii) his research and teaching in the field of securities regulation, including authoring the scholarship and making the presentations on securities law and financial regulation listed in his attached resume; and

(iii) his providing expert consulting on securities litigation and attorney disciplinary matters.

DATED this 3rd day of January, 2019.

Respectfully submitted,

*s/Clifford J. Barnard*

_____
Clifford J. Barnard
Clifford J. Barnard, Attorney at Law
4450 Arapahoe Avenue, Suite 100
Boulder, Colorado 80303
Telephone: (303) 449-2543
Facsimile: (303) 444-6349
Email:  *cliffbarnard@earthlink.net*
Attorney for Defendant Jean-Pierre

### CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January, 2019, I electronically filed the foregoing *Defendant Jean-Pierre's Notice of Disclosure of Rebuttal Expert* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following e-mail address(es):

    A.U.S.A. Jeremy Sibert       *jeremy.sibert@usdoj.gov*

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Guy Jean-Pierre                     *Via U.S. Mail*
    Register # 78606-054
    Independence House South
    2765 S. Federal Blvd.
    Denver, CO 80236

                                              *s/Clifford J. Barnard*

                                              Clifford J. Barnard
                                              Attorney for Defendant Jean-Pierre