**Erik F. Gerding**
Professor of Law & Wolf-Nichol Fellow

University of Colorado Law School
Wolf Law Building
401 UCB
Boulder, CO 80309-0401
(303) 492-4899 (office)
erik.gerding@colorado.edu

## CAPSULE SUMMARY

**Narrative:**  Erik Gerding's research and teaching interests focus on the intersection of securities and financial institution regulation, as well as law and economics and corporate law.  He also teaches contracts, advanced corporate law, payment systems, secured transactions, and other commercial law subjects.  He practiced in securities law and mergers and acquisitions for eight years at Cleary Gottlieb.

**Areas of Specialization:**  securities regulation; regulation of financial institutions; payment systems; law & finance; corporate law; law & economics; and commercial law.

## ACADEMIC APPOINTMENTS

### Primary:

**University of Colorado Law School**, Boulder, Colorado                    2011-present
Associate Dean for Academic Affairs (2015-2018).
Professor of Law (2015- ).
Wolf-Nichol Fellow (2016- ).
Associate Professor (with tenure, 2011-15).

**University of New Mexico School of Law**, Albuquerque, New Mexico        2006-2011
Associate Professor (2009-2015), Assistant Professor (2006-09).

### Visiting:

**University of Georgia School of Law**, Athens, Georgia                    2010 fall
Visiting Associate Professor.

**Humboldt Universität zu Berlin**, Germany                    2010 summer
Gastwissenschaftler at the Institut für Bank- und Kapitalmarktrecht.
    ¶ Research grant from the Deutsche Akademische Austauschdienst (DAAD).

## EDUCATIONAL HISTORY

**Harvard Law School**, Cambridge, Massachusetts, J.D., *cum laude*, 1998.

**Georg-August Universität**, Göttingen, Germany, DAAD Scholar, 1994-1995.

**Duke University**, Durham, North Carolina, A.B. (public policy), *magna cum laude*, *Phi Beta Kappa,* 1994.

## OTHER EMPLOYMENT HISTORY

**Cleary, Gottlieb, Steen & Hamilton**, Washington, D.C. and New York, New York, Associate        1998-2006
    ¶ Secunded to London and Frankfurt offices for one year to advise European bank.

**PUBLICATIONS**

**Books**

BUBBLES, FINANCIAL REGULATION, AND LAW (2014) (Routledge).

**Treatise**

NEGOTIABLE INSTRUMENTS UNDER THE UNIFORM COMMERCIAL CODE VOL. 2, 2A, 2B (with Frederick M. Hart & William F. Willier) (treatise on payment systems; joined as co-author in 2009).

**Chapters in Books**

*Financial Institutions*, *in* OXFORD RESEARCH ENCYCLOPEDIA OF ECONOMICS AND FINANCE (Jonathan Hamilton, ed. forthcoming 2019)

*Rethinking the Law in Safe Assets*, *in* RECONCEPTUALISING GLOBAL FINANCE AND ITS REGULATION (Ross Buckley et al. eds., 2016) (Cambridge University Press) (with Anna Gelpern).

*"Complexity," Information Failures in the Financial Crisis, and Reinventing Securities Disclosure*, *in* RISK MANAGEMENT AND CORPORATE GOVERNANCE (Tassos Malliaris & Abolhassan Jalilvand, eds., 2011) (Routledge).

*The Outsourcing of Financial Regulation to Risk Models*, *in* LESSONS FROM THE FINANCIAL CRISIS: CAUSES, CONSEQUENCES, AND OUR ECONOMIC FUTURE (Robert W. Kolb, ed., 2010) (John Wiley & Sons, Inc.).

*United States of America*, *in* DIRECTORS' PERSONAL LIABILITY FOR CORPORATE FAULT: A COMPARATIVE ANALYSIS (Helen Anderson ed., 2008) (Kluwer Law Int'l).

*Codificacion Regulatoria en los Estados Unidos*, *in* SESQUICENTENARIO DEL CÓDIGO CIVIL DE ANDRÉS BELLO: PASADO, PRESENTE Y FUTURO DE LA CODIFICACIÓN, (María Dora Martinic, Mauricio Tapia, Sebastián Ríos, eds., 2005) ("Regulatory Codification in the United States," in THE SESQUICENTENNIAL OF THE CIVIL CODE OF ANDRÉS BELLO: PAST, PRESENT AND FUTURE OF CODIFICATION) (Lexis/Nexis).

**Articles**

*Inside Safe Assets*, 33 YALE JOURNAL ON REGULATION 363 (2016) (with Anna Gelpern).
  ¶ Selected as one of the top 10 Corporate and Securities Law articles of 2017 by professors in annual *Corporate Practice Commentator* poll.

*Code, Crash, and Open Source: the Outsourcing of Financial Regulation to Risk Models and the Global Financial Crisis*, 84 WASHINGTON LAW REVIEW 127 (2009).
  ¶ *Reprinted in* 2010 SECURITIES LAW REVIEW § 2.2.

*Laws Against Bubbles: an Experimental Asset Market Approach to Analyzing Financial Regulation*, 2007 WISCONSIN LAW REVIEW 977.

*The Next Epidemic: Bubbles and the Growth and Decay of Securities Regulation*, 38 CONNECTICUT LAW REVIEW 393 (2006).

**Invited Submissions: Symposia Articles and Shorter Works**

*Disclosure 2.0: Can Technology Solve Overload, Complexity, and Other Information Failures?*, 90 TULANE LAW REVIEW 1143 (2016).
  ¶ *Reprinted in* 2017 SECURITIES LAW REVIEW § 2.3.
  ¶ *Reprinted in* 59(1) CORPORATE PRACTICE COMMENTATOR (January 2017).

*The Dialectics of Bank Capital: Regulation and Regulatory Capital Arbitrage*, 55 WASHBURN L.J. 357 (2016).

*How Law Improved the Transmission Lines between Real Estate and Banking Crises*, 50 GEORGIA LAW REVIEW 89 (2015).

*Private and Public Ordering in Safe Asset Markets*, 10 BROOKLYN JOURNAL OF CORPORATE, FINANCIAL & COMMERCIAL LAW 97 (2015) (with Anna Gelpern).

*Contract as Pattern Language*, 88 WASHINGTON LAW REVIEW 1323 (2013) (for a symposium on "Contracts in the Real World").

*Credit Derivatives, Leverage, and Financial Regulation's Missing Macroeconomic Dimension*, 8 BERKELEY BUSINESS LAW JOURNAL 29 (2011) (for a symposium on "Financial Regulatory Reform: Dodd-Frank and Beyond").

*Deregulation Pas de Deux: Dual Regulatory Classes of Financial Institutions and the Path to Financial Crisis in Sweden and the United States*, 15 NEXUS 135 (2010) (for a symposium on "The 80th Anniversary of The Great Crash of 1929: Law, Markets, and The Role of The State").

*The Dangers of Delegating Financial Regulation to Risk Models*, BANKING & FINANCIAL SERVICES POLICY REPORT Vol. 29, No. 4 at 1 (April 2010).

*The Subprime Crisis and the Connection between Consumer Financial Protection and Systemic Risk*, 5 FLORIDA INTERNATIONAL UNIVERSITY LAW REVIEW 93 (2009) (for a symposium on the "Global Financial Crisis").

## Online Journals

*Volcker's Covered Funds Rule and Trans-Statutory Cross References: Securities Regulation in the Service of Banking Law,* 10 CAPITAL MARKETS LAW JOURNAL 488 (2015).

*Sometimes Too Great a Notional: Measuring the "Systemic Significance" of OTC Credit Derivatives*, LOMBARD STREET, Vol. 1, Issue 11, at 10 (August 31, 2009) (with Margaret M. Blair).

## Amicus Briefs

Brief for 18 Law Professors in Support of Petitioners, *Erica P. John Fund, Inc. v. Halliburton Co.*, U.S. Supreme Court (No. 09-1403) (principal author).

## Works in Progress

*Herding and Anti-Herding in Financial Regulation.*

*CLOs and the Technologies and Technocracy of Shadow Banking.*

*Conservative Approaches to Prosocial Financial Markets*

*Behind the Green Curtain: Information Hiding and Money*

*Modularity in Contract, Securities, and Corporations*

*The Shattering: the Economics and Politics of Financial Sector Liberalization in OECD Countries – 1970-1990* (with Brett McDonnell).

## PRESENTATIONS

### *Past*

¶   "Behind the Green Curtain," Conference on Money as a Democratic Medium, Harvard Law School, December 14-15, 2018.

¶   "Working Capital," Workshop at the Center for American Progress, Washington, D.C., November 8, 2018

¶   "What's the Baseline for Deregulation?," Georgetown University Law Center/Institute for New Economic Thinking Conference on the 10th Anniversary of Lehman Brothers, September 28, 2018.

¶   The Technologies and Technocracy of Shadow Banking," Tulane Law School Conference on Financial Regulation, May 26-27, 2018.

¶   "The Puzzle of Financial Deregulation," U.C. Hastings College of Law Conference on Deregulation, November 17, 2017.

¶   "The Technologies and Technocracy of Shadow Banking," University College London Conference on Shadow Banking, March 24, 2017.

¶   "The Technologies and Technocracy of Shadow Banking," Indiana University Maurer School of Law Faculty Colloquium, March 22, 2017.

¶   "The Technologies and Technocracy of Shadow Banking," Vanderbilt University Law School Financial Regulation Colloquium, March 13, 2017

¶   "The Shattering," University of British Columbia Allard School of Law Workshop "Toward a Progressive Politics of Financial Regulation," February 23 2017.

¶   "Safe Asset Regulation," University of Utah S.J. Quinney College of Law Faculty Colloquium, February 8, 2017.

¶   "Disclosure 2.0," *Tulane Law Review* Symposium, November 13, 2015.

¶   "Safe Assets," Cornell Law School Financial Regulation Symposium, October 30, 2015.

¶   "Compliance Rot In Financial Services," University College London Center on Ethics and Law, October 16, 2015.

¶   "Safe Assets," University of Oxford Faculty of Law, Law & Finance workshop, October 15, 2015.

¶   "Safe Assets," University of Glasgow School of Law Colloquium, October 14, 2015.

¶   "The Compliance Trade," University of Georgia School of Law, *Georgia Law Review* Symposium on Financial Regulation, March 20, 2015.

¶   "The Safe Asset Crisis," Cornell Law School Faculty Colloquium, February 27, 2015.

¶   "The Safe Asset Crisis," American Society for International Law -- International Economic Law Interest Group, 2014 Biennial Research Conference, Denver, Colorado (Panel on Developments in International Financial Regulation), November 14, 2014.

¶   "The Bubble Next Time," University of California, Berkeley Law School – Berkeley Center for Law, Business, and the Economy, November 6, 2014.

¶   "Regulatory Capital Arbitrage," University of San Diego School of Law, Financial Regulation seminar, October 20, 2014.

¶   "The Safe Asset Crisis," UCLA Law Faculty Colloquium, September 26, 2014.

¶   "The Safe Asset Crisis," Georgetown Law Faculty Colloquium, September 18, 2014.

¶   "Regulating the Shadow Banking System," Seminar for Senate Banking Committee staff, Washington, D.C., July 23, 2014.

¶   "Bubbles and Financial Regulation," Seminar at the Office of Financial Research, Washington, D.C., July 22, 2014.

¶   "Bubbles and Financial Regulation," Seminar for F.D.I.C. staff economists, Washington, D.C., July 21, 2014.

¶   "Housing Finance and Financial Stability," for an American Law Institute Panel at Georgetown University Law Center Honoring Adam Levitin, June 10, 2014.

¶   "The Shattering: the Economics and Politics of Financial Sector Liberalization in OECD Countries – 1970-1990," AALS Mid-Year Meeting on Corporate and Financial Law (for a panel on the Politics of Blurred Boundaries in Financial Regulation), June 9, 2014.

¶   "The Shadow Banking Bubble," University of Virginia School of Law Seminar on International Financial Regulation, April 18, 2014.

¶   "Compliance Rot," University of St. Thomas Law Journal Symposium on "Beyond Crisis-Driven Regulation—Initiatives for Sustainable Financial Regulation," April 11, 2014.

¶   "Shadow Banking and the Financial Stability Board," Georgetown University Law Center, Symposium on International Financial Regulation, April 8, 2014.

¶   "Law, Bubbles, and Financial Regulation," Brooklyn Law School, International Economic Law Forum Speaker Series, March 24, 2014.

¶ "Adaptive Financial Regulation," Duke University, Kenan Institute for Ethics, "Rethinking Regulation" Speaker Series, March 6, 2014.

¶ "Law, Bubbles, and Financial Regulation," Duke Law School, Global Financial Markets Center, March 6, 2014.

¶ "Law, Bubbles, and Financial Regulation," George Washington University School of Law, Center for Law, Economics, and Finance, February 21, 2014.

¶ "Shadow Banking and Coordinating Prudential Regulation and Monetary Policy," University of Hong Kong/University of Edinburgh/University of New South Wales, International Financial Centre Research Conference, Hong Kong, December 13, 2013.

¶ "Shadow Banking," University of Minnesota Law School Seminar on Financial Institutions, December 5, 2013.

¶ "Regulating Shadow Banking," Central University of Finance & Economics – Law School Colloquium, Beijing, July 1, 2013.

¶ "The Legal Origins of Shadow Banking in the United States," Central University of Finance & Economics – School of Finance Workshop on Global and Chinese Shadow Banking Risk, Beijing, June 29, 2013.

¶ "Bubbles, Financial Regulation, and Law," City University of London, June 24, 2013.

¶ "The Regulatory Stimulus Cycle: Bubbles and the Political Economy of Financial Regulation," Law & Society Annual Meeting in Boston, (for a symposium on "Bubbles and Herd Behavior) June 1, 2013.

¶ "The Regulatory Stimulus Cycle: Bubbles and the Political Economy of Financial Regulation," U.C. Berkeley Law Financial Regulation Workshop, April 19, 2013.

¶ "Your Tweet is My Exhibit A: Social Media and Securities Disclosure," University of Notre Dame Centre for Accounting Research & Education Annual Conference, Washington, D.C., April 6, 2013.

¶ "Understanding the Shadow Banking System and How to Regulate It," Panel on Shadow Banking at the Clearing House Annual Meeting, New York, November 15, 2012.

¶ "Bank Regulation and Securitization: How the Law Improved Transmission Lines between Real Estate and Banking Crises," Brooklyn Law School Financial Regulation Conference, November 9, 2012.

¶ Public Company Accounting Oversight Board Roundtable on Auditor Independence and Audit Firm Rotation, Rice University, Houston, Texas, October 18, 2012 (testimony before federal agency).

¶ "Boom, Bust, and the Regulatory Stimulus Cycle in Financial Markets," Law & Business Faculty Colloquium, Vanderbilt University Law School, September 17, 2012.

¶ "The Legal Origins of Shadow Banking," American Bar Association Annual Meeting, August 4, 2012 (Business Law Section Panel: "Only the Shadow Knows: What is the Shadow Banking System and How Can It be Regulated?").

¶ "Bubbles, Deteriorating Legal Compliance, and Countercyclical Enforcement," U.S. Department of Treasury Speakers Series, June 16, 2012.

¶ "Ring-fencing Real Estate Crises," Hamline University School of Law Symposium on "Secondary Mortgage Market Reform," October 3, 2011.

¶ "Financial Regulation, Deregulation, Regulatory Arbitrage, and Monetary Effects," Vanderbilt University Law School/Owen Graduate School of Management Conference on "Bridging Theory and Practice in Finance, Macroeconomics, and Regulation," September 9, 2011.

¶ "The Shadow Banking System and Law: Reconstructing Dodd-Frank and Financial Reform," University of Pennsylvania Wharton School of Business International Financial Regulation Conference, July 21, 2011.

¶ "The Shadow Banking System and Law: Reconstructing Dodd-Frank and Financial Reform," University of Colorado Junior Corporate Law Scholars Workshop, July 15, 2011.

¶ "The Shadow Banking System and Law: Reconstructing Dodd-Frank and Financial Reform," Law & Society Annual Meeting (for a panel on "Law & Entrepreneurship: Regulating Entrepreneurs"), June 2, 2011.

¶   "A Legal History of the Crisis of 1873: Financial Reregulation, Re-regulation, and Fraud in Germany and the United States," American University – Washington College of Law, AMERICAN UNIVERSITY BUSINESS LAW REVIEW Symposium on "Law, Finance and Legitimacy after Financial Reform", April 8, 2011.

¶   "Credit Derivatives, Leverage, and Financial Regulation's Missing Macroeconomic Dimension," University of California, Berkeley – Boalt Hall School of Law, BERKELEY BUSINESS LAW JOURNAL Symposium on "Financial Regulatory Reform: Dodd-Frank and Beyond", March 11, 2011.

¶   "Implications of the Dodd-Frank Financial Reform Law for Consumer and Commercial Credit," New Mexico Bar Association, November 5, 2010.

¶   "Deregulation and Regulatory Arbitrage," Law & Business Faculty Colloquium, Vanderbilt University Law School, September 27, 2010.

¶   "Adaptive Financial Regulation," Loyola Law School (Los Angeles) Faculty Colloquium, September 16, 2010.

¶   "Bank- und Kapitalmarktrecht Während Spekulationsblasen," Professorium, Humboldt Universität zu Berlin – Juristische Fakultät, July 8, 2010.

¶   "Adaptive Laws and Channeling Politics: Towards Robust Financial Regulation," Conference on International Financial and Monetary Law, Cardozo Law School, June 3, 2010.

¶   "Entrepreneurial Regulators," Law & Society Annual Meeting (for a panel on "Law & Entrepreneurship: Corporate Finance"), May 27, 2010.

¶   "Adaptive Laws and Channeling Politics: Towards Robust Financial Regulation," and panel discussant, Law & Society Annual Meeting (for a panel on "New Models of Corporate Regulation"), May 27, 2010.

¶   "Disclosure 2.0: Leveraging Technology to Address 'Complexity' and Information Failures in the Financial Crisis," Georgia State University, J. Mack Robinson College of Business, Department of Risk Management and Insurance Colloquium, March 19, 2010.

¶   "Deregulation Pas de Deux: Dual Regulatory Classes of Financial Institutions and the Path to Financial Crisis in Sweden and the United States," Southwest/West Junior Law Faculty Workshop, Arizona State University O'Connor College of Law, March 15, 2010.

¶   "Deregulation Pas de Deux: Dual Regulatory Classes of Financial Institutions and the Path to Financial Crisis in Sweden and the United States," University of Arizona James E. Rogers College of Law Faculty Colloquium, March 11, 2010.

¶   "Targeting Excess Credit and Asset Bubbles -- Regulatory Substitutes for Monetary Policy," University of New Mexico Department of Economics Faculty Colloquium, February 26, 2010.

¶   "Countercyclical and Adaptive Financial Regulation," University of New Mexico School of Public Administration Faculty Colloquium, February 19, 2010.

¶   "Innovations in Teaching Business Associations: Negotiation, Drafting, and the 'Scavenger Hunt'," BYU/Illinois Workshop on Teaching Business Associations, February 11, 2010.

¶   "Disclosure 2.0: Leveraging Technology to Address 'Complexity' and Information Failures in the Financial Crisis," AALS Annual Meeting, Section on Securities Regulation (for a panel on "Responding to the Financial Crisis: Change is in the Air"), January 9, 2010.

¶   Discussant for Daniel Schwarcz, "Regulating Insurance Sales or Selling Insurance Regulation: Against Regulatory Competition in Insurance," AALS Annual Meeting, Section on Financial Institutions and Consumer Financial Services, January 8, 2010.

¶   "Deregulation Pas de Deux: Dual Regulatory Classes of Financial Institutions and the Path to Financial Crisis in Sweden and the United States," Chapman University School of Law, NEXUS Journal Conference on "The 80th Anniversary of The Great Crash of 1929: Law, Markets, and The Role of The State," October 30, 2009.

¶   "Disclosure 2.0: Leveraging Technology to Address 'Complexity' and Information Failures in the Financial Crisis," University of Illinois College of Law Program of Business Law and Policy Colloquium, October 20, 2009.

¶ "Targeting Excess Credit and Asset Bubbles – Regulatory Substitutes for Monetary Policy," Marquette University Law School, October 16, 2009.

¶ "Targeting Excess Credit and Asset Bubbles – Regulatory Substitutes for Monetary Policy," Canadian Law and Economics Association Annual Meeting, University of Toronto, October 3, 2009.

¶ "Disclosure 2.0: Leveraging Technology to Address 'Complexity' and Information Failures in the Financial Crisis," Loyola University-Chicago Conference on Risk Management and Corporate Governance, October 2, 2009.

¶ "Targeting Excess Credit and Asset Bubbles – Regulatory Substitutes for Monetary Policy," Rocky Mountain Junior Legal Scholars Workshop, Brigham Young University Law School, September 25, 2009.

¶ "Grading Financial Regulatory Reform," Albuquerque Bar Association, September 1, 2009.

¶ "Information Flow and Fraud Interdiction: an Empirical Study of Law Firm Due Diligence," American Association of Law Schools ("AALS") Mid-Year Meeting (for a panel on "Innovations in Transactional Scholarship"), June 11, 2009.

¶ "The Reckoning of Accounting: Consolidating Weakness," AALS Mid-Year Meeting (for a panel on "Transaction-Focused Scholarship"), June 9, 2009.

¶ "The Subprime Crisis and the Connection between Consumer Financial Protection and Systemic Risk," University of New Mexico Department of Economics Colloquium, March 27, 2009.

¶ "The Subprime Crisis and the Outsourcing of Financial Regulation: Financial Institution Risk Models as the 'New Financial Code,'" AALS Annual Meeting, Section on Financial Institutions and Consumer Financial Services (for a panel on "Does Modern Financial Institution Regulation Work? Reflections on Deregulation and Internationalization of Supervisory Standards"), January 9, 2009.

¶ "The Subprime Crisis: Code, Crash and Open Source," University of New Mexico International Studies Institute 2008 Lecture Series (in the series, "Global Instability: Causes, Consequences & Cures"), October 21, 2008.

¶ "Government Sponsored Entities – Freddie Mac and Fannie Mae – and the Subprime Mortgage Crisis," Jinan University College of Economics, Guangzhou, China, December 18, 2007.

¶ "Director Liability for Corporate Fault in the United States," Piercing the Corporate Veil: Directors' Personal Liability for Corporate Fault Conference, Monash University (Australia) and Macao University of Science and Technology, Macao, China, December 14, 2007.

¶ "Laws Against Bubbles," Seattle University School of Law, October 15, 2007.

¶ "Working with Lawyers," UNM Science & Technology Corporation (STC.UNM) seminar for University of New Mexico entrepreneurs, February 1, 2007.

### *Invited*

¶ "Conservative Approaches to Prosocial Finance," Memorial Conference for Lynn Stout, Cornell Law School, February 1, 2019.

¶ "Behind the Green Curtain," *Law & Contemporary Problems* Conference on Law and Macroeconomics, Georgetown University Law Center, September 2019.

### *Conferences/Panels Organized or Co-organized*

¶ Mini-Symposium on Bubbles and Herd Behavior, Law & Society Annual Meeting in Boston, June 1, 2013.

¶ AALS Joint Program of the Securities Regulation Section and Financial Institutions & Consumer Financial Services Section, *"The Regulation of Financial Market Intermediaries: The Making and Un-Making of Markets,"* AALS Annual Meeting, January 4-5, 2013.

¶ U.S. Treasury Department/SEC Roundtable on the JOBS Act: Regulation A and '34 Act Registration, University of Colorado Law School, October, 2, 2012 (co-organized and co-moderated roundtable in which

investors, legal practitioners, and startup companies provided feedback to federal regulators on the JOBS Act).

¶ Workshop on "Financial Decision-Making, Cognition, and Regulation," University of Colorado Law School, July 10-11, 2012 (panelists from law and business schools and scholars in cognitive sciences).

¶ AALS Section on Financial Institutions and Consumer Financial Services, "Implementing Dodd-Frank: When the Rubber Hits the Road," AALS Annual Meeting, January 7-8, 2013 (panelists from law schools, U.S. and international financial regulators, and Federal Reserve Board Governor).

¶ "Understanding the Financial Crisis: Teach-In," University of New Mexico School of Law, October 24, 2008 (organized symposium with five panels and twenty scholars from University of New Mexico schools of law and management, departments of economics, political science, sociology, and communication and journalism, and state attorney general's office).

## TEACHING

University of Colorado Law School:

Primary: Securities Regulation, Contracts, Corporations, Deals, Business Law Colloquium.

Others: Financial Institutions, Legislation & Regulation (first year required course), Understanding the Financial Crisis.

University of New Mexico:

Primary: Payment Systems, Contracts, Business Associations I (agency, partnerships, limited liability companies, and introduction to corporations), Business Associations II (securities regulation, accounting, corporate finance, mergers & acquisitions, and corporate control problems), Secured Transactions, Business Planning (includes business formation, mergers & acquisitions, and professional responsibility components).

Others: Law & Economics, Financial Crisis Seminar, Transactional Clinic.

University of Georgia School of Law (visiting):
Contracts, Corporations.

## SERVICE

### Academic Organizations

AALS Section on Financial Institutions and Consumer Financial Services, Chair (2012-2013); Chair-Elect and Program Chair for 2012 Annual Meeting (2011-2012); Executive Committee (2010-2013).

AALS Section on Securities Regulation Executive Committee (2013-2016).

AALS Section on Business Associations Executive Committee (2014-2016).

Tenure review letters for other law schools: four (Fall 2013); one (Fall 2014); two (Fall 2015); three (Fall 2016), three Fall 2017), two (Fall 2018).

### University

¶ University of Colorado Law School committees:
- Program Review (University-required self-study)(Chair, 2013-2014).
- Appointments (2013-15, 2017-18).
- Admissions (2012-2013).
- Academic and Student Affairs Committee (2011-12, 2015-18).
- MSL Committee (2015-7).
- LL.M. Committee (2016-2018).

¶ University of New Mexico School of Law committees
- Faculty Colloquium Committee (2007-09, 2011)(Chair, 2008-09, 2011).
- Faculty Appointments Committee (2008-09).

- Student Affairs Committee (2006- 08)(Chair, 2007-08).
- CLE Committee (2009-10).
- Clerkship Committee (2009-11).
- Curriculum Committee (2006-07).
- Student Honors & Awards Committee (2011).

¶ University of New Mexico (University-wide committees)
- Interdisciplinary Film and Digital Media ("IFDM") Faculty Council (2006-08).
- Search Committees:  IFDM Director and Director of ARTS Lab (2008).

### Federal, State, and Non-profit

¶ In 2011, I was an academic commentator on a study by the Working Group for the Administrative Office of the United States Courts on the bankruptcy of non-bank financial institutions.  This study was required by the Dodd-Frank Act.

¶ In 2006, I consulted *pro bono,* for the State of New Mexico Economic Development Department and the Coalition of MainStreet communities (a group of New Mexico communities that are receiving state assistance in revitalizing downtown districts) with respect to the following:

- Drafting legislation to enable municipalities to establish arts and cultural districts in downtown areas: this project was conducted by supervising law students in the Economic Development Clinic; and

- Drafting legislation to establish a state microfinance program to support downtown revitalization efforts.

¶ In Fall 2008, I worked with an *ad hoc* group of securities law practitioners in New Mexico to comment on a proposed draft of a new securities law for the state.  This group was invited to comment by the State Regulation and Licensing Department.

### PROFESSIONAL MEMBERSHIPS & HONORS

¶ Member, New York and District of Columbia bars.

¶ Wolf-Nichols Fellow, 2015- , University of Colorado Law School.

¶ Regents Lecturer, 2007-08, 2009-10, University of New Mexico School of Law.

¶ Peer reviewer:

- Cambridge University Press; Columbia University Press; Oxford University Press; MIT Press; Aspen Publishers; University of Chicago Press.

- National Science Foundation grant proposals in economics, 2008, 2015.

¶ Drafter, Exam Questions, National Conference of Bar Examiners, April 2009.

¶ Honorary Fellow, 2007-09, Department of Business Law and Taxation, Monash University (Australia).

### GRANTS

¶ Deutsche Akademische Austauschdienst: 2010 grant for two month research stay at Humboldt Universität zu Berlin

¶ University of New Mexico Research Allocations Committee: 2010 grant to finish book on financial regulation and asset price bubbles.

¶ University of New Mexico Teaching Allocations Committee: 2010 grant for developing simulations for teaching transactional law.

### MEDIA

¶ Research profiled in *Computerworld* magazine.  Quoted in stories on financial regulation and securities litigation in the *Wall Street Journal,* the *New York Times*, the *Washington Post*, the *Financial Times* of London, *Money,* and *The Deal.*

¶   Blogging at www.theconglomerate.org (guest blogger, November 2009; permanent blogger since January 1, 2010).

## LANGUAGES

¶   English (native).
¶   German (fluent).
¶   Spanish (intermediate).

## REFERENCES

Available upon request.