**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Case No. 17-cr-00008-WJM

Date January 14, 2018

Case Title U.S. v. Jean-Pierre

PLAINTIFF FINAL WITNESS LIST

| WITNESS & DATE | Direct | Cross | Total |
|---|---|---|---|
| Todd Abbott | X | | 30min |
| Fred Dahlman | x | | 1 hour |
| Cliffe Bodden | x | | 4 hours |
| Robert Dittman | x | | 30 min |
| Joslyn Claiborne | x | | 2 hours |
| Wayne Coleson | x | | 20 min |
| First Bank Custodian Interstate | X | | 15 min |
| Kelly Blume | X | | 20 min |
| FBI UC#1 | x | | 1 hour |
| FBI UC#2 | x | | 1 hour |
| William Sears | x | | 8 hours |
| Charles DeFrance FBI (evidence) | x | | 15 min |
| Joanna DiBella | x | | 1 hour |
| Pete Dickerman IRS (computer) | x | | 30 min |
| Tod DiTommaso | x | | 4 hour |
| Shane Bohlender | x | | 30 min |
| Scott Dittman | X | | 2 hour |
| Andy Duke | X | | 40 min |

| Witness | | | | | | |
|---|---|---|---|---|---|---|
| Kate Funk | Direct: | X | Cross: | | Total: | 4 hours |
| Liz Heese (OTC) | Direct: | x | Cross: | | Total: | 1 hour |
| Leslie Jean-Pierre | Direct: | x | Cross: | | Total: | 20 min |
| Jeff Holmes (transfer agent FBI) | Direct: | x | Cross: | | Total: | 5 min |
| Katie Saia | Direct: | x | Cross: | | Total: | 30 min |
| Michael Kocinski | Direct: | x | Cross: | | Total: | 1 hour |
| Todd Kramer | Direct: | X | Cross: | | Total: | 1 hour |
| Erin Newton | Direct: | X | Cross: | | Total: | 1.5 hours |
| Richard Scholz | Direct: | x | Cross: | | Total: | 1 hour |
| Debbie Sikiyan (examiner) | Direct: | X | Cross: | | Total: | 30 min |
| Bank of America Custodian Interstate | Direct: | X | Cross: | | Total: | 20 min |
| Myron Thaden | Direct: | X | Cross: | | Total: | 30 min |
| Steve Thel | Direct: | X | Cross: | | Total: | 3 hours |
| Kristen Varel | Direct: | X | Cross: | | Total: | 3 hours |
| FBI/TFO Miami Transfer | Direct: | X | Cross: | | Total: | 30 min |
| Tim Scarpino | Direct: | X | Cross: | | Total: | 1 hour |
| Mike Schneider (examiner) | Direct: | X | Cross: | | Total: | 30 min |
| Marcelo DoPrado | Direct: | X | Cross: | | Total: | 30 min |
| Alex Scoufis | Direct: | X | Cross: | | Total: | 3 hours |
| Mike Cruz (Scottsdale) | Direct: | X | Cross: | | Total: | 1 hour |
| Sandra Sears | Direct: | X | Cross: | | Total: | 30 |
| Sandra Sears | Direct: | X | Cross: | | Total: | 30 min |
| Joe Ivanich | Direct: | X | Cross: | | Total: | 30 min |
| Jared Erwin | Direct: | X | Cross: | | Total: | 30min |