IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00008-WJM

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

1.   **GUY JEAN-PIERRE,**
    a/k/a Marcello Dominguez de Guerra,

    **Defendant.**

---

### GOVERNMENT'S PROPOSED QUESTIONS FOR JUROR VOIR DIRE
---

    In accordance with WJM Revised Practice Standards IV (4)(c), the United States of America, by and through Assistant United States Attorneys Robert Brown and Jeremy Sibert, requests that the following questions be asked of the potential jurors during the court's voir dire, to the extent such questions are not normally asked by the Court, or that counsel for the government may be permitted to make inquiries concerning the subject matter raised by this proposed voir dire:

    1.    Have you or any members of your family ever been engaged in a lawsuit against the United States government?

    2.    How would you describe your attitudes or beliefs about men and women who have chosen law enforcement as their profession?

    3.    Does any juror have any religious, moral or philosophical reservations about sitting as a juror in a criminal case, or returning the verdict of guilty, if such is supported by the evidence?

4. Have you or any member of your family ever had any experience with law enforcement or the courts that may cause you to be biased against law enforcement or the court system?

5. Have you ever had a bad experience with the courts or police? Have you ever had a good experience with the courts or police?

6. This case was investigated by law enforcement agencies of the United States government including the FBI, Postal Inspection Service and IRS. Have you or any member of your family or any close personal friend had any experience involving or dispute with an agency of the United States, or with a local police department that left you with good or bad feelings or that could prejudice you either for or against the Government? If so, do you think that experience would cause you to be biased for or against the government or for or against the defendant in this case.

7. In recent months, the actions of the Department of Justice including the FBI, have been questioned with regard to political bias and the ability to act fairly. Most of these questions have involved actions in Washington, D.C. Apart from whether or not those questions are valid, the issues raised have, in some persons, impacted their sense of whether or not the system – specifically the criminal justice system – is fair and just. Do any of you believe that your ability to decide this case fairly, either for or against the government, which is represented by members of the United States Attorney's Office in this case, would be impacted by the manner in which certain members of the Department of Justice, including the FBI, have investigated the President, members of his administration or associates, and/or allegedly failed to

investigate actions of persons on the opposite end of the political spectrum from the President?

8. Have you or any members of your family or any close personal friend been the victims of or witnesses to a crime? What type of crime? Were you satisfied with the way police or law enforcement officers handled the matter? The prosecutor? The court?

9. This is a criminal trial. Your duty, as jurors, will be to determine whether or not the defendant is guilty of the crimes charged in the second superseding indictment based on the evidence in the case. It is my duty, as judge, to determine what punishment, if any, may be imposed in the event of a guilty verdict. Would you be able to assess the evidence in this case and render a verdict without consideration as to the type of sentence or punishment which ultimately may be imposed as a result of your verdict?

10. Have you previously been called to jury service? Did you actually sit as a juror? Civil or criminal case? What jurisdiction?

11. Was there anything about prior jury service that would cause you to be biased in any way in this case?

12. I would like to ask you some personal questions about your habits or routine:

    A. What are your primary sources of news either on television, the internet or in print?

    B. What types of television entertainment do you watch?

   C. Do you read books?  If so, what types, generally?

   D. What are your hobbies, if any?

   E. Do you display bumper-stickers on your car?

   F. Open question for an individual who has not spoken much?

13. The charges in the indictment relate to fraud involving stock trading.

  A. Do you presently, or have you in the past, own any stock either directly or in mutual funds or in retirement accounts?

  B. If so, how did you come to purchase the stock?  Was it through an investment advisor or did you purchase the stock directly?

  C. Have any of the jury panelists ever purchased what is often referred to as "penny stocks?"  If you have, did someone solicit you to make such a purchase or did you initiate the stock purchase?

If a juror answers affirmatively to any of the above questions from the court, the government requests the Court to ask appropriate follow-up questions, or permit the government to inquire further.

Dated this 6th day of January, 2019.

                                      Respectfully submitted,

                                      JASON DUNN
                                      United States Attorney

                                      By:   s/ Robert Brown
                                      ROBERT BROWN
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      1801 California Street #1600
                                      Denver, Colorado 80202
                                      Telephone: (303) 454-0100

CERTIFICATE OF SERVICE

I hereby certify that on this 6Th day of January, 2019, I electronically filed the foregoing GOVERNMENT'S PROPOSED VOIR DIRE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record

/s *Robert Brown*
ROBERT BROWN
Assistant U.S. Attorney