**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**


Case No.   17-cr-00008-WJM-1          Date   January 6, 2019

Case Title:   *United States v. Guy M. Jean-Pierre*

GUY M. JEAN-PIERRE'S   FINAL WITNESS LIST
(Defendant)


| WITNESS & DATE | Direct | Cross | Total |
|---|---|---|---|
| Erik M. Gerding, expert | 2.5 | | 4.0 |
| Marcelo Prado | 0.5 | | 1.0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |