IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00008-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  GUY M. JEAN-PIERRE,
    a/k/a Marcelo Dominguez de Guerra,

## MOTION TO FILE STIPULATED STATEMENT OF THE CASE AND VERDICT FORMS BEYOND THE TIME LIMIT ORDERED BY THE COURT

      The United States by the undersigned Assistant United States Attorney moves the Court for an order permitting the filing of a Stipulated Statement of the Case and Verdict Forms beyond the time limitation imposed by the Court of January 6, 2017 at 6:00 p.m.

      As grounds therefore, undersigned counsel advises the Court those two documents were completed before the deadline but that counsel was unable to file the documents in the ECF system in time due to counsel's ECF system, or counsel's inability to use said system properly.   Other trial documents were filed but when counsel attempted to submit these two documents, he was unable to complete the task and no one was available in his office to accomplish the task.

      Someone is available now, January 7, 2018 and the task can be accomplished. Opposing counsel is aware of this failure and does not object.   Due to the nature of the documents, no prejudice will attach, and with regard to the Stipulated Statement of the

Case, it is included in the jury instructions submitted.

    Dated this 7th day of January 2019.

                              Respectfully submitted,

                              JASON DUNN
                              United States Attorney

                              By:  *s/ Robert Brown*
                              ROBERT BROWN
                              Assistant United States Attorney
                              United States Attorney's Office
                              1801 California Street #1600
                              Denver, Colorado 80202
                              Telephone: (303) 454-0100

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January 2019, I electronically filed the foregoing **MOTION TO FILE STIPULATED STATEMENT OF THE CASE AND VERDICT FORMS BEYOND THE TIME LIMIT ORDERED BY THE COURT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*s/ Brittany Herrera*
BRITTANY HERRERA
U.S. Attorney's Office