IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 17-cr-00008-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. GUY M. JEAN-PIERRE,
   a/k/a Marcello Dominguez de Guerra,

   Defendant,

---

# VERDICT FORM

---

## COUNT 1

We, the jury, upon our oaths, unanimously find the defendant, Guy M. Jean-Pierre:

      _____ Not Guilty

      _____ Guilty

of Conspiracy as charged in Count 1 of the Second Superseding Indictment.

## COUNT 2

We, the jury, upon our oaths, unanimously find the defendant, Guy M. Jean-Pierre:

      _____ Not Guilty

      _____ Guilty

of Wire Fraud as charged in Count 2 of the Second Superseding Indictment.

## COUNT 3

We, the jury, upon our oaths, unanimously find the defendant, Guy M. Jean-Pierre:

_____ Not Guilty

_____ Guilty

of Wire Fraud as charged in Count 3 of the Second Superseding Indictment.

## COUNT 4

We, the jury, upon our oaths, unanimously find the defendant, Guy M. Jean-Pierre:

_____ Not Guilty

_____ Guilty

of Wire Fraud as charged in Count 4 of the Second Superseding Indictment.

## COUNT 5

We, the jury, upon our oaths, unanimously find the defendant, Guy M. Jean-Pierre:

_____ Not Guilty

_____ Guilty

of Wire Fraud as charged in Count 5 of the Second Superseding Indictment.

## COUNT 6

We, the jury, upon our oaths, unanimously find the defendant, Guy M. Jean-Pierre:

_____ Not Guilty

_____ Guilty

of Wire Fraud as charged in Count 6 of the Second Superseding Indictment.

## COUNT 7

We, the jury, upon our oaths, unanimously find the defendant, Guy M. Jean-Pierre:

    _____ Not Guilty

    _____ Guilty

of Wire Fraud as charged in Count 7 of the Second Superseding Indictment.

## COUNT 8

We, the jury, upon our oaths, unanimously find the defendant, Guy M. Jean-Pierre:

    _____ Not Guilty

    _____ Guilty

of Wire Fraud as charged in Count 8 of the Second Superseding Indictment.

## COUNT 9

We, the jury, upon our oaths, unanimously find the defendant, Guy M. Jean-Pierre:

    _____ Not Guilty

    _____ Guilty

of Wire Fraud as charged in Count 9 of the Second Superseding Indictment.

## COUNT 10

We, the jury, upon our oaths, unanimously find the defendant, Guy M. Jean-Pierre:

    _____ Not Guilty

    _____ Guilty

of Wire Fraud as charged in Count 10 of the Second Superseding Indictment.

## COUNT 11

We, the jury, upon our oaths, unanimously find the defendant, Guy M. Jean-Pierre:

    _____ Not Guilty

    _____ Guilty

of Wire Fraud as charged in Count 11 of the Second Superseding Indictment.

## COUNT 12

We, the jury, upon our oaths, unanimously find the defendant, Guy M. Jean-Pierre:

    _____ Not Guilty

    _____ Guilty

of Wire Fraud as charged in Count 12 of the Second Superseding Indictment.

## COUNT 13

We, the jury, upon our oaths, unanimously find the defendant, Guy M. Jean-Pierre:

    _____ Not Guilty

    _____ Guilty

of Wire Fraud as charged in Count 13 of the Second Superseding Indictment.

## COUNT 14

We, the jury, upon our oaths, unanimously find the defendant, Guy M. Jean-Pierre:

    _____ Not Guilty

    _____ Guilty

of Wire Fraud as charged in Count 14 of the Second Superseding Indictment.

## **COUNT 15**

We, the jury, upon our oaths, unanimously find the defendant, Guy M. Jean-Pierre:

    \_\_\_\_  Not Guilty

    \_\_\_\_  Guilty

Of Wire Fraud as charged in Count 15 of the Second Superseding Indictment.

## **COUNT 16**

We, the jury, upon our oaths, unanimously find the defendant, Guy M. Jean-Pierre:

    \_\_\_\_  Not Guilty

    \_\_\_\_  Guilty

of Wire Fraud as charged in Count 16 of the Second Superseding Indictment.

## **COUNT 17**

We, the jury, upon our oaths, unanimously find the defendant, Guy M. Jean-Pierre:

    \_\_\_\_  Not Guilty

    \_\_\_\_  Guilty

of Mail Fraud as charged in Count 17 of the Second Superseding Indictment.

## **COUNT 18**

We, the jury, upon our oaths, unanimously find the defendant, Guy M. Jean-Pierre:

    \_\_\_\_  Not Guilty

    \_\_\_\_  Guilty

of Mail Fraud as charged in Count 18 of the Second Superseding Indictment.

## **COUNT 19**

We, the jury, upon our oaths, unanimously find the defendant, Guy M. Jean-Pierre:

    \_\_\_\_  Not Guilty

    \_\_\_\_  Guilty

of Mail Fraud as charged in Count 19 of the Second Superseding Indictment.

## **COUNT 20**

We, the jury, upon our oaths, unanimously find the defendant, Guy M. Jean-Pierre:

    \_\_\_\_  Not Guilty

    \_\_\_\_  Guilty

of Mail Fraud as charged in Count 20 of the Second Superseding Indictment.

## **COUNT 21**

We, the jury, upon our oaths, unanimously find the defendant, Guy M. Jean-Pierre:

    \_\_\_\_  Not Guilty

    \_\_\_\_  Guilty

of Securities Fraud as charged in Count 21 of the Second Superseding Indictment.

## **COUNT 22**

We, the jury, upon our oaths, unanimously find the defendant, Guy M. Jean-Pierre:

    \_\_\_\_  Not Guilty

    \_\_\_\_  Guilty

of Securities Fraud as charged in Count 22 of the Second Superseding Indictment.

## COUNT 23

We, the jury, upon our oaths, unanimously find the defendant, Guy M. Jean-Pierre:

_____ Not Guilty

_____ Guilty

of Securities Fraud as charged in Count 23 of the Second Superseding Indictment.

## COUNT 24

We, the jury, upon our oaths, unanimously find the defendant, Guy M. Jean-Pierre:

_____ Not Guilty

_____ Guilty

of Wire Fraud as charged in Count 24 of the Second Superseding Indictment.

## COUNT 25

We, the jury, upon our oaths, unanimously find the defendant, Guy M. Jean-Pierre:

_____ Not Guilty

_____ Guilty

of Wire Fraud as charged in Count 25 of the Second Superseding Indictment.

## COUNT 26

We, the jury, upon our oaths, unanimously find the defendant, Guy M. Jean-Pierre:

_____ Not Guilty

_____ Guilty

of Wire Fraud as charged in Count 26 of the Second Superseding Indictment.

## **COUNT 27**

We, the jury, upon our oaths, unanimously find the defendant, Guy M. Jean-Pierre:

____   Not Guilty

____   Guilty

Of Wire Fraud as charged in Count 27 of the Second Superseding Indictment.

## **COUNT 28**

We, the jury, upon our oaths, unanimously find the defendant, Guy M. Jean-Pierre:

____   Not Guilty

____   Guilty

of Wire Fraud as charged in Count 28 of the Second Superseding Indictment.

## **COUNT 29**

We, the jury, upon our oaths, unanimously find the defendant, Guy M. Jean-Pierre:

____   Not Guilty

____   Guilty

of Money Laundering as charged in Count 29 of the Second Superseding Indictment

_____
FOREPERSON

Dated this ____ day of _____, 2019.