IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00008-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. GUY M. JEAN-PIERRE,
   a/k/a Marcelo Dominguez de Guerra,

## STIPULATED STATEMENT OF THE CASE

In accordance with WJM Revised Practice Standards VI(B), the United States of America, by undersigned counsel, submits a stipulated Statement of the Case which it/he failed to include in the Stipulated Jury Instructions submitted [ECF 77].

The parties stipulate that an appropriate, brief statement of the case is:

"The defendant Guy M. Jean-Pierre is charged in a 28-count second superseding indictment with violations of federal criminal laws:  one count of conspiracy to commit mail, wire and securities fraud, 20 counts of wire fraud, 4 counts of mail fraud, 3 counts of securities fraud and one count of money laundering.  The indictment also contains a forfeiture allegation regarding the proceeds of the alleged frauds.

The conspiracy and fraud counts allege a scheme to defraud FusionPharm investors, a microcap stock traded on the Over-the-Counter market.  The scheme included the defendant preparing and transmitting documents and assisting others in the preparation of documents that: (a) allowed FusionPharm control person(s)/co-conspirator(s) to sell stock in violation of securities laws in order to fund FusionPharm;

(b) falsely portrayed deposits of proceeds from the sale of FusionPharm common stock as convertible debt obligations owed to affiliate companies of FusionPharm, Bayside and Meadpoint; (c) falsely portrayed Microcap, Bayside, and Meadpoint as non-affiliates of FusionPharm; (d) concealed the role of other co-conspirators in the FusionPharm business; (e) falsely represented that the quarterly and annual disclosure documents and financial statements constituted adequate current information about FusionPharm; and (f) failed to disclose his role in drafting documents for another attorney to sign and represent as the other attorney's own work product.   The conspiracy count alleges an agreement and overt acts involving the defendant and others in the posting of false documents on the Over-the-Counter website and the selling of FusionPharm stock on the penny stock market.   These offenses allegedly occurred between 2011 and 2014.

Other wire fraud counts allege a similar scheme to defraud involving the defendant acting in a similar role in a scheme that involved law enforcement personnel and their agents acting in an undercover role which occurred in February through April 2016.   The money laundering count alleges the defendant knowingly conducted or attempted to conduct a financial transaction affecting interstate and foreign commerce involving property that was proceeds of securities fraud or wire fraud which was intended to conceal and disguise the location, source, ownership and control, of the financial transaction.

The defendant denies these charges and has plead not guilty to them.

Dated this 6th day of January 2019.

                                        Respectfully submitted,

                                        JASON DUNN
                                        United States Attorney

                                        By:   s/ Jeremy Sibert
                                        JEREMY SIBERT
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        1801 California Street #1600
                                        Denver, Colorado 80202
                                        Telephone: (303) 454-0100

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January 2019, I electronically filed the foregoing GOVERNMENT'S PROPOSED VOIR DIRE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record

/s *Robert Brown*
ROBERT BROWN
Assistant U.S. Attorney