PS 41
(7/93)

# UNITED STATES PRETRIAL SERVICES OFFICE

## PASSPORT RECEIPT

NAME  Guy M. Jean-Pierre                    PASSPORT NUMBER  511899888

DATE REC'D  01/09/2019                      COUNTRY OF ORIGIN  USA

                                            EXPIRATION DATE  10/10/2023

DEFENDANT'S SIGNATURE  [signature]   OFFICER'S SIGNATURE  s/ R. Rogers
                       Clifford J. Barnard


DATE RETURNED _____        REC'D BY _____

                                     REC'D FROM _____

PURPOSE RETURNED _____

ADDRESS (if mailed)