**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martinez**

Criminal Case No. 17-cr-008-WJM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

**1. GUY M. JEAN-PIERRE**,

     Defendant.

_____

**ORDER**

_____

Upon the motion of the United States of America, and for good cause shown, it is ordered that an arrest warrant pursuant to 18 U.S.C. § 3144 is issued on Mr. Cliffe Bodden and that Mr. Cliffe Bodden is issued material witness status for the purpose of being a witness in the trial of the above matter. It is the order of this Court that Immigration Customs and Enforcement not deport Mr. Cliffe Bodden on January 17, 2019 as schedule but to grant him his rights as a material witness for the purposes of the above case.

Dated this 9th day of January, 2019.

BY THE COURT:

_____

William J. Martinez
United States District Judge