PS 41
(7/93)

UNITED STATES PRETRIAL SERVICES OFFICE

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 JAN -9 PM 2:55

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

# PASSPORT RECEIPT

NAME  Guy M. Jean-Pierre

PASSPORT NUMBER  511899888

DATE REC'D  01/09/2019

COUNTRY OF ORIGIN  USA

EXPIRATION DATE  10/10/2023

DEFENDANT'S SIGNATURE  *[signature]*
Clifford J. Barnard

OFFICER'S SIGNATURE  s/ R. Rogers

DATE RETURNED  01/09/2019

REC'D BY  R. Rogers Deputy Clerk

REC'D FROM  Clifford Barnard

PURPOSE RETURNED _____

ADDRESS (if mailed)