IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: January 8, 2019
Courtroom Deputy: Anna Frank and Emily Buchanan
Court Reporter: Mary George

| | |
|---|---|
| Criminal Action No. 17-cr-00008-WJM | Counsel: |
| UNITED STATES OF AMERICA, | Jeremy Sibert |
| | Robert Brown |
| Plaintiff, | |
| v. | |
| GUY M. JEAN-PIERRE, | Thomas Goodreid |
| | Clifford Barnard |
| Defendant. | |

## COURTROOM MINUTES

**Final Trial Preparation Conference**

**3:04 p.m.    Court in session.**

Appearances of counsel. Also present: Kate Funk, FBI agent.

Defendant is present and on bond.

A 11-day jury trial is set to commence at 8:30 a.m. on Monday, January 14, 2019 through January 25, 2019, in Courtroom A801. The trial will continue on January 28th and 29th in Courtroom A702.

**ORDERED:** The United States' Motion for Material Witness [ECF 162] is granted. A written order shall follow.

Discussion held regarding the United States' Response to Defendant's Notification to Object to Government's 404(b) Evidence [ECF 161]. Counsel agree to raise the issue of

404(b) evidence with the Court outside the presence of the jury. The Court takes this matter under advisement and will rule during trial.

Each side shall have 20 minutes for voir dire and 35 minutes for opening statements.

The Court will seat 12 jurors and 2 alternates.

**ORDERED:** Counsel shall advise the Court on or before **5:00 p.m. on January 11, 2019** if they have a stipulated instruction as to one or more of the counts for the Court to read to the jury at the beginning of the trial.

Discussion regarding stipulations of fact and counsel stipulating to exhibits.

**ORDERED:** Counsel shall file and email to chambers any stipulations of fact by **5:00 p.m. on January 11, 2019**.

**ORDERED:** On or before **12:00 p.m. on January 10, 2019**, each side shall email to chambers a roster identifying by name and capacity everyone who will be seated at counsel tables during trial.

Discussion held regarding sequestration of witnesses. Expert witnesses may remain in the courtroom only if there are no objections. If a party objects, the expert witnesses will be sequestered. On Monday morning, counsel may advise the Court if there is an agreement to exclude expert witnesses from the sequestration order.

Discussion held regarding trial exhibits.

**ORDERED:** The Government's request to electronically submit on a flash drive portions of exhibits or attachments to exhibits that are voluminous and not examined by a witness is granted. All exhibits or portions of exhibits that will be examined by the witness must be printed, labeled, numbered/lettered, included on the exhibit list and multiple sets provided as stated in WJM Revised Practice Standards.

**ORDERED:** The parties shall meet and confer face to face no later than **12:00 p.m. on January 10, 2019**, to stipulate to the admissibility of the exhibits.

**ORDERED:** The Government shall file and email to chambers an Amended Final Exhibit List noting stipulated exhibits on or before **2:00 p.m. on January 11, 2019**.

Discussion held regarding jury instructions.

**ORDERED:** The Government shall file and email to chambers an editable version of an amended set of stipulated jury instructions with authority and an amended

        final set of disputed jury instructions on or before **2:00 p.m. on January 11, 2019**.

**ORDERED:** Defendant shall file and email to chambers an editable amended final set of Defendant's jury instructions on or before **2:00 p.m. on January 11, 2019**. Defendant's jury instructions shall be lettered, and the Government's instructions shall be numbered.

**ORDERED:** The Government shall email to chambers the stipulated verdict form and the stipulated statement of the case by **2:00 p.m. on January 11, 2019**.

No trial briefs are needed or will be accepted.

Defense counsel has no objection to the Government's request to provide headphones to the jury, defense counsel, the Court, and the Court's staff for introducing poor quality audio files.

Court defers ruling on submitting to the jury a paper transcript for an admitted audio file or a captioned video.

**ORDERED:** Defendant's bond is continued.

**4:22 p.m.    Court in recess.**

Total time in court:  1 hour 18 minutes

Hearing concluded.