AO 443 (Rev. 11/11)  Warrant for the Arrest of a Witness or Material Witness in a Pending Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) ) | Case No. 17-cr-00008-WJM |
| GUY M. JEAN-PIERRE | ) ) | |
| *Defendant* | ) | |

## WARRANT FOR THE ARREST OF A WITNESS
## OR MATERIAL WITNESS IN A PENDING CRIMINAL CASE

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before this court *(name of person to be arrested)* CLIFFE BODDEN, a person

☐ who has been served with a subpoena to appear in this case and has failed to do so.
☑ who is a material witness for which proceedings are necessary pursuant to 18 U.S.C. § 3144.

**YOU ARE FURTHER COMMANDED** to detain this witness until this court orders discharge from custody.

Date: 01/10/2019

s/A. Frank, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 443  (Rev. 11/11) Warrant for the Arrest of a Witness or Material Witness in A Pending Criminal Case (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of witness:

Known aliases:

Last known residence:

Prior addresses to which witness may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                    Weight:

Sex:                       Race:

Hair:                      Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address: