IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00008-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      GUY M. JEAN-PIERRE,

        Defendant.

_____

### GOVERNMENT'S MOTION FOR RECONSIDERATION REGARDING TIME FOR OPENING

The UNITED STATES OF AMERICA, by and through Jason R. Dunn, United States Attorney for the District of Colorado, and Jeremy Sibert, Assistant United States Attorney, files this motion for reconsideration regarding time for opening statements.

At the pretrial conference, this Honorable Court provided the government 35 minutes for its opening statement. This equates to approximately 70 seconds per-charge (29 counts) without taking into any consideration of an introduction/closing statements in the opening by the government. Or to put it in another prospective, if the government prepares a 20 slide power point, it has less than 1 minute 45 seconds per-slide, without considering any introduction by the government (theory of the case) in beginning of the opening.

Based all parties discussions at pretrial, security fraud is a difficult subject to explain and argue. This Honorable Court suggested that some introduction instruction

1

be provided to the jury, but Mr. Jean-Pierre, through counsel, objects to this reasonable and thoughtful suggestion to assist the jury.

The government in preparing its opening is now seeking an additional 10 minutes in order to be able to explain to the jury a little bit about the charges and how it plans to prove its case. Since the defense is objecting to any assistance by this Court regarding a preliminary instruction to assist the jury, the government is requesting the additional time to highlight the important sections of the security, wire, and mail fraud laws so the jury may be able to understand it and better focus their attention on evidence that is pertinent to the law regarding the charges in this case.

If the government can do its opening in less than 45 minutes, it will not take any additional time, understanding the importance of keeping this case on track and not over boring or overwhelming the jury. However, the additional time might act to assist the jury in understanding the important issues in the case.

Defendant Mr. Jean-Pierre, through counsel, does not object to this request.

Respectfully submitted this 11th day of January, 2019.

        JASON R. DUNN
        United States Attorney

        By: *s/ Jeremy Sibert*
        JEREMY SIBERT
        Assistant United States Attorney
        1801 California St, Suite 1600
        Denver, Colorado   80202
        Telephone:   303-454 0100
        Facsimile:   303-454 0403
        Email: jeremy.sibert@usdoj.gov
        Attorney for the government

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of January, 2019, I electronically filed the foregoing GOVERNMENT'S MOTION FOR RECONSIDERATION REGARDING TIME FOR OPENINGwith the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Attorneys for Defendant**
**Clifford Barnard**
**Thomas Goodreid**

                                                               By:    *s/Jeremy Sibert*
                                                                          JEREMY SIBERT
                                                                          Assistant United States Attorney