IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.17-cr-00008-WJM-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     **GUY M. JEAN-PIERRE**,

        Defendant.

---

### DEFENDANT JEAN-PIERRE'S WITHDRAWAL OF OBJECTION TO GOVERNMENT'S MOTION TO AMEND THE SPECIFIC DATES ALLEGED IN COUNTS 12-16 OF THE SECOND SUPERSEDING INDICTMENT

---

THE DEFENDANT, GUY M. JEAN-PIERRE, by and through his attorney, Clifford J. Barnard, hereby withdraws his objection to the *Government's Motion to Amend the Specific Dates Alleged in Counts 12-16 of the Second Superseding Indictment* (Docket No. 172).

DATED this 13th day of January, 2019.

        Respectfully submitted,

        *s/Clifford J. Barnard*

        Clifford J. Barnard
        Clifford J. Barnard, Attorney at Law
        4450 Arapahoe Avenue, Suite 100
        Boulder, Colorado 80303
        Telephone: (303) 449-2543
        Facsimile: (303) 444-6349
        Email: *cliffbarnard@earthlink.net*
        Attorney for Defendant Jean-Pierre

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January, 2019, I electronically filed the foregoing *Defendant Jean-Pierre's Withdrawal of Objection to Government's Motion to Amend the Specific Dates Alleged in Counts 12-16 of the Second Superseding Indictment* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

    A.U.S.A. Jeremy Sibert       *jeremy.sibert@usdoj.gov*

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Guy Jean-Pierre                       *Via U.S. Mail*
    Register # 78606-054
    Independence House South
    2765 S. Federal Blvd.
    Denver, CO 80236

                                            *s/Clifford J. Barnard*

                                            Clifford J. Barnard
                                            Attorney for Defendant Jean-Pierre