IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No.  17-cr-00008-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GUY JEAN-PIERRE,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF ORIGINAL EXHIBITS

---

IT IS STIPULATED AND ORDERED that at the conclusion of the jury trial, counsel for the parties shall retain custody of their respective original exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 14th day of January, 2019.

BY THE COURT:

_____
William J. Martínez, Judge


_____       _____
Attorney for the Government       Attorney for Defendant