IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: January 15, 2019
Courtroom Deputy: Anna Frank and Cathy Pearson
Court Reporter: Mary George

| | |
|---|---|
| Criminal Action No. 17-cr-00008-WJM | Counsel: |
| UNITED STATES OF AMERICA, | Jeremy Sibert |
| | Robert Brown |
| Plaintiff, | |
| v. | |
| GUY JEAN-PIERRE, | Thomas Goodreid |
| | Clifford Barnard |
| Defendant. | |

## COURTROOM MINUTES

Jury Trial: Day Two

**8:50 a.m.**  **Court in session.**  Jury is not present.

Discussion held regarding Rule 403 and 404(b).

Discussion held as to advising counsel of witnesses to be called.

Deferred ruling on Government's oral motion to dismiss juror 100362524.

**ORDERED:** Government's oral motion to stay proceedings is denied.

9:11 a.m.   Jury is present.

Government resumes. Continued direct examination of Mr. Sears by Mr. Sibert.

10:20 a.m.   Jury is excused.

**10:21 a.m.**   **Court in recess.**
**10:49 a.m.**   **Court in session.**   Jury is not present.

10:53 a.m.    Jury is present.

Government resumes. Continued direct examination of Mr. Sears by Mr. Sibert.

Government's Exhibits 170, 171, 173, 174, 177, 249, 258, 372c, 372e, 372f, 372r, 372x, 372bb, 372dd, 372ff, 372gg, 372hh, 372kk, 372qq, 372uu, 372ccc, 372eee, 372hhh, 372iii, 372kkk, 372ooo, 384, 385, 391, 398, 399 and 175 are admitted into evidence.

12:09 p.m.    Jury is excused.

Court states its finding on Rules 403, 404(b) and Defendant's Objections to Government's Intent to Introduce Certain Evidence Under Federal Rule of Evidence 404(b) Notice [ECF 164].

**ORDERED:**    Defendant's Objections to Government's Intent to Introduce Certain Evidence Under Federal Rule of Evidence 404(b) Notice [ECF 164] is overruled in part. The Court will exclude the evidence at issue, as stated on the record.

**12:16 p.m.    Court in recess.**
**1:26 p.m.    Court in session.**    Jury present.

Government resumes. Continued direct examination of Mr. Sears by Mr. Sibert.

Government's Exhibits 140, 141, 142, 143, 144, 69, 70, 74, 77, 81, 82, 133, 155, 156, 245, 252, 268, 269, 270, 271, 272, 274, 372nn, 372xx, 372aaa, 372bbb, 372ddd, 372mmm and 400 are admitted into evidence.

3:05 p.m.    Jury is excused.

Discussion held regarding juror 100362524.

**3:07 p.m.    Court in recess.**
**3:27 p.m.    Court in session.**    Jury present.

Government resumes. Continued direct examination of Mr. Sears by Mr. Sibert.

Government's Exhibits 383, 107, 393, 372p, 372ee, 115, 124, 85, 389a, 389b, 389c, and 389d are admitted into evidence.

4:55 p.m.    Jury is excused, to return at 8:35 a.m. on Wednesday, January 16, 2019. The Court instructs juror number 100362524 to remain in the courtroom.

The Court's colloquy with and examination of juror number 100362524.

Examination of juror number 100362524 by the parties.

The Court's instructions to juror number 100362524, as stated on the record.

5:15 p.m.    Juror number 100362524 is excused, to return at 8:35 a.m. on Wednesday, January 16, 2019.

**ORDERED:**  The Government's oral motion to excuse juror number 100362524 is denied.

**5:16 p.m.**    **Court in recess.**    Trial continued. Defendant continued on bond.

Total time in court: 6:28