IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: January 16, 2019
Courtroom Deputy: Anna Frank and Cathy Pearson
Court Reporter: Mary George

---

Criminal Action No. 17-cr-00008-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GUY JEAN-PIERRE,

    Defendant.

Counsel:

Jeremy Sibert
Robert Brown

Thomas Goodreid
Clifford Barnard

## COURTROOM MINUTES

Jury Trial: Day Three

**8:51 a.m.   Court in session.**   Jury present.

Government resumes. Continued direct examination of Mr. Sears by Mr. Sibert.

Government's Exhibits 72, Page 1 of Exhibit 236, 2a, 2b, 2c, 2d, 2e, 2f, 1, 1a, and 1b are admitted into evidence.

The Court instructs the jury that the captioning used in video exhibits 2a, 2b, 2c, 2d, 2e, 2f, 1, 1a, and 1b should not be considered as evidence.

**10:08 a.m.   Court in recess.**
**10:32 a.m.   Court in session.**   Jury present.

Continued direct examination of Mr. Sears by Mr. Sibert.

Government's Exhibits 320a, 320b, 320c, 320d, 320e, 320f, 320g, 320h, 320i, 320j, 320k, 320L, 320m, 322a, 322b, 322c, 322d, 322e, 322f, 322g, 322h, 322i, 322j, 322k, 322L, 322m, 322n, 322o, 322p, 322q, and 322r are admitted into evidence.

The Court instructs the jury that the captioning used in the audio exhibits 322a through 322r should not be considered as evidence.

**12:14 p.m.   Court in recess.**
**1:26 p.m.    Court in session.**   Jury present.

Continued direct examination of Mr. Sears by Mr. Sibert.

Government's Exhibits 350, 351a, 351b, 351c, 351d, 351e, 351f, 351g, 351h, 357, 358a, 358b, 358c, 358d, 358e, 358f, 358g, 358h, 358i, 358j, 358k, 358L, 358m, 358n, 360, 361, 362, 363a, 363b, 363c, 363d, 363e, 363f, 363g, 363h, and 363i are admitted into evidence.

The Court instructs the jury that the captioning used in the audio/video exhibits 351a through 351h, 358a through 358n, 361, and 363a through 363i should not be considered as evidence.

Cross-examination of Mr. Sears by Mr. Goodreid.

**3:06 p.m.    Court in recess.**
**3:23p.m.     Court in session.**   Jury present.

Continued cross-examination of Mr. Sears by Mr. Goodreid.

Redirect of Mr. Sears by Mr. Sibert.

Government's Exhibit 446 is admitted into evidence.

Mr. Sears is excused.

3:40 p.m.     Government's witness Fred Dahlman is called and sworn.

Direct examination of Mr. Dahlman by Mr. Sibert.

Government's Exhibits 34, 61 and 63 are admitted into evidence.

Mr. Dahlman is excused.

4:32 p.m.     Government's witness Scott Dittman is called and sworn.

Direct examination of Mr. Dittman by Mr. Sibert.

Government's Exhibit 150 is admitted into evidence.

**5:01 p.m.**     **Court in recess.**     Trial continued. Defendant continued on bond.

Total time in court: 6:17