IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: January 17, 2019
Courtroom Deputy: Anna Frank
Court Reporter: Mary George

| | |
|---|---|
| Criminal Action No. 17-cr-00008-WJM | Counsel: |
| UNITED STATES OF AMERICA, | Jeremy Sibert |
| | Robert Brown |
| Plaintiff, | |
| v. | |
| GUY JEAN-PIERRE, | Thomas Goodreid |
| | Clifford Barnard |
| Defendant. | |

## COURTROOM MINUTES

Jury Trial: Day Four

**9:02 a.m.    Court in session.**  Jury not present.

Discussion held regarding juror number 100341382.

Discussion held regarding Defendant's Motion for Reconsideration of Admission of Government's Exhibit #446 [ECF 187].

**ORDERED:** Government will have until Sunday, January 20, 2019 to respond to Defendant's Motion for Reconsideration of Admission of Government's Exhibit #446 [ECF 187].

9:09 a.m.    Jury present.

Government resumes. Continued direct examination of Mr. Dittman by Mr. Sibert.

Pages 304 and 305 of Government's Exhibit 374 are admitted into evidence.

Government's Exhibits 25, 169, 263, 372y, 372z, 372aa, 372ss, 372vv, 372ww, 372zz, 372fff, 372jjj, 372LLL, 372nnn, 394, and 395 are admitted into evidence.

**10:18 a.m.     Court in recess.**
**10:39 a.m.     Court in session.**   Jury present

Continued direct examination of Mr. Dittman by Mr. Sibert.

**12:13 p.m.     Court in recess.**
**1:20 p.m.      Court in session.**   Jury present.

Continued direct examination of Mr. Dittman by Mr. Sibert.

Government's Exhibits 19a, 172, 230, 372jj, 100, 123, 151, 135, 136, 372s, 372w, 387, 388, 392, 167, 19, 40, and 390 are admitted into evidence.

**2:58 p.m.      Court in recess.**
**3:18 p.m.      Court in session.**   Jury present.

Continued direct examination of Mr. Dittman by Mr. Sibert.

Government's Exhibits 5a and 5b are admitted into evidence.

The Court instructs the jury that the captioning used in the audio exhibits 5a and 5b should not be considered as evidence.

Cross-examination of Mr. Dittman by Mr. Barnard.

Redirect of Mr. Dittman by Mr. Sibert.

Mr. Dittman is excused.

4:11 p.m.      Jury excused

Discussion held regarding Government's next witness.

**ORDERED:**  The trial transcript shall be sealed as discussed on the record.

4:16 p.m.      Jury present.

4:17 p.m.      Government's witness Undercover Agent No. 1 is called and sworn.

Direct examination of Undercover Agent No. 1 by Mr. Sibert.

Cross-examination of Undercover Agent No. 1 by Mr. Barnard.

Undercover Agent No. 1 is excused.

4:30 p.m.      Government's witness Shane Bohlender is called and sworn.

Direct examination of Mr. Bohlender by Mr. Brown

Cross-examination of Mr. Bohlender by Mr. Goodreid.

Mr. Bohlender is excused.

**4:49 p.m.**     **Court in recess.**     Trial continued. Defendant continued on bond.

Total time in court: 5:59