IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:              January 18, 2019
Courtroom Deputy:  Anna Frank
Court Reporter:    Mary George

| | |
|---|---|
| Criminal Action No. 17-cr-00008-WJM | Counsel: |
| UNITED STATES OF AMERICA, | Jeremy Sibert |
|     Plaintiff, | Robert Brown |
| v. | |
| GUY JEAN-PIERRE, | Thomas Goodreid |
|     Defendant. | Clifford Barnard |

## COURTROOM MINUTES

Jury Trial: Day Five

**8:53 a.m.     Court in session.     Jury is not present.**

Discussion held regarding juror 100372630.

8:59 a.m.     Jury present.

9:00 a.m.     Government's witness Kelly Blume is called and sworn.

Government resumes. Direct examination of Ms. Blume by Mr. Brown.

Government's Exhibit 41 is admitted into evidence.

Cross-examination of Ms. Blume by Mr. Goodreid.

Redirect of Ms. Blume by Mr. Brown.

Ms. Blume is excused.

9:43 a.m.     Government's witness Elizabeth Hess is called and sworn.

Direct examination of Ms. Hess by Mr. Sibert.

Government's Exhibit 53 is admitted into evidence.

**10:20 a.m.**     **Court in recess.**
**10:40 a.m.**     **Court in session.**     Jury present.

Continued direct examination of Ms. Hess by Mr. Sibert.

Government's Exhibits 8, 54, 55, 56, 57, 19b, 19c, 12, 13, 14, 15, 17, 18, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 9, 10 and 11 are admitted into evidence.

Cross-examination of Ms. Hess by Mr. Barnard.

Ms. Hess is excused.

**12:10 p.m.**     **Court in recess.**
**1:18 p.m.**     **Court in session.**     Jury present.

1:20 p.m.     Government's witness Joslyn Claiborne is called and sworn.

Direct examination of Ms. Claiborne by Mr. Sibert.

Government's Exhibits 72, 73, 76, 77, 78, 79, 80, 81, 84, 114, 116, 117 and 90 are admitted into evidence.

Cross-examination of Ms. Claiborne by Mr. Barnard.

Ms. Claiborne is excused.

2:33 p.m.     Government's witness Joanna DiBella is called and sworn.

Direct examination of Ms. DiBella by Mr. Sibert.

Government's Exhibits 60, 62, 65, 66, 67, and 71 are admitted into evidence.

**3:12 p.m.**     **Court in recess.**
**3:32 p.m.**     **Court in session.**     Jury present.

Continued direct examination of Ms. DiBella by Mr. Sibert.

Cross-examination of Ms. DiBella by Mr. Barnard.

Ms. DiBella is excused.

4:17 p.m.     Government's witness Kathleen Saia is called and sworn.

Direct examination of Ms. Saia by Mr. Sibert.

Government's Exhibit 47 is admitted into evidence.

Cross-examination of Ms. Saia by Mr. Barnard.

Ms. Saia is excused.

4:46 p.m.     Government's witness Leslie Jean-Pierre is called and sworn.

Direct examination of Ms. Jean-Pierre by Mr. Brown.

**5:17 p.m.     Court in recess.**     Trial continued. Defendant continued on bond.

Total time in court: 6:36