IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:                January 22, 2019
Courtroom Deputy:    Anna Frank
Court Reporter:      Mary George

---

Criminal Action No. 17-cr-00008-WJM            Counsel:

UNITED STATES OF AMERICA,                      Jeremy Sibert
                                               Robert Brown
    Plaintiff,

v.

GUY JEAN-PIERRE,                               Thomas Goodreid
                                               Clifford Barnard
    Defendant.

---

## COURTROOM MINUTES

---

Jury Trial: Day Six

**8:49 a.m.     Court in session.**   Jury is not present.

Discussion held regarding Government's Exhibit 52.

9:20 a.m.     Jury present.

Government resumes. Continued direct examination of Ms. Jean-Pierre by Mr. Brown.

Government's Exhibit 52 (pages 3, 4, 7, 8, 11-18 and 37-72 are removed) is admitted into evidence.

10:13 a.m.    Jury is excused.

Discussion held regarding Defendant's Motion for Reconsideration of Admission of Government's Exhibit #446 [ECF 187].

**ORDERED:**   Defendant's Motion for Reconsideration of Admission of Government's Exhibit #446 [ECF 187] is granted. Government's Exhibit 446 is excluded and will not be provided to the Jury.

**10:18 a.m.   Court in recess.**
**10:37 a.m.   Court in session.**   Jury present.

Continued direct examination of Ms. Jean-Pierre by Mr. Brown.

Ms. Jean-Pierre is excused.

10:46 a.m.   Government's witness Darryl Michael Cruz is called and sworn.

Direct examination of Mr. Cruz by Mr. Sibert.

Government's Exhibits 120 and 121 are admitted into evidence.

**12:08 p.m.   Court in recess.**
**1:19 p.m.    Court in session.**   Jury present.

Continued direct examination of Mr. Cruz by Mr. Sibert.

Government's Exhibits 126, 122, 127, 129, 131, 435, 436, 437 and 134 are admitted into evidence.

The paper copies of Government's Exhibits 432, 433 and 434 are admitted into evidence. The Court reserves ruling on the admissibility of the CD's associated with Government's Exhibits 432, 433 and 434.

3:02 p.m.   Jury is excused.

The paper copy of Government's Exhibit 429 is admitted into evidence. The Court reserves ruling on the admissibility of the CD associated with Government's Exhibit 429.

**3:10 p.m.   Court in recess.**
**3:27 p.m.   Court in session.**   Jury present.

Mr. Cruz is excused.

3:29 p.m.   Government's witness Todd Abbott is called and sworn.

Direct examination of Mr. Abbott by Mr. Sibert.

Government's Exhibits 152 and 291 are admitted into evidence.

Cross-examination of Mr. Abbott by Mr. Barnard.

Redirect of Mr. Abbott by Mr. Sibert.

Mr. Abbott is excused.

4:05 p.m.     Government's witness Todd Kramer is called and sworn.

Direct examination of Mr. Kramer by Mr. Brown.

Government's Exhibits 135, 136, and 138 are admitted.

**5:05 p.m.     Court in recess.**     Trial continued. Defendant continued on bond.

Total time in court: 6:29