IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:              January 23, 2019
Courtroom Deputy: Anna Frank
Court Reporter:   Mary George

| | |
|---|---|
| Criminal Action No. 17-cr-00008-WJM | Counsel: |
| UNITED STATES OF AMERICA, | Jeremy Sibert |
|    Plaintiff, | Robert Brown |
| v. | |
| GUY JEAN-PIERRE, | Thomas Goodreid |
|    Defendant. | Clifford Barnard |

## COURTROOM MINUTES

Jury Trial: Day Seven

**8:47 a.m.    Court in session.**   Jury present.

Government resumes. Continued direct examination of Mr. Kramer by Mr. Brown.

Government's Exhibit 139 is admitted into evidence.

**10:19 a.m.   Court in recess.**
**10:41 a.m.   Court in session.**   Jury is not present.

Complete copies of Government's Exhibits 432, 433 and 434 are admitted into evidence.

10:42 a.m.    Jury present.

Cross-examination of Mr. Kramer by Mr. Barnard.

Redirect of Mr. Kramer by Mr. Brown.

Mr. Kramer is excused.

10:50 a.m.     Government's witness Richard Scholz is called and sworn.

Direct examination of Mr. Scholz by Mr. Sibert.

Cross-examination of Mr. Scholz by Mr. Barnard.

Redirect of Mr. Scholz by Mr. Sibert.

Mr. Scholz is excused.

11:54 a.m.     Government's witness Wayne Harold Coleson is called and sworn.

Direct examination of Mr. Coleson by Mr. Brown.

**12:14 p.m.     Court in recess.**
**1:24 p.m.      Court in session.**   Jury is not present.

The Court directs counsel to agree to a streamlined document to be provided to the Jury in place of the Second Superseding Indictment [ECF 113] by Sunday, January 27th, 2019, as stated on the record.

1:30 p.m.      Jury present.

Continued direct examination of Mr. Coleson by Mr. Brown.

Cross-examination of Mr. Coleson by Mr. Goodreid.

Mr. Coleson is excused.

1:42 p.m.      Government's witness Myron Thaden is called and sworn.

Direct examination of Mr. Thaden by Mr. Sibert.

Cross-examination of Mr. Thaden by Mr. Goodreid.

Redirect of Mr. Thaden by Mr. Sibert.

Mr. Thaden is excused.

2:11 p.m.      Government's witness Michael Kocinski is called and sworn.

Direct examination of Mr. Kocinski by Mr. Brown.

Government's Exhibits 262, 168, 176, 178 and 179 are admitted into evidence.

Cross-examination of Mr. Kocinski by Mr. Goodreid.

Mr. Kocinski is excused.

2:56 p.m.     Government's witness Sandra Sears (mother of William Sears) is called and sworn.

Direct examination of Ms. Sears (mother) by Mr. Sibert.

**3:10 p.m.     Court in recess.**
**3:29 p.m.     Court in session.**   Jury present.

Continued direct examination of Ms. Sears (mother) by Mr. Sibert.

Government's Exhibits 91, 106,108, 109, and 110 are admitted into evidence.

Ms. Sears (mother) is excused.

3:42 p.m.     Government's witness Sandra Sears (wife of William Sears) is called and sworn.

Direct examination of Ms. Sears (wife) by Mr. Sibert.

Government's Exhibits 97 and 101 are admitted into evidence.

Ms. Sears (wife) is excused.

4:02 p.m.     Government's witness Andrew Duke is called and sworn.

Direct examination of Mr. Duke by Mr. Sibert.

Government's Exhibits 225, 227 and 228 are admitted into evidence.

**5:05 p.m.     Court in recess.**     Trial continued. Defendant continued on bond.

Total time in court: 6:27