IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:             January 24, 2019
Courtroom Deputy: Anna Frank
Court Reporter:   Mary George

| Criminal Action No. 17-cr-00008-WJM | Counsel: |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>GUY JEAN-PIERRE,<br><br>        Defendant. | Jeremy Sibert<br>Robert Brown<br><br><br><br>Thomas Goodreid<br>Clifford Barnard |

## COURTROOM MINUTES

Jury Trial: Day Eight

**8:52 a.m.**     **Court in session.**   Jury is not present.

Discussion held regarding trial timing. The Court informs Government that it will impose a trial time clock if necessary.

**9:00 a.m.**     **Court in recess.**
**9:28 a.m.**     **Court in session.**   Jury present.

Government resumes. Continued direct examination of Mr. Duke by Mr. Sibert.

Cross-examination of Mr. Duke by Mr. Barnard.

Redirect of Mr. Duke by Mr. Sibert.

Mr. Duke is excused.

9:54 a.m.        Government's witness Robert Dittman is called and sworn.

Direct examination of Mr. R. Dittman by Mr. Sibert.

Government's Exhibit 111 is admitted into evidence.

Mr. R. Dittman is excused.

**10:19 a.m.      Court in recess.**
**10:38 a.m.      Court in session.**   Jury present.

10:38 a.m.      Government's witness Cliffe Bodden is called and sworn.

Direct examination of Mr. Bodden by Mr. Sibert.

Government's Exhibits 257, 240, 243, 259, 260, 239, 242, 244, 246, 247, 250, 251, 255 and 256 are admitted into evidence.

**12:21 p.m.     Court in recess.**
**1:33 p.m.      Court in session.**   Jury present.

Continued direct examination of Mr. Bodden by Mr. Sibert.

Government Exhibits 253, 265, 266, 273, 275, 236 (all pages) and 237 are admitted into evidence.

Cross-examination of Mr. Bodden by Mr. Barnard.

**3:12 p.m.      Court in recess.**
**3:31 p.m.      Court in session.**   Jury present.

Re-direct of Mr. Bodden by Mr. Sibert.

3:37 p.m.       Jury is excused.

Mr. Bodden is excused.

Discussion held regarding United States' Motion for Material Witness [ECF 162].

3:39 p.m.       Jury present.

3:40 p.m.       Government's witness Anthony DiTommaso is called and sworn.

Direct examination of Mr. DiTommaso by Mr. Sibert.

Government's Exhibits 180, 181, 182, 183, 184, 186, 186a, 186b, 186c, 186d, 186e, 186f, 186g, 186h, 218, 219, 187, 187a, 187b, 187c, 187d, 188, 189, 190, 191, 191a, 192, 192a 192b, 193, 193a, 194, 195, 195a, 195b, 195c, 195d, 195e, 196, 196a, 197, 200, 200a, 200b, 200c, 201, 201a, 201b, 201c, 202, 202a, 202b, 202c, 203, 203a, 203b, 203c, 203d, 204, 205, 205a, 205b, 206, 206a, 206b, 206c, 207, 208, 209, 212,

212a, 212b,197a, 197b, 198, 199, 213, 214, 215, 215a, 215b, 215c, 215d, 216, 217, and 220 are admitted into evidence.

**5:09 p.m.**     **Court in recess.**     Trial continued. Defendant continued on bond.

Total time in court: 5:59