IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:17-cr-00008-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    GUY M. JEAN-PIERRE,

    Defendant.
_____

**MOTION TO WITHDRAW MATERIAL WITNESS WARRANT**
_____

    The government, through undersigned counsel, moves to withdraw the arrest warrant against Cliffe Bodden. The government previously requested a warrant for the arrest of Cliffe Bodden as a material witness in a pending criminal case (ECF 171). In the interest of judicial economy, and during the course of the trial, it was determined that Mr. Bodden will not be called as material witness. Thus, the material witness warrant, under which the defendant is being detained is no longer necessary and should be withdrawn. Release of this material witness is authorized because "…further detention is not necessary to prevent a failure of Justice." 18 U.S.C § 3144.

Wherefore, the government pray this Honorable Court withdraw it's pending material withdraw arrest warrant for Cliffe Bodden.

Respectfully submitted,

JASON R. DUNN
United States Attorney
By: *s/ Jeremy Sibert*
JEREMY SIBERT
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
Fax: (303) 454-0401
E-mail: jeremy.sibert@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

      By: *s/ Jeremy Sibert*
      JEREMY SIBERT
      Assistant United States Attorney
      United States Attorney's Office
      1801 California Street, Suite 1600
      Denver, CO 80202
      Telephone: (303) 454-0100
      Fax: (303) 454-0401
      E-mail: jeremy.sibert@usdoj.gov