IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:17-cr-00008-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GUY M. JEAN-PIERRE,

    Defendant.

**ORDER**

Upon the motion of the United States of America and for good cause shown, the request to withdraw and quash the material witness arrest warrant is granted and the material witness arrest warrant for Cliffe Bodden is withdrawn and quashed.

DATED this _____ day of January, 2019.

BY THE COURT:

_____
JUDGE WILLIAM J. MARTINEZ
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO