IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez

Criminal Case No. 17-cr-008-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GUY M. JEAN-PIERRE,

    Defendant.

_____

## ORDER
_____

    Upon the motion of the United States of America and for good cause shown, the request to withdraw and quash the material witness arrest warrant is granted and the material witness arrest warrant for Cliffe Bodden is withdrawn and quashed.

    Dated this 25th day of January, 2019.

BY THE COURT:

_____
William J. Martínez
United States District Judge