IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: January 25, 2019
Courtroom Deputy: Anna Frank
Court Reporter: Mary George

Criminal Action No. 17-cr-00008-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GUY JEAN-PIERRE,

    Defendant.

Counsel:

Jeremy Sibert
Robert Brown

Thomas Goodreid
Clifford Barnard

## COURTROOM MINUTES

Jury Trial: Day Nine

**8:59 a.m.**     **Court in session.**     Jury is not present.

Discussion held regarding trial schedule. Court will extend the trial by one day. Government must rest at 3:15 p.m. on Monday, January 28, 2019. Court will hear Rule 29 motions after the afternoon recess.

Government's Exhibits 209a, 209b, 209c, 209d, 210, 210a, 210b, 211, 211a and 211b are admitted into evidence.

Discussion held regarding expert witnesses.

**9:06 a.m.**     **Court in recess.**
**9:14 a.m.**     **Court in session.**     Jury present.

Government resumes. Continued direct examination of Mr. DiTommaso by Mr. Sibert.

Cross-examination of Mr. DiTommaso by Mr. Goodreid.

**10:29 a.m.    Court in recess.**
**10:47 a.m.    Court in session.**   Jury present.

Continued cross-examination of Mr. DiTommaso by Mr. Goodreid.

Redirect of Mr. DiTommaso by Mr. Sibert.

Mr. DiTommaso is excused.

11:25 a.m.    Government's witness Joe Ivanich is called and sworn.

Direct examination of Mr. Ivanich by Mr. Brown.

Government's Exhibit 404 is admitted into evidence.

Mr. Ivanich is excused.

12:06 p.m.    Government's witness Alex Scoufis is called and sworn.

Direct examination of Mr. Scoufis by Mr. Sibert.

Government's witness Mr. Scoufis is qualified to provide expert opinion testimony.

**12:18 p.m.    Court in recess.**
**1:26 p.m.    Court in session.**   Jury present.

Continued direct examination of Mr. Scoufis by Mr. Sibert.

Government's Exhibits 284, 286, 287, 289, 290, 300, 294, 295 and 296 are admitted into evidence.

**3:12 p.m.    Court in recess.**
**3:38 p.m.    Court in session.**   Jury is not present.

Discussion held regarding juror number 100364907.

Juror number 100364907 is excused.

Government's Exhibits 303, 406, 407, 408a, 408b, 408c, 408d, 408e, 408f, 408g, 410b, 410c, 410d, 410e, 410f, 410g, 410h, 410i, 410j, 410k, 410n, 410o, 410p, and 411 are admitted into evidence.

3:50 p.m.    Jury present.

Continued direct examination of Mr. Scoufis by Mr. Sibert.

Government's Exhibits 297, 298, 299 and 301 are admitted into evidence.

Cross-examination of Mr. Scoufis by Mr. Barnard.

Government's Exhibits 288 and 292 are admitted into evidence.

Re-direct of Mr. Scoufis by Mr. Sibert.

Mr. Scoufis is excused.

**5:08 p.m.     Court in recess.**     Trial continued. Defendant continued on bond.

Total time in court: 6:09