IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 17-cr-00008-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GUY M. JEAN-PIERRE,
a/k/a Marcello Dominguez de Guerra,

    Defendant.

---

### GOVERNMENT'S SECOND AMENDED STIPULATED JURY INSTRUCTIONS
### (First pages of Instructions 25, 26, 28 and 33)

---

    The United States of America, by and through the undersigned Assistant United States Attorney, after consultation with counsel for the defendant, and partly in response to the communication from the Court's chambers, submits this Second Amended Stipulated portions of jury instructions 25, 26, 28 and 33.

    Only the first pages of instructions 25, 26 and 28 are submitted as those first pages contain the only changes to the instructions, and counsel was of the belief that if fewer pages were submitted, there would be less room for errors.  The Court's chamber's communication to counsel only related to instructions 25, 32 and 33.  In examining the subject of the communication, counsel noticed a few errors he made on instruction 25 and 28 which led to further, minor rewriting of instruction 26 (Wire Fraud) to be consistent with the corrected instruction 28 (Mail Fraud).

    Instruction 25 (Conspiracy) had conspiracy to commit mail and wire fraud

included in the instructions, but conspiracy to commit those offenses had been deleted from the Second Superseding Indictment.  The instruction also clarified the issue raised in the Court's communication, hopefully.  The description of the scheme to defraud contained in the previously submitted instruction 28 was different from that charged in the Second Superseding Indictment and that was corrected.  After instruction 26 was corrected, defense counsel notice some other areas needing correction to both 28 (mail fraud) and 26 (wire fraud), and those corrections were made.

In response to the Court's communication, the government sought to simplify its previously Disputed Instructions relating to securities fraud [ECF 177].  To do so the government drastically scaled down instruction 33 which has now been stipulated to by the defendant, and is included herewith.  Other portions of the government's alleged simplification relate to Disputed instructions 29 and 32, which will be submitted in Amended Disputed Instructions 29 and 32.  As those had been disputed, upon consultation with defense counsel, those instructions remain disputed and the defendant's previously filed objections remain.

Jason Dunn

United States Attorney

By:  s/ *Robert Brown*
Robert Brown
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0216
E-mail: robert.brown5@usdoj.gov
Attorney for the United States

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January 2019, I electronically filed the foregoing GOVERNMENT'S SECOND AMENDED STIPIULATED JIURY INSTRUCTONS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record

/s Robert Brown
ROBERT BROWN
U.S. Attorney's Office