SECOND AMENDED STIPULATED INSTRUCTION NO. 25 (p. 34)

COUNT 1, CONSPIRACY ELEMENTS

The defendant is charged in Count 1 with a violation of Title 18, United States Code, Section 371. This statute makes it a crime to conspire to commit an offense against the United States or to defraud the United States or an agency of the United States, in this case the Securities and Exchange Commission.

As alleged in the indictment, the defendant is charged with conspiring with William J. Sears, Scott M. Dittman and with other persons to commit securities fraud, a violation of Rule 10b-5 of the Securities and Exchange and to defraud the United States Securities and Exchange Commission by impeding, impairing, defeating or obstructing its lawful functions.

To find the defendant guilty of Count 1, you must be convinced that the government has proved each of the following beyond a reasonable doubt:

*First*: the defendant agreed with at least one other person to commit securities fraud, or to violate Rule 10-b(5), as that is described within these instructions, or to defraud the SEC, by impeding, impairing, defeating or obstructing its lawful functions;

*Second*: at least one of the conspirators engaged in at least one overt act furthering any of the conspiracy's objectives;

*Third*: the defendant knew the essential objective of the conspiracy;

*Fourth*: the defendant knowingly and voluntarily participated;

*Fifth*: there was interdependence among the members of the conspiracy; that is, the members, in some way or manner, intended to act together for their shared mutual