SECOND AMENDED STIPUILATED INSTRUCTION NO. 26 (p. 39)

COUNTS 2-16 AND 24-28 WIRE FRAUD ELEMENTS

The defendant is charged in counts 2-16 and 24-28 with wire fraud, in violation of 18 U.S.C. Section 1343, or aiding and abetting this offense, in violation of 18 U.S.C. section 2(a).

This law makes it a crime to use interstate wire communication facilities in carrying out a scheme to defraud or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises or attempting to do so.

To find the defendant guilty of this crime you must be convinced that the government has proved each of the following beyond a reasonable doubt:

First: the defendant devised or intended to devise a scheme to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations or promises, or attempting to do so;

Second: the defendant acted with specific intent to defraud;

Third: the defendant used interstate wire communications facilities, or caused another person to use interstate wire communications facilitates for the purpose of carrying out the scheme;

Fourth: the scheme employed false or fraudulent pretenses, representations, or promises that were material.

A "scheme to defraud" is conduct intended to or reasonably calculated to deceive persons of ordinary prudence or comprehension. A "scheme to defraud" includes a scheme to deprive another of money, property or the intangible right of honest services.

An "intent to defraud" means an intent to deceive or cheat someone.