SECOND AMENDED INSTRUCTION NO. 28 (p. 44)

COUNTS 17-20, MAIL FRAUD ELEMENTS

The defendant is charged in counts 17-20 with mail fraud in violation of 18 U.S.C. Section 1341, or aiding and abetting this offense, in violation of 18 U.S.C. section 2(a).

This law makes it a crime to use the mails in carrying out a scheme to defraud or for obtaining money or property by means of false or fraudulent pretenses, representations or promises, or attempting to do so.

To find the defendant guilty of this crime you must be convinced that the government has proved each of the following beyond a reasonable doubt:

*First*: the defendant devised or intended to devise a scheme to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations or promises, or attempting to do so;

*Second*: the defendant acted with specific intent to defraud;

*Third*: the defendant mailed something, or caused another person to mail something through a commercial interstate carrier for the purpose of carrying out the scheme;

*Fourth*: the scheme employed false or fraudulent pretenses, representations, or promises that were material.

A "scheme to defraud" is conduct intended to or reasonably calculated to deceive persons of ordinary prudence or comprehension. A "scheme to defraud" includes a scheme to deprive another of money, property or the intangible right of honest services.

An "intent to defraud" means an intent to deceive or cheat someone.