SECOND AMENDED STIPULATED INSTRUCTIONS NO. 33.

DEFINITIONS UNDER SECURITIES LAW

You are instructed the securities law relevant to this case has a number of definitions:

<u>Security</u>.  The term "security" means any note, stock, security-based swap, evidence of indebtedness, certificate of interest or participation in any profit-sharing agreement, transferable share, investment contract, voting-trust certificate, certificate of deposit for a security, any certificate of interest or participation in, temporary or interim certificate for, receipt for, guarantee of, or warrant or right to subscribe to or purchase, any of the foregoing.

<u>Restricted Security</u>:  The term restricted securities means securities acquired directly or indirectly from the issuer, or from an affiliate of the issuer, ina transaction or chain of transactions not involving any public offering.

<u>Sale or sell</u>:  The term "sale" or "sell" shall include every contract of sale or disposition of a security or interest in a security, for value. The term "offer to sell", "offer for sale", or "offer" shall include every attempt or offer to dispose of, or solicitation of an offer to buy, a security or interest in a security, for value.

<u>Person</u>:  The term "person" means an individual, a corporation, a partnership, an association, a joint-stock company, a trust, or any unincorporated organization subdivision thereof.

<u>Issuer</u>: The term "issuer" means every person who issues or proposes to issue any security.

<u>Underwriter</u>:  The term "underwriter" means any person who has purchased from an issuer with a view to, or offers or sells for an issuer in connection with, the distribution of any security, or participates or has a direct or indirect participation in any such undertaking, or participates or has a participation in the direct or indirect underwriting of any such undertaking. As used in this paragraph the term "issuer" shall include, in addition to an issuer, any person

directly or indirectly controlling or controlled by the issuer, or any person under direct or indirect common control with the issuer.

17 CFR 230.144

Securities Act of 1933

15 U.S. Code § 77e

17 C.F.R. § 230.144