IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 17-cr-00008-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    1.  GUY M. JEAN-PIERRE,
    a/k/a Marcello Dominguez de Guerra,

    Defendant.

---

**GOVERNMENT'S AMENDED DISPUTED
JURY INSTRUCTIONS
(Instructions 29, 32)**

---

    The United States of America, by and through the undersigned Assistant United States Attorney, after consultation with counsel for the defendant, and in response to the communication from the Court's chambers, submits this Amended Disputed Instructions relating to jury instructions 29 and 33.

    In response to the Court's communication to counsel on the afternoon of January 25, 2019,, the government sought to simplify its previously Disputed Instructions relating to securities fraud [ECF 177].  To do so, the government scaled down instruction 33 which has now been stipulated to by the defendant [see ECF 200].  As securities law is a complicated area of the law, counsel for the government and the defense attempted to find common ground but were able to do so only insofar as to the reducing of the length of Stipulated Instruction 33.  Government counsel understands that the defendant's objection to the original Disputed Instructions remain as to the Amended Disputed

Instructions.

The government's Amended Disputed Instructions involve only instruction 29 and 32.  The government simplified and reduced its version of 32 and the now stipulated 33 which led to some minor additions to instruction 29 which mostly general concepts but not duplicative as the additions uniquely apply to securities law.

          Jason Dunn

          United States Attorney

          By:  s/ *Robert Brown*
          Robert Brown
          Assistant United States Attorney
          1801 California Street, Suite 1600
          Denver, Colorado 80202
          Telephone: 303-454-0216
          E-mail: robert.brown5@usdoj.gov
          Attorney for the United States

CERTIFICATE OF SERVICE

      I hereby certify that on this 27th day of January 2019, I electronically filed the foregoing GOVERNMENT'S AMENDED DISPUTED JIURY INSTRUCTONS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record

                                        /s Robert Brown
                                        ROBERT BROWN
                                        U.S. Attorney's Office