IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:              January 28, 2019
Courtroom Deputy:  Anna Frank
Court Reporter:    Mary George

| | |
|---|---|
| Criminal Action No. 17-cr-00008-WJM | Counsel: |
| UNITED STATES OF AMERICA, | Jeremy Sibert |
| | Robert Brown |
| Plaintiff, | |
| v. | |
| GUY JEAN-PIERRE, | Thomas Goodreid |
| | Clifford Barnard |
| Defendant. | |

## COURTROOM MINUTES

Jury Trial: Day Ten

**9:56 a.m.**     **Court in session.**   Jury is not present.

Discussion held regarding trial schedule.

9:57 a.m.     Jury present

Government resumes. Government's witness Kate Funk is called and sworn.

Direct examination of Ms. Funk by Mr. Sibert.

Government's Exhibits 323, 324, 325, 328, 327, 329, and 330 are admitted into evidence.

**11:10 a.m.**    **Court in recess.**
**11:23 a.m.**    **Court in session.**   Jury is not present.

Discussion held regarding trial schedule. The Government shall rest today at 4:45 p.m.

11:25 a.m.    Jury present.

Direct examination continued of Ms. Funk by Mr. Sibert.

Government's Exhibits 75, 93, 154, 372a, 372g, 372LL and 326 are admitted into evidence.

Cross-examination of Ms. Funk by Mr. Goodreid.

Redirect of Ms. Funk by Mr. Sibert.

Ms. Funk is excused.

11:55 a.m.    Government's witness Kirsten Varel is called and sworn.

Direct examination of Ms. Varel by Mr. Sibert.

Government's Exhibits 365 and 366 are admitted into evidence.

**12:39 p.m.    Court in recess.**
**1:38 p.m.     Court in session.**   Jury is not present.

**1:39 p.m.     Court in recess.**
**1:41 p.m.     Court in session.**   Jury is not present.

Discussion held regarding Rule 29 motions.

1:47 p.m.     Jury present.

Continued direct examination of Ms. Varel by Mr. Sibert.

Cross-examination of Ms. Varel by Mr. Goodreid.

Government's Exhibit 370 is admitted into evidence.

Ms. Varel is excused.

2:18 p.m.     Government's witness Luis Reyes is called and sworn.

Direct examination of Mr. Reyes by Mr. Brown.

Government's Exhibit 367 is admitted into evidence.

Cross-examination of Mr. Reyes by Mr. Barnard.

Redirect of Mr. Reyes by Mr. Brown.

Mr. Reyes is excused.

2:40 p.m.     Government's witness Erin Newton is called and sworn.

Direct examination of Ms. Newton by Mr. Brown.

Government's Exhibits 311, 312, 313, 314, 316 and 310 are admitted into evidence.

Cross-examination of Ms. Newton by Mr. Barnard.

Government's Exhibits 309 and 315 are admitted into evidence.

Redirect of Ms. Newton by Mr. Brown.

Ms. Newton is excused.

**3:22 p.m.     Court in recess.**
**3:38 p.m.     Court in session.**   Jury present.

3:40 p.m.     Government's witness Steven Thel is called and sworn.

Direct examination of Mr. Thel by Mr. Sibert.

Government's witness Mr. Thel is qualified to provide expert opinion testimony.

Government's Exhibit 444 is admitted into evidence.

Cross-examination of Mr. Thel by Mr. Barnard.

Redirect of Mr. Thel by Mr. Sibert.

4:47 p.m.     Government rests.

4:48 p.m.     Jury is excused.

Defendant moves orally for judgment of acquittal under Fed. R. Crim. P. 29.

**5:21 p.m.     Court in recess.**
**6:00 p.m.     Court in session.**   Jury is not present.

**ORDERED:**  Defendant's oral Motion for Judgment of Acquittal under Fed. R. Crim. P. 29(a) is granted in part and denied in part, as stated on the record.

Discussion held regarding trial schedule and providing the Second Superseding Indictment to the jury.

**6:32 p.m.     Court in recess.**   Trial continued. Defendant continued on bond.

Total time in court: 6:27 p.m.