IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: January 29, 2019
Courtroom Deputy: Anna Frank
Court Reporter: Mary George

| | |
|---|---|
| Criminal Action No. 17-cr-00008-WJM | Counsel: |
| UNITED STATES OF AMERICA, | Jeremy Sibert |
| | Robert Brown |
| Plaintiff, | |
| v. | |
| GUY JEAN-PIERRE, | Thomas Goodreid |
| | Clifford Barnard |
| Defendant. | |

## COURTROOM MINUTES

Jury Trial: Day Eleven

**8:59 a.m.    Court in session.**   Jury present.

Defendant waives his opening statement.

9:01 a.m.    Defendant's witness Frederick Gerding is called and sworn.

Direct examination of Mr. Gerding by Mr. Barnard.

Defendant's witness Mr. Gerding is qualified to provide expert opinion testimony.

Cross-examination of Mr. Gerding by Mr. Sibert.

**10:11 a.m.    Court in recess.**
**10:34 a.m.    Court in session.**   Jury present.

Continued cross-examination of Mr. Gerding by Mr. Sibert.

Mr. Gerding is excused.

10:44 a.m.     Defense rests. No rebuttal from the Government.

10:46 a.m.     Jury is excused.

Discussion held regarding closing arguments and proposed jury instructions.

Admitted exhibits read into the record.

**11:23 a.m.     Court in recess.**
**12:38 p.m.     Court in session.**   Jury is not present.

Charging conference.

**1:09 p.m.     Court in recess.**
**1:37 p.m.     Court in session.**   Jury is not present.

Charging conference, continued.

**1:39 p.m.     Court in recess.**
**2:08 p.m.     Court in session.**   Jury present.

Court's jury instructions read to the jury.

3:19 p.m.     Jury is excused, to return at 8:35 a.m. on Tuesday, January 30, 2019.

Discussion held regarding jury instructions.

**3:23 p.m.     Court in recess.**     Trial continued. Defendant continued on bond.

Total time in court: 3:49