IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:                January 30, 2019
Courtroom Deputy: Anna Frank
Court Reporter:      Mary George

| | |
|---|---|
| Criminal Action No. 17-cr-00008-WJM | Counsel: |
| UNITED STATES OF AMERICA, | Jeremy Sibert<br>Robert Brown |
| Plaintiff, | |
| v. | |
| GUY JEAN-PIERRE, | Thomas Goodreid<br>Clifford Barnard |
| Defendant. | |

## COURTROOM MINUTES

Jury Trial: Day Twelve

**9:03 a.m.**     **Court in session.**   Jury present.

Court's comments regarding closing arguments.

9:05 a.m.     Government's closing argument by Mr. Sibert.

**9:57 a.m.     Court in recess.**
**10:09 a.m.    Court in session.**   Jury present.

10:10 a.m.    Defendant's closing argument by Mr. Barnard.

10:56 a.m.    Government's closing rebuttal argument by Mr. Sibert.

Discussion held regarding the alternate juror.

Court addresses and releases alternate Juror 100345726.

**ORDERED:** Lunches are to be provided to the jury beginning January 30, 2019, and for the duration of deliberations.

11:24 a.m.   Court Security Officer sworn.

11:25 a.m.   Jury is excused.

Discussion held regarding trial schedule. Should the jury's deliberation continue beyond today, proceedings will be held in courtroom 702.

**11:28 a.m.   Court in recess.**
**2:24 p.m.    Court in session.**   Jury is not present.

Discussion held regarding question from the jury.

**2:31 p.m.    Court in recess.**
**3:39 p.m.    Court in session.**   Jury is not present.

Probation officer Paige Meador present.

Court informs counsel that a note has been tendered to the Court indicating that the jury has reached a verdict.

3:41 p.m.   Jury present.

Verdict tendered to the Court.

Court reads verdict and polls the jury.

Court's concluding remarks to the jury.

3:49 p.m.   Jury is excused.

Discussion held regarding sentencing.

**ORDERED:** Sentencing is set for July 10, 2019 at 9:30 a.m.

**ORDERED:** All outstanding motions denied as moot.

**3:55 p.m.   Court in recess.**   Trial concluded. Defendant continued on bond.

Total time in court: 2:36