IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

**Case Number:**   United States of America v. Guy M. Jean-Pierre
17-cr-00008-WJM

## NOTE TO COURT

____ We the jury have reached a verdict.

✓ We the jury have a question.

We need clarification regarding page 72 of the jury instructions specifically count 12 refers to date 12/13/13. The corresponding evidence is date 1/4/12. Is there a possible typo on the date of the indictment, count 12?

1:44 Jan 30, 2019
**Date & Time**

[Juror Name Redacted]
**Foreperson (signature)**

### Answer from the Court

The date in the indictment with respect to Count 12 is the date you must consider during your deliberations on this count.

30 Jan 2019 at 14:29
**Date & Time**

[signature]
**Judge William J. Martínez**