# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

**Case Number:**      United States of America v. Guy M. Jean-Pierre
17-cr-00008-WJM

## NOTE TO COURT

X_____   **We the jury have reached a verdict.**

_____   **We the jury have a question.**

_____

_____

_____

_____

_____

**3:13 PM**
_____
**Date & Time**

Juror Name Redacted
[REDACTED]
**Foreperson (signature)**

## Answer from the Court

_____

_____

_____

_____

_____

_____

_____          _____
**Date & Time**                                           **Judge William J. Martínez**