IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 17-cr-008-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     GUY M. JEAN-PIERRE,
    a/k/a Marcello Dominguez de Guerra,

    Defendant.

## VERDICT FORM

We, the jury, upon our oaths, unanimously find the defendant, Guy M. Jean-Pierre,

| | |
|---|---|
| As to Conspiracy as charged in Count 1 of the Second Superseding Indictment: | ____ Not Guilty<br>_X_ Guilty |
| As to Wire Fraud as charged in Count 2 of the Second Superseding Indictment: | ____ Not Guilty<br>_X_ Guilty |
| As to Wire Fraud as charged in Count 3 of the Second Superseding Indictment: | ____ Not Guilty<br>_X_ Guilty |
| As to Wire Fraud as charged in Count 4 of the Second Superseding Indictment: | ____ Not Guilty<br>_X_ Guilty |
| As to Wire Fraud as charged in Count 5 of the Second Superseding Indictment: | ____ Not Guilty<br>_X_ Guilty |
| As to Wire Fraud as charged in Count 6 of the Second Superseding Indictment: | ____ Not Guilty<br>_X_ Guilty |

| | | |
|---|---|---|
| As to Wire Fraud as charged in Count 7 of the Second Superseding Indictment: | ___ | Not Guilty |
| | _X_ | Guilty |
| As to Wire Fraud as charged in Count 8 of the Second Superseding Indictment: | ___ | Not Guilty |
| | _X_ | Guilty |
| As to Wire Fraud as charged in Count 9 of the Second Superseding Indictment: | ___ | Not Guilty |
| | _X_ | Guilty |
| As to Wire Fraud as charged in Count 10 of the Second Superseding Indictment: | ___ | Not Guilty |
| | _X_ | Guilty |
| As to Wire Fraud as charged in Count 11 of the Second Superseding Indictment: | ___ | Not Guilty |
| | _X_ | Guilty |
| As to Wire Fraud as charged in Count 12 of the Second Superseding Indictment: | _X_ | Not Guilty |
| | ___ | Guilty |
| As to Wire Fraud as charged in Count 13 of the Second Superseding Indictment: | ___ | Not Guilty |
| | _X_ | Guilty |
| As to Wire Fraud as charged in Count 14 of the Second Superseding Indictment: | ___ | Not Guilty |
| | _X_ | Guilty |
| As to Wire Fraud as charged in Count 15 of the Second Superseding Indictment: | ___ | Not Guilty |
| | _X_ | Guilty |
| As to Wire Fraud as charged in Count 16 of the Second Superseding Indictment: | ___ | Not Guilty |
| | _X_ | Guilty |
| As to Mail Fraud as charged in Count 17 of the Second Superseding Indictment: | ___ | Not Guilty |
| | _X_ | Guilty |
| As to Mail Fraud as charged in Count 18 of the Second Superseding Indictment: | ___ | Not Guilty |
| | _X_ | Guilty |
| As to Mail Fraud as charged in Count 19 of the Second Superseding Indictment: | ___ | Not Guilty |
| | _X_ | Guilty |
| As to Mail Fraud as charged in Count 20 of the Second Superseding Indictment: | ___ | Not Guilty |
| | _X_ | Guilty |

| | |
|---|---|
| As to Securities Fraud as charged in Count 21 of the Second Superseding Indictment: | ___ Not Guilty<br>_X_ Guilty |
| As to Securities Fraud as charged in Count 22 of the Second Superseding Indictment: | ___ Not Guilty<br>_X_ Guilty |
| As to Securities Fraud as charged in Count 23 of the Second Superseding Indictment: | ___ Not Guilty<br>_X_ Guilty |
| As to Wire Fraud as charged in Count 24 of the Second Superseding Indictment: | ___ Not Guilty<br>_X_ Guilty |
| As to Wire Fraud as charged in Count 25 of the Second Superseding Indictment: | ___ Not Guilty<br>_X_ Guilty |
| As to Wire Fraud as charged in Count 26 of the Second Superseding Indictment: | ___ Not Guilty<br>_X_ Guilty |
| As to Wire Fraud as charged in Count 27 of the Second Superseding Indictment: | ___ Not Guilty<br>_X_ Guilty |
| As to Wire Fraud as charged in Count 28 of the Second Superseding Indictment: | ___ Not Guilty<br>_X_ Guilty |
| As to Money Laundering as charged in Count 29 of the Second Superseding Indictment: | ___ Not Guilty<br>_X_ Guilty |

*The Foreperson must sign and date this Verdict Form, and then give a note to the Bailiff stating that you have reached a verdict, but do not give this Verdict Form to the Bailiff.*

1/30/19
DATE

Juror Name Redacted
FOREPERSON

3:13 PM
TIME

3