IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:              January 30, 2019
Courtroom Deputy: Anna Frank
Court Reporter:   Mary George

---

Criminal Action No. 17-cr-00008-WJM         Counsel:

UNITED STATES OF AMERICA,                    Jeremy Sibert
                                             Robert Brown
     Plaintiff,

v.

GUY JEAN-PIERRE,                             Thomas Goodreid
                                             Clifford Barnard
     Defendant.

---

## AMENDED COURTROOM MINUTES

---

Jury Trial: Day Twelve

**9:03 a.m.**     **Court in session.**   Jury present.

Court's comments regarding closing arguments.

9:05 a.m.     Government's closing argument by Mr. Sibert.

**9:57 a.m.**     **Court in recess.**
**10:09 a.m.**    **Court in session.**   Jury present.

10:10 a.m.    Defendant's closing argument by Mr. Barnard.

10:56 a.m.    Government's closing rebuttal argument by Mr. Sibert.

Discussion held regarding the alternate juror.

Court addresses and releases alternate Juror 100345726.

**ORDERED:**  Lunches are to be provided to the jury beginning January 30, 2019, and for the duration of deliberations.

11:24 a.m.    Court Security Officer sworn.

11:25 a.m.    Jury is escorted to the jury deliberation room by the bailiff to begin deliberations.

Discussion held regarding trial schedule. Should the jury's deliberation continue beyond today, proceedings will be held in courtroom 702.

**11:28 a.m.    Court in recess.**
**2:24 p.m.     Court in session.**   Jury is not present.

Discussion held regarding question from the jury.

**2:31 p.m.    Court in recess.**
**3:39 p.m.    Court in session.**   Jury is not present.

Probation officer Paige Meador present.

Court informs counsel that a note has been tendered to the Court indicating that the jury has reached a verdict.

3:41 p.m.    Jury present.

Verdict tendered to the Court.

Court reads verdict and polls the jury.

Court's concluding remarks to the jury.

3:49 p.m.    Jury is discharged.

Discussion held regarding sentencing.

**ORDERED:**  Sentencing is set for July 10, 2019 at 9:30 a.m.

**ORDERED:**  All outstanding motions denied as moot.

**3:55 p.m.    Court in recess.**    Trial concluded. Defendant continued on bond.

Total time in court: 2:36