IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.17-cr-00008-WJM-1

UNITED STATES OF AMERICA,

            Plaintiff,

v.

1.      **GUY M. JEAN-PIERRE**,

            Defendant.

---

## DEFENDANT JEAN-PIERRE'S UNOPPOSED MOTION FOR THE TEMPORARY RELEASE OF PASSPORT TO CUSTODY OF UNDERSIGNED COUNSEL

---

THE DEFENDANT, GUY M. JEAN-PIERRE, by and through his attorney, Clifford J. Barnard, hereby moves this Court to authorize the Clerk of the Court to temporarily release Mr. Jean-Pierre's ***passport in the name of Marcelo Dominguez de Guerra*** to the custody of undersigned counsel for approximately 4 hours so that undersigned counsel can take the passport and accompany Mr. Jean-Pierre to the Colorado Department of Motor Vehicles ("Colorado DMV") so that Mr. Jean-Pierre can obtain a Colorado Identification Card. As grounds for this motion, Mr. Jean-Pierre states as follows:

1.      Mr. Jean-Pierre legally changed his name from Guy Jean-Pierre to Marcelo Dominguez de Guerra.

2.      As a condition of his release on bond to the Independence House South halfway house, Mr. Jean-Pierre surrendered his passport in the name of Marcelo Dominguez de Guerra.

3.      Mr. Jean-Pierre does not have any other legal identification.

4.      When the Court previously granted temporary release of his passport,  Mr. Jean-Pierre and undersigned counsel used it to obtain a Social Security Card for Mr. Jean-Pierre in his legal name of Marcelo Dominguez de Guerra. However, Social Security would not issue the Social Security Card immediately to Mr. Jean-Pierre in person; rather it was mailed to him and he did not receive it until several days later which was after the return of his passport to the Clerk of the Court.

5.      When Mr. Jean-Pierre and counsel attempted to use a letter from Social Security indicting that a Social Security Card had been issued (but was being mailed to him) to obtain a Colorado Identification Card, the Colorado DMV informed Mr. Jean-Pierre that the letter was insufficient, that he needed the actual Social Security Card and that, therefore, he could not yet be issued his Colorado ID Card in the name of Marcelo Dominguez de Guerra on that day. He was told that, if he returned with the Social Security Card, a Colorado ID Card could and would be issued. However, when he received his Social Security Card several days later, he and counsel no longer had possession of his passport and he therefore has not been able to obtain his Colorado ID Card.

6.      Thus, Mr. Jean-Pierre is asking the Court for another temporary release of his passport to undersigned counsel so that counsel can assist Mr. Jean-Pierre by taking the passport to the Colorado DMV to obtain a Colorado Identification Card to use for identification purposes.

7.      Undersigned counsel, along with Mr. Jean-Pierre, would take the passport to the Colorado DMV located at 1120 W. 12th Avenue, Denver, CO 80204.

8.      Undersigned counsel would be available to take temporary custody of the passport for approximately 4 hours in the **MORNING OF THIS THURSDAY, FEBRUARY**

**28, 2019**. If that time is not possible, undersigned counsel will next be available in **MORNING OR AFTERNOON OF THE FOLLOWING TUESDAY, MARCH 5, 2019**.

9.      Defense counsel has discussed this motion with A.U.S.A. Jeremy Sibert who stated that the government does not oppose this request for the temporary release the Defendant's passport in the name of Marcelo Dominguez de Guerra to the custody of undersigned counsel for approximately 4 hours so that undersigned counsel can take the passport and accompany Mr. Jean-Pierre to the Colorado DMV.

WHEREFORE, Mr. Jean-Pierre requests that this Court authorize the temporary release of Mr. Jean-Pierre's ***passport in the name of Marcelo Dominguez de Guerra*** to the custody of undersigned counsel for approximately 4 hours so that undersigned counsel can take the passport and accompany Mr. Jean-Pierre to the Colorado DMV so that he can obtain a Colorado ID in the name of Marcelo Dominguez de Guerra.

DATED this 25th day of February, 2019.

Respectfully submitted,

*s/Clifford J. Barnard*

Clifford J. Barnard
Clifford J. Barnard, Attorney at Law
4450 Arapahoe Avenue, Suite 100
Boulder, Colorado 80303
Telephone: (303) 449-2543
Facsimile: (303) 444-6349
Email:  *cliffbarnard@earthlink.net*
Attorney for Defendant Jean-Pierre

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of February, 2019, I electronically filed the foregoing *Defendant Jean-Pierre's Unopposed Motion for the Temporary Release of*

*Passport to Custody of Undersigned Counsel* with the Clerk of the Court using the CM/ECF

system which will send notification of such filing to the following e-mail address(es):

A.U.S.A. Jeremy Sibert          *jeremy.sibert@usdoj.gov*

and I hereby certify that I have mailed or served the document or paper to the following non

CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-

participant's name:

Guy Jean-Pierre                          *Via email*
n/k/a Marcelo Dominguez de Guerra
Register # 78606-054
Independence House South
2765 S. Federal Blvd.
Denver, CO 80236

*s/Clifford J. Barnard*

Clifford J. Barnard
Attorney for Defendant Jean-Pierre