PS 41
(7/93)

# UNITED STATES PRETRIAL SERVICES OFFICE

## PASSPORT RECEIPT

NAME  Guy M. Jean Pierre

PASSPORT NUMBER  511899888

DATE REC'D  02/28/2019

COUNTRY OF ORIGIN  USA

EXPIRATION DATE  10/10/2023

DEFENDANT'S SIGNATURE  *[signature]*   OFFICER'S SIGNATURE  s/ R. Rogers

*Clifford J. Barnard, Atty*

DATE RETURNED _____   REC'D BY _____

REC'D FROM _____

PURPOSE RETURNED _____

ADDRESS (if mailed) _____