PS 41
(7/93)

**UNITED STATES PRETRIAL SERVICES OFFICE**

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 FEB 28  PM 1:02

JEFFREY P. COLWELL
CLERK

BY _____ DEP. CLK

**PASSPORT RECEIPT**

NAME  Guy M. Jean Pierre

DATE REC'D  02/28/2019

PASSPORT NUMBER  511899888

COUNTRY OF ORIGIN  USA

EXPIRATION DATE  10/10/2023

DEFENDANT'S SIGNATURE  _[signature]_  Clifford J. Barnard, Atty

OFFICER'S SIGNATURE  s/ R. Rogers

DATE RETURNED  02/28/2019

REC'D BY  s/ R. Rogers

REC'D FROM  _[signature]_ Clifford J. Barnard

PURPOSE RETURNED

ADDRESS (if mailed)