IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.17-cr-00008-WJM-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1.    GUY M. JEAN-PIERRE**,

        Defendant.

---

**DEFENDANT JEAN-PIERRE'S UNOPPOSED MOTION FOR TEMPORARY REMOVAL OF HIS GPS MONITORING DEVICE**

---

THE DEFENDANT, GUY M. JEAN-PIERRE, by and through his attorney, Clifford J. Barnard, hereby moves this Court to authorize U.S. Probation to remove Mr. Jean-Pierre's GPS monitoring device for a short period of time so that he can have an MRI performed on his right foot. As grounds for this motion, Mr. Jean-Pierre states as follows:

1.    As a condition of bond, Mr. Jean-Pierre is wearing a GPS monitoring device.

2.    On March 14, 2019, Dr. Katherine Van Stedum on behalf of Dr. Lorenzo Rodriguez ordered that an MRI be performed on Mr. Jean-Pierre's right foot. *See* attached Exhibit 1, "Outpatient Imaging Order."

3.    In order to have the MRI performed, the GPS monitoring device will have to be removed while the MRI procedure is being performed.

4.    Mr. Jean-Pierre originally scheduled an MRI for Friday, March 28, 2019 at Saint Joseph Hospital at 1375 E. 19th Avenue, Denver, Colorado 80218 (*see* attached Exhibit 1, "Outpatient Imaging Order") but the MRI has now been rescheduled for Friday,

April 5, 2019 at 1:15 p.m. (which can be rescheduled for Friday, April 12, 2019 if necessary).

5.  When the GPS monitoring device is removed by P.O. Carlos Morales, Mr. Jean Pierre would then proceed to the nearby Saint Joseph Hospital to have the MRI performed and Mr. Jean-Pierre would then return to P.O. Morales's office to have the GPS monitoring device replaced on his ankle.

6.  Defense counsel has discussed this motion with A.U.S.A. Jeremy Sibert who stated that the government does not oppose this request for temporary removal of Mr. Jean-Pierre's GPS monitoring device.

WHEREFORE, Mr. Jean-Pierre requests that this Court authorize U.S. Probation to remove his GPS monitoring device for a short period of time so that he can have an MRI performed on his right foot.

DATED this 3rd day of April, 2019.

Respectfully submitted,

*s/Clifford J. Barnard*

Clifford J. Barnard
Clifford J. Barnard, Attorney at Law
4450 Arapahoe Avenue, Suite 100
Boulder, Colorado 80303
Telephone: (303) 449-2543
Facsimile: (303) 444-6349
Email:  *cliffbarnard@earthlink.net*
Attorney for Defendant Jean-Pierre

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2019, I electronically filed the foregoing *Defendant Jean-Pierre's Unopposed Motion for Temporary Removal of His GPS Monitoring*

*Device* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

    A.U.S.A. Jeremy Sibert       *jeremy.sibert@usdoj.gov*

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Marcelo Dominguez de Guerra    *Via U.S. Mail*
    *f/k/a* Guy Jean-Pierre
    Register # 78606-054
    Independence House South
    2765 S. Federal Blvd.
    Denver, CO 80236

                                       *s/Clifford J. Barnard*

                                       Clifford J. Barnard
                                       Attorney for Defendant Jean-Pierre