Date: 3/28/19
Check in Time: @ 9:30 AM
Appt Time: 10:00 am

Insurance: P635694
~~Medicaid~~
Medicare   Charity PPW

## Outpatient Medical Imaging Orders

SJH MI Scheduling: 303-812-3344 • FAX: 303-812-3355 • FAX X-Rays Only: 303-812-4200
Office: Fill out and fax this form and we'll do the rest! We'll contact the patient, schedule the appointment, etc.

### PATIENT INFORMATION

Patient's Last Name: Dominguez DeGuerra
First Name: Marcelo
Middle Initial:
Birth date: 2/14/1959
Sex: ☒ M ☐ F
Home Phone: (720) 421-1448
Cell Phone:
Work Phone:
May we leave a message with the patient? ☐ YES (specify: home / cell / work) ☐ NO
Office/Referral Coordinator Name: Kerry K
Phone/Extension:
Fax: 303-293-3977

☐ PLEASE CALL PATIENT TO SCHEDULE
☐ Pre-Authorization already done by office   Authorization #:
☐ Please assist patient in authorization (Fax order, patient demographics, insurance card, H&P, clinical notes, labs)

(*Required) Signs and Symptoms*: Right medial mid foot protuberance / pain
ICD code*: M79.671
Pertinent Medical History:
Patient Pregnant: ☐ NO ☐ YES
Allergies:
Ordering MD: Brian Hill MD
PCP:
Physician Signature*: [signature]
Date*: 3/14/19   Time*: 8:47

### STUDY REQUESTED

☒ Allow Radiologist to modify order if necessary         ☐ Please do 3D reconstructions

**MRI**
Contrast: ☐ with ☒ w/o ☐ with & w/o
☐ MR Angiography
☒ Extremity: Foot
  ☒ Right ☐ Left ☐ Upper ☐ Lower
☐ MRI Brain
☐ MRI Head and Neck
☐ MRI Spine: ☐ Cerv. ☐ Thor. ☐ Lum.
☐ MRI survey METS: ☐ Torso ☐ Skeletal

**Interventional****
☐ Biopsy of
☐ Ablation of
☐ Central Venous Access for

**Nuclear Medicine**
☐ Cardiac Stress and Rest
☐ Whole Body
☐ VQ Scan (Lungs)
☐ PET/CT**
  ☐ Brain ☐ Whole Body ☐ Skull to Thigh

**CT**  ☐ Please perform Creat. via Istat in imaging.
Contrast: ☐ with ☐ w/o ☐ with & w/o
☐ CT Angiography
☐ CT Abdomen/Pelvis
☐ CT Renal Stone
☐ CT Chest: ☐ High Res. ☐ Lung Nodule

**Midtown Ultrasound**
☐ Limited Abd (RUQ): ☐ Complete Abd
☐ Pelvic
☐ Thyroid
☐ Carotid Ultrasound
☐ Venous Extremities
☐ Abdominal/Aorta Ultrasound

**Midtown X-ray**
☐ Chest 2 Views
☐ Abdomen 1 View: ☐ Upright ☐ Supine
☐ Abdomen 3 Views
☐ Extremity
  ☐ Right ☐ Left ☐ Upper ☐ Lower

**Fluoroscopy**
☐ Upper GI
☐ Barium Enema
☐ Esophogram
☐ HSG Hysterosalpinogram

**Preventative**
☐ Virtual Colonoscopy
☐ Cardiac Calcium Score CT

Other (If you do not see a description of an exam you need, please write it here.)

** If ordering Interventional or PET/CT, MUST submit H&P, clinical notes, patient demographics, and insurance card.

URGENCY – List direct dial #s only. No voicemail or other messaging service phone #s.
☐ Fax report to: 303-296-8826         ☐ CD with patient
☐ Call results to:
☐ STAT: Radiologist to call Dr.          After 5 p.m. call:
Phone:

**PATIENT DISPOSITION**
☐ Patient may go home.
☐ Patient to wait (STAT only).

PATIENT INFORMATION

**Saint Joseph**
HOSPITAL | SCL Health

Outpatient Medical Imaging Orders (General)

ES-FR-MI-5683-1214
1375 E 19th Avenue        Check in OutPatient Services