IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00008-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GUY M. JEAN-PIERRE,

        Defendant.

_____

**ENTRY OF APPEARANCE AS FORFEITURE COUNSEL FOR THE UNITED STATES**
_____

To:    The clerk of court and all parties of record

      I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as forfeiture counsel for:

  United States of America  

      DATED this 2nd day of October 2019.

                              Respectfully submitted,

                              JASON R. DUNN
                              United States Attorney

                    By: s/ *Tonya S. Andrews*
                              Tonya S. Andrews
                              Assistant United States Attorney
                              United States Attorney's Office
                              1801 California Street, Ste. 1600
                              Denver, Colorado 80202
                              Telephone: (303) 454-0100
                              E-mail: tonya.andrews@usdoj.gov
                              *Attorney for the United States*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of October 2019, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all counsel of record.

*s/ Jody Gladura*
FSA Paralegal II
United States Attorney's Office