IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00008-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GUY M. JEAN-PIERRE,

        Defendant.
_____

**UNITED STATES' MOTION FOR PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT AGAINST DEFENDANT GUY M. JEAN-PIERRE**
_____

        COMES NOW the United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Tonya S. Andrews, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, and moves this Court to enter, before sentencing, a Preliminary Order of Forfeiture for a Personal Money Judgment in the amount of $5,000.00, which constitutes proceeds obtained by the defendant as a result of the violations.

        In support, the United States sets forth the following:

**I.**        **Procedural Background**

        1.        On June 21, 2018, the grand jury charged defendant Guy M. Jean-Pierre in Count One with Conspiracy to Defraud the United States, in violation of 18 U.S.C. § 371, in Counts Two through Sixteen, and Counts Twenty-Four through Twenty-Eight,

with Wire Fraud, in violation of 18 U.S.C. § 1343, in Counts Seventeen through Twenty with Mail Fraud, in violation of 18 U.S.C. § 1341, in Counts Twenty-One through Twenty-Three with Securities Fraud, in violation of 15 U.S.C. §§ 78j(b) and 78ff, and in Count Twenty-Nine with Money Laundering, in violation of 18 U.S.C. § 1956(a)(3)(B). (Doc. 113).

      2.      The Second Superseding Indictment also sought forfeiture of the defendant's right, title, and interest in all property constituting and derived from any proceeds the defendant obtained directly and indirectly as a result of the offenses, including a money judgment in the amount of the proceeds obtained by him, the conspiracy, and by the co-conspirators, pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), including $5,000.00 in United States currency in proceeds personally obtained by defendant Guy M. Jean-Pierre from the offense charged in Count One.

      3.      On January 30, 2019, defendant Guy M. Jean-Pierre was found guilty of all counts, except Count Twelve. (Doc. 213).

## II.    Argument

      4.      Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the Court shall order criminal forfeiture of all property constituting or derived from proceeds traceable to a conspiracy to commit violations of 15 U.S.C. § 78, 18 U.S.C. §§ 1341 and 1343[1], in violation of 18 U.S.C. § 371.

---

[1] 28 U.S.C. § 2461(c) provides for the criminal forfeiture of any property that may be forfeited civilly. 18 U.S.C. § 981(a)(1)(C) provides for the forfeiture of any property constituting or derived from proceeds traceable to a "specified unlawful activity" as defined in 18 U.S.C. § 1956(c)(7). In turn, 18 U.S.C. § 1956(c)(7) includes any offenses listed in 18 U.S.C. § 1961(1) as a "specified unlawful activity." Securities Fraud, in violation of 15 U.S.C. § 78, Mail Fraud in violation of 18 U.S.C. § 1341, and Wire Fraud, in violation of 18 U.S.C. § 1343 are listed in 18 U.S.C. § 1961.

5.  Pursuant to Rule 32.2(b)(1)(A) of the Federal Rules of Criminal Procedure, the Court must determine what property is subject to forfeiture as soon as practicable after a plea of guilty. When a personal money judgment is sought, "the court must determine the amount of money the defendant will be ordered to pay." Fed. R. Crim. P. 32.2(b)(1)(A). Once the property is determined to be subject to forfeiture, the Court "must promptly enter a preliminary order of forfeiture setting forth the amount of any money judgment." Fed. R. Crim. P. 32.2(b)(2)(A).

6.  It is mandatory that the Preliminary Order of Forfeiture is entered "sufficiently in advance of sentencing to allow the parties to suggest revisions or modifications before the order becomes final as to the defendant." Fed. R. Crim. P. 32.2(b)(2)(B).

7.  The evidence establishes that defendant Guy M. Jean-Pierre obtained $5,000.00 in proceeds through commission of the offenses in Count One for which the defendant was found guilty. Specifically, defendant Guy M. Jean-Pierre, an attorney, acted as legal counsel for FusionPharm, a business involved in repurposing shipping containers for use in indoor plant cultivation. Defendant Guy M. Jean-Pierre assisted in orchestrating a scheme to defraud investors and the SEC, by selling unregistered securities, and fraudulently overstating FusionPharm's revenue. Defendant Guy M. Jean-Pierre subsequently agreed to engage in a similar scheme presented to him as part of an undercover investigation, and received $5,000.00 as payment. Accordingly, a forfeiture money judgment in the amount of $5,000.00 should be entered against the defendant pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

WHEREFORE, the United States moves this Court to enter the Preliminary Order of Forfeiture for a Personal Money Judgment tendered herewith, for the reasons set forth above.

DATED this 2nd day October 2019.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By: s/ *Tonya S. Andrews*
Tonya S. Andrews
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Ste. 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: tonya.andrews@usdoj.gov
*Attorney for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October 2019, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all counsel of record.

s/ *Jody Gladura*
FSA Paralegal II
U.S. Attorney's Office