IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00008-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GUY M. JEAN-PIERRE

        Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT AGAINST DEFENDANT GUY M. JEAN-PIERRE**
_____

        THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Guy M. Jean-Pierre pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

        On June 21, 2018, the grand jury charged defendant Guy M. Jean-Pierre in Counts One through Twenty-Nine with violations of 18 U.S.C. §§ 371, 1341, 1343, 1956, and 15 U.S.C. § 78. The Second Superseding Indictment also sought forfeiture in the form of a personal money judgment against defendant Guy M. Jean-Pierre, pursuant to 18 U.S.C. § 981(a)(1)(C) 28 U.S.C. § 2461(c), in the amount of proceeds obtained by the scheme. (Doc. 113).

        On January 30, 2019, a jury found defendant Guy M. Jean-Pierre guilty of Counts One through Eleven and Counts Thirteen through Twenty-Nine, which provide a factual

basis and cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT a Personal Money Judgment in the amount of $5,000.00 is subject to forfeiture by defendant Guy M. Jean-Pierre through commission of the offenses for which he was found guilty.

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Guy M. Jean-Pierre in the amount of $5,000.00 shall be entered in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).  Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT this Preliminary Order of Forfeiture may be amended pursuant to the Federal Rules of Criminal Procedure, Rule 32.2(e)(1).

SO ORDERED this _____ day of _____, 2019.

BY THE COURT:

_____
WILLIAM J. MARTINEZ
United States District Judge