IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.17-cr-00008-WJM-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1.    GUY M. JEAN-PIERRE**,

        Defendant.

---

### DEFENDANT JEAN-PIERRE'S OPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

---

THE DEFENDANT, GUY M. JEAN-PIERRE, by and through his attorney, Clifford J. Barnard, hereby moves this Court to modify his conditions of release by removing the requirements: (1) that he reside at a halfway house; and (2) that he submit to location GPS monitoring. As grounds for this motion, Mr. Jean-Pierre states as follows:

1.    Mr. Jean-Pierre is presently scheduled to be sentenced at 9:30 a.m. on January 29, 2020.

2.    On February 9, 2017, Mr. Jean-Pierre was ordered detained. (ECF # 15.)

3.    On April 23, 2018, that order was amended and Mr. Jean-Pierre was released on bond with two of the conditions being that he reside at a halfway house and that he submit to location GPS monitoring. (ECF # 110.)

4.    Mr. Jean-Pierre has successfully resided at the Independence House South in Denver, Colorado and has successfully submitted to location GPS monitoring for the last 17 ½ months since May 30, 2018.

5. While living at Independence House South, Mr. Jean-Pierre has not failed to appear at any court proceedings, including appearing every day for his 17 day trial.

6. Mr. Jean-Pierre has been able to earn sufficient funds with which to obtain lodging outside of the Independence House South and thus to obtain residence in Colorado while awaiting sentencing.

7. While living at the halfway house, Mr. Jean-Pierre has developed ties to the community, including becoming an active member of the Church of Jesus Christ of Latter-day Saints located at 9227 Dartmouth Avenue, Lakewood, CO and has been attending Temple twice weekly at 20 Phillips Circle, Centennial, CO 80127.

8. While living at the halfway house, Mr. Jean-Pierre has attended many classes to improve himself and increase his employability, including classes regarding construction safety, teaching English as a second language and solar industry and design.

9. Probation Officer Carlos Morales who has been supervising Mr. Jean-Pierre for the last several years is in accord with Mr. Jean-Pierre's being permitted to move out of the halfway house and find residence in the community as long as Mr. Jean-Pierre can show a stable residence approved by Probation.

10. Probation Officer Carlos Morales also does not object to the elimination of the bond condition that Mr. Jean-Pierre submit to location GPS monitoring.

11. Mr. Jean-Pierre has surrendered his United States passport to the Court.

12. Placement at the halfway house and GPS monitoring are not necessary to reasonably assure Mr. Jean-Pierre's presence and appearance at Court.

13. There are conditions or a combination of conditions which will reasonably assure the appearance of Mr. Jean-Pierre as required and which will reasonably assure

the safety of any other person and the community, without conditions that he be placed at a halfway house or that he submit to GPS monitoring.

14. Defense counsel has discussed this motion with A.U.S.A. Jeremy Sibert who stated that the government *opposes* this request for modification of Mr. Jean-Pierre's bond conditions.

WHEREFORE, Mr. Jean-Pierre requests that this Court modify his conditions of release and remove the conditions that he reside at the halfway house and that he be on GPS monitoring.

DATED this 16th day of November, 2019.

Respectfully submitted,

*s/Clifford J. Barnard*

Clifford J. Barnard
Attorney for Defendant Jean-Pierre
4450 Arapahoe Avenue, Suite 100
Boulder, Colorado 80303
Telephone: (303) 449-2543
Facsimile: (303) 444-6349
Email:  *cliffbarnard@earthlink.net*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2019, I electronically filed the foregoing *Defendant Jean-Pierre's Opposed Motion to Modify Conditions of Release* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

A.U.S.A. Jeremy Sibert          *jeremy.sibert@usdoj.gov*

and I hereby certify that I have mailed or served the document or paper to the following non

CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

| | |
|---|---|
| Marcelo Dominguez de Guerra<br>f/k/a/ Guy Jean-Pierre<br>Register # 78606-054<br>Independence House South<br>2765 S. Federal Blvd.<br>Denver, CO 80236 | *Via email* |

*s/Clifford J. Barnard*

Clifford J. Barnard
Attorney for Defendant Jean-Pierre