IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 17-cr-00008-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. GUY M. JEAN-PIERRE,

       Defendant.

---

**UNITED STATES' MOTION FOR LEAVE OF THE COURT
TO FILE UNTIMELY RESPONSE TO
DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE [DOC. 250]**

---

      The United States of America, by and through, Jeremy Sibert, Assistant United States Attorney for the District of Colorado, moves the Court for the entry of a Minute Order permitting the government to file a Response to Defendant's Opposed Motion to Modify Conditions of Release [Doc. 250]. As ground therefore, the government advises the Court it ordered the government's response, if any, to the defendant's opposed motion on or before November 22, 2019. Simply stated, the government failed to respond due to the fact that the opposition had already been discussed with counsel and due to an error of assumption that a response was not necessarily required. However, in ruling upon the defendant's request, the Court may wish to know the government's position regarding the defendant's motion. A response by the government was filed this morning, after the Court's designated deadline, and the government did not realize this motion would be needed in order to allow for the filing of

1

the response.  It was an unnecessary error on the government's part and an unnecessary inconvenience to the Court -- sincere apologies. The government is requesting that this motion be considered in order to have the response in opposition to the motion considered. If the Court so pleases, the government may file the response to the defendant's opposed motion herewith. The government is also respectfully requesting an answer for its Motion to Continue the hearing set for December 4, 2019 until December 17, 2019.

Dated this 2nd of December, 2019.

                                          Respectfully submitted,

                                          JASON R. DUNN
                                          United States Attorney

                                          by:  s/ Jeremy Sibert
                                          JEREMY SIBERT
                                          Assistant United States Attorney
                                          U.S. Attorney's Office
                                          1801 California St. Suite 1600
                                          Denver, CO 80202
                                          Telephone: (303) 454-0100
                                          FAX: (303) 454-0403
                                          E-mail: Jeremy.Sibert@usdoj.gov

                                          Attorney for Government

## **CERTIFICATE OF SERVICE**

I certify that on this 2nd day of December, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/ Kayla Keiter*
      Legal Assistant
      United States Attorney's Office
      1801 California St. Suite 1600
      Denver, CO 80202