IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Criminal Case No.  17-cr-00008-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GUY JEAN-PIERRE

        Defendant.

**GOVERNMENT'S ALTERNATIVE LOSS CALCULATION**

1.  The United States of America (the government), by and through Jeremy Sibert, Assistant United States Attorneys, submits attached sworn declaration to provide this Honorable Court with the Modified Rescissory Method set forth in the United States Sentencing Commission's Federal Sentencing Guidelines in order to provide this Honorable Court an alternative method to find the losses suffered by investors in this above captioned case.

2.  The Tenth Circuit in *United States v. Gordon*, 710 F.3d 1124, 1162 (2013) *citing United States v. Gallant*, 537 F.3d 1204, 1236-38 (2008), stated "[B]efore using gain as an alternative estimate of loss, the district court must first estimate the actual and intended loss due to a defendant's fraudulent conduct, and then consider whether the defendant's gain is a reasonable estimate of the actual or intended lose."

3. To meet the Tenth Circuit's standards regarding security fraud and loss amount, the government requested the assistance of FINRA to assist in the loss calculation using the Modified Rescissory Method based on their expertise in this field and their ability to access market quotations, price, and trading data regarding the FusionPharm stock from the Bloomberg L.P.

4. The calculated loss using the Modified Rescissory Method is approximately $24,984,807.

5. The loss using the gain method under § 2B1.1, cmt. n. 3(B) of the guidelines is approximately $12,204,172.

6. The government believes the gain method is more of a reasonable estimation of the actual or intended loss in this case as opposed to the Modified Resceissory Method and is the amount that this Honorable Court should use in calculating defendant Jean-Pierre's advisory sentencing guidelines.

7. The Court's consideration into the Modified Resceissory Method should satisfy the standards required in determining loss amount in a security fraud case before considering loss under the gain method in § 2B1.1. The Modified Resceissory Method was used in *United States v. Bercoon et al*, 15-cr-00022-LMM, where the loss amount was approximately $2,571,012. Two of the defendants received ten years imprisonment for running a security fraud pump and dump scheme. The sentencings occurred in July of 2018 and the loss amount found by the Modified Resceissory Method remains the actual and intended loss due to the defendants' fraudulent conduct.

Respectfully submitted this 24th day of January 24, 2020.

> JASON R. DUNN
> United States Attorney
>
> */s/ JEREMY SIBERT*
> Jeremy Sibert
> Assistant U.S. Attorney
> 1801 California Street, Suite 1600
> Denver, Colorado  80202
> (303) 454-0100
> FAX: (303) 454-0403
> Email: jeremy.sibert@usdoj.gov
>
> Attorney for the government

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January 2020, I electronically filed the foregoing; Government's Post Trial Statement, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

   Clifford Barnard
   Attorney for the Defendant

> *s/Jeremy Sibert*
> JEREMY SIBERT
> Assistant United States Attorney
> 1801 California Street, Suite 1600
> Denver, Colorado 80202
> Telephone: (303) 454-0100
> Facsimile: (303) 454-0406
> Jeremy.Sibert@usdoj.gov