**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: U.S. Department of State
Street or PO: CA/PPT/L/LA
44132 Mercure Circle
City, S: P.O. Box 1227
Sterling, VA 20166-1227

7014 3490 0001 5489 0863