IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:17-cr-00008-WJM-1

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

GUY M. JEAN-PIERRE

        Defendant.

---

## ORDER TO SURRENDER IN LIEU OF
## TRANSPORTATION BY THE UNITED STATES MARSHAL

---

IT IS ORDERED that Defendant, GUY M. JEAN-PIERRE, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden, FCI Englewood Satellite Prison Camp, 9595 West Quincy Avenue, Littleton, Colorado 80123, on March 4, 2020, by 12:00 p.m., and will travel at his own expense.

DATED at Denver, Colorado, this __10th__ day of February, 2020.

BY THE COURT:

_____
WILLIAM J. MARTINEZ
United States District Judge