IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.17-cr-00008-WJM-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. **GUY M. JEAN-PIERRE,**
    *a/k/a* **MARCELO DOMINGUEZ DE GUERRA**

        Defendant.

## DEFENDANT JEAN-PIERRE'S NOTICE OF APPEAL

        Notice is hereby given that the Defendant, GUY M. JEAN-PIERRE, *a/k/a* MARCELO DOMINGUEZ DE GUERRA, in the above named case hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final order of judgment and conviction of the Defendant in the District Court for the District of Colorado entered in this action on the 3rd day of February, 2020.

        DATED this 11th day of February, 2020.

        Respectfully submitted,

        *s/Clifford J. Barnard*

        Clifford J. Barnard
        Clifford J. Barnard, Attorney at Law
        4450 Arapahoe Avenue, Suite 100
        Boulder, Colorado 80303
        Telephone: (303) 449-2543
        Facsimile: (303) 444-6349
        Email: *cliffbarnard@earthlink.net*
        Attorney for Defendant Jean-Pierre

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2020, I electronically filed the foregoing *Defendant Jean-Pierre's Notice of Appeal* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

    A.U.S.A. Jeremy Sibert      *jeremy.sibert@usdoj.gov*

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Guy Jean-Pierre      *Via email*
*a/k/a* Marcelo Dominguez de Guerra
Register # 78606-054
Independence House South
2765 S. Federal Blvd.
Denver, CO 80236

          *s/Clifford J. Barnard*

          Clifford J. Barnard
          Attorney for Defendant Jean-Pierre