FILED
United States Court of Appeals
Tenth Circuit

February 19, 2020

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

———————————————

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 20-1039 |
| GUY M. JEAN-PIERRE, a/k/a Marcelo Dominguez de Guerra, | (D.C. No. 1:17-CR-00008-WJM-1) (D. Colo.) |
| Defendant - Appellant. | |

———————————————

## ORDER

———————————————

Before **TYMKOVICH**, Chief Judge.

———————————————

This matter is before the court on Appellant's counsel's *Motion to Withdraw as CJA Attorneys Pursuant to Tenth Circuit Rule 46.4 and for Appointment of New CJA Counsel*. Upon consideration, the motion is GRANTED.

The district court has made the requisite finding of eligibility for appointment of counsel pursuant to 18 U.S.C. § 3006A, and Megan L. Hayes is appointed as counsel for Appellant Guy M. Jean-Pierre. Pursuant to § 3006A, Clifford J. Barnard and Thomas E. Goodreid are appointed *nunc pro tunc* to the date the notice of appeal was filed in this matter, and that appointment ends with the entry of this order appointing new counsel.

Two attorneys were appointed in the district court. A case that is extremely difficult in the trial court is not necessarily so on appeal, however. The appointment of

two attorneys may be authorized by the Guide to Judiciary Policy, Vol. 7, Part A: Guidelines for Administering the CJA and Related Statutes (Guidelines), § 230.53.20(a).

Within ten days from the date of this order, Messrs. Barnard and Goodreid shall transmit to Ms. Hayes[1] copies of all documents in their possession that are pertinent to this appeal and not otherwise available via PACER and/or CM/ECF. Also within ten days, Ms. Hayes shall file an entry of appearance in this appeal.

A designation of record and transcript order form were filed. Within 20 days from the date of this order, Ms. Hayes shall file any necessary supplemental designation of record and any necessary supplemental transcript order form. If a transcript is ordered by Ms. Hayes, she must file a CJA 24 form in the U.S. District Court for the District of Colorado. Questions regarding the filing of a CJA 24 form should be directed to the district court Clerk's Office.

Appellant's opening brief shall be due 40 days from the date the record on appeal is filed in this court. *See* Fed. R. App. P. 31(a)(1); 10th Cir. R. 11.2(A). The Clerk of the U.S. District Court for the District of Colorado shall wait at least 20 days before transmitting the record on appeal to this court.

---

[1] Megan L. Hayes
Attorney at Law
910 Kearney Street
Laramie, WY 82070
307.760.6258
mlhayes@wyoming.com

The Clerk's Office shall transmit a copy of this order to the Clerk of the U.S. District Court for the District of Colorado. Messrs. Barnard and Goodreid shall transmit a copy of this order to Mr. Jean-Pierre forthwith.

        Entered for the Court
        CHRISTOPHER M. WOLPERT, Clerk

        by: Lindy Lucero Schaible
           Counsel to the Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | February 19, 2020 | Jane K. Castro<br>Chief Deputy Clerk |

Ms. Megan L. Hayes
Attorney at Law
910 Kearney Street
Laramie, WY 82070-0000

**RE:**      **20-1039, United States v. Jean-Pierre**
               Dist/Ag docket: 1:17-CR-00008-WJM-1

Dear Counsel:

You have been appointed as counsel for appellant under the Criminal Justice Act, 18 U.S.C. 3006A. The order appointing you has been docketed in the above-referenced appeal.

Effective July 20, 2015, all Tenth Circuit Appellate Criminal Justice Act ("CJA") vouchers must be prepared and submitted electronically via eVoucher. eVoucher is a nationally-supported, web-based solution for the preparation, submission, monitoring and approval of CJA vouchers. The Tenth Circuit's eVoucher database can be accessed by clicking here, or by pasting the following URL into your web browser:

https://evsdweb.ev.uscourts.gov/CJA_c10_prod/CJAeVoucher/

**For eVoucher Technical Support** please review the Court's eVoucher Resources Page (http://www.ca10.uscourts.gov/cja/evoucher), or contact the Clerk's Office at (303) 844-3157 or eVoucher@ca10.uscourts.gov.

**For substantive questions regarding the content of a voucher, required documentation, and related issues** please consult the Court's CJA Policies and Procedures Webpage (http://www.ca10.uscourts.gov/cja/tenth-circuit-and-national-cja-policies-and-procedures), or contact a CJA case analyst at (303) 844-5306 or CJA_Vouchers@ca10.uscourts.gov.

If an adverse decision is rendered you must advise your client of the right to seek review of this court's decision by petition for writ of certiorari. If the client requests, and you believe a petition for writ of certiorari to be legally sound, you must file one with the

Clerk of the Supreme Court of the United States. *See* Criminal Justice Act Plan, 10th Cir. R., Addendum I. If you claim compensation on the CJA 20 voucher for services rendered in petitioning for certiorari, you must attach a PDF copy of the petition in the "Documents" tab of your electronic voucher.

Please contact this office if you have questions.

                                          Sincerely,

                                          Christopher M. Wolpert
                                          Clerk of the Court

cc:      Tonya S. Andrews
          Robert M. Brown
          Jeremy S. Sibert
          Clifford J. Barnard
          Thomas E. Goodreid

CMW/lab