# TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

## PART I - To be completed by appellant within fourteen days of filing the notice of appeal

Short Title: __USA v. Guy Jean-Pierre__   District Court Number: __17-cr-00008-WJM-1__

District: __Colorado__   Circuit Court Number: __20-1039__

Name of Attorney: __Clifford J. Barnard__   Email address: __cliffbarnard@earthlink.net__

Name of Law Firm: __Clifford J. Barnard, Attorney at Law__   Telephone: __(303) 546-7947__

Address: __4450 Arapahoe Ave., Suite 100, Boulder, CO 80303__

Attorney for: __Guy Jean-Pierre, Defendant-Appellant__

Name of Court Reporter: __Mary George__

Name of Court Reporter (if ordering from more than one): _____

## PART II - COMPLETE SECTION A (if not ordering a transcript) OR SECTION B (if ordering transcript(s)).

**SECTION A** - I HAVE NOT ORDERED A TRANSCRIPT BECAUSE
- [ ] A transcript is not necessary for this appeal, or
- [ ] The necessary transcript is already on file in District Court
- [ ] The necessary transcript was ordered previously in appeal number _____

**SECTION B** - I HEREBY ORDER THE FOLLOWING TRANSCRIPT:
(Specify the date and proceeding in the space below)

Voir dire: _____; Opening Statements: __January 14, 2019__

Trial proceedings: __Jan. 14-18, 22-25, 28-30, 2019__; Closing Arguments: __January 30, 2019__

Jury Instructions: __January 29, 2019__; Other Proceedings: __January 8, 2019 Final Trial Prep. Conference__

Post-Trial Hearings: _____; Other Proceedings: _____

(Attach additional pages if necessary)

[ ] I will pay the cost of the transcript. My signature on this form is my agreement to pay for the transcript ordered on this form.

[X] **This case is proceeding under the Criminal Justice Act.**
IF THIS APPEAL IS PROCEEDING UNDER THE CJA PLEASE NOT YOU MUST ALSO TAKE ALL STEPS REQUIRED IN EVOUCHER IN ORDER TO COMPLETE PAYMENT ARRANGEMENTS.

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. See 28 U.S.C. §753(f).

## CERTIFICATE OF COMPLIANCE

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Pro Se: __s/Clifford J. Barnard__   Date: __February 14, 2020__

## PART III - To be completed by the court reporter after satisfactory financial arrangements have been made.

Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: __2/27/20__
Estimated completion date: __3/27/20__
Estimated number of pages: __2800__
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: __Mary J. George__   Date: __2/27/20__