

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

JEFFREY P. COLWELL  
CLERK OF COURT

Room A-105  
Alfred A. Arraj United States Courthouse  
901 19th Street  
Denver, Colorado 80294  
Phone(303) 844-3433  
www.cod.uscourts.gov

April 29, 2020

Clerk  
U.S. Court of Appeals for the Tenth Circuit  
Byron White United States Courthouse  
1823 Stout Street  
Denver, CO  80257

RE:  USA v. Jean-Pierre

District Court Case No.  17-cr-8-WJM  
Court of Appeals Case No.  20-1039

Dear Clerk:

Enclosed please find the Record on Appeal in  (5)   volume(s) which consist of the following:

Volume I - Pleadings  
Volume II - Level 4 Court Only Documents  
Volume III - Restricted Statement of Reasons  
Volume IV - 90 Day Restriction Transcripts  
Volume V - Sealed Transcripts

JEFFREY P. COLWELL, CLERK

By:  s/ A. Garcia Garcia  
Deputy Clerk