**FILED**
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**July 28, 2020**

_____

**Christopher M. Wolpert**
**Clerk of Court**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>GUY M. JEAN-PIERRE, a/k/a Marcelo Dominguez de Guerra,<br><br>    Defendant - Appellant. | No. 20-1039<br>(D.C. No. 1:17-CR-00008-WJM-1)<br>(D. Colo.) |

_____

**ORDER**
_____

This matter is before the court on Appellant Jean Pierre's *Motion to Supplement Record on Appeal*.

Appellant requests that the record on appeal be supplemented with Government's Trial Exhibits 10, 11, 47, 52, 53, 120, 122, 126, 127, 129, 131, 133, 134, 433, and 434.

Upon consideration, the motion to supplement the record on appeal is granted.

Within 7 days of the date of this order, Appellant shall file a supplement to the record appeal consisting of the exhibits identified in Appellant's motion.

Appellant's opening brief remains due August 7, 2020.


Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk


By: Sunil N. Rao
Counsel to the Clerk