FILED  
United States Court of Appeals  
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

June 15, 2021

Christopher M. Wolpert  
Clerk of Court

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

GUY M. JEAN-PIERRE, a/k/a Marcelo Dominguez de Guerra,

    Defendant - Appellant.

No. 20-1039  
(D.C. No. 1:17-CR-00008-WJM-1)  
(D. Colo.)

---

**JUDGMENT**

---

Before **TYMKOVICH**, Chief Judge, **McHUGH**, and **CARSON**, Circuit Judges.

---

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed.

If defendant, Guy M. Jean-Pierre, was released pending appeal, the court orders that, within 30 days of this court's mandate being filed in District Court, the defendant shall surrender to the United States Marshal for the District of Colorado. The District Court may, however, in its discretion, permit the defendant to surrender directly to a designated Bureau of Prisons institution for service of sentence.

                                    Entered for the Court

                                    CHRISTOPHER M. WOLPERT, Clerk